# *EXHIBIT A*

*Translation from Ukrainian into English*

# EXTRACT
## from the Unified State Register of Legal Entities, Sole Proprietors and Public Organizations

In accordance with Article 11 of the Law of Ukraine "On State Registration of legal entities, sole proprietors and public organizations" on the request from **28.06.2017 № 1002746128** as of **28.06.2017** according to the following search criteria:

*USREOU code:* 31518415

information from the Unified State Register of Legal Entities, Sole Proprietors and Public Organizations consisting of **1** records is provided:

**Record 1**

*Full name of the legal entity and short name if available:*
FARM ENTERPRISE "EDEM"

*Identification code of the legal entity:*
31518415

*Legal organizational form:*
FARM ENTERPRISE

*Central or local executive body, the state-owned enterprise or a state's share in the authorized capital of a legal entity, if this share is not less than 25 percent, are subordinate to:*
no information

*Legal entity location:*
26400, KIROVOHRAD REGION, BLAHOVISHCHENSKE DISTRICT, CITY OF BLAHOVISHCHENSKE, CHEKHOV STREET, HOUSE 3

*List of founders (participants) of a legal entity, including surname, name, patronymic, place of residence, if the founder is an individual; name, location and identification code of the legal entity, if the founder is a legal entity:*
BURDEINYI OLEKSANDR ANATOLIIOVYCH, index 26400, Kirovohrad region, Blahovishchenske district, city of Blahovishchenske, PROMYSLOVA Str., building 8, apartment 2, contribution to the authorized capital -0.00 UAH; FINAL BENEFICIAL OWNER (CONTROLLER) BURDEINYI OLEKSANDR ANATOLIIOVYCH, EB № 202500, UKRAINE, 26400, KIROVOHRAD REGION, ULIANOVKA DISTRICT, ULIANOVKA CITY, CHEKHOV STREET, BUILDING No. 3

*Information on the size of the authorized capital (authorized capital or capital stock) and date of its formation:*
0.00 UAH



*Types of activity:*
**01.11 Growing of cereals (except rice), legumes and seeds of oil crops,** 01.13 Growing of vegetables and melons, root crops and tubers, 01.19 Growing of other annual and biannual crops, 01.61 Support activities in crop production, 01.63 Post-harvest activities, 01.64 Processing of seeds for reproduction , 10.61 Production of grain mill products, 10.71 Production of bread and bakery products; production of flour confectionery, cakes and pastries of short-term storage, 46.11 Re-selling of agricultural raw materials, live animals, textile raw materials and semi-finished products, 46.21 Wholesale of grain, unmanufactured tobacco, seeds and animal feeds, 49.41 Road freight transport

*Information about the legal entities:*
HEAD OF FE

*Surname, name, patronymic, date of election (appointment) of persons elected (appointed) to the management body of a legal entity empowered to represent a legal entity in legal relations with the third parties or persons who have the right to perform actions on behalf of a legal entity without power of attorney, including signing agreements and information on the restrictions of representation on behalf of a legal entity:*
BURDEINYI OLEKSANDR ANATOLIIOVYCH - signatory, BURDEINYI OLEKSANDR ANATOLIIOVYCH -- Head

*Date and number of entry in the Unified State Register on the state registration of a legal entity - in case when the state registration of a legal entity was carried out after the Law of Ukraine "On State Registration of Legal Entities, Sole Proprietors and Public Organizations" came into force:*
no information

*Date of state registration, date and number of entry in the Unified State Register on the inclusion in the Unified State Register information about a legal entity - in case if the state registration of a legal entity was carried out before the Law of Ukraine "On State Registration of Legal Entities, Sole Proprietors and Public Organizations" came into force:*
14.09.2001, 19.11.2004, 1 441 120 0000 000019

*Date of state registration, date and number of entry in the Unified State Register on the state registration of a legal entity, created as a result of transformation:*
no information

*Name of the constituent document:*
no information

*Information on the mark indicating that a legal entity is created and operates under the model statute:*
no information

*Information on Separated Divisions of a Legal Entity:*
no information

*Information on the legal entity being in the process of proceedings in bankruptcy, sanation, in particular information about the asset manager, special administrator:*
no information

№ 1002746128 Page 2 3 5

*Information about the process of termination of a legal entity:*
no information
*Information about the term determined by the founders (participants) of a legal entity, court or authority that has made a decision to terminate a legal entity for the declaration of creditors by their claims:*
no information

*Date and number of the record on the state registration of the termination of a legal entity, the grounds for its introduction:*
no information

*Date and number of the record on the cancellation of the state registration of the termination of a legal entity, the grounds for its introduction:*
no information

*Data on legal entities, the legal successor of which is a registered legal entity:*
no information

*Data on legal entities-successors: full name and location of legal entities-successors, their identification codes:*
no information

*Number and date of the order to cancel the registration of the issue of shares issued by the authorized person of the National Commission on Securities and Stock Market:*
no information

*Location of the registration case:*
Blahovishchenske district state administration Kirovograd region

*Information obtained in the order of interchange of information from the departmental registries of statistical bodies, Ministry of Internal Affairs, and the Pension Fund of Ukraine:*
*Date and number of the record of registration and deregistration, name and identification codes of the statistical authorities, the Ministry of Internal Affairs and the Pension Fund of Ukraine, where the legal entity is registered:*
September 27, 2001, MAIN REGIONAL STATISTICS ADMINISTRATION, 21680000
February 18, 2005, 80, HOLOVANIVSK JOINT STATE TAX INSPECTORATE OF THE MAIN ADMINISTRATION OF SFS IN KIROVOHRAD REGION (ULIANOVKA DEPARTMENT), 38857943 (information on registration as a tax payer)
December 12, 2002, 1124030341, HOLOVANIVSK JOINT STATE TAX INSPECTORATE OF THE MAIN ADMINISTRATION OF SFS IN KIROVOHRAD REGION (ULIANOVKA DEPARTMENT), 38857943 (information on registration as a social tax payer)
Not subject to registration in the PENSION FUND of Ukraine in accordance with the adoption of the Law of Ukraine of July 04, 2013 No. 406-VII "On Amendments to Certain Legislative Acts of Ukraine in Connection with the Administrative Reform"

*Date of receipt of application from the Ministry of Internal Affairs, Pension Fund of Ukraine to the state registrar of documents (notice, information) stipulated by the Law of Ukraine "On State Registration of Legal Entities, Sole Proprietors and Public Organizations" because of the termination of a legal entity indicating the surname, name and patronymic of the official who signed the document:*
no information

*Information of the statistical authorities on the main type of economic activity of a legal entity, determined on the basis of the data of state statistical observations in accordance with the statistical methodology based on the results of the year:*
**01.11 Growing of cereals (except rice), legumes and seeds of oil crops**

*Information on the registration number of the Unified Social Tax Payer, the class of professional risk of producing a Unified Social Tax Payer by the main type of his economic activity:*
1124030341, 22

*Term until which the legal entity is registered in the body of the Ministry of Internal Affairs at the place of pre-registration, in case of change of location of the legal entity:*
no information

*Information on contacts of a legal entity:*
067-4721363, 098-4622482, 067-4721363

*Registration details:*
Inclusion of information about the legal entity; November 19, 2004 14411200000000019; Ohrimenko Vasyl Adolfovych; Ulianivka District State Administration, Kirovohrad region
Confirmation of information about the legal entity; November 22, 2006 14411060001000019; Ohrimenko Vasyl Adolfovych; Ulianivka District State Administration, Kirovohrad region
Confirmation of information about legal entity; 10/31/2011 14411060003000019; Ohrimenko Vasyl Adolfovych; Ulianovka District State Administration, Kirovohrad region; change of additional information
Confirmation of information about the legal entity; July 24, 2012 14411060004000019; Ohrimenko Vasyl Adolfovych; Ulianivka District State Administration, Kirovohrad region; change of additional information
Amendments to the information about the legal entity that is not related to changes in the constituent documents; December 22, 2012 14411070005000019; Ohrimenko Vasyl Adolfovych; Ulianivka District State Administration, Kirovohrad region; change of activities
Confirmation of information about the legal entity; 02/15/2013 14411060006000019; Ohrimenko Vasyl Adolfovych; Ulianivka District State Administration, Kirovohrad region; change of additional information
Confirmation of information about the legal entity; May 15, 2014, 14411060007000019; Kondratiuk Mykhailo Petrovych; Ulianivka District State Administration, Kirovohrad region; change of additional information
Confirmation of information about the legal entity; October 17, 2014 14411060008000019; Kondratiuk Mykhailo Petrovych; Ulianivka District State Administration Kirovohrad region; change of additional information
Amendments to the information about the legal entity that is not related to changes in the constituent documents; May 25, 2015 14411070009000019; Kondratiuk Mykhailo Petrovych; Ulianivka

District State Administration Kirovohrad region; change of additional information

Amendments to the information about the legal entity that is not related to changes in the constituent documents; January 27, 2016 14411070011000019; Kondratiuk Mykhailo Petrovych; Ulianivka District State Administration, Kirovograd region; change of additional information

State registration of changes to the constituent documents of the legal entity; 12/23/2016 14411050012000019; Kondratiuk Mykhailo Petrovych; Danylovo-Balkivska Village Council Ulianivka district, Kirovograd region; change location, other changes

*Number, date and time of extract formation:*
1002746128, 28.06.2017 12:23:54

Unified state register of legal entities, sole proprietors and public organizations is in a state of formation. Information about legal entities, sole proprietors and civil units registered to 01.07.2004 and not included in the Unified state register of legal entities, sole proprietors and Public Organizations can be received in the executive authority, where the state registration was made.

In accordance with it. 2 of the Order of the Ministry of Justice of Ukraine of 31.03.2015 № 466/5 "On some issues of providing information from the Unified State Register of Legal Entities and Public Organizations ", statements, extracts and certificates in paper and electronic form are equally valid and binding according to the Law of Ukraine "On electronic documents and electronic document flow", the authenticity of this document can be verified on the web-site of the Ministry of Justice of Ukraine: https://usr.minjust.gov.ua/.

*October 31, 2017*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, 4/2 Nebesna Sotnia Street, office 28.*
*+380994442328, +380939440528*
*http://nika-translation.com.ua/*

# ВИТЯГ

## з Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань

Відповідно до статті 11 Закону України "Про державну реєстрацію юридичних осіб, фізичних осіб-підприємців та громадських формувань" на запит:   від **28.06.2017** за № **1002746128** станом на **28.06.2017** відповідно до наступних критеріїв пошуку:

*Код ЄДРПОУ:*   31518415

надається інформація з Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань (ЄДР) у кількості 1 записів:

**Запис 1**

*Повне найменування юридичної особи та скорочене у разі його наявності:*
ФЕРМЕРСЬКЕ ГОСПОДАРСТВО " ЕДЕМ "

*Повне та скорочене найменування юридичної особи англійською мовою у разі їх наявності:*
відомості відсутні

*Ідентифікаційний код юридичної особи:*
31518415

*Організаційно-правова форма:*
ФЕРМЕРСЬКЕ ГОСПОДАРСТВО

*Центральний чи місцевий орган виконавчої влади, до сфери управління якого належить державне підприємство або частка держави у статутному капіталі юридичної особи, якщо ця частка становить не менше 25 відсотків:*
відомості відсутні

*Місцезнаходження юридичної особи:*
26400, КІРОВОГРАДСЬКА ОБЛ., БЛАГОВІЩЕНСЬКИЙ РАЙОН, МІСТО БЛАГОВІЩЕНСЬКЕ, ВУЛИЦЯ ЧЕХОВА, БУДИНОК 3

*Перелік засновників (учасників) юридичної особи, у тому числі прізвище, ім'я, по батькові, місце проживання, якщо засновник – фізична особа; найменування, місцезнаходження та ідентифікаційний код юридичної особи, якщо засновник – юридична особа:*
БУРДЕЙНИЙ ОЛЕКСАНДР АНАТОЛІЙОВИЧ, індекс 26400, Кіровоградська обл., Благовіщенський район, місто Благовіщенське, ВУЛ. ПРОМИСЛОВА, будинок

8, квартира 2, розмір внеску до статутного фонду – 0.00 грн.; КІНЦЕВИЙ БЕНЕФІЦІАРНИЙ ВЛАСНИК (КОНТРОЛЕР) БУРДЕЙНИЙ ОЛЕКСАНДР АНАТОЛІЙОВИЧ, ЕВ № 202500, УКРАЇНА, 26400, КІРОВОГРАДСЬКА ОБЛАСТЬ, УЛЬЯНОВСЬКИЙ РАЙОН, МІСТО УЛЬЯНОВКА, ВУЛИЦЯ ЧЕХОВА БУДИНОК № 3

*Дані про розмір статутного капіталу (статутного або складеного капіталу) та про дату закінчення його формування:*
0.00 грн.

*Види діяльності:*
**01.11 Вирощування зернових культур (крім рису), бобових культур і насіння олійних культур,** 01.13 Вирощування овочів і баштанних культур, коренеплодів і бульбоплодів, 01.19 Вирощування інших однорічних і дворічних культур, 01.61 Допоміжна діяльність у рослинництві, 01.63 Післяурожайна діяльність, 01.64 Оброблення насіння для відтворення, 10.61 Виробництво продуктів борошномельно-круп'яної промисловості, 10.71 Виробництво хліба та хлібобулочних виробів; виробництво борошняних кондитерських виробів, тортів і тістечок нетривалого зберігання, 46.11 Діяльність посередників у торгівлі сільськогосподарською сировиною, живими тваринами, текстильною сировиною та напівфабрикатами, 46.21 Оптова торгівля зерном, необробленим тютюном, насінням і кормами для тварин, 49.41 Вантажний автомобільний транспорт

*Відомості про органи управління юридичної особи:*
ГОЛОВА СФГ

*Прізвище, ім'я, по батькові, дата обрання (призначення) осіб, які обираються (призначаються) до органу управління юридичної особи, уповноважених представляти юридичну особу у правовідносинах з третіми особами, або осіб, які мають право вчиняти дії від імені юридичної особи без довіреності, у тому числі підписувати договори та дані про наявність обмежень щодо представництва від імені юридичної особи:*
БУРДЕЙНИЙ ОЛЕКСАНДР АНАТОЛІЙОВИЧ – підписант, БУРДЕЙНИЙ ОЛЕКСАНДР АНАТОЛІЙОВИЧ – керівник

*Дата та номер запису в Єдиному державному реєстрі про проведення державної реєстрації юридичної особи – у разі, коли державна реєстрація юридичної особи була проведена після набрання чинності Законом України "Про державну реєстрацію юридичних осіб, фізичних осіб-підприємців та громадських формувань":*
відомості відсутні

*Дата державної реєстрації, дата та номер запису в Єдиному державному реєстрі про включення до Єдиного державного реєстру відомостей про юридичну особу – у разі, коли державна реєстрація юридичної особи була проведена до набрання чинності Законом України "Про державну реєстрацію юридичних осіб, фізичних осіб-підприємців та громадських формувань":*
14.09.2001, 19.11.2004, 1 441 120 0000 000019

*Дата державної реєстрації, дата та номер запису в Єдиному державному реєстрі про проведення державної реєстрації юридичної особи, яка утворена в результаті перетворення:*
відомості відсутні

*Назва установчого документа:*
відомості відсутні

*Дані про наявність відмітки про те, що юридична особа створюється та діє на підставі модельного статуту:*
відомості відсутні

*Дані про відокремлені підрозділи юридичної особи:*
відомості відсутні

*Дані про перебування юридичної особи у процесі провадження у справі про банкрутство, санації, зокрема відомості про розпорядника майна, санатора:*
відомості відсутні

*Відомості про перебування юридичної особи у процесі припинення:*
відомості відсутні

*Відомості про строк, визначений засновниками (учасниками) юридичної особи, судом або органом, що прийняв рішення про припинення юридичної особи, для заявлення кредиторами своїх вимог:*
відомості відсутні

*Дата та номер запису про державну реєстрацію припинення юридичної особи, підстава для його внесення:*
відомості відсутні

*Дата та номер запису про відміну державної реєстрації припинення юридичної особи, підстава для його внесення:*
відомості відсутні

*Дані про юридичних осіб, правонаступником яких є зареєстрована юридична особа:*
відомості відсутні

*Дані про юридичних осіб-правонаступників: повне найменування та місцезнаходження юридичних осіб-правонаступників, їх ідентифікаційні коди:*
відомості відсутні

*Номер та дата розпорядження про скасування реєстрації випуску акцій, винесеного уповноваженою особою Національної комісії з цінних паперів та фондового ринку:*
відомості відсутні

*Місцезнаходження реєстраційної справи:*
Благовіщенська районна державна адміністрація Кіровоградської області

*Відомості, отримані в порядку взаємного обміну інформацією з відомчих реєстрів органів статистики, Міндоходів, Пенсійного фонду України:*
*Дата та номер запису про взяття та зняття з обліку, назва та ідентифікаційні коди органів статистики,  Міндоходів, Пенсійного фонду України, в яких юридична особа перебуває на обліку:*
27.09.2001, ГОЛОВНЕ УПРАВЛІННЯ РЕГІОНАЛЬНОЇ СТАТИСТИКИ, 21680000
18.02.2005, 80, ГОЛОВАНІВСЬКА ОБ'ЄДНАНА ДЕРЖАВНА ПОДАТКОВА ІНСПЕКЦІЯ
ГОЛОВНОГО УПРАВЛІННЯ ДФС У КІРОВОГРАДСЬКІЙ ОБЛАСТІ (УЛЬЯНОВСЬКЕ
ВІДДІЛЕННЯ), 38857943 (дані про взяття на облік як платника податків)
21.12.2002, 1124030341, ГОЛОВАНІВСЬКА ОБ'ЄДНАНА ДЕРЖАВНА ПОДАТКОВА
ІНСПЕКЦІЯ ГОЛОВНОГО УПРАВЛІННЯ ДФС У КІРОВОГРАДСЬКІЙ ОБЛАСТІ
(УЛЬЯНОВСЬКЕ ВІДДІЛЕННЯ), 38857943 (дані про взяття на облік як
платника єдиного внеску)

Не підлягає постановці на облік в ПЕНСІЙНОМУ ФОНДІ УКРАЇНИ у зв'язку
з прийняттям Закону України від 04.07.2013 № 406-VII "Про внесення змін
до деяких законодавчих актів України у зв'язку з проведенням
адміністративної реформи"

*Дата надходження від органів Міндоходів, Пенсійного фонду України до державного реєстратора документів (повідомлень, інформації), передбачених Законом України "Про державну реєстрацію юридичних осіб, фізичних осіб-підприємців та громадських формувань", у зв'язку з припиненням юридичної особи із зазначенням прізвища, імені та по батькові посадової особи, яка підписала документ:*
відомості відсутні

*Дані органів статистики про основний вид економічної діяльності юридичної особи, визначений на підставі даних державних статистичних спостережень відповідно до статистичної методології за підсумками діяльності за рік:*
01.11 Вирощування зернових культур (крім рису), бобових культур і
насіння олійних культур

*Дані про реєстраційний номер платника єдиного внеску, клас професійного ризику виробництва платника єдиного внеску за основним видом його економічної діяльності:*
1124030341, 22

*Термін, до якого юридична особа перебуває на обліку в органі Міндоходів за місцем попередньої реєстрації, у разі зміни місцезнаходження юридичної особи:*
відомості відсутні

*Інформація про здійснення зв'язку з юридичною особою:*
067-4721363, 098-4622482, 067-4721363

*Дані про реєстраційні дії:*
Включення відомостей про юридичну особу; 19.11.2004
14411200000000019; Охріменко Василь Адольфович; Ульяновська районна
державна адміністрація Кіровоградської області

Підтвердження відомостей про юридичну особу; 22.11.2006
14411060001000019; Охріменко Василь Адольфович; Ульяновська районна
державна адміністрація Кіровоградської області

Підтвердження відомостей про юридичну особу; 31.10.2011
14411060003000019; Охріменко Василь Адольфович; Ульяновська районна
державна адміністрація Кіровоградської області; зміна додаткової
інформації

Підтвердження відомостей про юридичну особу; 24.07.2012
14411060004000019; Охріменко Василь Адольфович; Ульяновська районна
державна адміністрація Кіровоградської області; зміна додаткової
інформації

Внесення змін до відомостей про юридичну особу, що не пов'язані зі
змінами в установчих документах; 20.12.2012 14411070005000019;
Охріменко Василь Адольфович; Ульяновська районна державна
адміністрація Кіровоградської області; зміна видів діяльності

Підтвердження відомостей про юридичну особу; 15.02.2013
14411060006000019; Охріменко Василь Адольфович; Ульяновська районна
державна адміністрація Кіровоградської області; зміна додаткової
інформації

Підтвердження відомостей про юридичну особу; 15.05.2014
14411060007000019; Кондратюк Михайло Петрович; Благовіщенська районна
державна адміністрація Кіровоградської області; зміна додаткової
інформації

Підтвердження відомостей про юридичну особу; 17.10.2014 14411060008000019; Кондратюк Михайло Петрович; Благовіщенська районна державна адміністрація Кіровоградської області; зміна додаткової інформації

Внесення змін до відомостей про юридичну особу, що не пов'язані зі змінами в установчих документах; 25.05.2015 14411070009000019; Кондратюк Михайло Петрович; Благовіщенська районна державна адміністрація Кіровоградської області; зміна додаткової інформації

Внесення змін до відомостей про юридичну особу, що не пов'язані зі змінами в установчих документах; 27.01.2016 14411070011000019; Кондратюк Михайло Петрович; Благовіщенська районна державна адміністрація Кіровоградської області; зміна додаткової інформації

Державна реєстрація змін до установчих документів юридичної особи; 23.12.2016 14411050012000019; Кондратюк Михайло Петрович; Данилово-Балківська сільська рада Ульяновського району Кіровоградської області; зміна місцезнаходження, інші зміни

*Номер, дата та час формування витягу:*
1002746128, 28.06.2017 12:23:54

Єдиний державний реєстр юридичних осіб, фізичних осіб-підприємців та громадських формувань знаходиться у стані формування. Інформація про юридичних осіб, фізичних осіб-підприємців та громадських формувань зареєстрованих до 01.07.2004 та не включених до Єдиного державного реєстру юридичних осіб, фізичних осіб-підприємців та громадських формувань отримується в органі виконавчої влади, в якому проводилась державна реєстрація.

Відповідно до п. 2 наказу Міністерства юстиції України від 31.03.2015 № 466/5 "Про деякі питання надання відомостей з Єдиного державного реєстру юридичних осіб та фізичних осіб-підприємців" виписки, витяги та довідки в паперовій та електронній формах відповідно до Закону України "Про електронні документи та електронний документообіг", мають однакову юридичну силу, автентичність цього документу може бути перевірена на сайті Міністерства юстиції України за адресою: https://usr.minjust.gov.ua/.

*EXHIBIT B*

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L17000152673
FILED 8:00 AM
July 17, 2017
Sec. Of State
nccooper

## Article I

The name of the Limited Liability Company is:

BUR TRANS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2999 NE 191ST STREET
SUITE 900
AVENTURA, FL. US  33180

The mailing address of the Limited Liability Company is:

2999 NE 191ST STREET
SUITE 900
AVENTURA, FL. US  33180

## Article III

The name and Florida street address of the registered agent is:

LAW OFFICES OF SIROTA & ASSOCIATES P.A.
2999 NE 191ST STREET
SUITE 900
AVENTURA, FL.   33180

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   GEORGE SIROTA

## Article IV

The name and address of person(s) authorized to manage LLC:

> Title: MGR
> OLEKSANDR  BURDEINYI
> 2999 NE191ST STREET, SUITE 900
> AVENTURA, FL.  33180  US

L17000152673
FILED 8:00 AM
July 17, 2017
Sec. Of State
nccooper

## Article V

The effective date for this Limited Liability Company shall be:

> 07/17/2017

Signature of member or an authorized representative

Electronic Signature: GEORGE SIROTA

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  08-01-2017

Employer Identification Number:
61-1851160

003544.779893.292730.14466 1 SP 0.500 530

Form:  SS-4

Number of this notice:  CP 575 G

003544

BUR TRANS LLC
OLEKSANDER BURDEINYI SOLE MBR
2999 NE 191ST STE 900
AVENTURA  FL   33190

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

      Thank you for applying for an Employer Identification Number (EIN).  We assigned
you EIN 61-1851160.  This EIN will identify you, your business accounts, tax returns,
and documents, even if you have no employees.  Please keep this notice in your
permanent records.

      When filing tax documents, payments, and related correspondence, it is very
important that you use your EIN and complete name and address exactly as shown above.
Any variation may cause a delay in processing, result in incorrect information in your
account, or even cause you to be assigned more than one EIN.  If the information
is not correct as shown above, please make the correction using the attached tear-off
stub and return it to us.

      A limited liability company (LLC) may file Form 8832, Entity Classification
Election, and elect to be classified as an association taxable as a corporation.  If
the LLC is eligible to be treated as a corporation that meets certain tests and it
will be electing S corporation status, it must timely file Form 2553, Election by a
Small Business Corporation.  The LLC will be treated as a corporation as of the
effective date of the S corporation election and does not need to file Form 8832.

IMPORTANT REMINDERS:

    *  Keep a copy of this notice in your permanent records.  This notice is issued
       only one time and IRS will not be able to generate a duplicate copy for you.
       You may give a copy of this document to anyone asking for proof of your EIN.

    *  Use this EIN and your name exactly as they appear at the top of this notice
       on all your federal tax forms.

    *  Refer to this EIN on your tax-related correspondence and documents.

    *  Provide future officers of your organization with a copy of this notice.

      Your name control associated with this EIN is BURT.  You will need to provide
this information, along with your EIN, if you file your returns electronically.

      If you have questions about your EIN, you can contact us at the phone number or
address listed at the top of this notice.  If you write, please tear off the stub at
the bottom of this notice and include it with your letter.  Thank you for your
cooperation.

# *EXHIBIT C*

# BUR TRANS, LLC

12226 BEACH BLVD. #10/11
JACKSONVILLE, FL 32243
(904) 903-8813

October 25, 2017

USCIS California Service Center
Attn: I-129 L
P.O. Box 10129
Laguna Niguel, CA 92607-1012

> **Re:** **Bur Trans, LLC, Petitioner**
> **Oleksandr Burdeinyi, Beneficiary**
> **I-129 L-1A**

Dear Sir/Madam:

This letter is submitted in support of the petition of Bur Trans, LLC to classify Mr. Oleksandr Burdeinyi (hereinafter referred to as "Mr. Burdeinyi") as an L-1A non-immigrant executive transferee to fill a temporary position in the United States. The intended period of assignment is five to seven years. We expect that Mr. Burdeinyi will return to the employ of Farm Enterprise "Edem," our parent company in Ukraine, upon completion of his duties here in the United States.

Bur Trans LLC is a fully licensed business entity recently incorporated in the State of Florida on July 7, 2017. Our company has been established to further support the foreign company's business and to develop and expand its revenue sources in the financial safe haven of the United States. Led by Mr. Burdeinyi, the foreign company has become well-known and successful for cultivating and selling oilseeds, food grains, and coarse grains, and for selling and leasing agricultural equipment in Ukraine. The U.S. company, Bur Trans LLC, will operate a unique retail space that will include a grocery store, cafe and bakery (attached hereto is Bur Trans LLC's Strategic Business Plan). This European deli and bakery will operate under the name "Romashka" in Jacksonville, Florida.

Our parent company in Ukraine, Farm Enterprise "Edem", has become a leading Ukrainian farming company focused on cultivating and selling oilseeds, food grains, and coarse grains, and selling and leasing agricultural equipment. Throughout the company's existence, the parent company in Ukraine grows and sells soybeans, rapeseeds, sunflowers, wheat, peas, corn, and barley. Farm Enterprise EDEM sells and leases equipment for planting, soil-work, plant protection, and harvesting. The parent company provides high-quality products and services by blending years of experience with dynamic customer service. Farm Enterprise EDEM employees are skilled professionals with significant knowledge and experience in agricultural sciences and sales and marketing as well as their specific areas of expertise within the field. Given the company's successful operations in Ukraine, Bur Trans LLC will have a significant advantage when entering the U.S. market. With the foreign company's ongoing financial support, Bur Trans LLC will achieve success in the United States and become self supporting within its first year of operation. In order to demonstrate the commitment and ability to support the operations of its U.S. subsidiary, we have enclosed the most recent financial position and profit and loss statements for Farm Enterprise EDEM. Farm Enterprise EDEM will continue its operations in Ukraine and will phase in existing management to cover the beneficiary's responsibilities during his temporary employment in the United and has the financial ability to support the operations of Bur Trans LLC, the U.S. subsidiary, and to commence doing business in the United States.

## QUALIFYING RELATIONSHIP

Bur Trans LLC is a wholly owned affiliate of Farm Enterprise EDEM, the Ukrainian company. Bur Trans' (the U.S. company) issued and outstanding shares are owned 100% by Oleksandr Burdeinyi, the beneficiary of this petition. Farm Enterprise EDEM (the foreign company) is also owned 100% by Oleksandr Burdeinyi, the beneficiary of this petition. We have therefore, established the requisite L-1A corporate relationship. With this petition we have submitted our organization documents, under seal, showing the designation of the management and ownership of the company and verification of the sole member. For your further verification we have enclosed a copy of

the membership certificate showing the identity of the company's sole member, Mr. Burdeinyi, the beneficiary of this petition.

To manage and direct such an endeavor here in the United States, the company must have an experienced executive who is familiar with our corporate philosophy, goals, and structure. In order to assume correct positioning within the market and proper promotion of our products and services it is imperative to bring to the new market a person with the substantial management and executive skills that Mr. Burdeinyi has gained with our affiliate company in Ukraine. Mr. Burdeinyi's presence and assistance at our office here in Jacksonville, Florida will ensure the utilization of the corporate leadership necessary to catapult Bur Trans LLC to stellar success.

## BENEFICIARY'S EXECUTIVE POSITION ABROAD AND ONE-YEAR EMPLOYMENT ABROAD

To be responsible for an office such as this without substantial executive experience and knowledge would be impossible. It is important to the success of this effort to transfer to the United States an experienced executive such as Mr. Burdeinyi, who has gained this experience from prior experience with Farm Enterprise EDEM in Ukraine. This executive experience and intimate knowledge of our company's structure could not be gained outside of Farm Enterprise EDEM and cannot be duplicated in the general labor market.

Mr. Burdeinyi has served as the President of Farm Enterprise EDEM. He has held this position since September 14, 2001 to the present. In this capacity, his duties include:

- Conduct the development and execution of strategic and operational plans in all company departments, aiming at ensuring its development, growth and continuity;
- Establish each department's specific policies and goals, coordinating the execution of the corresponding action plans, facilitating and integrating the teams' job, aiming at optimizing the efforts to achieve the company's goals;

- Identify opportunities, assess feasibility and make recommendations on new investments or the development of new businesses, aiming at ensuring a proper return to shareholders and safeguard the safety of the company's assets;
- Determine staffing requirements, and interview, hire and train new employees, or oversee subordinate managers in the personnel processes.
- Complete performance evaluations of subordinate managers;
- Maintain contact with client company's directors to identify expansion of product/services improvement opportunities and to solve contractual and/or operational problems; and
- Represent management and the company in its entirety, in resolving any issues related to finances, economic and business activity of the company or relating to acquisitions, mergers, associations, negotiations.

Provided with this with this petition is evidence of the beneficiary's employment with the foreign company. Through this work experience with Farm Enterprise EDEM, Mr. Burdeinyi has gained first-hand the executive experience essential to the successful promotion of the company's business through its subsidiary, Bur Trans LLC, in the United States.

This professional experience gave Mr. Burdeinyi unique familiarity with our corporate structure and daily operations, and makes him the only viable candidate for the U.S. position to serve as President of our Jacksonville, FL office. Without experience such as that developed by Mr. Burdeinyi in Ukraine, a person with general management and executive expertise could not adequately fill the position in question.

## BENEFICIARY'S EXECUTIVE POSITION IN THE U.S. COMPANY

Bur Trans LLC has offered Mr. Burdeinyi the position of President of its Jacksonville office. By virtue of his extensive business and executive experience and his familiarity with our own management structure and operations, Mr. Burdeinyi is in a unique position to expand and develop operations by our new venture. As President, Mr. Burdeinyi's responsibilities will include:

- Direct the management of the entire organization, including: supervising top management personnel who run the day-to-day operations of the business, manage finance operations, Personnel and Human Resources development policies;
- Establish the goals, policies, and procedures of the organization and develop a strategic plan to advance the company's mission and objectives and promote revenue, profitability and growth as a company;
- Ensure organization is running smoothly and efficiently in accordance with the company business development plans and objectives;
- Develop and review periodically all departmental budgets and expand and develop company gross revenues by identifying new markets for penetration;
- Exercise wide latitude in discretionary decision-making;
- Direct all staffing activities, including ultimate decisions over hiring and firing;

As the President of Bur Trans LLC, Mr. Burdeinyi will functions as the senior executive officer of the company.

## SUFFICIENT PHYSICAL PREMISES

The Petitioner has secured sufficient physical premises to house the new office in the United States. Bur Trans LLC leased a property with 2,300 square feet in Jacksonville, Florida to operate the business. The Lease Agreement is attached hereto.

## ONE-YEAR REQUIREMENT

Bur Trans LLC, within one year of the approval of this petition, will support an executive position. The company, which will operate a 2,300 sq. ft. store and bakery, has already invested more than $60,000, including the rent and deposit expenses for the property, improvements, and the purchase of inventory and equipment. As the enclosed business plan states, the U.S. company is expected to have a steady revenue increase. Furthermore, the enclosed documentation demonstrates that the foreign company, which has 8 employees in Ukraine, has the financial ability to remunerate Mr. Burdeinyi. Bur

Trans LLC has already hired 3 employees (Manager, Cashier, and Baker) and expects to have nine employees by the end of the first year.

We propose to offer Mr. Burdeinyi full time, temporary employment at an annual salary of $45,000 per year. Once the operations of the Jacksonville office are fully established, it is planned to have Mr. Burdeinyi return to Ukraine to resume employment with our parent company, Farm Enterprise EDEM. We understand the temporary nature of this assignment and have informed Mr. Burdeinyi of the conditions of this offer. Mr. Burdeinyi has maintained and will continue to maintain his permanent residence in Ukraine. We contemplate that a minimum five-year assignment will be necessary here in the United States.

We thank you for your anticipated cooperation and remain available to answer any additional questions you may have.

Very Truly Yours,

Oleksandr Burdeinyi,
President

*EXHIBIT D*



June 29, 2017

I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.

TRANSLATION BUREAU "NIKA"

20300, Ukraine, Uman, European Street, 20/18

+380474435990, +380939440528

nika-translation@mail.ru



# *EXHIBIT E*

*Translation from Ukrainian into English*

**Farm Enterprise "EDEM"**

3 Chekhov Str., town of Blahovishchenske, Kirovograd region, 26400,

Code 31518415, current account 26006261, MFO 380805, PJSC Raiffeisen Bank Aval, city of Kyiv

**List of Employees**

| No. | Full name | Position | Salary (UAH) | Salary (USD)* | From what date works |
|---|---|---|---|---|---|
| 1 | Burdeinyi Oleksandr Anatolliovych | Head | 3 200,00 | 121,17 | September 14, 2001 |
| 2 | Stepaniuk Maksym Volodymyrovych | Supply manager | 3202,00 | 121,24 | December 28, 2016 |
| 3 | Sakaliuk Serhii Oleksandrovych | Tractor driver | 3205,00 | 121,35 | December 28, 2016 |
| 4 | Chernega Yurii Anatoliiovych | Tractor driver | 3205,00 | 121,35 | December 28, 2016 |
| 5 | Katuzhanskyi Vadym Viktorovych | Deputy Director | 3220,00 | 121,92 | February 20, 2017 |
| 6 | Lobchynskyi Volodymyr Dmytrovych | Security guard | 1600,00 | 60,58 | February 21, 2017 |
| 7 | Romanskyi Oleksandr Kostiantynovych | General labor | 3200,00 | 121,17 | March 10, 2017 |
| 8 | Havlina Yevhenia Volodymyrivna | Accountant | 1600,00 | 60,58 | May 05, 2017 |

*Currency rate of the National Bank of Ukraine as of May 18, 2017 is 1 USD = 26,41 UAH

**Head of Farm Enterprise "EDEM"**          *(signed)*          **O.A. Burdeinyi**

Seal: *26400, Ukraine, Kirovograd region, town of Blahovishchenske * Farm Enterprise "EDEM" * 31518415*

*May 18, 2017*
*I, the undersigned, ViktoriiaDemchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528   nika-translation@mail.ru*

Фермерське господарство «Едем»

вулиця Чехова 3,м.Благовіщенське,Кіровоградська обл. 26400,

Код 31518415, р/р 26006261 МФО 380805 АТ ОД «Райффайзен банк Аваль», м. Київ

Список працівників

| № | ФІБ | | | посада | з/п (грн..) | З якої дати працює |
|---|---|---|---|---|---|---|
| 1 | Бурдейний | Олександр | Анатолійович | голова | 3200,00 | 14.09.2001 |
| 2 | Степанюк | Максим | Володимирович | завідувач господарством | 3202,00 | 28.12.2016 |
| 3 | Сакалюк | Сергій | Олександрович | тракторист | 3205,00 | 28.12.2016 |
| 4 | Чернега | Юрій | Анатолійович | тракторист | 3205,00 | 28.12.2016 |
| 5 | Катюжанський | Вадим | Вікторович | замісник директора | 3220,00 | 20.02.2017 |
| 6 | Лобчинський | Володимир | Дмитрович | охоронник | 1600,00 | 21.02.2017 |
| 7 | Романський | Олександр | Костянтинович | підсобний робітник | 3200,00 | 10.03.2017 |
| 8 | Хавліна | Євгенія | Володимирівна | обліковець | 1600,00 | 05.05.2017 |

Голова ФГ «Едем»                                      Бурдейний О.А.

# *EXHIBIT F*

# *EXHIBIT F-1*

*Translation from Ukrainian into English*

## Employment Contract

Blahovishchenske                                              20.02.2017

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Katuzhanskyi Vadym Viktorovych, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

### General Provisions

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

### Obligations of the Parties

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

### Payment for work and social welfare of the Employee

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

### Responsibility of the Parties, Dispute Settlement

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

### Amendments, Termination and Cancellation of the Contract

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.



12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

**Validity and Other Terms of the Contract**

13. The Contract shall be valid from 20.02.2017 to 20.02.2019.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| Employer | Employee |
|---|---|
| FE EDEM | |
| | _(signed)_____ Katuzhanskyi Vadym |
| Head ___(signed)___O.A. Burdeinyi | Viktorovych |

Seal

*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                                          ' 20_'02___ 2017_р .

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ"  в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту , з однієї сторони, та Працівник : гр Катюжанський Вадим Вікторович, з другої сторони, уклали цей Контракт про наступне: Працівник приймається (наймається) на роботу займаною..

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем;

2. Терміном "сторони" в цьому контракті позначаються роботодавець і працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбаченої законодавством  і угодою сторін.

4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо):

5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.

6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутове забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць.Оплата проводиться згідно фактично відпрацьованого часу.

8. Працівнику надається щорічна оплачувана відпустка тривалістю:

основна  24 календарних днів.

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.

10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.

12. Цей контракт припиняється:

а) після закінчення строку дії контракту;

б) за згодою сторін;

в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;

г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;

д) з інших підстав, передбачених законодавством.

При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.

відповідно додаткові гарантії та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові:

Термін дії та інші умови контракту

13. Строк дії контракту з 20.02.2017р до ____20.02.2019р_.

Контракт набуває чинності з моменту його підписання сторонами.

14. Цей контракт укладений в двох примірках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| Роботодавець | | Працівник |
|---|---|---|
| ФГ Едем | | |
| Голова _____ Бурдейний О.А. | | _____ Катюжанський Вадим Вікторович |

*EXHIBIT F-2*

*Translation from Ukrainian into English*

# Employment Contract

Blahovishchenske                                                    26.12.2016

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Stepaniuk Maksym Volodymyrovych, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

**General Provisions**

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

**Obligations of the Parties**

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

**Payment for work and social welfare of the Employee**

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

**Responsibility of the Parties, Dispute Settlement**

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

**Amendments, Termination and Cancellation of the Contract**

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.

12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

## Validity and Other Terms of the Contract

13. The Contract shall be valid from 27.12.2016 to 27.12.2018.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| Employer | | Employee |
|---|---|---|
| FE EDEM | | |
| | | _____(signed)_____ Stepaniuk Maksym |
| Head _____(signed)_____ O.A. Burdeinyi | | Volodymyrovych |

Seal

*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*

*20300, Ukraine, Uman, Lenin Street, 20/18*

*+380474435990, +380939440528*

*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                                                                                    "_26_"_12___ 2016_р._

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ"  в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту з однієї сторони, та
Працівник : гр Степанюк Максим Володимирович , з другої сторони, уклали цей К онтракт про наступне: Працівник приймається (наймається) на роботу завідувач господарством.

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.
2. Терміном "сторони" в цьому контракті позначаються роботодавець и працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, в роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством  і угодою сторін.
4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо).
5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.
6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутове забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць. Оплата проводиться згідно фактично відпрацьованого часу.
8. Працівнику надається щорічна оплачувана відпустка тривалістю:
- основна 24 календарних днів.

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.
10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.
12. Цей контракт припиняється:
а) після закінчення строку дії контракту;
б) за згодою сторін;
в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;
г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;
д) з інших підстав, передбачених законодавством.
При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення проводиться за пунктом 8 статті 36 КЗпП України.
відповідно додатком гарантій та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові.

Термін дії та інші умови контракту

13. Строк дії контракту з 27.12.2016р до ___27.12.2018р.
Контракт набуває чинності з моменту його підписання сторонами.
14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| ФГ Едем | | Працівник |
|---|---|---|
| Голова/ | Бурдейний О.А. | Степанюк Максим Володимирович |

*EXHIBIT F3*

*Translation from Ukrainian into English*

## Employment Contract

Blahovishchenske                                                                05.05.2017


The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Havlina Yevhenia Volodymyrivna, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

### General Provisions

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

### Obligations of the Parties

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

### Payment for work and social welfare of the Employee

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

### Responsibility of the Parties, Dispute Settlement

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

### Amendments, Termination and Cancellation of the Contract

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.



12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

**Validity and Other Terms of the Contract**

13. The Contract shall be valid from 05.05.2017 to 05.05.2019.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| Employer<br>FE EDEM | | Employee |
|---|---|---|
| Head _____*(signed)*_____O.A. Burdeinyi | | _____*(signed)*_____   Havlina Yevhenia<br>Volodymyrivna |

Seal

*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                               "_05_"05___ 2017 _р .

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ" в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту ,з однієї сторони, та
Працівник : гр Хавліна Євгенія Володимирівна, з другої сторони, уклали цей К онтракт про наступне: Працівник приймається (наймається) на роботу підсобним обліковцем..

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.
2. Терміном "сторони" в цьому контракті позначаються роботодавець и працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством і угодою сторін.
4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо):
5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.
6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутове забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць.Оплата проводиться згідно фактично відпрацьованого часу.
8. Працівнику надається щорічна оплачувана відпустка тривалістю:
   основна  24 календарних  днів.

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.
10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.
12. Цей контракт припиняється:
а) після закінчення строку дії контракту;
б) за згодою сторін;
в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;
г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;
д) з інших підстав, передбачених законодавством.
При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.
відповідно додаткові гарантії та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові:

Термін дії та інші умови контракту

13. Строк дії контракту з 05.05.2017р до __05.05.2019р___
Контракт набуває чинності з моменту його підписання сторонами.
14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| Роботодавець | | Працівник |
|---|---|---|
| ФГ Едем | | |
| Голова              Бурдейний О.А. | | Хавліна Євгенія Володимирівна |

*EXHIBIT F-4*

*Translation from Ukrainian into English*

## Employment Contract

Blahovishchenske 26.12.2016

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Chernega Yurii Anatoliiovych, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

**General Provisions**

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

**Obligations of the Parties**

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

**Payment for work and social welfare of the Employee**

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

**Responsibility of the Parties, Dispute Settlement**

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

**Amendments, Termination and Cancellation of the Contract**

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.



12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

**Validity and Other Terms of the Contract**

13. The Contract shall be valid from 26.12.2017 to 26.12.2018.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| | | |
|---|---|---|
| Employer<br>FE EDEM<br><br>Head ____*(signed)*____ O.A. Burdeinyi | | Employee<br><br>____*(signed)*____ Chernega Yurii<br>Anatoliiovych |

Seal

*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                                         "28"_12____2016_р.

Сторони:

Роботодавець: Фермерське Господарство "ЕДЕМ"  в особі Голови Будейний Олександр Анатолійович, діючого на підставі  статуту  з однієї сторони, та
Працівник: гр Чернега Юрій Анатолійович , з другої сторони, уклали цей Контракт про наступне: Працівник  приймається (наймається) на роботу трактористом.

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.

2. Терміном "сторони"  в цьому контракті позначаються роботодавець і працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством і угодою сторін.

4. Працівник зобов'язується дотримуватися основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строки її виконання тощо).

5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.

6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутове забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не нижче мінімальної заробітної плати на місяць. Оплата проводиться згідно фактично відпрацьованого часу

8. Працівнику надається щорічна оплачувана відпустка тривалістю:

основна 24 календарних  днів.

Відповідальність Сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.

10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.

12. Цей контракт припиняється:

а) після закінчення строку дії контракту;

б) за згодою сторін;

в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;

г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;

д) з інших підстав, передбачених законодавством.

При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.

відповідно додатком гарантій та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові

Термін дії та інші умови контракту

13. Строк дії контракту з 27.12.2016р до ___27.12.2018р.

Контракт набуває чинності з моменту його підписання сторонами.

14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреса сторін

| Роботодавець: | | Працівник: |
|---|---|---|
| ФГ Едем | | |
| Голова | Будейний О.А. | Чернега Юрій Анатолійович |

*EXHIBIT F-5*

*Translation from Ukrainian into English*

## Employment Contract

Blahovishchenske

26.12.2016

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Sakaliuk Serhii Oleksandrovych, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

**General Provisions**

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

**Obligations of the Parties**

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

**Payment for work and social welfare of the Employee**

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

**Responsibility of the Parties, Dispute Settlement**

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

**Amendments, Termination and Cancellation of the Contract**

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.

12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

**Validity and Other Terms of the Contract**

13. The Contract shall be valid from 27.12.2017 to 27.12.2018.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.


Addresses of the Parties

| Employer | | Employee |
|---|---|---|
| FE EDEM | | |
| | | |
| Head _____*(signed)*_____ O.A. Burdeinyi | | _____*(signed)*_____ Sakaliuk Serhii Oleksandrovych |

Seal


*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                               "_26_"12___ 2016_р.

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ" в особі голови  Бурдейной Олександр Анатолійович, діючого на підставі  статуту , з однієї сторони, та
Працівник : гр Степанюк Максим Володимирович , з другої сторони, уклали цей Контракт про наступне: Працівник  приймається (наймається) на роботу завідувач господарством .

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.
2. Терміном "сторони" в цьому контракті позначаються роботодавець и працівник.
  Обов'язки сторін
3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством  і угодою сторін.
4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо).
5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.
6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.
Оплата праці та соціально-побутове забезпечення працівника
7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць. Оплата проводиться згідно фактично відпрацьованого часу.
8. Працівнику надається щорічна оплачувана відпустка тривалістю:
  основна  24 календарних днів.
Відповідальність сторін, вирішення спорів
9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.
10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.
Зміни, припинення та розірвання контракту
11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.
12. Цей контракт припиняється:
а) після закінчення строку дії контракту;
б) за згодою сторін;
в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;
г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;
д) з інших підстав, передбачених законодавством.
При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.
відповідною додаткові гарантії та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові.
Термін дії та інші умови контракту
13. Строк дії контракту з 27.12.2016р до ____27.12.2018р.
Контракт набуває чинності з моменту його підписання сторонами.
14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| Роботодавець | | Працівник |
|---|---|---|
| ФГ Едем | | Сир |
| Голова | Бурдейной О.А. | Степанюк Максим Володимирович |

Контракт з працівником

м. Благовіщенське                                                                                      "_26_"12 ___ 2016_р .

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ"  в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту ,з однієї сторони, та Працівник : гр Чернега Юрій Анатолійович, з другої сторони, уклали цей Контракт про наступне: Працівник  приймається (наймається) на роботу трактористом.

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.

2. Терміном "сторони" в цьому контракті позначаються роботодавець і працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством і угодою сторін.

4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо):

5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.

6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутова забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць. Оплата проводиться згідно фактично відпрацьованого часу,

8. Працівникові надається щорічна оплачувана відпустка тривалістю:

основна  24 календарних днів,

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.

10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.

12. Цей контракт припиняється:

а) після закінчення строку дії контракту;

б) за згодою сторін;

в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;

г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;

д) з інших підстав, передбачених законодавством.

При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.

відповідно додаткові гарантії та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові:

Термін дії та інші умови контракту

13. Строк дії контракту з 27.12.2016р до __27.12.2018р.___

Контракт набуває чинності з моменту його підписання сторонами.

14. Цей контракт складений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| | |
|---|---|
| ФГ Едем | Працівник |
| Голова            Бурдейний О.А. | Чернега Юрій Анатолійович |

Контракт з працівником

м. Благовіщенське                                                                                                                                    "_26_"_12___ 2016_р .

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ"  в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту , з одної сторони, та
Працівник : гр Сакалюк Сергій Олександрович, з другої сторони, уклали цей Контракт про наступне: Працівник приймається (наймається) на роботу
трактористом.

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та
громадянином, які з боку останнього реалізуються роботодавцем.
2. Терміном "сторони" в цьому контракті позначаються роботодавець и працівник.

 Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові заробітну
плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством  і угодою сторін.
4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що
випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо):
5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог
нормативних актів про охорону праці.
6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутова забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше
мінімальної заробітної плати за місяць.  Оплата проводиться згідно фактично відпрацьованого часу.
8. Працівнику надається щорічна оплачувана відпустка тривалістю:
  основна  24 календарних  днів.

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного
законодавства та цього контракту.
10. Спори між сторонами вирішуються в порядку, встановленому чинким законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.
12. Цей контракт припиняється:
а) після закінчення строку дії контракту;
б) за згодою сторін;
в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;
г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;
д) з інших підстав, передбачених законодавством.
При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.
відповідно до додаткові гарантії та (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові.

Термін дії та інші умови контракту

13. Строк дії контракту з 27.12.2016р до ___27.12.2018р.____
Контракт набуває чинності з моменту його підписання сторонами.
14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| Роботодавець | | Працівник |
|---|---|---|
| ФГ Едем | | |
| Голова _____ Бурдейний О.А. | | _____ Сакалюк Сергій Олександрович |

*EXHIBIT F-6*

*Translation from Ukrainian into English*

## Employment Contract

Blahovishchenske                                                    10.03.2017

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Romanskyi Oleksandr Kostiantynovych, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

### General Provisions

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

### Obligations of the Parties

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

### Payment for work and social welfare of the Employee

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

### Responsibility of the Parties, Dispute Settlement

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

### Amendments, Termination and Cancellation of the Contract

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.

12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

## Validity and Other Terms of the Contract

13. The Contract shall be valid from 10.03.2017 to 10.03.2019.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| Employer | | Employee |
|---|---|---|
| FE EDEM | | |
| Head ____(signed)____ O.A. Burdeinyi | | ____(signed)____ Romanskyi Oleksandr Kostiantynovych |

Seal

*May 20, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                                            "_10_"03 ___ 2017 р .

Сторони:

Роботодавець : Фермерське Господарство "ЕДЕМ" в особі голови  Бурдейний Олександр Анатолійович, діючого на підставі  статуту , з однієї сторони, та Працівник : гр Романський Олександр Костянтинович, з другої сторони, уклали цей Контракт про наступне: Працівник  приймається (наймається) на роботу підсобним робітником..

Загальні положення

1. Цей контракт є строковим трудовим договором. На підставі контракту виникають трудові відносини між працівником і підприємством, установою, організацією та громадянином, які з боку останнього реалізуються роботодавцем.

2. Терміном "сторони" в цьому контракті позначаються роботодавець и працівник.

Обов'язки сторін

3. За цим контрактом працівник зобов'язується виконувати роботу, визначену цим контрактом, а роботодавець зобов'язується виплачувати працівникові  заробітну плату і забезпечувати умови праці, необхідні для виконання роботи, передбачені законодавством  і угодою сторін.

4. Працівник зобов'язується (зазначаються основні характеристики роботи та вимоги до рівня її виконання: за обсягом виробництва (робіт), якістю продукції, що випускається (якістю обслуговування), рівня виконання норм та нормованих завдань, дотримання правил з охорони праці, строків її виконання тощо):

5. Роботодавець зобов'язується організувати працю працівника, забезпечити безпечні і нешкідливі умови праці, обладнати робоче місце відповідно до вимог нормативних актів про охорону праці.

6. Працівник зобов'язується виконувати правила внутрішнього трудового розпорядку.

Оплата праці та соціально-побутове забезпечення працівника

7. За виконання обов'язків, передбачених цим контрактом, працівнику встановлюється: посадовий оклад (тарифна ставка, відрядна розцінка) у розмірі не менше мінімальної заробітної плати на місяць. Оплата проводиться згідно фактично відпрацьованого часу.

8. Працівнику надається щорічна оплачувана відпустка тривалістю:

основна  24 календарних  днів.

Відповідальність сторін, вирішення спорів

9. У випадку невиконання чи неналежного виконання обов'язків, передбачених цим контрактом, сторони несуть відповідальність відповідно до чинного законодавства та цього контракту.

10. Спори між сторонами вирішуються в порядку, встановленому чинним законодавством.

Зміни, припинення та розірвання контракту

11. Зміни та доповнення до цього контракту вносяться тільки за угодою сторін, складеною у письмовій формі.

12. Цей контракт припиняється:

а) після закінчення строку дії контракту;

б) за згодою сторін;

в) з ініціативи роботодавця до закінчення строку дії контракту у випадках, передбачених законодавством (статтями 40, 41 КЗпП України) та цим контрактом;

г) з ініціативи працівника до закінчення строку дії контракту у випадках, передбачених законодавством (статтею 39 КЗпП України) та цим контрактом;

д) з інших підстав, передбачених законодавством.

При розірванні контракту з підстав, не передбачених чинним законодавством, звільнення провадиться за пунктом 8 статті 36 КЗпП України.

відповідно додаткові гарантії та є (або) компенсації моральної та матеріальної шкоди, заподіяної працівникові:

Термін дії та інші умови контракту

13. Строк дії контракту з 10.03.2017р до ____10.03.2017р._.

Контракт набуває чинності з моменту його підписання сторонами.

14. Цей контракт укладений в двох примірниках, які зберігаються у кожної із сторін і мають однакову юридичну силу.

Адреси сторін

| Роботодавець | | Працівник |
|---|---|---|
| ФГ Едем | | |
| Голова _____ Бурдейний О.А. | | _____ Романський Олександр Костянтинович |

*EXHIBIT F-7*

## Employment Contract

Blahovishchenske                                                    21.02.2017

The Parties:

Employer: Farm Enterprise EDEM represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, of the one part, and

Employee: Volodymyr Dmytrovych Lobchynskyi, of the other part, have concluded this Contract as follows: the Employee shall be employed (hired) as a security guard.

**General Provisions**

1. This Contract shall be a fix-term Contract. The Contract shall be the basis for the labour relations between the Employee and the enterprise, institution, organization represented by the citizen, who is an Employer.

2. The term "Parties" herein shall mean the Employer and the Employee.

**Obligations of the Parties**

3. The Employee hereunder shall perform his work specified herein, and the Employer shall pay the salary to the Employee and provide the working conditions required for execution of his work stipulated by law and agreement between the Parties.

4. The Employee shall (indicate the main properties of work and its requirements and level of its performance: upon the scope of production (works), quality of products manufactured (quality of service), level of performance standards and standardized tasks, observance of labour safety rules, terms of its fulfillment, etc.):

5. The Employer shall arrange the Employee's work, ensure the safe and harmless working conditions, and equip the workplace in compliance with the requirements of the labour safety regulations.

6. The Employee shall fulfill the internal labour rules.

**Payment for work and social welfare of the Employee**

7. For fulfillment of the obligations specified herein, the Employee shall get the salary (wage rate, piece rate) in the amount not less than the minimal monthly salary. The payment shall be made in accordance with the actual hours worked.

8. The Employee shall be given an annual paid vacation during:

24 calendar days (main).

**Responsibility of the Parties, Dispute Settlement**

9. In case of failure to fulfill or improper fulfillment of the obligations specified herein, the Parties shall bear responsibility in accordance with the current legislation and this Contract.

10. The disputes between the Parties shall be settled in the manner stipulated by the current legislation.

**Amendments, Termination and Cancellation of the Contract**

11. Amendments and supplements hereto shall be implemented only upon the agreement between the Parties in writing.



12. This Contract shall be terminated:

a) after expiry of this Contract;

b) upon the agreement between the Parties;

c) by the Employer before termination of the Contract in the cases stipulated by the legislation (Articles 40 and 41 of the Labour Code of Ukraine) and this Contract;

d by the Employee before termination of the Contract in the cases stipulated by the legislation (Article 39 of the Labour Code of Ukraine) and this Contract;

e) on any other grounds stipulated by the legislation.

In case of cancellation of this Contract on any other grounds not stipulated by the legislation, the Employee shall be dismissed in accordance with clause 8 of Article 36 of the Labour Code of Ukraine, and respectively, the Employee shall be entitled to the additional guarantees and/or compensation for moral and material damage caused to him.

**Validity and Other Terms of the Contract**

13. The Contract shall be valid from 21.02.2017 to 21.02.2019.

The Contract shall come into force from the time of its signing by the Parties.

14. This Contract has been made in duplicate, one copy per each of the Parties, having equal legal force.

Addresses of the Parties

| Employer | | Employee |
|---|---|---|
| FE EDEM | | |
| | | |
| Head ____*(signed)*____ O.A. Burdeinyi | | ____*(signed)*____ Volodymyr Dmytrovych Lobchynskyi |

Seal

*May 20, 2017*

*I, the undersigned, ViktoriiaDemchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Контракт з працівником

м. Благовіщенське                                                                           «21» 10   20

Сторони:

Роботодавець   Фермерське Господарство "ЕДЕМ" в особі голови Бурлакова Олександра Анатолійовича діючого на підставі статуту згідно його повноважень з однієї сторони і Працівником

Загальні положення

1. Цей контракт є особливою формою договору, на підставі контракту виникають трудові відносини між працівником та громадянином, який...

2. Терміном сторони в цьому контракті...

Обов'язки сторін

3. За цим контрактом працівник зобов'язується...

4. Працівник зобов'язується...

5. Роботодавець зобов'язується...

6. Працівник зобов'язується...

7. За виконання обов'язків...

8. Працівнику надається щорічна оплачувана відпустка...

Відповідальність сторін, вирішення спорів

9. У разі невиконання...

10. Спори між сторонами...

Зміни, припинення та розірвання контракту

11. Зміни та доповнення...

12. Цей контракт припиняється...

13. Строк дії контракту з 21.02.20   до   «21» 02   20

14. Цей контракт укладено у двох примірниках...

Адреси сторін

| Роботодавець: | | Працівник: |
| --- | --- | --- |
| ФГ "ЕДЕМ" | | |

*EXHIBIT G*

*EXHIBIT G1*

*Translation from Ukrainian into English*

## LEASE AGREEMENT No. 1

The city of Blahovishchenske

01.12.2016

The LESSOR – Individual Entrepreneur Alla Volodymyrivna Burdeina, hereinafter referred to as the LESSOR, of the one part, and the LESSEE – Farm Enterprise Edem represented by the Head Oleksandr Anatoliiovych Burdeinyi, acting on the basis of the Articles of Association, hereinafter referred to as the LESSEE, of the other part, have concluded this Agreement as follows:

### 1. Subject of the Agreement.

1.1. The LESSOR shall let on lease to the LESSEE the premise with the space of 16 square meters at the address: the city of Blahovishchenske, Chekhova Street 3, for UAH 3,000 per month.

1.2. The LESSEE shall maintain the premise in a proper state and not cause the damage of the leased property.

1.3. The LESSEE shall have no right to conclude the sublease agreements related to this premise with other individuals or legal entities.

1.4. The LESSEE shall use the premise for his main activities.

### 2. Procedure for Making Claims.

2.1. Any claims and disputes hereunder shall be settled in accordance with the current legislation.

### 3. Responsibility of the Parties.

3.1. The Parties shall be governed in their activities by the regulations of the current legislation of Ukraine.

### 4. Economic Court.

4.1. All the disputes between the LESSOR and the LESSEE shall be settled in the economic court.

### 5. Validity of the Agreement.

5.1. The Agreement shall come into force from the time of its signing and be valid until December 31, 2017.

5.2. The Agreement has been made in duplicate, one copy per each Party.

5.3. The Agreement may be cancelled upon the agreement between the Parties or, as a result of violation of the terms of the Agreement, by either Party.



The LESSOR
Individual Entrepreneur
Alla Volodymyrivna Burdeina
the city of Blahovishchenske,
Chekhova Street 3
code 2871418105
s/a 26004374183 MFO 380805
PJSC "Reiffeisen Bank Aval"
The city of Kyiv

The LESSEE
Farm Enterprise Edem
the city of Blahovishchenske,
Chekhova Street 3
code 31518415
s/a 26006261 MFO 380805
PJSC "Reiffeisen Bank Aval"
The city of Kyiv

Individual Entrepreneur *(signed)* A.V. Burdeina
Seal

Head    *(signed)*    O.A. Burdeinyi
Seal

*May 20, 2017*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

## Д О Г О В І Р – О Р Е Н Д И  № 1

М.Благовіщенське                                              01. 12.2016 р.

ОРЕНДОДАВЕЦЬ Фізична особа підприємець Бурдейна Алла Володимирівна в подальшому ОРЕНДОДАВЕЦЬ з однієї сторони та ОРЕНДАР ФГ Едем в особі голови Бурдейного Олександра Анатолійовича, що діє на основі статуту   в подальшому ОРЕНДАР з іншої сторони, склали цей договір про слідуюче:

1. Предмет договору.

1.1.ОРЕНДОДАВЕЦЬ надає в оренду ОРЕНДАРЮ приміщення в розмірі 16 квадратних метрів за адресою м. Благовіщенське вул. Чехова 3 з оплатою 3000 грн. в місяць.

1.2. ОРЕНДАР зобов'язується утримувати   приміщення в належному стані і не призводити до псування орендованого майна.

1.3. ОРЕНДАР не має права заключати договори суборенди по даному приміщенню з іншими фізичними, або юридичними особами.

1.4. ОРЕНДАР використовує приміщення для своєї основної діяльності.

2.  Порядок пред'явлення претензій.

2.1.Можливі претензії та спірні питання по цьому договору вирішується згідно чинного Законодавства.

3.Відповідальність сторін.

3.1.В своїй діяльності сторони керуються нормами діючого законодавства України.

4.Господарський суд.

4.1.  Усі спірні питання між ОРЕНДОДАВЦЕМ   і ОРЕНДАРЕМ вирішуються в господарському суді.

5. Термін дії договору.

5.1. Договір набирає чинності з моменту підписання і діє до 31 грудня 2017 р.

5.2.Договір складено в двох примірниках, по одному примірнику кожній стороні.

5.3.Договір може бути розірваний за згодою сторін, або при порушенні умов договору з ініціативи однієї із сторін.

|  ОРЕНДОДАВЕЦЬ | ОРЕНДАР |
|---|---|
| Фізична особа підприємець | Фермерське господарство «Едем» |
| Бурдейна Алла Володимирівна | м. Благовіщенське вул. Чехова 3 |
| м. Благовіщенське вул. Чехова 3 | Код 31518415 |
| код 2871418105 | р/р 26006261 МФО 380805 |
| р/р 26004374183 МФО 380805 | ПАТ "Райффайзен Банк аваль" |
| ПАТ "Райффайзен Банк аваль" | М. Київ |
| М. Київ | |
| ФОП _____ Бурдейна А.В. | Голова _____ Бурдейний О.А. |

Копія

Фермерське господарство «Едем»

НАКАЗ

«_14__» _09_____2001р.          с. Сабатинівка          № ___1-К____

Призначити:

1. Бурдейного Олександра Анатолійовича з 14 вересня 2001 року головою ФГ «Едем» з оплатою згідно штатного розпису.

Підстава: статут ФГ «Едем»

Голова ФГ «Едем»          _____          Бурдейний О.А.

З наказом ознайомлений _____ Бурдейний О.А.

М.п.

*EXHIBIT G2*

**MG**                         SUPPLY AGREEMENT No. 2016/04/18-6

Poltava city                                      Date of execution: April 18, 2016

    **LIMITED LIABILITY COMPANY "GPL"**(hereinafter referred to as the Supplier), represented by the director DemusenkoKostiantynViktorovych, acting on the basis of the Articles of Association, on the one part, and

    **Farming Enterprise "Edem"** (hereinafter referred to as the "Purchaser"), represented by the head BurdeinyiOleksandrAnatoliiovych, acting on the basis of the Articles of Association, on the other part, (hereinafter referred to as the Parties, and each separately – the Party), have concluded this Supply Agreement (hereinafter referred to as the "Agreement") as follows:

## 1. SUBJECT OF THE AGREEMENT

    **1.1.** According to the terms hereof, the Supplier shall supply and deliver in the established period to the Purchaser, and the Purchaser shall accept and pay for theoils for cars, car chemistry, car parts, etc. (hereinafter referred to as the "Goods").

    **1.2.**Assortment, nomenclature, total quantity and cost of the Goods subject to supply shall be determined in the delivery notes, which are the integral part hereof.

    **1.3.** The Supplier shall ensure that the Goods belong to him on the property right and are not under the prohibition on alienation, arrest, collateral or other security of execution of the obligations to any individuals or legal entities, state authorities and the state, as well as the property to be collateralized or restricted, stipulated by the current legislation of Ukraine.

## 2. PROCEDURE AND TERM OF SUPPLY

    **2.1.** The supply of the Goods shall be made by the Supplier within seven calendar days from the date of ordering the Goods on the terms: DDP – Purchaser's warehouse located at the address:*Kirovohrad region, Ulianovka district, Sabatynivka village,* according to INCOTERMS-2010 rules, unless otherwise is stated in the annexes hereto.

## 3. PRICE AND SETTLEMENT PROCEDURE

    **3.1.**Price for the Goods supplied hereunder shall be contractual and stated in invoices or delivery notes for the Goods.

    **3.2.**The prices for the Goods shall be settled in the national currency of Ukraine – UAH.

    **3.3.**Total amount of the Agreement shall consist of the amounts of the delivery notes for actually supplied Goods within the validity of the Agreement.

    **3.4.**Unless otherwise is stated in the relevant annexes hereto, the payment for the Goods shall be made by the Purchaser within 3 (three) calendar days from the date of receipt of the Goods by him.

    **3.5.**The Purchaser shall make the payment for the supplied Goods by transfer the funds from the settlement account of the Purchaser to the settlement account of the Supplier.

    **3.6.**The payment date shall be the date of crediting the funds to the settlement account of the Supplier.

    **3.7.**In case of delay of the settlements, the Supplier shall have the right not to make the further supplies on the terms of deferred payment, but to perform the supplies on the terms of 100% prepayment.

    **3.8.**In case if during the period from the date of supply of the Goods to the date of payment in the interbank currency market (http://mezhbank.org.ua) the fluctuation in USD against UAH is upwards (over 5%), the Purchaser based on the written request of the Supplier shall within 3 (three) bank days, not taking into account the terms of clause 3.4. as for deferred payment, make the full settlement with the Supplier for the supplied Goods.

    **3.9.**If the Purchaser failed to make the settlement in the established period for the supplied Goods, the Supplier shall have the right to issue the additional invoice for payment the exchange difference for the period specified in clause 3.8. hereof.

[Seal: Ukraine, Poltava city, Limited Liability Company "GPL", identification code 33190684 ]

## 4. QUALITY OF THE GOODS, TERMS OF PACKAGING

**4.1.** The quality of the Goods shall comply with the current DSTU (GOST) and TU and/or the Supplier's quality passports and/or certificate depending on the products to be certified.

**4.2.** The Goods shall be packed in the original package, which secures the storage of the Goods during the transportation by all kinds of transport and has the label with all data about the Goods, the supplier, and transport restrictions.

## 5. ACCEPTANCE PROCEDURE OF THE GOODS

**5.1.** The Goods shall be accepted according to the delivery note.

**5.2.** The date of supply of the Goods shall be indicated in the delivery note.

**5.3.** The Supplier shall be deemed to execute his obligations hereunder from the time of transfer of the Goods to the Purchaser that shall be confirmed by the signature of the authorized representative of the Purchaser in the delivery note or other shipping document.

**5.4.** The place of delivery of the Goods shall be the actual address, where the Supplier has transferred and the Purchaser has accepted the Goods upon the quantity and quality.

**5.5.** The Purchaser shall acquire the ownership for the Goods and bear the risk of the accidental destruction (spoilage of the Goods or otherwise) from the time of receipt of the Goods according to the delivery note upon the place of transfer of the Goods.

**5.6.** In case of flaws and defects and/or incompliance of the quantity and/or quality of the supplied (delivered) Goods with the current DSTU (GOST) and TU and/or quality passport and/or certificate, the Purchaser shall within 72 hours call for the Supplier (by e-mail, means of electronic communication, fax, telefax of telegraph) for taking measures as for completion of the bilateral Defect Certificate.

**5.7.** When receiving the notification about the revealed defects and/or incompliance of the quantity and/or quality of the sold (supplied) Goods with the current DSTU (GOST) and TU and/or quality passports and/or certificate, the Supplier shall within two days ensure the arrival of his authorized representative or allow to accept the Goods by the Purchaser unilaterally. The Purchaser shall have the right to invite the representative of the independent organization or expert of the Chamber of Commerce and Industry of Ukraine for inspection.

**5.8.** In case of incompliance of the quality of the sold (supplied) Goods with the current DSTU (GOST) and TU and/or quality passports and/or certificate, that will be confirmed with the appropriate documents (technical conclusion of the laboratory, and the Defect Act, stating the revealed defects), the Supplier shall free of charge eliminate the defects or replace the Goods.

**5.9.** Elimination of the defects or replacement of the Goods, upon the option of the Purchaser, shall be done by the Supplier within 20 (twenty) calendar days from the time of completion and signing the Certificate by the Parties, unless otherwise is directly stated in the Defect Certificate.

**5.10.** Other issues of transfer and acceptance of the Goods not stipulated hereunder shall be settled by the Parties according to the Guidance on the procedure of transfer and acceptance of the technical products and consumer goods upon the quantity approved by the Regulation No. II-6 of the State Arbitration at the Council of Ministers of the USSR as of 15.06.1965 and the Guidance on the procedure of transfer and acceptance of the technical products and consumer goods upon the quantity approved by the Regulation No. II-7 of the State Arbitration at the Council of Ministers of the USSR as of 25.04.1966.

**5.11.** Together with the Goods, the Supplier shall transfer the following shipping documents to the Purchaser:

  **5.11.1.** the invoice;

  **5.11.2.** the delivery note;

  **5.11.3.** the tax bill;

  **5.11.4.** the manufacturer's quality certificate (upon the written request of the Purchaser);

  **5.11.5.** the waybill;

  **5.11.6.** the declaration on compliance and/or conformity certificate of the State Standard of Ukraine (if the products are included into the "List of the products to be obligatory certified in Ukraine" (upon the written request of the Purchaser).

[Seal: Ukraine, Poltava city, Limited Liability Company "GPL", identification code 33190684
]

## 6. WARRANTY TERMS

**6.1.** The Supplier shall ensure the Purchaser to execute the obligations specified hereunder in the established period and in full.

**6.2.** The warranty period per each kind of the Goods shall be stated in the passport for the Goods.

**6.3.** The warranty obligations shall be executed provided for the compliance by the Purchaser with the rules and terms of operation of the Goods. In each case of rejection of the Goods within the warranty period of operation, the Purchaser shall execute and send to the Supplier the Defect Certificate, stating the defect and the reasons of its occurrence. The Supplier shall, within 3 (three) working days from the date of receipt, consider the Defect Certificate and provide at his expense the repair or replacement of the defected Goods, if he fails to prove that such defects occurred as a result of violation by the Purchaser of the operation rules of the Goods or storage conditions.

## 7. RESPONSIBILITY OF THE PARTIES AND PROCEDURE OF DISPUTE SETTLEMENT

**7.1.** All disputes, arising between the Parties in relation with this Agreement, shall be settled by negotiations.

**7.2.** In failure to settle the dispute in such manner, it shall be referred to the economic court at the location of the defendant.

**7.3.** In case of violation of the obligations hereunder, the Parties shall bear responsibility specified by this Agreement and current legislation of Ukraine. The violation of the obligation shall mean the failure to execute or improper execution, i.e. execution with violating the terms stipulated by the obligation.

**7.4.** In case of delay by the Supplier of the terms of supply of the Goods according to clause 2.1. hereof, the Supplier shall pay to the Purchaser the fine in the amount of 0.1% per each day of delay of the amount of the Goods supplied not in due time, but not over the double NBU discount rate current in such period.

**7.5.** In case of delay by the Purchaser of the terms of supply of the Goods according to clause 3.4. hereof, the Purchaser shall pay the fine in the amount of 0.1% per each day of delay of the amount of the Goods supplied not in due time, but not over the double NBU discount rate current in such period.

**7.6.** In case of delay of the payment for the Goods for more than 30 calendar days, the Purchaser shall additionally pay to the Supplier the fine in the amount of 50% of cost of the Goods. In case of delay of the payment for the Goods for more than 30 calendar days, the Supplier shall have the right to require and the Purchaser shall, within 7 calendar days from the date of receipt of the relevant request from the Supplier, at own expense, return the Goods not paid in due time to the Supplier.

**7.7.** In case of refusal of the Purchaser from the received Goods ordered in compliance with the terms hereof, the Purchaser shall reimburse the Supplier for all incurred losses, including the lost profit.

**7.8.** The payment of the penalty and fine shall not exempt the Parties from execution of their obligations hereunder.

**7.9.** For violation of the terms hereof, the Parties shall reimburse for the losses (expenses or damage of the property, not received income) to the extent not covered by the penalty (fine).

**7.10.** In case if due to the failure to execute or improper execution by the Purchaser of the terms hereof, the Supplier shall pay the fines (including the assessed tax liabilities) charged by the authorized bodies and/or officials of the state authorities, the Purchaser shall reimburse the Supplier for the incurred losses in full in relation with the payment of such fines and the amounts collected to the benefit of third parties, incurred by the Supplier as a result of failure to execute or improper execution by the Purchaser of the terms hereof.

**7.11.** In case of applying the financial sanctions to the Purchaser according to the terms hereof, the funds paid by the Purchaser, shall be credited as follows:
- firstly, the funds for reimbursement for the incurred losses shall be credited;
- secondly, the funds for payment of receivables for the Goods supplied earlier and not paid, as well as the penalties specified hereunder, shall be credited;
- thirdly, the funds for payment of the Goods, shall be credited.

## 8. FORCE MAJEURE

**8.1.** The period of execution by the Parties of the obligations hereunder may be suspended only in case of force majeure. The Party suffered from force majeure, whichcan't execute the obligations hereunder, shall

[Seal: Ukraine, Poltava city, Limited Liability Company «NIKA», identification code 33190684
]

notify the other Party in w... ...k ... within 3 calendar days from the time or fc ... majeure. Untimely notification shall deprive the relevant Party of the right to refer to such force majeure in future.

**8.2.** The fact of force majeure shall be confirmed by the certificate issued by the relevant chamber of commerce and industry or other competent authority and shall be the sufficient evidence of the occurrence and duration of force majeure.

**8.3.** After termination of force majeure, the terms of execution of the works shall be suspended for the period of duration of such force majeure. If force majeure lasts for more than three consequent months and do not seem to be terminated, this Agreement may be cancelled by the Purchaser or the Supplier by notification of the other Party hereabout.

## 9. VALIDITY OF THE AGREEMENT

**9.1.** This Agreement shall be deemed concluded and come into legal force from the date of its signing and sealing by the Parties.

**9.2.** The validity of this Agreement shall begin in the time specified in clause 9.1. hereof and finish on December 31, 2017.

**9.3.** After the termination of this Agreement, if the Parties continue to execute its terms, the Agreement shall be deemed prolonged for one calendar year, but either Party shall have the right to terminate it, notifying the other Party one month prior to such termination, or to suggest concluding a new agreement.

**9.4.** Termination of this Agreement shall not exempt the Parties from the responsibility for its violation, which occurred during the validity hereof.

**9.5.** Unless otherwise is directly stipulated by this Agreement or the current legislation of Ukraine, the amendments hereto may be made only with the consent of the Parties, which shall be executed as an additional agreement hereto.

**9.6.** The amendments hereto shall come into force from the time of duly execution by the Parties of the appropriate additional agreement hereto, unless otherwise is stated in the additional agreement, this Agreement or current legislation of Ukraine.

**9.7.** Unless otherwise is directly stipulated by this Agreement or the current legislation of Ukraine, this Agreement may be cancelled by the agreement between the Parties executed as an additional agreement hereto or by judicial means stipulated by the legislation of Ukraine.

**9.8.** This Agreement shall be deemed cancelled from the duly execution by the Parties of the appropriate additional agreement hereto, unless otherwise is stated in the additional agreement, this Agreement or current legislation of Ukraine.

## 10. FINAL PROVISIONS

**10.1.** All legal relations, arising from this Agreement or in connection herewith, including connected with the validity, conclusion, amendment and termination of this Agreement, the interpretation of its terms, determination of the consequences of invalidity or violation hereof, shall be governed by this Agreement and the appropriate requirements of the current legislation of Ukraine, as well as the applicable customs as for such legal relations of business turnover based on the principles of good faith, reasonableness and fairness.

**10.2.** The terms of this Agreement shall be specified by the Parties in compliance with the requirements of the rules of International Commercial Terms (Incoterms) -- 2010 applied with consideration of the particularities, arising from the terms hereof.

**10.3.** At the time of conclusion of this Agreement, the Purchaser shall be:

**10.3.1.** The single tax payer of the fourth group.

**10.3.2.** The value-added tax payer.

**10.4.** At the time of conclusion of this Agreement, the Supplier shall be:

**10.4.1.** The income tax payer of the enterprises on the general bases according to the Tax Code of Ukraine.

**10.4.2.** The value-added tax payer.

**10.5.** Each Party shall bear full responsibility for correctness of the tax status stated in this Agreement and shall, within 48 hours, in writing, notify the other Party about its change, and in failure to notify, it shall bear the risk of negative consequences connected with such risk.

[Seal: Ukraine, Poltava city, Limited Liability Company "GRL", identification code 33190684
]

**10.6.** After signing this Agreement, all preliminary negotiations hereunder, correspondence, previous agreements, memorandums of intentions and any other oral or written arrangements of the Parties in the issues, which somehow relate to this Agreement, shall lose their legal force, but may be taken into account during the interpretation of the terms hereof.

**10.7.** The Parties shall confirm their belonging to the business entities stated in clauses 1-2, part 2, Art. 55 of the Economic Code of Ukraine and in the established manner included into the Unified State Register according to the Law of Ukraine "On state registration of legal entities and individual entrepreneurs" as of 15.03.2003.

**10.8.** Assignment of the debt claim hereunder by either Party to any third parties shall be allowed exclusively provided for the written notification about it to the other Party.

**10.9.** In case of failure by the Purchaser to execute the undertaken obligations hereunder related to the payment of the supplied Goods and reimbursement for the losses and other penalties stipulated By this Agreement, the Supplier shall have the right to suspend the supply of the ordered (paid) Goods for the period until the full execution by the Purchaser of the undertaken contractual obligations. Moreover, the Supplier, if he has any unexecuted obligations to the Purchaser, in the manner and terms stated in part 2, Art. 601 of the Civil Code of Ukraine, part 3, Art. 203 of the Economic Code of Ukraine based on the written statement sent to the Purchaser, shall have the rightto unilaterally set offthe claims, which are already due.

**10.10.** The Parties hereof have agreed that the Goods may not be returned or exchanged, which have been purchased at the special prices, in absence of the original package or in case of the destroyed package, and if the Goods are incomplete. The Goods of good quality can't be returned, if they are used and have the traces of use and wear, or if the Goods have been stored by the Purchaser with violation of the established rules and have lost the marketability.

**10.11.** The additional agreements andsupplements hereto shall be its integral part and have the legal force, if they are in writing, signed and sealed by the Parties.

**10.12.** This Agreement and/or annexes hereto (hereinafter referred to as the "Documents") transferred by facsimile or electronic means shall have the legal force at the time of their receipt and be valid until the exchange with the original Documents between the Parties. However, in any case within 5 working days after sending the copies of the Documents, the Party, having the original Documents, shall certify this Agreement and/or annexes hereto by a signature and a seal, and send the original Documents to the other Party hereof.

**10.13.** All adjustments hereof shall have the force and may be taken into account provided for,in each individual case, they are dated, signed and sealed by the Parties.

**10.14.** This Agreement shall be made with full understanding by the Parties of its terms and terminology, in Ukrainian, in two identical copies, having equal legal force, one copy per each Party.

## 11. LOCATION AND PAYMENT DETAILS OF THE PARTIES:

**11.1.** Each of the Parties shall confirm the correctness of the stated location and adequacy of the payment details:

| PURCHASER: | SUPPLIER: |
|---|---|
| FE "Edem" <br> 26434, Kirovohrad region, Ulianovka district, Sabatynivka village <br> s/a 26006261 with JSC "Raiffeisen Bank Aval", Kyiv city <br> MFO 380805, USREOU 31518415, <br> ITN 315184111207 <br> VAT payers <br> Phone: (067) 472-13-63 | LLC "GPL" <br> Ukraine, 36010, Poltava city, Polovka St., 70 <br> USREOU code 33190684 <br> ITN 331906816010 <br> VAT Payer Certificate 23472326 <br> c/a 26009500107435 <br> Bank: PJSC "CREDIT AGRICOLE BANK" <br> MFO 300614 <br> Phone/fax (0532) 500-142, 535-240 |



[Seal: Ukraine, Poltava city, Limited Liability Company"GPL", identification code 33190684 ]

**11.2.** The Party shall bear fu[...] nsibility for correctness of the details sta[...] by it herein and must notify the other Party about their change within 48 hours, in writing, and in failure to notify, it shall bear the risk of negative consequences connected with such risk.

## 12. SIGNATURES OF THE PARTIES

**12.1.** The Supplier and the Purchaser shall correspondingly confirm by their signatures that the conclusion hereof and its execution for the Supplier and the Purchaser shall not contradict the requirements of the current legislation of Ukraine, and correspondingly confirm that the conclusion of this Agreement and its execution shall not contradict the intentions of the Parties, the provisions of their statutory documents or other local acts of the Parties.

| Head of FE "Edem" | Director of LLC "GPL" |
|---|---|
| */signed/*        O.A. BURDEINYI | */signed/*        K.V. Demusenko |
| [Seal: Ukraine, 26434, Kirovohrad region, Ulianovka district, Sabatynivka village, Farming Enterprise "EDEM", No. 31518415] | [Seal: Ukraine, Poltava city, Limited Liability Company "GPL", identification code 33190684] |

*March 01, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

[Seal: Україна м. Умань, Бюро перекладів, NIKA, Translation bureau, Ukraine Uman]

[Seal: Ukraine, Poltava city, Limited Liability Company "GPL", identification code 33190684 ]



ДОГОВІР ПОСТАВКИ № 2016/04/18-6

місто Полтава                                    Дата укладення:    «18» квітня 2016 року

**ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ «ГПЛ»** (надалі за текстом - «Постачальник»), в особі директора Демусенка Костянтина Вікторовича, що діє на підставі Статуту, з однієї сторони, та

**Фермерське господарство «Едем»** (надалі за текстом - «Покупець»), в особі голови Бурдейного Олександра Анатолійовича, що діє на підставі  Статуту з другої сторони, (в подальшому Сторони, а кожна окремо – Сторона) уклали цей Договір поставки  (надалі за текстом – «Договір») про наступне.

## 1. ПРЕДМЕТ ДОГОВОРУ

1.1.   Відповідно до умов даного Договору, Постачальник зобов'язується поставити та передати у визначені строки Покупцеві, а Покупець зобов'язується прийняти та оплатити мастила для автомобілів, товари автохімії, автозапчастини тощо (надалі – «Товар»).

1.2.   Асортимент, номенклатура, загальна кількість та вартість Товару, що підлягає поставці, визначаються Сторонами у видаткових накладних, які є невід'ємною частиною Договору.

1.3.   Постачальник гарантує, що Товар належить йому на праві власності, не знаходиться під забороною відчуження, арештом, не є предметом застави чи іншим засобом забезпечення виконання зобов'язань перед будь-якими фізичними або юридичними особами, державними органами і державою, а також не є предметом будь-якого іншого забезпечення або обмеження, передбачених чинним законодавством України.

## 2. ПОРЯДОК І СТРОК ПОСТАВКИ

2.1.   Поставка Товару (товарів) здійснюється Постачальником протягом семи календарних днів з моменту замовлення Товару на умовах:  DDP – склад Покупця, що знаходиться за адресою: *Кіровоградська обл., Ульяновський р-н, с. Сабатинівка*, згідно правил ІНКОТЕРМС-2010, якщо інше не вказано у додатках до даного Договору.

## 3. ЦІНА ТА ПОРЯДОК РОЗРАХУНКІВ

3.1.   Ціни на Товар, що поставляється за даним Договором, є договірними та вказуються у рахунках-фактурах або у видаткових накладних на Товар.

3.2.   Ціни на Товар вказуються у національній валюті України - гривнях.

3.3.   Загальна сума Договору складається з сум видаткових документів на фактично поставлений Товар в період дії цього Договору.

3.4.   Якщо інше не вказано у відповідних додатках до даного Договору, оплата за Товар здійснюється Покупцем протягом 3 (трьох) календарних днів з моменту отримання ним Товару.

3.5.   Покупець здійснює оплату за поставлений Товар шляхом перерахування грошових коштів з розрахункового рахунку Покупця, на розрахунковий рахунок Постачальника.

3.6.   Датою оплати вважається дата зарахування грошових коштів на розрахунковий рахунок Постачальника.

3.7.   При затримці розрахунків Постачальник має право не здійснювати подальші поставки на умовах відстрочення платежу, а застосовувати поставки на умовах 100% передоплати.

3.8.   У випадку, якщо в період з дати поставки Товару до дати здійснення платежу на міжбанківському валютному ринку (http://mezhbank.org.ua) відбудеться коливання курсу долару США по відношенню до гривні у сторону збільшення (більше ніж на 5 %), Покупець, на підставі письмової вимоги Постачальника, повинен протягом 3 (трьох) банківських днів, не враховуючи

1 | Сторінка

умови п. 3.4. щодо відстрочки платежу, провести повний розрахунок з Постачальником за поставлений Товар.

3.9.   Якщо Покупець у вказаний строк не здійснив розрахунок за поставлений Товар, Постачальник має право виставити додатковий рахунок по сплаті курсової різниці за період, вказаний у п. 3.8. даного Договору.

## 4. ЯКІСТЬ ТОВАРУ. УМОВИ ПАКУВАННЯ

4.1.   Якість Товару повинна відповідати діючим ДСТУ (ГОСТам) і ТУ та/або відповідати паспортам якості Постачальника та/або сертифікату відповідно до продукції, яка підлягає сертифікації.

4.2.   Товар повинен бути запакованим в заводську упаковку, яка забезпечує зберігання Товару під час транспортування всіма видами транспорту і має маркування, що вміщує необхідні дані про Товар, постачальника, транспортні обмеження.

## 5. ПОРЯДОК ПРИЙНЯТТЯ ТОВАРУ

5.1.   Товар приймається Покупцем згідно видаткової накладної.

5.2.   Датою поставки Товару є дата вказана у видатковій накладній.

5.3.   Постачальник вважається виконавшим свої зобов'язання за Договором з моменту передачі Товару в розпорядження Покупця, що підтверджується підписом уповноваженого представника Покупця на видатковій накладній або іншому товаросупровідному документі.

5.4.   Місцем передачі Товару є фактична адреса, де Постачальник передав, а Покупець прийняв Товар за кількістю та якістю.

5.5.   Покупець набуває право власності на Товар і несе ризик випадкової загибелі (псування товару та інше) з моменту отримання Товару згідно видаткової накладної за місцем передачі Товару.

5.6.   При наявності зауважень та виявленні недоліків та/або невідповідність кількості та/або якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, Покупець зобов'язаний протягом 72-х годин визвати (за допомогою електронної пошти, електронного зв'язку факсу, телефаксу, телеграфу) Постачальника для вжиття заходів щодо складання двостороннього рекламаційного Акту з зазначення виявлених недоліків.

5.7.   При отриманні повідомлення про виявлені недоліки та/або невідповідність кількості та/або якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, Постачальник зобов'язаний на протязі двох днів забезпечити прибуття свого уповноваженого представника або дозволити провести прийомку Товару Покупцем в односторонньому порядку. Покупець вправі запросити для участі в перевірці представника незалежної організації або експерта ТПП України.

5.8.   У разі невідповідності якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, що буде підтверджено відповідними документами (технічним заключенням лабораторії, рекламаційним Актом з зазначенням про виявленні недоліки), Постачальник зобов'язаний безоплатно виправити недоліки або замінити Товар.

5.9.   Виправлення недоліків, заміна товару за вибором Покупця повинні бути здійсненні Постачальником протягом 20 (двадцяти) календарних днів з моменту складання та підписання Сторонами Акта, якщо інший термін не буде встановлений самим рекламаційним Актом.

5.10. З інших питань приймання-передачі товару, що не передбачені цим Договором Сторонам керуються Інструкцією про порядок приймання передачі продукції виробничо-технічного призначення і товарів народного споживання за кількістю, затвердженої постановою Держарбітражу при Раді Министрів СРСР від 15.06.1965 № П-6 та Інструкцією про порядок приймання продукції виробничо-технічного призначення та товарів народного споживання за якістю, затвердженої постановою Держарбітражу при Раді Министрів СРСР від 25.04.1966 № П-7.

5.11. Разом з Товаром Постачальник передає Покупцю наступні супровідні документи:

5.11.1. рахунок-фактуру;

2 | С т о р і н к а

5.11.2. видаткову накладну;

5.11.3. податкову накладну;

5.11.4. сертифікат якості заводу-виробника (на письмовий запит Покупця);

5.11.5. товарно-транспортну накладну.

5.11.6. декларацію про відповідність та/або сертифікат відповідності Держстандарту України (якщо продукція включена в «Перелік продукції, що підлягає обов'язковій сертифікації в Україні») (на письмовий запит Покупця).

## 6. ГАРАНТІЙНІ УМОВИ

6.1. Постачальник гарантує Покупцю виконання передбачених цим Договором зобов'язань в встановлений строк і в повному обсязі.

6.2. Гарантійний строк на кожен вид Товару зазначається в паспорті на Товар.

6.3. Гарантійні зобов'язання виконуються за умови дотримання Покупцем правил та умов експлуатації товару. По кожному випадку відмови Товару в гарантійний період експлуатації Покупець складає і направляє Постачальнику рекламаційний Акт з зазначенням несправності і причин її виникнення. Постачальник зобов'язаний протягом 3 (трьох) робочих днів з дати одержання розглянути рекламаційний Акт і забезпечити за свій рахунок ремонт або заміну дефектного Товару, якщо не доведе, що дефекти виникли внаслідок порушення Покупцем правил експлуатації Товару або умов зберігання.

## 7. ВІДПОВІДАЛЬНІСТЬ СТОРІН ТА ПОРЯДОК РОЗГЛЯДУ СПОРІВ

7.1. Всі спори, що виникають між сторонами з приводу даного Договору вирішуються шляхом переговорів.

7.2. У разі неможливості вирішити спір у такому порядку він передається на розгляд господарського суду, за місцем знаходження відповідача.

7.3. У випадку порушення своїх зобов'язань за цим Договором Сторони несуть відповідальність, визначену цим Договором та чинним законодавством України. Порушенням зобов'язання є його невиконання або неналежне виконання, тобто виконання з порушенням умов, визначених змістом зобов'язання.

7.4. У разі прострочення Постачальником термінів поставки Товару, згідно п. 2.1. даного Договору, останній виплачує на користь Покупця пеню в розмірі 0,1% за кожен день прострочення від суми не поставленого в строк Товару, але не більше подвійної облікової ставки НБУ, що діє на такий період.

7.5. У разі прострочення Покупцем термінів оплати Товару, згідно п. 3.4., останній виплачує пеню в розмірі 0,1% за кожен день прострочення від суми не сплаченого в строк Товару, але не більше подвійної облікової ставки НБУ, що діє на такий період.

7.6. У випадку прострочення оплати Товару більше ніж на 30-ть календарних днів Покупець додатково сплачує на користь Постачальника штраф у розмірі 50 % від вартості Товару. У випадку прострочення оплати товару понад 30-ть календарних днів, Постачальника має право вимагати, а Покупець зобов'язаний, на протязі 7-ми календарних днів з моменту отримання відповідної вимоги від Постачальника, за власний рахунок повернути на адресу Постачальника неоплачений у належний строк Товар.

7.7. У випадку відмови Покупця від отриманого Товару, замовленого у відповідності до умов даного Договору, він відшкодовує Постачальнику всі понесені в зв'язку з цим збитки, в тому числі упущену вигоду.

7.8. Сплата пені та штрафу не звільняє Сторони від виконання своїх зобов'язань за даним Договором.

7.9. За порушення умов цього Договору Сторони зобов'язані відшкодувати збитки (витрати або пошкодження майна, не одержаних доходів) у частині, не покритій неустойкою (штрафом, пенею).

7.10. У випадку, якщо через невиконання або неналежне виконання Покупцем умов цього Договору з Постачальника будуть стягнені штрафи (в т.ч. донараховані податкові зобов'язання)

3|Сторінка

уповноваженими органами та/або посадовими особами органів державної влади, Покупець у повному обсязі компенсує Постачальнику понесені збитки з уплати таких штрафів, а також суми, стягнені на користь третіх осіб, які були понесені Постачальником внаслідок невиконання або неналежне виконання Покупцем умов цього Договору.

7.11. У разі застосування до Покупця фінансових санкцій відповідно до умов даного Договору, грошові кошти, що сплачені Покупцем, зараховуються в такій черзі:
- у першу чергу зараховуються кошти по відшкодуванню завданих збитків;
- у другу чергу зараховуються кошти за сплату дебіторської заборгованості за Товар, що був поставлений раніше і який був не оплачений, а також штрафні санкції, що передбачені даним Договором;
- у третю чергу зараховуються кошти в рахунок сплати за Товар.

## 8. ОБСТАВИНИ НЕПЕРЕБОРНОЇ СИЛИ

8.1. Перебіг терміну виконання Сторонами зобов'язань за цим Договором може бути призупинений тільки в разі настання обставин непереборної сили. Сторона, для якої склалась неможливість виконання обов'язків за Договором, зобов'язана повідомити у письмовій формі іншу Сторону протягом 3-х календарних днів з моменту настання обставин непереборної сили. Несвоєчасність такого повідомлення позбавляє відповідну Сторону права посилатись на них в майбутньому.

8.2. Факт настання обставин непереборної сили підтверджується свідоцтвом, виданим відповідною торгово-промисловою палатою, або іншим компетентним органом і є достатнім підтвердженням наявності та продовження дії обставин непереборної сили.

8.3. Після припинення дії обставин непереборної сили, строки виконання робіт переносяться на термін дії цих обставин. Якщо обставини непереборної сили діють протягом трьох послідовних місяців і не виявляють ознак закінчення, цей Договір може бути розірваний Покупцем і Постачальником шляхом направлення повідомлення іншій Стороні.

## 9. ДІЯ ДОГОВОРУ

9.1. Цей Договір вважається укладеним і набирає чинності з моменту його підписання Сторонами та скріплення печатками Сторін.

9.2. Строк цього Договору починає свій перебіг у момент, визначений у п. 9.1. цього Договору та закінчується 31 грудня 2017 року.

9.3. Після закінчення терміну дії Договору, якщо сторони продовжують виконувати його умови, Договір вважається пролонгованим на один календарний рік, але кожна із сторін має право припинити його дію, попередивши про це іншу сторону за один місяць, або виступити з пропозицією про укладення нового договору.

9.4. Закінчення строку цього Договору не звільняє Сторони від відповідальності за його порушення, яке мало місце під час дії цього Договору.

9.5. Якщо інше прямо не передбачено цим Договором або чинним в Україні законодавством, зміни у цей Договір можуть бути внесені тільки за домовленістю Сторін, яка оформлюється додатковою угодою до цього Договору.

9.6. Зміни у цей Договір набирають чинності з моменту належного оформлення Сторонами відповідної додаткової угоди до цього Договору, якщо інше не встановлено у самій додатковій угоді, цьому Договорі або у чинному в Україні законодавстві.

9.7. Якщо інше прямо не передбачено цим Договором або чинним в Україні законодавством, цей Договір може бути розірваний за домовленістю Сторін, яка оформлюється додатковою угодою до цього Договору, або у судовому порядку передбаченому законодавством України.

9.8. Цей Договір вважається розірваним з моменту належного оформлення Сторонами відповідної додаткової угоди до цього Договору, якщо інше не встановлено у самій додатковій угоді, цьому Договорі або у чинному в Україні законодавстві.

4|Сторінка

## 10. ПРИКІНЦЕВІ ПОЛОЖЕННЯ

10.1. Усі правовідносини, що виникають з цього Договору або пов'язані із ним, у тому числі пов'язані із дійсністю, укладенням, виконанням, зміною та припиненням цього Договору, тлумаченням його умов, визначенням наслідків недійсності або порушення Договору, регламентуються цим Договором та відповідними нормами чинного в Україні законодавства, а також застосовними до таких правовідносин звичаями ділового обороту на підставі принципів добросовісності, розумності та справедливості.

10.2. Умови цього Договору викладені Сторонами у відповідності до вимог Міжнародних правил щодо тлумачення термінів «Інкотермс» (в редакції 2010 року), які застосовуються із урахуванням особливостей, пов'язаних із внутрішньодержавним характером цього Договору, а також тих особливостей, що випливають із умов цього Договору.

10.3. На момент укладення цього Договору Покупець є:

10.3.1. Платником єдиного податку 4-ї групи.

10.3.2. Платником податку на додану вартість.

10.4. На момент укладення цього Договору Постачальник є :

10.4.1. Платником податку на прибуток підприємств на загальних умовах згідно Податкового кодексу України.

10.4.2. Платником податку на додану вартість.

10.5. Кожна сторона несе повну відповідальність за правильність вказаного нею у цьому Договорі податкового статусу та зобов'язується протягом 48-х годин у письмовій формі повідомити іншу Сторону про його зміну, а у разі неповідомлення несе ризик настання пов'язаних із ним несприятливих наслідків.

10.6. Після підписання цього Договору всі попередні переговори за ним, листування, попередні договори, протоколи про наміри та будь-які інші усні або письмові домовленості Сторін з питань, що так чи інакше стосуються цього Договору, втрачають юридичну силу, але можуть братися до уваги при тлумаченні умов цього Договору.

10.7. Сторони підтверджують свою належність до суб'єктів господарювання, зазначених у п.п. 1-2 частини другої ст. 55 ГК України і у встановленому порядку внесених до Єдиного державного реєстру відповідно до Закону України «Про державну реєстрацію юридичних осіб та фізичних осіб – підприємців» від 15.03.2003 р.

10.8. Відступлення права вимоги боргу за цим Договором однією із Сторін до третіх осіб допускається виключно за умови письмового повідомлення про це іншої Сторони.

10.9. У разі невиконання Покупцем взятих на себе зобов'язань по оплаті за раніше поставлений Товар, а також по відшкодуванню збитків та інших штрафних санкцій, передбачених цим Договором, Постачальник має право притримати поставку замовленого (оплаченого) товару на строк до повного виконання Покупцем взятих на себе договірних зобов'язань. Крім того, Постачальник, при наявності будь-яких невиконаних зобов'язань перед Покупцем, в порядку та на умовах, які визначені в ч. 2 ст. 601 ЦК України, ч. 3 ст. 203 ГК України, на підставі письмової заяви, направленої на адресу Покупця, має право в односторонньому порядку провести залік зустрічних однорідних вимог, строк виконання яких вже настав.

10.10. Сторони Договору домовилися, що до повернення або обміну не приймається Товар, який був придбаний за спеціальними цінами, за відсутності оригінальної та пошкодженої упаковки, Товар неповної комплектності. Не може бути повернутий Товар належної якості, який був в експлуатації, має сліди користування та зносу, або Товар, який зберігався Покупцем з порушенням встановлених правил, та втратив товарний вигляд.

10.11. Додаткові угоди та додатки до цього Договору є його невід'ємною частиною і мають юридичну силу у разі, якщо вони викладені у письмовій формі, підписані Сторонами та скріплені їх печатками.

10.12. Даний Договір та/або додатки до нього (далі - Документи), передані засобами факсимільного, електронного зв'язку мають юридичну силу на момент їх отримання і діють до обміну Сторонами оригіналами Документів. Однак у будь-якому разі, протягом 5-ти робочих днів після відправлення копій Документів, Сторона, у розпорядженні якої перебувають оригінали

Документів, зобов'язана завірити цей Договір та/або додатки до нього підписом, скріпити печаткою і відправити оригінали Документів на адресу іншої Сторони даного Договору.

10.13. Всі виправлення за текстом цього Договору мають силу та можуть братися до уваги виключно за умови, що вони у кожному окремому випадку датовані, засвідчені підписами Сторін та скріплені їх печатками.

10.14. Цей Договір складений при повному розумінні Сторонами його умов та термінології українською мовою у двох автентичних примірниках, які мають однакову юридичну силу, – по одному для кожної із Сторін.

## 11. МІСЦЕЗНАХОДЖЕННЯ ТА ПЛАТІЖНІ РЕКВІЗИТИ СТОРІН:

11.1. Кожна із   Сторін підтверджує правильність зазначеного місцезнаходження та відповідність платіжних реквізитів:

| ПОКУПЕЦЬ: | ПОСТАЧАЛЬНИК: |
|---|---|
| **ФГ «Едем»** <br> 26434, Кіровоградська обл., Ульяновський р-н, с. Сабатинівка <br> р/р 26006261 у банку АТ ОД «Райффайзен Банк Аваль», м. Київ <br> МФО 380805, ЄДРПОУ  31518415 <br> ІПН 315184111207 <br> Платники ПДВ <br> Тел.:(067) 472-13-63 | **ТОВ «ГПЛ»** <br> Україна, 36010, Полтавська обл. м.Полтава, вул. Половки, 70 <br> Код ЄДРПОУ 33190684 <br> ІПН 331906816010 <br> Св. пл. ПДВ 23472326 <br> р/р 26009500107435 <br> Банк: ПАТ «КРЕДІ АГРІКОЛЬ БАНК» <br> МФО 300614 <br> тел./факс (0532) 611-430, 613-420 |

11.2. Сторона несе повну відповідальність за правильність вказаних нею у цьому Договорі реквізитів та зобов'язується протягом 48-х годин  у письмовій формі повідомляти іншу Сторону про їх зміну, а у разі неповідомлення несе ризик настання пов'язаних із ним несприятливих наслідків.

## 12. ПІДПИСИ СТОРІН

12.1.   Постачальник та Покупець своїми підписами відповідно підтверджують, що укладання цього Договору та його виконання для Постачальника та Покупця  не суперечить нормам чинного законодавства України, а також відповідно підтверджують те, що укладання цього Договору та його виконання не суперечить намірам Сторін, положенням їхніх установчих документів чи інших локальних актів Сторін.

| Голова ФГ «Едем» | Директор  ТОВ «ГПЛ» |
|---|---|
| Бурдейний О.А. | Демусенко К.В. |

*EXHIBIT G3*

| | |
|---|---|
| Контракт №76/16 | Contract №76/16 |

Деревня Sabatynivka                    29.11.2016 Год.

Village of Sabatynivka                    29.11.2016 Year.

Настоящий Договор заключен между управляющей компанией Machinery Service Inc., 1550№ 5-я ул Charleston, IL 61920, США юридическое лицо, именуемое в дальнейшем "Продавец", в лице директора Зина Кристофера, действующего на основании Устава и сельское хозяйство "Эдем" УКРАИНА, Кировоградская область, Ульяновская область, село Sabatynivka именуемое в дальнейшем «Покупатель», в лице председателя Александра Ф. Burdeynyy, действующего на основании Устава, совместно именуемые в дальнейшем «Стороны», а по отдельности "Сторона", договорились настоящим следующим образом.

This Contract is concluded between the Company Machinery Management Service Inc., 1550№ 5th St., Charleston, IL 61920, USA a legal entity, hereinafter referred to as "Seller", in the person of Director Zeena Christopher acting on the basis of Statute and Farming "Eden" UKRAINE, Kirovohrad region, Ulyanovsk region, village Sabatynivka hereinafter referred to as "Buyer" in the person of chairman Alexandr FG Burdeynyy,  acting on the basis of Statute , both hereinafter referred to as "the Parties" and separately as "the Party", have agreed hereby as follow.

### 1. Предмет Контракта.
1.1. Продавец обязуется поставить, а Покупатель обязуется принимать и оплачивать "Товары":
1.1.1. Сельскохозяйственная техника, как указано в Приложении А.

### 1. Subject of the Contract.
1.1. The Seller undertakes to deliver and the Buyer undertakes to receive and to pay for "the Goods":
1.1.1. Agricultural Machinery as stated in exhibit A.

### 2. Цена и общая стоимость Контракта.
2.1 Общая стоимость настоящего Договора составляет 78 150.00 долларов США.
2.2. Цена за сельскохозяйственная техника в долларах США
2.3.   Себестоимость продукции могут быть маркировочные и загрузка упаковки и тары.

### 2. Contract Price and Total Value.
2.1 The total value of this Contract is 78 150.00   United States dollars.
2.2. Price for used Agricultural Machinery is in United States dollars.
2.3. Costs of Goods include marking and loading packing and tare.

### 3. Оплата Товаров и порядок расчетов.
3.1. Покупатель осуществляет оплату стоимости товара на условиях 100 % предоплаты, после письменного подтверждения готовности поставки товара Продавцом .
3.2. Оплата за товар производится Покупателем посредством банковского перевода на основании контракта и на протяжении 30 дней с момента получения письменного подтверждения готовности поставки товара Продавцом.
3.3.Валюта платежа и валюта контракта – доллары США.
3.4.Товар считается оплаченным с момента поступления средств на счет Продавца, указанном в данном контракте. Моментом поступления средств считается дата валютирования, зафиксированная банком, в котором находится счет Продавца и на который производится оплата.
3.5.Все банковские расходы по перечислению средств на территории Покупателя оплачивается Покупателем, на территории Продавца – Продавцом.

### 3. Payments and Settlements.
3.1. The Buyer will make payment for the total value of the Goods on 100 % prepayment conditions, after written confirmation of readiness of delivery by Seller.

3.2. The Buyer will make a payment for the Goods by the bank transfer on the basis of contract, within 30 days of receipt of the written confirmation of readiness of delivery by the Seller.

3.3. The currency of payment and Contract currency is United States dollars.
3.4. The Goods is considered as paid for from the moment of receipt of the payment to the account of the Seller, indicated in this Contract. The moment of receipt of the payment will be considered the date of currency transaction fixed by the bank, where the account of the Seller is and to which the payment is made.
3.5. All bank charges on transfer funds on the territory of Buyer are paid by Buyer and on the territory of Seller – by the Seller.

### 4. Упаковка и маркировка.
4.1. Товар поставляется без упаковки.
4.2. Маркировка товара производится согласно техническим требованиям производителя товара.

### 4. Packing and marking.
4.1. Goods are supplied without packing.
4.2. All delivered Goods should be marked according to specifications of the manufacturer of the Goods.

### 5. Поставка.
5.1. Товары будут поставлены на условиях FCA  Seller согласно правил «Инкотермс 2010»

### 5. Delivery.
5.1. The Goods will be delivered on FCA conditions Seller accordance with «INCOTERMS 2010» rules.

5.2. Продавец обязуется поставить товар на протяжении 90 дней с момента поступления средств на счет Продавца.

**6. Условия приема Товара.**

6.1. Покупатель обязуется обеспечить таможенную очистку товара и обеспечить разгрузку (или выгрузку на ТЛС).

6.2. Приемка товара осуществляется в соответствии с сопроводительными документами на товар.

6.3. Поставщик обязуется поставить с товаром следующие документы:

а) грузо - сопроводительные документы, определенные Международными нормами транспортировки коммерческих грузов ;

б) сертификаты качества и соответствия, если таковые требуются по законодательству Украины или Международным нормам и правилам.

**7. Качество Товаров.**

7.1. Продавец не дает никаких гарантий на товар.

**8. Ответственность Сторон.**

8.1. При неотгрузке Товара по вине Продавца, Продавец обязуется в течении 60 дней с даты поступления денежных средств на счет Продавца вернуть авансовый платеж на счет Покупателя.

**9. Форс-мажор.**

9.1.Ни одна из сторон не несет ответственности за полное или частичное неисполнение любых своих обязательств по настоящему Контракту, если оно явилось следствием обстоятельств непреодолимой силы, которые начались после заключения настоящего Контракта.

9.2.Если какое-нибудь из этих обстоятельств непосредственно повлияло на исполнение обязательств в срок, установленный Контрактом, то срок исполнения обязательств отодвигается соразмерно времени, в течении которого действовали такие обстоятельства.

9.3.Сторона, для которой создалась невозможность исполнения обязательств по данному Контракту, обязана известить другую Сторону о наступлении, предполагаемой продолжительности и прекращении вышеуказанных обстоятельств не позднее 10-дневного срока с момента их наступления. Факты, содержащиеся в извещении, должны быть подтверждены Торговой Палатой (Торгово-промышленной) или другими компетентными органами соответствующей страны.

9.4. Не уведомление или несвоевременное извещение лишает Сторону права ссылаться на какое-нибудь из вышеупомянутых обстоятельств в качестве основания, освобождающего его от ответственности за неисполнение своих обязательств.

9.5. Если невозможность выполнить обязательства полностью или частично длится более 6 месяцев, то обе Стороны будут иметь право аннулировать Контракт полностью или частично. В этом случае все возможные убытки (включая расходы) должны быть, компенсированы другой стороне.

5.2. Seller agrees to deliver the within 90 days after receipt of funds to the seller.

**6. Condition of acceptance of Goods.**

6.1. The Buyer is obliged to ensure customs clearance of goods and provide unloading (or unloading on CLW).

6.2. The acceptance of Goods is carried out in accordance with the shipping documents.

6.3. The Seller is obliged to deliver with each consignment the following documents:

a) the shipping documents determined by International norms of transportation of commercial consignments ;

b) the Certificates of Quality and Certificates of Conformity, if such are required under the legislation of Ukraine or International norms and rules.

**7. Quality of Goods.**

7.1 A salesman gives no guarantees on a commodity.

**8. Responsibilities of the Parties.**

8.1. If the Seller fails to deliver the Goods for which the prepayment has been made due to a reason attributable to the Seller, the Seller shall return the prepaid money to the Buyer's account within 60 days after the payment day.

**9. Force Majeur.**

9.1. Neither of the Parties shall be responsible for failure to perform the obligations under this Contract, partially or in full, if this failure is caused by any supervening event beyond the reasonably control of the Party so affected, which has occurred after this Contract was signed.

9.2. If any of such force majeur circumstances has affected the ability of a Party to perform its obligations within th e term set by this Contract, the set term shall be extended by a period equal to that during which such circumstances remain in force.

9.3 The Party affected by force majeur circumstances preventing it from fulfilling its obligations under this Contract shall notify the other Party of the beginning of the above circumstances and their presumed duration not later than 10 days after they come into force. Certificates issued by the Chamber of Commerce (Chamber of Commerce and Industry) or other competent authority of the affected Party's country shall be sufficient evidence of such circumstances.

9.4. If the Party fail to notify the other Party of the force majeur circumstances, this Party shall be denied a right to refer to such circumstances as grounds whereon it could be released from its obligations under this Contract.

9.5. If the duration of force majeur circumstances preventing a Party from fulfilling its obligations partially or in full exceeds 6 month, the Parties have the right to cancel the Contract partially or in full. In this case all eventual losses (including expenses) must be compensated to the other party.

## 10. Арбитраж.

10.1. Все споры, разногласия или требования, возникающие из настоящего Контракта или в связи с ним, в том числе касающиеся его исполнения, нарушения, прекращения или недействительности, подлежат разрешению в Международном Коммерческом Арбитражном Суде при Торгово-промышленной палате Украины в соответствии с его Регламентом. Взаимоотношения Сторон по настоящему Контракту регулируются законодательством Украины.

## 11. Срок Контракта

11.1. Настоящий Контракт вступает в силу с момента его подписания и действует до полного выполнения его сторонами своих обязательств.

11.2. Срок действия контракта автоматически продлевается, в случае если одна из сторон письменно не сообщила о прекращении сотрудничества.

## 12. Прочие условия

12.1. Все налоги, таможенные пошлины, сборы и другие платежи подобного характера, взимаемые в стране Покупателя, оплачивается Покупателем.

12.2. Ни одна из сторон не будет иметь права передавать свои права и обязательства по настоящему Контракту без письменного согласия другой Стороны.

12.3. Все исправления и дополнения к настоящему Контракту действительны только в случае, если они совершены в письменном виде и надлежащим образом подписаны уполномоченными представителями обеих Сторон.

12.4. Стороны признают действительными факсовую копию Контракта, а также факсовые копии следующих документов, прилагающихся к настоящему Контракту:
- отгрузочные инструкции;
- автотранспортные накладные — CMR;
- дополнительные соглашения и Приложения (Спецификации).

12.5. Настоящий Контракт составлен в двух экземплярах на английском и русском языках, причем оба текста имеют одинаковую юридическую силу.

## 10. Arbitration.

10.1. Any dispute controversy or claim which may arise out of or in connection with this Contract, including a dispute regarding the existence validity of termination of this Contract, shall be submitted to the International Commercial Arbitration Court of the Chamber of Commerce and Industry of Ukraine and resolved in accordance with the Rules of this Arbitration Court. The relations of the Parties under this Contract shall be governed by and construed in accordance with the laws of Ukraine.

## 11. Term of the Contract

11.1. This Contract shall take effect from the date hereof and remain valid until the two Parties will completely fulfill their duties.

11.2. Validity period of the Contract is automatically prolonged in case if one of the Parties hasn't informed about the cessation of cooperation in written form.

## 12.Other Terms and Conditions

12.1. Payment of all taxes, custom duties, levies and other payments of this nature chargeable in the Buyer's country shall be the responsibility of the Buyer.

12.2. Neither of the Parties shall be entitled to delegating its rights and obligations under this Contract to third parties without a written consent of the other contract Party.

12.3. Any amendments or additions to this Contract shall be valid only if made in writing and duly signed by authorized representatives of both Parties.

12.4. The Parties agree to consider valid a fax copy of this Contract and the fax copies of the following documents attached to this Contract:
- Shipping Instructions;
- CMRs;
- Additional agreements and Applications (Specifications).

12.5.This Contract is made up in English and Russian in two copies each, and the both versions have equally legal force.

3

13. Юридические адреса Сторон:

**ПРОДАВЕЦ:**
Machinery Management Service Inc., 1550№ 5th St.,
Charleston, IL 61920, USA
Phone: 217-348-5637
ACCOUNT # 3326200

**Beneficiary Bank:**
First Neighbor Bank, N.A.
201 N Meridian Bank PO Box 127
Toledo, IL 62468
Phone: 217-849-2701
Routing # 071109082

**Intermediary Bank:**
United Missouri Bank
Kansas City, MO 64106
SWIFT CODE: umkcus44
Routing Number 101000695
Account # 9879008443

ПОДПИСЬ И ПЕЧАТЬ ПРОДАВЦА

**ПОКУПАТЕЛЬ:**
Сельское хозяйство "Эдем"
Код 31518415
р / 26006261 26008539708 доллар
MFO 380805
ОАО Банк U "Райффайзен Банк Аваль"
м. Киев
Ind. Под No. 315184111207
Свидетельство НДС 2001019018

Адрес: 26434, Кировоградская область,
Ульяновская область, деревня Sabatynivka

Председатель Александр Ф. Burdeynyy
067-472-1363

ПОДПИСЬ И ПЕЧАТЬ ПОКУПАТЕЛЯ

13.Legal Addresses of the Parties:

**SELLER:**
Machinery Management Service Inc., 1550№ 5th St.,
Charleston, IL 61920, USA
Phone: 217-348-5637
ACCOUNT # 3326200

**Beneficiary Bank:**
First Neighbor Bank, N.A.
201 N Meridian Bank PO Box 127
Toledo, IL 62468
Phone: 217-849-2701
Routing # 071109082

**Intermediary Bank:**
United Missouri Bank
Kansas City, MO 64106
SWIFT CODE: umkcus44
Routing Number 101000695
Account # 9879008443

SELLER'S SIGNATURE AND SEAL

**BUYER:**

Farming "Eden"
Code 31518415
p/26006261 26008539708 dollar
MFO 380805
Bank JSC U "Raiffeisen Bank Aval"
m. Kyiv
Ind. Pod No. 315184111207
VAT certificate 2001019018

Address: 26434, Kirovohrad region,
Ulyanovsk region, village Sabatynivka

Chairman Alexandr FG Burdeynyy
067-472-1363

BUYER'S SIGNATURE AND SEAL

4

# MACHINERY MANAGEMENT SERVICE
## CHARLESTON, IL  61920
## 1550 N 5TH ST

PHONE # 217-348-5637

| Date | Invoice # |
|------|-----------|
| 11/30/2016 | NM62 |

| Bill To | Ship To |
|---------|---------|
| Farming "Eden"<br>26434, Kirovohrad region<br>Ulyanovsk region,<br>Village Sabatynivka | |

| Contract/PO# | Terms | Load Date | Load Location | Container No. |
|--------------|-------|-----------|---------------|---------------|
| NM62 | Due on receipt | 11/30/2016 | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|-----------|--------|
| 1 | Machinery/Equi... | Machinery from Kelly Sunder Rupiper Equipment | | 5,450.00 | 5,450.00 |
| 1 | Machinery/Equi... | Machinery from Spiker Farms | | 3,800.00 | 3,800.00 |
| 1 | Machinery/Equi... | Machinery from Tom Witvoet & Sons | | 11,500.00 | 11,500.00 |
| 1 | Machinery/Equi... | Machinery from St.Anne Auction | | 42,950.00 | 42,950.00 |

| | Total | $63,700.00 |
|--|-------|-----------|

**MACHINERY MANAGEMENT SERVICE**

CHARLESTON, IL  61920
1550 N 5TH ST

PHONE # 217-348-5637

| Date | Invoice # |
|------|-----------|
| 11/30/2016 | NM62 Load |

| Bill To | Ship To |
|---------|---------|
| Farming "Eden"<br>26434, Kirovohrad region<br>Ulyanovsk region<br>Village Sabatynivka | |

| Contract/PO# | Terms | Load Date | Load Location | Container No. |
|--------------|-------|-----------|---------------|---------------|
| NM62 Load | Due on receipt | 11/30/2016 | | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|----------|-----------|-------------|-----|------------|--------|
| 1 | Container | Teardown/Delivery to Bremerhaven | | 14,450.00 | 14,450.00 |

| | | | | **Total** | $14,450.00 |

*Zeena Chris...*

*EXHIBIT G4*

MG                          SUPPLY AGREEMENT No. 2016/04/18-7

Poltava city                                    Date of execution: April 18, 2016

**LIMITED LIABILITY COMPANY "MG AVTOMOTIV"**(hereinafter referred to as the Supplier), represented by the director BastanogovDmytroYuriiovych, acting on the basis of the Articles of Association, on the one part, and
    **Farming Enterprise "Edem"** (hereinafter referred to as the "Purchaser"), represented by the head Burdeinyi Oleksandr Anatoliiovych, acting on the basis of the Articles of Association, on the other part, (hereinafter referred to as the Parties, and each separately – the Party), have concluded this Supply Agreement (hereinafter referred to as the "Agreement") as follows:

## 1. SUBJECT OF THE AGREEMENT

    1.1. According to the terms hereof, the Supplier shall supply and deliver in the established period to the Purchaser, and the Purchaser shall accept and pay for theoils for cars, car chemistry, car parts, etc. (hereinafter referred to as the "Goods").
    1.2.Assortment, nomenclature, total quantity and cost of the Goods subject to supply shall be determined in the delivery notes, which are the integral part hereof.
    1.3. The Supplier shall ensure that the Goods belong to him on the property right and are not under the prohibition on alienation, arrest, collateral or other security of execution of the obligations to any individuals or legal entities, state authorities and the state, as well as the property to be collateralized or restricted, stipulated by the current legislation of Ukraine.

## 2. PROCEDURE AND TERM OF SUPPLY

    2.1. The supply of the Goods shall be made by the Supplier within seven calendar days from the date of ordering the Goods on the terms: DDP – Purchaser's warehouse located at the address:*Kirovohrad region, Ulianovka district, Sabatynivka village*, according to INCOTERMS-2010 rules, unless otherwise is stated in the annexes hereto.

## 3. PRICE AND SETTLEMENT PROCEDURE

    3.1.Price for the Goods supplied hereunder shall be contractual and stated in invoices or delivery notes for the Goods.
    3.2.The prices for the Goods shall be settled in the national currency of Ukraine – UAH.
    3.3.Total amount of the Agreement shall consist of the amounts of the delivery notes for actually supplied Goods within the validity of the Agreement.
    3.4.Unless otherwise is stated in the relevant annexes hereto, the payment for the Goods shall be made by the Purchaser within 3 (three) calendar days from the date of receipt of the Goods by him.
    3.5.The Purchaser shall make the payment for the supplied Goods by transfer the funds from the settlement account of the Purchaser to the settlement account of the Supplier.
    3.6.The payment date shall be the date of crediting the funds to the settlement account of the Supplier.
    3.7.In case of delay of the settlements, the Supplier shall have the right not to make the further supplies on the terms of deferred payment, but to perform the supplies on the terms of 100% prepayment.
    3.8.In case if during the period from the date of supply of the Goods to the date of payment in the interbank currency market (http://mezhbank.org.ua) the fluctuation in USD against UAH is upwards (over 5%), the Purchaser based on the written request of the Supplier shall within 3 (three) bank days, not taking into account the terms of clause 3.4. as for deferred payment, make the full settlement with the Supplier for the supplied Goods.
    3.9.If the Purchaser failed to make the settlement in the established period for the supplied Goods, the Supplier shall have the right to issue the additional invoice for payment the exchange difference for the period specified in clause 3.8. hereof.



[Seal: Ukraine, Poltava city, Limited Liability Company"MG AVTOMOTIV", identification code 32461061]

## 4. QUALITY OF THE GOODS, TERMS OF PACKAGING

**4.1.**The quality of the Goods shall comply with the current DSTU (GOST) and TU and/or the Supplier's quality passports and/or certificate depending on the products to be certified.

**4.2.**The Goods shall be packed in the original package, which secures the storage of the Goods during the transportation by all kinds of transport and has the label with all data about the Goods, the supplier, and transport restrictions.

## 5. ACCEPTANCE PROCEDURE OF THE GOODS

**5.1.**The Goods shall be accepted according to the delivery note.

**5.2.**The date of supply of the Goods shall be indicated in the delivery note.

**5.3.**The Supplier shall be deemed to execute his obligations hereunder from the time of transfer of the Goods to the Purchaser that shall be confirmed by the signature of the authorized representative of the Purchaser in the delivery note or other shipping document.

**5.4.**The place of delivery of the Goods shall be the actual address, where the Supplier has transferred and the Purchaser has accepted the Goods upon the quantity and quality.

**5.5.**The Purchaser shall acquire the ownership for the Goods and bear the risk of the accidental destruction (spoilage of the Goods or otherwise) from the time of receipt of the Goods according to the delivery note upon the place of transfer of the Goods.

**5.6.**In case of flaws and defects and/or incompliance of the quantity and/or quality of the supplied (delivered) Goods with the current DSTU (GOST) and TU and/or quality passport and/or certificate, the Purchaser shall within 72 hours call for the Supplier (by e-mail, means of electronic communication, fax, telefax of telegraph) for taking measures as for completion of the bilateral Defect Certificate.

**5.7.**When receiving the notification about the revealed defects and/or incompliance of the quantity and/or quality of the sold (supplied) Goods with the current DSTU (GOST) and TU and/or quality passports and/or certificate, the Supplier shall within two days ensure the arrival of his authorized representative or allow to accept the Goods by the Purchaser unilaterally. The Purchaser shall have the right to invite the representative of the independent organization or expert of the Chamber of Commerce and Industry of Ukraine for inspection.

**5.8.**In case of incompliance of the quality of the sold (supplied) Goods with the current DSTU (GOST) and TU and/or quality passports and/or certificate, that will be confirmed with the appropriate documents (technical conclusion of the laboratory, and the Defect Act, stating the revealed defects), the Supplier shall free of charge eliminate the defects or replace the Goods.

**5.9.**Elimination of the defects or replacement of the Goods,upon the option of the Purchaser, shall be done by the Supplier within 20 (twenty) calendar days from the time of completion and signing the Certificate by the Parties, unless otherwise is directly stated in the Defect Certificate.

**5.10.**Other issues of transfer and acceptance of the Goods not stipulated hereunder shall be settled by the Parties according to the Guidance on the procedure of transfer and acceptance of the technical products and consumer goods upon the quantity approved by the Regulation No. П-6 of the State Arbitration at the Council of Ministers of the USSR as of 15.06.1965 and the Guidance on the procedure of transfer and acceptance of the technical products and consumer goods upon the quantity approved by the Regulation No. П-7 of the State Arbitration at the Council of Ministers of the USSR as of 25.04.1966.

**5.11.**Together with the Goods, the Supplier shall transfer the following shipping documents to the Purchaser:

    **5.11.1.**the invoice;

    **5.11.2.**the delivery note;

    **5.11.3.**the tax bill;

    **5.11.4.**the manufacturer's quality certificate (upon the written request of the Purchaser);

    **5.11.5.**the waybill;

    **5.11.6.**the declaration on compliance and/or conformity certificate of the State Standard of Ukraine (if the products are included into the "List of the products to be obligatory certified in Ukraine" (upon the written request of the Purchaser).

[Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV" (Identification code 32461061]

## 6. WARRANTY TERMS

**6.1.** The Supplier shall ensure the Purchaser to execute the obligations specified hereunder in the established period and in full.

**6.2.** The warranty period per each kind of the Goods shall be stated in the passport for the Goods.

**6.3.** The warranty obligations shall be executed provided for the compliance by the Purchaser with the rules and terms of operation of the Goods. In each case of rejection of the Goods within the warranty period of operation, the Purchaser shall execute and send to the Supplier the Defect Certificate, stating the defect and the reasons of its occurrence. The Supplier shall, within 3 (three) working days from the date of receipt, consider the Defect Certificate and provide at his expense the repair or replacement of the defected Goods, if he fails to prove that such defects occurred as a result of violation by the Purchaser of the operation rules of the Goods or storage conditions.

## 7. RESPONSIBILITY OF THE PARTIES AND PROCEDURE OF DISPUTE SETTLEMENT

**7.1.** All disputes, arising between the Parties in relation with this Agreement, shall be settled by negotiations.

**7.2.** In failure to settle the dispute in such manner, it shall be referred to the economic court at the location of the defendant.

**7.3.** In case of violation of the obligations hereunder, the Parties shall bear responsibility specified by this Agreement and current legislation of Ukraine. The violation of the obligation shall mean the failure to execute or improper execution, i.e. execution with violating the terms stipulated by the obligation.

**7.4.** In case of delay by the Supplier of the terms of supply of the Goods according to clause 2.1. hereof, the Supplier shall pay to the Purchaser the fine in the amount of 0.1% per each day of delay of the amount of the Goods supplied not in due time, but not over the double NBU discount rate current in such period.

**7.5.** In case of delay by the Purchaser of the terms of supply of the Goods according to clause 3.4. hereof, the Purchaser shall pay the fine in the amount of 0.1% per each day of delay of the amount of the Goods supplied not in due time, but not over the double NBU discount rate current in such period.

**7.6.** In case of delay of the payment for the Goods for more than 30 calendar days, the Purchaser shall additionally pay to the Supplier the fine in the amount of 50% of cost of the Goods. In case of delay of the payment for the Goods for more than 30 calendar days, the Supplier shall have the right to require and the Purchaser shall, within 7 calendar days from the date of receipt of the relevant request from the Supplier, at own expense, return the Goods not paid in due time to the Supplier.

**7.7.** In case of refusal of the Purchaser from the received Goods ordered in compliance with the terms hereof, the Purchaser shall reimburse the Supplier for all incurred losses, including the lost profit.

**7.8.** The payment of the penalty and fine shall not exempt the Parties from execution of their obligations hereunder.

**7.9.** For violation of the terms hereof, the Parties shall reimburse for the losses (expenses or damage of the property, not received income) to the extent not covered by the penalty (fine).

**7.10.** In case if due to the failure to execute or improper execution by the Purchaser of the terms hereof, the Supplier shall pay the fines (including the assessed tax liabilities) charged by the authorized bodies and/or officials of the state authorities, the Purchaser shall reimburse the Supplier for the incurred losses in full in relation with the payment of such fines and the amounts collected to the benefit of third parties, incurred by the Supplier as a result of failure to execute or improper execution by the Purchaser of the terms hereof.

**7.11.** In case of applying the financial sanctions to the Purchaser according to the terms hereof, the funds paid by the Purchaser, shall be credited as follows:

- firstly, the funds for reimbursement for the incurred losses shall be credited;
- secondly, the funds for payment of receivables for the Goods supplied earlier and not paid, as well as the penalties specified hereunder, shall be credited;
- thirdly, the funds for payment of the Goods, shall be credited.

## 8. FORCE MAJEURE

**8.1.** The period of execution by the Parties of the obligations hereunder may be suspended only in case of force majeure. The Party suffered from force majeure, whichcan't execute the obligations hereunder, shall notify the other Party in writing within 3 calendar days from the time of force majeure. Untimely notification

[Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV", identification code 32461061]

shall deprive the relevant Pa... , ... he right to refer to such force majeure ... f... ...e.

8.2.The fact of force majeure shall be confirmed by the certificate issued by the relevant chamber of commerce and industry or other competent authority and shall be the sufficient evidence of the occurrence and duration of force majeure.

8.3. After termination of force majeure, the terms of execution of the works shall be suspended for the period of duration of such force majeure. If force majeure lasts for more than three consequent months and do not seem to be terminated, this Agreement may be cancelled by the Purchaser or the Supplier by notification of the other Party hereabout.

## 9. VALIDITY OF THE AGREEMENT

9.1.This Agreement shall be deemed concluded and come into legal force from the date of its signing and sealing by the Parties.

9.2.The validity of this Agreement shall begin in the time specified in clause 9.1. hereof and finish on December 31, 2017.

9.3. After the termination of this Agreement, if the Parties continue to execute its terms, the Agreement shall be deemed prolonged for one calendar year, but either Party shall have the right to terminate it, notifying the other Party one month prior to such termination, or to suggest concluding a new agreement.

9.4.Termination of this Agreement shall not exempt the Parties from the responsibility for its violation, which occurred during the validity hereof.

9.5. Unless otherwise is directly stipulated by this Agreement or the current legislation of Ukraine, the amendments hereto may be made only with the consent of the Parties, which shall be executed as an additional agreement hereto.

9.6. The amendments hereto shall come into force from the time of duly execution by the Parties of the appropriate additional agreement hereto, unless otherwise is stated in the additional agreement, this Agreement or current legislation of Ukraine.

9.7. Unless otherwise is directly stipulated by this Agreement or the current legislation of Ukraine, this Agreement may be cancelled by the agreement between the Parties executed as an additional agreement hereto or by judicial means stipulated by the legislation of Ukraine.

9.8.This Agreement shall be deemed cancelled from the duly execution by the Parties of the appropriate additional agreement hereto, unless otherwise is stated in the additional agreement, this Agreement or current legislation of Ukraine.

## 10. FINAL PROVISIONS

10.1.All legal relations, arising from this Agreement or in connection herewith, including connected with the validity, conclusion, amendment and termination of this Agreement, the interpretation of its terms, determination of the consequences of invalidity or violation hereof, shall be governed by this Agreement and the appropriate requirements of the current legislation of Ukraine, as well as the applicable customs as for such legal relations of business turnover based on the principles of good faith, reasonableness and fairness.

10.2.The terms of this Agreement shall be specified by the Parties in compliance with the requirements of the rules of International Commercial Terms (Incoterms) – 2010 applied with consideration of the particularities, arising from the terms hereof.

10.3.At the time of conclusion of this Agreement, the Purchaser shall be:

10.3.1. The single tax payer of the fourth group.

10.3.2. The value-added tax payer.

10.4.At the time of conclusion of this Agreement, the Supplier shall be:

10.4.1.The income tax payer of the enterprises on the general bases according to the Tax Code of Ukraine.

10.4.2. The value-added tax payer.

10.5.Each Party shall bear full responsibility for correctness of the tax status stated in this Agreement and shall, within 48 hours, in writing, notify the other Party about its change, and in failure to notify, it shall bear the risk of negative consequences connected with such risk.

10.6.After signing this Agreement, all preliminary negotiations hereunder, correspondence, previous agreements, memorandums of intentions and any other oral or written arrangements of the Parties in the issues,



[Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV", identification code 32461061]

which somehow relate to this Agreement, shall lose their legal force, but may be taken into account during the interpretation of the terms hereof.

**10.7.** The Parties shall confirm their belonging to the business entities stated in clauses 1-2, part 2, Art. 55 of the Economic Code of Ukraine and in the established manner included into the Unified State Register according to the Law of Ukraine "On state registration of legal entities and individual entrepreneurs" as of 15.03.2003.

**10.8.** Assignment of the debt claim hereunder by either Party to any third parties shall be allowed exclusively provided for the written notification about it to the other Party.

**10.9.** In case of failure by the Purchaser to execute the undertaken obligations hereunder related to the payment of the supplied Goods and reimbursement for the losses and other penalties stipulated By this Agreement, the Supplier shall have the right to suspend the supply of the ordered (paid) Goods for the period until the full execution by the Purchaser of the undertaken contractual obligations. Moreover, the Supplier, if he has any unexecuted obligations to the Purchaser, in the manner and terms stated in part 2, Art. 601 of the Civil Code of Ukraine, part 3, Art. 203 of the Economic Code of Ukraine based on the written statement sent to the Purchaser, shall have the right to unilaterally set off the claims, which are already due.

**10.10.** The Parties hereof have agreed that the Goods may not be returned or exchanged, which have been purchased at the special prices, in absence of the original package or in case of the destroyed package, and if the Goods are incomplete. The Goods of good quality can't be returned, if they are used and have the traces of use and wear, or if the Goods have been stored by the Purchaser with violation of the established rules and have lost the marketability.

**10.11.** The additional agreements and supplements hereto shall be its integral part and have the legal force, if they are in writing, signed and sealed by the Parties.

**10.12.** This Agreement and/or annexes hereto (hereinafter referred to as the "Documents") transferred by facsimile or electronic means shall have the legal force at the time of their receipt and be valid until the exchange with the original Documents between the Parties. However, in any case within 5 working days after sending the copies of the Documents, the Party, having the original Documents, shall certify this Agreement and/or annexes hereto by a signature and a seal, and send the original Documents to the other Party hereof.

**10.13.** All adjustments hereof shall have the force and may be taken into account provided for, in each individual case, they are dated, signed and sealed by the Parties.

**10.14.** This Agreement shall be made with full understanding by the Parties of its terms and terminology, in Ukrainian, in two identical copies, having equal legal force, one copy per each Party.

## 11. LOCATION AND PAYMENT DETAILS OF THE PARTIES:

**11.1.** Each of the Parties shall confirm the correctness of the stated location and adequacy of the payment details:

| PURCHASER: | SUPPLIER: |
|---|---|
| **FE "Edem"** <br> 26434, Kirovohrad region, Ulianovka district, Sabatynivka village <br> s/a 26006261 with JSC "Raiffeisen Bank Aval", Kyiv city <br> MFO 380805, USREOU 31518415, <br> ITN 315184111207 <br> VAT payers <br> Phone: (067) 472-13-63 | **LLC "MG AVTOMOTIV"** <br> Ukraine, 36009, Poltava city, Zinkivska, 14 <br> USREOU code 32461061 <br> ITN 324610616014 <br> VAT Payer Certificate 100220637 <br> s/a 26005500131988 <br> Bank: PJSC "CREDIT AGRICOLE BANK" <br> MFO 300614 <br> Phone/fax (0532) 500-142, 535-240 |

**11.2.** The Party shall bear full responsibility for correctness of the details stated by it herein and must notify the other Party about their change within 48 hours, in writing, and in failure to notify, it shall bear the risk of negative consequences connected with such risk.

[Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV", identification code 32461061]

## SIGNATURES OF THE PARTIES

**12.1.** The Supplier and the Purchaser shall correspondingly confirm by their signatures that the conclusion hereof and its execution for the Supplier and the Purchaser shall not contradict the requirements of the current legislation of Ukraine, and correspondingly confirm that the conclusion of this Agreement and its execution shall not contradict the intentions of the Parties, the provisions of their statutory documents or other local acts of the Parties.

| Head of FE "Edem" | Director of LLC "MG AVTOMOTIV" |
|---|---|
| /signed/          O.A. BURDEINYI | /signed/         D.Yu. Bastanogov |
| [Seal: Ukraine, 26434, Kirovohrad region, Ulianovka district, Sabatynivka village, Farming Enterprise "EDEM", No. 31518415] | [Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV", identification code 32461061] |

March 01, 2017

I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.

TRANSLATION BUREAU "NIKA"
20300, Ukraine, Uman, Lenin Street, 20/18
+380474435990, +380939440528
nika-translation@mail.ru

[Seal: Ukraine, Poltava city, Limited Liability Company "MG AVTOMOTIV", identification code 32461061]



### ДОГОВІР ПОСТАВКИ № 2016/04/18-7

місто Полтава                                    Дата укладення:    «18» квітня 2016 року

**ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ «МГ АВТОМОТІВ»** (надалі за текстом - «Постачальник»), в особі директора Бастаногова Дмитра Юрійовича, що діє на підставі Статуту, з однієї сторони, та

**Фермерське господарство «Едем»** (надалі за текстом - «Покупець»), в особі голови Бурдейного Олександра Анатолійовича, що діє на підставі Статуту з другої сторони, (в подальшому Сторони, а кожна окремо – Сторона) уклали цей Договір поставки (надалі за текстом – «Договір») про наступне.

## 1. ПРЕДМЕТ ДОГОВОРУ

**1.1.** Відповідно до умов даного Договору, Постачальник зобов'язується поставити та передати у визначені строки Покупцеві, а Покупець зобов'язується прийняти та оплатити мастила для автомобілів, товари автохімії, автозапчастини тощо (надалі – «Товар»).

**1.2.** Асортимент, номенклатура, загальна кількість та вартість Товару, що підлягає поставці, визначаються Сторонами у видаткових накладних, які є невід'ємною частиною Договору.

**1.3.** Постачальник гарантує, що Товар належить йому на праві власності, не знаходиться під забороною відчуження, арештом, не є предметом застави чи іншим засобом забезпечення виконання зобов'язань перед будь-якими фізичними або юридичними особами, державними органами і державою, а також не є предметом будь-якого іншого забезпечення або обмеження, передбачених чинним законодавством України.

## 2. ПОРЯДОК І СТРОК ПОСТАВКИ

**2.1.** Поставка Товару (товарів) здійснюється Постачальником протягом семи календарних днів з момент замовлення Товару на умовах: DDP – склад Покупця, що знаходиться за адресою: _Кіровоградська обл., Ульяновський р-н, с. Сабатинівка_, згідно правил ІНКОТЕРМС-2010, якщо інше не вказано у додатках до даного Договору.

## 3. ЦІНА ТА ПОРЯДОК РОЗРАХУНКІВ

**3.1.** Ціни на Товар, що поставляється за даним Договором, є договірними та вказуються у рахунках-фактурах або у видаткових накладних на Товар.

**3.2.** Ціни на Товар вказуються у національній валюті України - гривнях.

**3.3.** Загальна сума Договору складається з сум видаткових документів на фактично поставлений Товар в період дії цього Договору.

**3.4.** Якщо інше не вказано у відповідних додатках до даного Договору, оплата за Товар здійснюється Покупцем протягом 3(трьох) календарних днів з моменту отримання ним Товару.

**3.5.** Покупець здійснює оплату за поставлений Товар шляхом перерахування грошових коштів з розрахункового рахунку Покупця, на розрахунковий рахунок Постачальника.

**3.6.** Датою оплати вважається дата зарахування грошових коштів на розрахунковий рахунок Постачальника.

**3.7.** При затримці розрахунків Постачальник має право не здійснювати подальші поставки на умовах відстрочення платежу, а застосовувати поставки на умовах 100% передоплати.

**3.8.** У випадку, якщо в період з дати поставки Товару до дати здійснення платежу на міжбанківському валютному ринку (http://mezhbank.org.ua) відбудеться коливання курсу долару США по відношенню до гривні у сторону збільшення (більше ніж на 5 %), Покупець, на підставі письмової вимоги Постачальника, повинен протягом 3 (трьох) банківських днів, не враховуючи

умови п. 3.4. щодо відстрочки платежу, провести повний розрахунок з Постачальником за поставлений Товар.

3.9.   Якщо Покупець у вказаний строк не здійснив розрахунок за поставлений Товар, Постачальник має право виставити додатковий рахунок по сплаті курсової різниці за період, вказаний у п. 3.8. даного Договору.

## 4. ЯКІСТЬ ТОВАРУ. УМОВИ ПАКУВАННЯ

4.1.   Якість Товару повинна відповідати діючим ДСТУ (ГОСТам) і ТУ та/або відповідати паспортам якості Постачальника та/або сертифікату відповідно до продукції, яка підлягає сертифікації.

4.2.   Товар повинен бути запакованим в заводську упаковку, яка забезпечує зберігання Товару під час транспортування всіма видами транспорту і має маркування, що вміщує необхідні дані про Товар, постачальника, транспортні обмеження.

## 5. ПОРЯДОК ПРИЙНЯТТЯ ТОВАРУ

5.1.   Товар приймається Покупцем згідно видаткової накладної.

5.2.   Датою поставки Товару є дата вказана у видатковій накладній.

5.3.   Постачальник вважається виконавшим свої зобов'язання за Договором з моменту передачі Товару в розпорядження Покупця, що підтверджується підписом уповноваженого представника Покупця на видатковій накладній або іншому товаросупровідному документі.

5.4.   Місцем передачі Товару є фактична адреса, де Постачальник передав, а Покупець прийняв Товар за кількістю та якістю.

5.5.   Покупець набуває право власності на Товар і несе ризик випадкової загибелі (псування товару та інше) з моменту отримання Товару згідно видаткової накладної за місцем передачі Товару.

5.6.   При наявності зауважень та виявленні недоліків та/або невідповідність кількості та/або якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, Покупець зобов'язаний протягом 72-х годин визвати (за допомогою електронної пошти, електроного звязку факсу, телефаксу, телеграфу) Постачальника для вжиття заходів щодо складання двостороннього рекламаційного Акту з зазначення виявлених недоліків.

5.7.   При отриманні повідомлення про виявлені недоліки та/або невідповідність кількості та/або якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, Постачальник зобов'язаний на протязі двох днів забезпечити прибуття свого уповноваженого представника або дозволити провести приймку Товару Покупцем в односторонньому порядку. Покупець вправі запросити для участі в перевірці представника незалежної організації або експерта ТПП України.

5.8.   У разі невідповідності якості проданого (поставленого) Товару діючим ДСТУ (ГОСТам) і ТУ та/або паспортам якості та/або сертифікату, що буде підтверджено відповідними документами (технічним заключенням лабораторії, рекламаційним Актом з зазначенням про виявленні недоліки), Постачальник зобов'язаний безоплатно виправити недоліки або замінити Товар.

5.9.   Виправлення недоліків, заміна товару за вибором Покупця повинні бути здійсненні Постачальником протягом 20 (двадцяти) календарних днів з моменту складання та підписання Сторонами Акта, якщо інший термін не буде встановлений самим рекламаційним Актом.

5.10. З інших питань приймання-передачі товару, що не передбачені цим Договором Сторонам керуються Інструкцією про порядок приймання передачі продукції виробничо-технічного призначення і товарів народного споживання за кількістю, затвердженої постановою Держарбітражу при Раді Министрів СРСР від15.06.1965 № П-6 та Інструкцією про порядок приймання продукції виробничо-технічного призначення та товарів народного споживання за якістю, затвердженої постановою Держарбітражу при Раді Министрів СРСР від 25.04.1966 № П-7.

5.11. Разом з Товаром Постачальник передає Покупцю наступні супровідні документи:

5.11.1. рахунок-фактуру;

5.11.2. видаткову накладну;

5.11.3. податкову накладну;

5.11.4. сертифікат якості заводу-виробника (на письмовий запит Покупця);

5.11.5. товарно-транспортну накладну.

5.11.6. декларацію про відповідність та/або сертифікат відповідності Держстандарту України (якщо продукція включена в «Перелік продукції, що підлягає обов'язковій сертифікації в Україні») (на письмовий запит Покупця).

## 6. ГАРАНТІЙНІ УМОВИ

6.1. Постачальник гарантує Покупцю виконання передбачених цим Договором зобов'язань в встановлений строк і в повному обсязі.

6.2. Гарантійний строк на кожен вид Товару зазначається в паспорті на Товар.

6.3. Гарантійні зобов'язання виконуються за умови дотримання Покупцем правил та умов експлуатації товару. По кожному випадку відмови Товару в гарантійний період експлуатації Покупець складає і направляє Постачальнику рекламаційний Акт з зазначенням несправності і причин її виникнення. Постачальник зобов'язаний протягом 3 (трьох) робочих днів з дати одержання розглянути рекламаційний Акт і забезпечити за свій рахунок ремонт або заміну дефектного Товару, якщо не доведе, що дефекти виникли внаслідок порушення Покупцем правил експлуатації Товару або умов зберігання.

## 7. ВІДПОВІДАЛЬНІСТЬ СТОРІН ТА ПОРЯДОК РОЗГЛЯДУ СПОРІВ

7.1. Всі спори, що виникають між сторонами з приводу даного Договору вирішуються шляхом переговорів.

7.2. У разі неможливості вирішити спір у такому порядку він передається на розгляд господарського суду, за місцем знаходження відповідача.

7.3. У випадку порушення своїх зобов'язань за цим Договором Сторони несуть відповідальність, визначену цим Договором та чинним законодавством України. Порушенням зобов'язання є його невиконання або неналежне виконання, тобто виконання з порушенням умов, визначених змістом зобов'язання.

7.4. У разі прострочення Постачальником термінів поставки Товару, згідно п. 2.1. даного Договору, останній виплачує на користь Покупця пеню в розмірі 0,1% за кожен день прострочення від суми не поставленого в строк Товару, але не більше подвійної облікової ставки НБУ, що діє на такий період.

7.5. У разі прострочення Покупцем термінів оплати Товару, згідно п. 3.4., останній виплачує пеню в розмірі 0,1% за кожен день прострочення від суми не сплаченого в строк Товару, але не більше подвійної облікової ставки НБУ, що діє на такий період.

7.6. У випадку прострочення оплати Товару більше ніж на 30-ть календарних днів Покупець додатково сплачує на користь Постачальника штраф у розмірі 50 % від вартості Товару. У випадку прострочення оплати товару понад 30-ть календарних днів, Постачальник має право вимагати, а Покупець зобов'язаний, на протязі 7-ми календарних днів з моменту отримання відповідної вимоги від Постачальника, за власний рахунок повернути на адресу Постачальника неоплачений у належний строк Товар.

7.7. У випадку відмови Покупця від отриманого Товару, замовленого у відповідності до умов даного Договору, він відшкодовує Постачальнику всі понесені в зв'язку з цим збитки, в тому числі упущену вигоду.

7.8. Сплата пені та штрафу не звільняє Сторони від виконання своїх зобов'язань за даним Договором.

7.9. За порушення умов цього Договору Сторони зобов'язані відшкодувати збитки (витрати або пошкодження майна, не одержаних доходів) у частині, не покритій неустойкою (штрафом, пенею).

7.10. У випадку, якщо через невиконання або неналежне виконання Покупцем умов цього Договору з Постачальника будуть стягнені штрафи (в т.ч. донараховані податкові зобов'язання)

уповноваженими органами та/або посадовими особами органів державної влади, Покупець у повному обсязі компенсує Постачальнику понесені збитки з уплати таких штрафів, а також суми, стягнені на користь третіх осіб, які були понесені Постачальником внаслідок невиконання або неналежне виконання Покупцем умов цього Договору.

7.11. У разі застосування до Покупця фінансових санкцій відповідно до умов даного Договору, грошові кошти, що сплачені Покупцем, зараховуються в такій черзі:

- у першу чергу зараховуються кошти по відшкодуванню завданих збитків;
- у другу чергу зараховуються кошти за сплату дебіторської заборгованості за Товар, що був поставлений раніше і який був не оплачений, а також штрафні санкції, що передбачені даним Договором;
- у третю чергу зараховуються кошти в рахунок сплати за Товар.

## 8. ОБСТАВИНИ НЕПЕРЕБОРНОЇ СИЛИ

8.1. Перебіг терміну виконання Сторонами зобов'язань за цим Договором може бути призупинений тільки в разі настання обставин непереборної сили. Сторона, для якої склалась неможливість виконання обов'язків за Договором, зобов'язана повідомити у письмовій формі іншу Сторону протягом 3-х календарних днів з моменту настання обставин непереборної сили. Несвоєчасність такого повідомлення позбавляє відповідну Сторону права посилатись на них в майбутньому.

8.2. Факт настання обставин непереборної сили підтверджується свідоцтвом, виданим відповідною торгово-промисловою палатою, або іншим компетентним органом і є достатнім підтвердженням наявності та продовження дії обставин непереборної сили.

8.3. Після припинення дії обставин непереборної сили, строки виконання робіт переносяться на термін дії цих обставин. Якщо обставини непереборної сили діють протягом трьох послідовних місяців і не виявляють ознак закінчення, цей Договір може бути розірваний Покупцем і Постачальником шляхом направлення повідомлення іншій Стороні.

## 9. ДІЯ ДОГОВОРУ

9.1. Цей Договір вважається укладеним і набирає чинності з моменту його підписання Сторонами та скріплення печатками Сторін.

9.2. Строк цього Договору починає свій перебіг у момент, визначений у п. 9.1. цього Договору та закінчується 31 грудня 2017 року.

9.3. Після закінчення терміну дії Договору, якщо сторони продовжують виконувати його умови, Договір вважається пролонгованим на один календарний рік, але кожна із сторін має право припинити його дію, попередивши про це іншу сторону за один місяць, або виступити з пропозицією про укладення нового договору.

9.4. Закінчення строку цього Договору не звільняє Сторони від відповідальності за його порушення, яке мало місце під час дії цього Договору.

9.5. Якщо інше прямо не передбачено цим Договором або чинним в Україні законодавством, зміни у цей Договір можуть бути внесені тільки за домовленістю Сторін, яка оформлюється додатковою угодою до цього Договору.

9.6. Зміни у цей Договір набирають чинності з моменту належного оформлення Сторонами відповідної додаткової угоди до цього Договору, якщо інше не встановлено у самій додатковій угоді, цьому Договорі або у чинному в Україні законодавстві.

9.7. Якщо інше прямо не передбачено цим Договором або чинним в Україні законодавством, цей Договір може бути розірваний за домовленістю Сторін, яка оформлюється додатковою угодою до цього Договору, або у судовому порядку передбаченому законодавством України.

9.8. Цей Договір вважається розірваним з моменту належного оформлення Сторонами відповідної додаткової угоди до цього Договору, якщо інше не встановлено у самій додатковій угоді, цьому Договорі або у чинному в Україні законодавстві.

## 10. ПРИКІНЦЕВІ ПОЛОЖЕННЯ

10.1. Усі правовідносини, що виникають з цього Договору або пов'язані із ним, у тому числі пов'язані із дійсністю, укладенням, виконанням, зміною та припиненням цього Договору, тлумаченням його умов, визначенням наслідків недійсності або порушення Договору, регламентуються цим Договором та відповідними нормами чинного в Україні законодавства, а також застосовними до таких правовідносин звичаями ділового обороту на підставі принципів добросовісності, розумності та справедливості.

10.2. Умови цього Договору викладені Сторонами у відповідності до вимог Міжнародних правил щодо тлумачення термінів «Інкотермс» (в редакції 2010 року), які застосовуються із урахуванням особливостей, пов'язаних із внутрішньодержавним характером цього Договору, а також тих особливостей, що випливають із умов цього Договору.

10.3. На момент укладення цього Договору Покупець є:

10.3.1. Платником єдиного податку 4-ї групи.

10.3.2. Платником податку на додану вартість.

10.4. На момент укладення цього Договору Постачальник є :

10.4.1. Платником податку на прибуток підприємств на загальних умовах згідно Податкового кодексу України.

10.4.2. Платником податку на додану вартість.

10.5. Кожна сторона несе повну відповідальність за правильність вказаного нею у цьому Договорі податкового статусу та зобов'язується протягом 48-х годин у письмовій формі повідомити іншу Сторону про його зміну, а у разі неповідомлення несе ризик настання пов'язаних із ним несприятливих наслідків.

10.6. Після підписання цього Договору всі попередні переговори за ним, листування, попередні договори, протоколи про наміри та будь-які інші усні або письмові домовленості Сторін з питань, що так чи інакше стосуються цього Договору, втрачають юридичну силу, але можуть братися до уваги при тлумаченні умов цього Договору.

10.7. Сторони підтверджують свою належність до суб'єктів господарювання, зазначених у п.п. 1-2 частини другої ст. 55 ГК України і у встановленому порядку внесених до Єдиного державного реєстру відповідно до Закону України «Про державну реєстрацію юридичних осіб та фізичних осіб – підприємців» від 15.03.2003 р.

10.8. Відступлення права вимоги боргу за цим Договором однією із Сторін до третіх осіб допускається виключно за умови письмового повідомлення про це іншої Сторони.

10.9. У разі невиконання Покупцем взятих на себе зобов'язань по оплаті за раніше поставлений Товар, а також по відшкодуванню збитків та інших штрафних санкцій, передбачених цим Договором, Постачальник має право притримати поставку замовленого (оплаченого) товару на строк до повного виконання Покупцем взятих на себе договірних зобов'язань. Крім того, Постачальник, при наявності будь-яких невиконаних зобов'язань перед Покупцем, в порядку та на умовах, які визначені в ч. 2 ст. 601 ЦК України, ч. 3 ст. 203 ГК України, на підставі письмової заяви, направленої на адресу Покупця, має право в односторонньому порядку провести залік зустрічних однорідних вимог, строк виконання яких вже настав.

10.10. Сторони Договору домовилися, що до повернення або обміну не приймається Товар, який був придбаний за спеціальними цінами, за відсутності оригінальної та пошкодженої упаковки, Товар неповної комплектності. Не може бути повернутий Товару належної якості, який був в експлуатації, має сліди користування та зносу, або Товар, який зберігався Покупцем з порушенням встановлених правил, та втратив товарний вигляд.

10.11. Додаткові угоди та додатки до цього Договору є його невід'ємною частиною і мають юридичну силу у разі, якщо вони викладені у письмовій формі, підписані Сторонами та скріплені їх печатками.

10.12. Даний Договір та/або додатки до нього (далі - Документи), передані засобами факсимільного, електронного зв'язку мають юридичну силу на момент їх отримання і діють до обміну Сторонами оригіналами Документів. Однак у будь-якому разі, протягом 5-ти робочих днів після відправлення копій Документів, Сторона, у розпорядженні якої перебувають оригінали

Документів, зобов'язана завірити цей Договір та/або додатки до нього підписом, скріпити печаткою і відправити оригінали Документів на адресу іншої Сторони даного Договору.

10.13. Всі виправлення за текстом цього Договору мають силу та можуть братися до уваги виключно за умови, що вони у кожному окремому випадку датовані, засвідчені підписами Сторін та скріплені їх печатками.

10.14. Цей Договір складений при повному розумінні Сторонами його умов та термінології українською мовою у двох автентичних примірниках, які мають однакову юридичну силу, – по одному для кожної із Сторін.

## 11. МІСЦЕЗНАХОДЖЕННЯ ТА ПЛАТІЖНІ РЕКВІЗИТИ СТОРІН:

11.1. Кожна із Сторін підтверджує правильність зазначеного місцезнаходження та відповідність платіжних реквізитів:

| ПОКУПЕЦЬ: | ПОСТАЧАЛЬНИК: |
|---|---|
| ФГ «Едем»<br>26434, Кіровоградська обл., Ульяновський р-н, с. Сабатинівка<br>р/р 26006261 у банку АТ ОД «Райффайзен Банк Аваль», м. Київ<br>МФО 380805, ЄДРПОУ 31518415<br>ІПН 315184111207<br>Платники ПДВ<br>Тел.:(067) 472-13-63 | ТОВ «МГ АВТОМОТІВ»<br>Україна, 36009, м. Полтава,<br>вул. Зіньківська, 14<br>Код ЄДРПОУ 32461061<br>ІПН 324610616014<br>Св. пл. ПДВ 100220637<br>р/р 26005500131988<br>Банк: ПАТ «КРЕДІ АГРІКОЛЬ БАНК»<br>МФО 300614<br>тел./факс (0532) 500-142, 535-240 |

11.2. Сторона несе повну відповідальність за правильність вказаних нею у цьому Договорі реквізитів та зобов'язується протягом 48-х годин у письмовій формі повідомляти іншу Сторону про їх зміну, а у разі неповідомлення несе ризик настання пов'язаних із ним несприятливих наслідків.

## 12. ПІДПИСИ СТОРІН

12.1. Постачальник та Покупець своїми підписами відповідно підтверджують, що укладання цього Договору та його виконання для Постачальника та Покупця не суперечить нормам чинного законодавства України, а також відповідно підтверджують те, що укладання цього Договору та його виконання не суперечить намірам Сторін, положенням їхніх установчих документів чи інших локальних актів Сторін.



| Голова ФГ «Едем» | Директор ТОВ «МГ АВТОМОТІВ» |
|---|---|
| _____ Вурдейний О.А. | _____ Бастаногов Д.Ю. |

*EXHIBIT G5*

## SUPPLY AGREEMENT

### No. ПР-013

Zaporizhzhia city                                                                                    January 28, 2016

Parties of this Agreement:

**SUPPLIER: PRIVATE ENTERPRISE "BIZON-TEKH 2006"** represented by **the head of Pervomaisk regional structural subdivision Myronets Oleksandr Danylovych, acting on the basis of the Power of Attorney No. 12/16 as of 04.01.2016,** and

PURCHASER: FARMING ENTERPRISE "EDEM" represented by Burdeinyi Oleksandr Anatoliiovych, acting on the basis of the Articles of Association, have concluded this Agreement (hereinafter referred to as the Agreement) as follows:

### 1. Subject of the Agreement

1.1. In the manner, terms and conditions stipulated by this Agreement and Specifications hereto, the Supplier shall supply and transfer into ownership of the Purchaser **the seeds for sowing** (hereinafter referred to as the seeds or the Goods), **pesticides in formulations** (plant protection products) and the **micronutrients** (hereinafter referred to as the pesticides of the Goods), and the Purchaser shall accept these Goods and pay for them.

### 2. Assortment, Quantity and the Price for the Goods

2.1. The name and assortment of the Goods, its quantity and price shall be stated in the Specifications hereto, that are an integral part hereof.

2.2. The Parties may conclude one or more Specifications to the Agreement. Each subsequent Specification after the first one shall regulate each separate supply of the Goods within this Agreement and shall not cancel or amend the previous Specifications, either partially or in full, unless otherwise is stated in it. The Parties may state in the Specification about non-application of any particular terms of this Agreement or application of some particular terms to certain Specification on the terms specified in such Specification. In other words, in case of discrepancies between the terms of the Agreement and the terms of certain Specification, the terms of such Specification shall prevail.

2.3. If within the validity of this Agreement, the supply of the Goods takes place between the Parties not supported by the appropriate Specification, then the delivery note for these Goods signed by the representative of the Purchaser shall be equal to the Specification, which approved the assortment, price and quantity of the Goods supplied to the Purchaser, and the Purchaser shall pay for such Goods (including the price index amount for such Goods) on the terms, period and manner stipulated hereunder.

2.4. All the Specifications signed by the representatives of the Parties within the validity of this Agreement and the delivery notes for supply (release) of the Goods to the Purchaser, shall be an integral part hereof, even if they lack the reference to the details hereof. The terms of supply and payment for the Goods hereunder and responsibility of the Purchaser for delay of the payment for the Goods shall be governed by this Agreement.

2.5. The Specification and the delivery notes for the Goods shall indicate the basic price for the Goods. The full price for the Goods to be paid by the Purchaser to the Supplier shall include their basic price and the price index amount for the Goods (indexation of the payment amounts for the Goods) stated in Section 5 of the Agreement.

2.6. The unit of measurement of the quantity of seeds, unless otherwise is stated in the Specification, shall be a sowing unit (shortened "s.u." or "s.un."), a package (shortened "pack") or a bag (shortened "b."), which are equal to one bag, each of them shall contain the equal quantity of particular seeds stated by the manufacturer of these Goods:

Supplier /signed/                                                                              Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district,                   [Seal: Ukraine, 26434, Kirovohrad region,

2.7. The quantity of the Goods supplied by the Supplier may vary within the tolerance: +/- 5 (five) % of the quantity stated in the Specification. However, the Purchaser shall pay for the actually supplied quantity of the Goods. The negative difference between the quantity of the Goods stated in the Specification and the actually supplied quantity of the Goods within this tolerance shall mean the short supply.

### 3. Quality of the Goods, their Package and Labeling

3.1. **Seeds.** The quality of the seeds shall comply with the standard of Ukraine current at the time of supply, which states the requirements to its quality, and shall be confirmed by the certificate for the seeds, the copy of which is given to the Purchaser.

3.2. **Pesticides.** The quality of the pesticides shall comply with the parameters set by the manufacturer and shall be confirmed by the conformity certificate or the quality document of the manufacturer of pesticides.

3.3. The Supplier shall certify the conformity of quality of the Goods dependless on the country of origin, however, he shall give no guarantees for them (in particular, he may not guarantee the crop capacity as it depends on the factors beyond the control of the Supplier).

3.4. The Goods shall have the appropriate package and labeling. The cost of the package (containers and packing materials) shall be included into the price for the Goods. The containers and packing materials of the Goods shall not be returned to the Supplier after their use and the Purchaser shall dispose of them according to the manner established by the legislation of Ukraine, at his own expense.

### 4. Terms of Supply and Acceptance of the Goods

4.1. The supply of the Goods shall be made on the terms: **EXW, the Supplier's warehouse,** located at Zaporizhzhia region, Kuibyshev district, Komysh-Zoria urban village, Vokzalna Street, 2 (two), unless otherwise is stated in the appropriate Specification. The above term of supply shall stipulate the delivery (shipment) of the Goods by the Purchaser from the Supplier's warehouse within (in the period of) supply of the Goods specified in the appropriate Specification by motor transport, at his own expense. The Supplier may change the address of the warehouse and timely notify the Purchaser hereabout. The Purchaser shall notify the Supplier in writing at least 2 (two) days prior to the delivery of the motor transport for loading. The loading of the Goods on days off may be made upon the consent of the Supplier.

4.2. If the Parties in the Specification have stated the terms of supply of the Goods, stipulating the delivery of the Goods to the Purchaser's warehouse, the Purchaser is obliged to timely notify the Supplier about the warehouse address (place of supply), if it is not stated in the Specification, and the Supplier, at his own expense, shall deliver the Goods to the supply of supply and transfer them to the Purchaser. The ownership for the Goods shall be transferred from the Supplier to the Purchaser at the place of supply at the time of transfer of the Goods to the Purchaser. The Supplier shall stay the owner of the Goods up to this time (including during the transportation of the Goods). The Purchaser shall unload the Goods by his own means and expense immediately after the arrival of the transport to the place of supply, not allowing the idle time. The Goods may be early delivered to the Purchaser by the carrier, as well as in batches in the quantity stated by the Supplier upon his discretion, and the Supplier shall supply the whole quantity of the Goods according to the appropriate Specification to the deadline of supply. All bases of delivery shall be understood by the Parties according to the Incoterms 2010 rules, considering the restrictions set out in this Agreement.

4.3. The period (term) of supply shall be stated in the Specifications. If they are not stated, the Goods shall be supplied to the Purchaser upon his written request, when necessary, but not later than 30 (thirty) calendar days from the time of receipt by the Supplier of the request for the supply of the Goods.

4.4. The Supplier shall supply (transfer) the Goods to the Purchaser within the period specified by the Parties after the receipt of the total amount of prepayment or advance payments to the current account of the Supplier in the term specified in the Specification, if such terms of payment for the Goods have been stipulated in the appropriate Specification, together with the price index amount for the Goods.

Supplier /signed/                                                                 Purchaser /signed/,

[Seal: Ukraine, Zaporizhzhia region, Polohy district,                    [Seal: Ukraine, 26434, Kirovohrad region,

4.5. If the Purchaser delay any payment (prepayment, advance payment, the payment for the supplied Goods), the Supplier shall have the right to delay the supply, proportionally to the delay of the Purchaser, or in general, partially or in full, refuse from the supply of the Goods upon this and/or other Specifications, bearing no responsibility for it.

4.6. The acceptance of the Goods upon the quantity and quality shall be made by the Purchaser, including by his representative, who accepts the Goods, at the time of receipt them from the Supplier. The Purchaser shall check the quantity of units of the Goods, their weight, integrity of the package, their seals (if any), the conformity of labeling and the absence of damage or spoilage of the Goods, and in case of their revealing, the Purchaser shall immediately notify the Supplier hereabout. All the claims shall be claimed to the termination of acceptance and signing of the delivery note. In case of shortage and/or defects of the Goods (including their package) shall be executed by bilateral act signed by the Parties. After signing by the Purchaser of the delivery note (in case of lack of the act of defects/shortage of the Goods signed by the Supplier), the acceptance of the Goods shall be deemed fulfilled and the Purchaser's claims shall not be accepted. The signing of the delivery note by the Purchaser shall certify the fact of transfer to him of all the required documentation, including the documents on quality of the Goods, the manufacturer's recommendations as for their use, transportation and storage. The date of supply (delivery) of the Goods shall be the date stated in the delivery note. The ownership for the Goods (including the containers and packing materials) and all the risks connected with them shall be transferred to the Purchaser at the time of delivery of the Goods to him.

4.6.1. If during the acceptance of the Goods by the Parties the shortage of the Goods is acted as compared to the quantity stated in the shipping documents, the unsupplied Goods shall be supplied by the Supplier within 10 (ten) days. This item is valid in the terms of supply, which stipulate the delivery of the Goods from the Supplier to the Purchaser. All the expenses connected with such supply of the unsupplied Goods shall be borne by the Supplier.

4.6.2. If during the acceptance of the Goods, the Parties have acted the inconformity of quality of the Goods to the requirements of the Agreement, the Supplier shall within 10 (ten) days, if the Purchaser returns him all the Goods qualified as ill-qualitative, in the package supplied by the Supplier, replace the ill-qualitative Goods with the similar high-quality Goods or return money for them via bank transfer. All the expenses connected with the replacement of the Goods shall be borne by the Supplier.

4.6.3. If the representative of the Supplier is absent at the acceptance of the Goods by the Purchaser and the Purchaser has any doubts concerning the quality of the Goods, the Purchaser shall call for the representative of the Supplier to take part in the inspection of quality of the Goods and notify the Supplier about all revealed characteristics, which may be the evidence of the nonconformity of quality of the Goods to the terms of the Agreement. The representative of the Supplier within 72 hours from the receipt of the notification of the Purchaser shall arrive to the Purchaser's warehouse to take part in the inspection of quality of the Goods. The Purchaser shall accept the delivered Goods, which are the subject to his claims concerning their quality characteristics, and keep them up to their replacement by the Supplier, and shall not use them or break the package.

4.6.4. If the Parties fail to agree as for the quality of the Goods during their acceptance or the representative of the Supplier fails to arrive for settlement of this issue, the quality of the Goods shall be checked in the following way and by the following persons: the quality of pesticides may be checked only in the laboratories of the manufacturer of pesticides or in the Institute of Ecological Hygiene and Toxicology named after L.I. Medved (Kyiv city) or the Ukrainian Laboratory of Quality and Safety of Agricultural Products of the Agro Industrial Complex of the National Agrarian University (Kyiv city); the quality of the seeds may be inspected only in the manner and by the persons stated according to Art. 23 of the Law of Ukraine "On Seeds and Garden Material". The results of research (analysis) of quality of the Goods of other persons (laboratories, research institutions), except the opinions of the judicial expertise, shall not be accepted by the Supplier and have no evidence force whilst claiming or suing in relation with the quality of the Goods. The samples of the Goods, at least 3 (three), shall be selected and transferred for the inspection of quality within 10 (ten) calendar days from the date of

Supplier /signed/                                                                   Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district, [Seal: Ukraine, 26434, Kirovohrad region

acceptance of the Goods. The samples of the Goods shall be selected by the state inspector or another person entitled to make the inspection of quality of the Goods according to the existing methods (standard) accompanied by the appropriate act and by the way, which breaks the package as little as possible. The Supplier shall be entitled to select the samples apart from the Purchaser and check the quality of the Goods supplied to the Purchaser. The quality of seeds shall be checked to comply with the current state standard of Ukraine current at the time of supply, which establishes the requirements to their quality, and the quality of pesticides shall be checked to comply with the characteristics of their manufacturer.

4.6.5. If the expert opinion of the above institutions confirms the nonconformity of quality of the Goods to the requirements of the Agreement, the Supplier, within 10 (ten) days from the date of receipt of the written request (claim, reclamation) of the Purchaser and the expert opinion certified by the Purchaser, shall reimburse the cost of services to the Purchaser for the arbitration (expert) determining of quality of the Goods and, upon his discretion, either replaces the ill-quality Goods or returns the funds received for them. All the expenses connected with the replacement of the Goods shall be borne by the Supplier. The replacement of the ill-quality Goods shall be made only in case of returning by the Purchaser to the Supplier of all the Goods qualified as ill-qualitative in the package supplied by the Supplier. The ill-quality Goods shall be replaced with the similar Goods of good quality. The cost of services in arbitration (expert) determination of quality of the Goods shall be reimbursed by the Supplier only in case of providing the evidence by the Purchaser of paying such cost.

4.6.6. The claims (suits) in quality and quantity of the Goods shall be subject to satisfaction only in case of observance by the Purchaser of everything stated above, manner and terms. The Supplier shall not bear the responsibility for decrease in the qualitative parameters of the Goods after their transfer to the Purchaser. The claims as for the varietal quality of the Goods (aggregate of the parameters, stating the belonging of the seeds to the relevant hybrid or variety) may be claimed by the Purchaser only in relation with the manufacturer of seeds or his representative offices in Ukraine.

4.6.7. If during the acceptance of the Goods there are no claims from the Purchaser, the Goods shall be deemed delivered by the Supplier and accepted by the Purchaser: upon the quantity (units of measurement) – according to the quantity (units of measurement) stated in the delivery note; upon the quality – according to the quality stated in the quality document.

## 5. Settlement Procedure. Indexation (Increase) in Price for the Goods

5.1. The Purchaser shall pay to the Supplier for the Goods within the period stated in the Specification. If the Specification states no period (term) of payment for the Goods, the Goods shall be paid by the Purchaser on the day of their receipt from the Suppler. The same term of payment for the Goods shall be valid, if the Parties have actually performed the supply of the Goods according to the delivery note, but the Specification has not been signed and the Goods have not been paid by the Purchaser.

5.2. The payment for the Goods shall be made by the Purchaser in UAH in cashless form via bank transfer to the current account of the Supplier. The ground for the payment shall be this Agreement.

5.3. The Purchaser, at his own expense, shall bear all expenses connected with the execution of the pecuniary obligations hereunder. The Goods shall be deemed (partially or in full) paid by the Purchaser, and the funds shall be deemed transferred by him at the time of their crediting to the current account of the Purchaser.

5.4. The Purchaser, paying for the Goods, shall indicate the kind of the supplied Goods in the designation of payment ("for seeds" or "for pesticides"), the details (number and date) of this Agreement, and the details (number and date) of the Specification to the Agreement or the delivery note, if the Specification is not signed. If the Purchaser does not comply with this requirement, the Supplier shall have the right independently, upon his own discretion, determine the type of the Goods, Specification, Agreement or other obligation between the Parties, to which the Purchaser's payment shall be credited, despite the designation of payment stated in the payment document. Unless otherwise is specified by the Supplier, the funds received from the Purchaser as payment for the Goods hereunder, shall repay the pecuniary obligations (payments) of the Purchaser hereunder

Supplier /signed/                                                    , Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district,        [Seal: Ukraine, 26434, Kirovohrad region,

in chronological order of the terms (periods) of their execution, i.e. beginning from the obligations (payments) with the earliest due dates. In case of delay by the Purchaser of the execution of the pecuniary obligations hereunder, the Supplier shall have the right to independently decide what claims (from the payment of penalties or interest, or losses, or main unindexed debt, or the price index amount for the Goods, etc.) will be credited with the Purchaser's funds first, despite the designation of payment stated by the Purchaser, and the Supplier will notify the Purchaser hereabout.

5.5. The price for the Goods returned by the Purchaser to the Supplier or unsupplied Goods shall reduce the amount of the last (final) payment of the Purchaser in the Specification, according to which the Goods are returned or unsupplied. If the amount of the last payment is less than the price for such Goods, the difference between them will reduce the amount of the pre-last payment and so on. This term refers to the unexecuted payments of the Purchaser and if the Specification contains more than one such payments. Moreover, the terms (periods) for execution of the payments shall not be changed. The amounts of prepayments (advance payments) obtained by the Supplier for the Goods not supplied to the Purchaser as a result of delay or his refusal from acceptance of the Goods or returned by the Purchaser to the Supplier (in cases not connected with the quality of the Goods), shall be held by the Supplier as payment of other Goods hereunder, including the Goods to be supplied to the Purchaser in future. If the Purchaser has no unfulfilled pecuniary obligations hereunder, the amounts of prepayments (advance payments) shall be returned by the Supplier to the Purchaser within 15 (fifteen) bank days from the time of receipt by the Supplier of the Purchaser's written request hereabout, provided for the Supplier has refused to supply the unsupplied Goods to the Purchaser.

5.6. The prices for the Goods stated in the Specifications on the date of their completion shall be basic. The basic price for the Goods shall be fixed (i.e. full) only if the Purchaser pays for the Goods on the day of completion of the Specification hereto. Considering the aforementioned, the Parties have agreed that if the Goods are paid not on the day of completion of the Specification, the amounts of all Purchaser's payments for the Goods to the Supplier shall be indexed (i.e. increased). The indexed amount of the payment shall be determined in the following way: $PSP = (K2/K1) \times SP$, where PSP is the indexed amount of the payment subject to payment by the Purchaser to the Supplier; SP – the amount of the payment for the Goods; K2 – the average rate of selling USD for UAH in the interbank foreign currency market fixed at the time of close of bids on the nearest preceding day to the date of payment; K1 – the exchange rate of UAH to USD on the date of completion of the Specification (stated in the Specifications). If the indicator K1 is not stated in the Specification, it shall be equal to the official exchange rate of UAH to USD established by the National Bank of Ukraine on the date of completion of the Specification. If the official exchange rate of UAH to USD is not established by the National Bank of Ukraine on the appropriate date, the Parties shall be governed by the official exchange rate of UAH to USD established by the NBU on the nearest preceding day to such date.

5.6.1. For indicator K2, the Parties shall use the average rate of selling USD for UAH (indicator ASK on www.udinform.com) in the interbank foreign currency market fixed at the time of close of bids on the nearest preceding day to the date of payment, the information about which the Parties may get on www.udinform.com. The Parties have agreed that the sufficient and proper confirmation (evidence in court) of indicator K2 shall be the printout on a hard copy of the relevant data from www.udinform.com, the authenticity of which shall be certified by the signature and seal of the Supplier (if any).

5.6.2. On the date of payment (transfer of funds to the Supplier), the Purchaser shall independently, without invoice from the Supplier, perform its indexation in the above manner and initiate the transfer to the Supplier of the indexed amount of payment. If K2 is less than K1, PSP shall be equal to SP. When the indexed amount of payment is transferred, the Purchaser shall indicate the amount of indexation of the price for the Goods in the designation of payment (hereinafter referred to as SICT), for example: "…including the amount of indexation of the price for the Goods makes UAH (amount)". SICT is the difference between PSP and SP, and shall be determined in such a way: $SICT = PSP - SP$.

Supplier /signed/

Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district

[Seal: Ukraine, 26434, Kirovohrad region,

5.6.3. In case of delay by the Purchaser of payment for the Goods, the indexed amount of such payment shall be determined in the above manner, but in this case, it shall not be less than the indexed amount of payment on the date when such payment should be made hereunder.

5.6.4. If the Supplier appeals to the court with the application on collection from the Purchaser of the debts hereunder, the amounts of payments for the Goods delayed and unpaid by the Purchaser shall be indexed in the above manner, but indicator K2 for them shall be established on the date of completion by the Supplier of such application. If the Supplier appeals to the court with the application on collection from the Purchaser of the amount of indexation of the price for the Goods, in case when the principal debt for the Goods is already collected from the Purchaser according to the court decision upon the basic price, indicator K2 for determination of SICT from the main unpaid and unindexed debt shall be established on the date of completion by the Supplier of such application. If during the court proceedings indicator K2 is decreased, the recalculation of the amount of indexation of the price for the Goods shall not be performed. If during the court proceedings indicator K2 is increased as compared to such indicator on the date of completion of the application, the Suppler shall have the right to recalculate the amount of indexation of the price for the Goods by using indicator K2 on the date of completion of the application on increase in claims. The same order of determination of indicator K2 shall be valid whilst the Supplier submits the application with pecuniary claims to the Purchaser.

5.6.5. If after coming into force of the court decision on collection from the Purchaser of SICT, indicator K2 on the date of payment for the Goods by the Purchaser is more than indicator K2 used for determination of SICT collected by the court decision, the Supplier shall have the right to require from the Purchaser in court to pay the difference between the amount of SICT collected by the court and the amount of SICT established upon indicator K2 on the dates of payments for the Goods by the Purchaser.

5.6.6. If indicator K2 may not be established on the necessary date, in particular, as a result of unavailability of www.udinform.com, it shall be equal to the official rate of UAH to USD established by the National Bank of Ukraine on this date, the information about which the Parties may get from the official webpage of the NBU.

5.6.7. If the Specification contains the exchange rate of UAH to EUR instead of UAH to USD (indicator K2), the Parties shall, in all the terms of the Agreement for this Specification, use EUR instead of USD on the same terms as stated in the Agreement.

5.6.8. The date of termination of the pecuniary obligation of the Purchaser hereunder in payment of the main unindexed debt by set off by the Parties for calculation of SICT shall be equal to the date of payment by the Purchaser.

5.6.9. The Purchaser's obligation in payment of the indexed amounts of payments (in paying SICT) shall be the pecuniary obligation of the Purchaser to the Supplier in paying for the Goods. The amounts paid by the Purchaser to the Suppler in connection with execution of this clause, exceeding the price for the Goods stated in the Specifications (delivery notes), shall be the indexation (i.e. increase) of the price for the Goods.

5.6.10. The adjustment of tax liabilities shall be made by the Supplier only after crediting SICT to his current account as the scope of SICT depends on the particular date of payment by the Purchaser. However, the delivery notes and Specifications, which serve as the ground for indexation of the price for the Goods, shall not be subject to adjustment (replacement). The data in the business accounting registers shall correspond to the increased prices after payment of SICT.

5.7. In the Specifications or additional agreements hereto, the Parties may stipulate:

5.7.1. another longer period during which the basic price for the Goods is fixed (full);

5.7.2. discounts to the price for the Goods and terms of their offering, in particular, for proper fulfillment of the terms hereof or the early payment for the Goods;

Supplier /signed/                                                            Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district,                       [Seal: Ukraine, 26434, Kirovohrad region,

5.7.3. other manner and form of payment for the Goods not prohibited by the current legislation of Ukraine, including by making the settlement for the Goods;

5.7.4. the supply (transfer) of the Goods in the terms of a trade loan, i.e. by deferred or installment payments for such Goods with interest.

## 6. Obligations and Rights of the Parties

6.1. The Purchaser is obliged:

6.1.1. to pay to the Supplier the full price for the Goods (i.e. basic price for the Goods together with the amount of indexation of the price for the Goods), therefore, before making any payment, the Purchaser shall make its indexation in the manner specified herein;

6.1.2. to pay for the Goods (including the amount of indexation of the price for the Goods) in the terms stipulated by the Specifications (Agreement);

6.1.3. to pay interest for use of the trade loan in the manner, terms and scope according to the Specifications, if their terms stipulate the supply (transfer) of the Goods on the terms of a trade loan;

6.1.4. to come for the Goods at the place of supply of the Goods, to accept them and to provide the Supplier with the duly executed power of attorney for acceptance of the Goods in exchange for the Goods;

6.1.5. not to export the Goods beyond the limits of Ukraine, not to make repackage and/or change the name of the Goods and the trade mark of the Goods' manufacturer, not to carry out any selecting or research works with seeds, not to make any other actions with the Goods, which may be qualified as the illegal use or violation of the intellectual property rights held by the Goods' manufacturers;

6.1.6. to accept, transport, store and use the Goods according to the recommendations of their manufacturer, and according to the requirements of the nature protection legislation and the legislation of Ukraine, governing the turnover of goods in Ukraine; to have or obtain all the necessary permits for implementation of the indicated actions stipulated by the current legislation of Ukraine, however, the Supplier shall not bear the responsibility for absence of such documents or failure to comply with the requirements of the legislation of Ukraine by the Purchaser, governing the turnover of goods in Ukraine, as well as the manufacturer's recommendations of the Goods;

6.1.7. to use the received seeds exclusively as the sowing material. **The Purchaser shall confirm that he knows and understands that the seeds may be poisoned with chemicals** registered and allowed for use in Ukraine, and may be dangerous for people, animals and other fauna representatives, if such seeds are not used exclusively as the sowing material. In connection with this, the seeds may not be used for preparation of meals, foods and oil;

6.1.8. to use the received pesticides within the shelf life and only in their direct purpose. **The Purchaser shall confirm that he knows and understands that the seeds may be poisoned with chemicals** and that he is warned about the dangerous properties of such Goods and special safety measures during their transportation, storage and use;

6.1.9. to dispose of the containers and packing materials from the Goods after their use, at his own expense, in the manner stipulated by the current legislation of Ukraine.

6.2. The Supplier is obliged:

6.2.1. to transfer the Goods to the Purchaser, complying with the term of supply, at the place of supply established in the Agreement (Specification). The Supplier is obliged to perform the indicated actions only after the crediting at his current account of the full amount of prepayment or advance payments for the Goods, if such

Supplier /signed/                                                                  Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district]            [Seal: Ukraine, 26434, Kirovohrad region,

payment terms for the Goods are stipulated in the appropriate Specification together with the amount of indexation of the price for the Goods;

6.2.2. to supply high-quality Goods properly presented, without any defects;

6.2.3. to replace the ill-quality Goods or return the funds received for such Goods in case of recognition of the Purchaser's claim;

6.3. The rights of the Parties shall consist in the rights to require the proper execution from the other Party hereunder of its obligations. The list of rights and obligations of the Parties shall not be restricted by this section hereof. Other rights and obligations of the Parties may be contained in other sections hereof or specified by the legislation of Ukraine.

## 7. Legal Consequences of Violation by the Parties of the Obligations under this Agreement. The Dispute Settlement Procedure

7.1. For the purpose of duly execution of the obligations by the Parties and reimbursement of any losses, the Parties have stipulated such contractual penalties as are paid in addition to the amount of losses:

7.1.1. For delay of supply of the paid Goods by the Purchaser, the Supplier, beginning from the 6 (sixth) day of delay, shall pay the fine in the amount of 0.05% of the price for such Goods to the Purchaser per each day of such delay. If the delay of the Goods lasts for more than 20 (twenty) days and the Purchaser loses the interest to the unsupplied Goods, the Purchaser shall have the right to unilaterally refuse from such unsupplied Goods, having notified the Supplier in writing hereabout. In such a case, the Supplier shall return to the Purchaser the funds received from him as a prepayment for such unsupplied Goods within the period not more than 5 (five) bank days from the time of receipt of the Purchaser's request hereabout. Charging of the fine, except the supply of such Goods, shall be also stopped from the time of returning the received money to the Purchaser by the Supplier for the unsupplied Goods or in 50 (fifty) days from the day when he had to supply the Goods. The Supplier shall not bear the responsibility for the delay of supply of the Goods in case of delay to transfer the prepayment (advance payment) by the Purchaser or if the Purchaser has failed to receive the Goods by his guilt (in particular, has failed to fetch them in the period established hereunder).

7.1.2. For supply of ill-quality Goods provided for these Goods are not replaced with high-quality Goods by the Supplier within 10 (ten) days or if the Purchaser does not receive the returned money paid for them, the Supplier shall pay the fine in the amount of 2 (two) % of the price for such Goods. The ill-quality Goods shall be returned to the Supplier by the Purchaser. All the expenses connected with the returning of the ill-quality Goods shall be borne by the Supplier.

7.1.3. For the delay of execution of pecuniary obligations hereunder for more than 20 (twenty) calendar days, the Purchaser shall pay to the Supplier the fine in the amount of 30 (thirty) % of the amount of the pecuniary obligation delayed for more than 20 (twenty) days. The fine for the delayed prepayment or advance payment, if the Goods are not received by the Purchaser, shall not be charged.

7.2. The Parties have also agreed that:

7.2.1. they increase the limitation period for the claims on collection the fine for delay of the unfulfilled pecuniary obligations hereunder for 3 (three) years;

7.2.2. if the Purchaser delays the execution of his obligations in payment or acceptance of the Goods, the Supplier shall have the right to unilaterally refuse from his obligations hereunder (i.e. terminate them) in full or partially, having only notified the Purchaser in writing hereabout. The Agreement shall be deemed cancelled (in case of full refusal of the Supplier from his obligations hereunder) or amended (in case of partial refusal of the Supplier from his obligations hereunder), and the Supplier's obligations shall be deemed terminated from the time when the Purchaser has received or could receive the written notification from the Supplier on cancellation

Supplier /signed/                                                                 Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district,          [Seal: Ukraine, 26434, Kirovograd region,

of the Agreement or partial refusal from his obligations hereunder, unless other later period is not stated in the notification;

7.2.3. in case of delay of the execution of the pecuniary obligations hereunder, the Purchaser shall, instead of three annual percent stipulated in part 2 of Art. 625 of the Civil Code of Ukraine, pay to the Supplier forty-eight annual percent of the delayed amount for the whole period of delay. In the periods when the double discount rate of the National Bank of Ukraine exceeds forty-eight annual percent, the Purchaser shall pay to the Supplier the percent at the rate (in the amount), which equals to the double discount rate of the National Bank of Ukraine current in such period. In any case, the amount of percent paid by the Purchaser to the Supplier may not be less than forty-eight annual percent of the delayed amount for the whole period of its delay. The percent for the delayed prepayment or advance payment, if the Goods are not received by the Purchaser, shall not be charged.

7.2.4. in case of delay by the Purchaser of any payment, the Supplier shall acquire the right to require from the Purchaser the early payment for the whole Goods delivered to him on the terms of deferment or installment of payments, as well as the early execution of all other obligations hereunder. The Purchaser shall fulfill the request of the Supplier (his pecuniary obligations) within 7 (seven) days from the date of its receipt, unless other period is stated in it;

7.2.5. adverse weather conditions and other circumstances, which have caused the destruction of crops or loss of the harvest of the Purchaser, shall not be the ground for exemption of the Purchaser from the obligations to pay for the Goods, the whole amount of losses, interest and penalties, and for deferment or installment of such amounts.

7.3. The Party, which has violated its obligations, shall eliminate these violations without the claim (suit) of the other Party hereof, and pay the interest and penalties stipulated by this Agreement and legislation of Ukraine in case of the written request of the Party hereabout. Either Party shall have the right to apply the penalties and other legal consequences of the violation of the obligations, in full or partially, or not to apply them at all.

7.4. The Parties shall take all possible efforts to settle the disputes connected herewith by negotiations between them. If upon the results of the negotiations, the Parties fail to settle them or either Party avoids settling them in the pre-trial manner, the disputes shall be subject to consideration and settlement at the economic court upon the territorial jurisdiction stipulated by the current legislation of Ukraine. The disputes concerning the quantity and quality of the Goods shall be subject to obligatory pre-trial settlement in the manner stipulated by the Agreement.

## 8. Final Provisions

8.1. The Agreement shall be deemed concluded from the date of its signing by the Parties and valid until the end of the year of its conclusion. All the supplies of the Goods from the Supplier to the Purchaser from the date of conclusion of this Agreement and until the end of the year of its conclusion, as well as the manner of their payment, shall be governed by this Agreement. If in further years, the Parties fail to conclude a new supply agreement of the Goods, but actually the supplies of the Goods will be made to the Purchaser by the Supplier, this Agreement shall be prolonged and regulate the terms of such supplies between the Parties up to the date of conclusion of a new supply agreement of the Goods.

8.2. Refusal of either Party from the Agreement or termination of its validity shall not exempt the Purchaser from execution of his pecuniary obligations for the supplied Goods, which are not fulfilled, including to pay the amount of indexation of the price for the Goods, and shall not exempt the Parties from responsibility and legal consequences of violation of their obligations hereunder.

8.3. The Agreement shall be deemed performed by the Purchaser, if he has fulfilled all the obligations stipulated hereunder, including the payment of the amount of indexation of the price for the Goods.

Supplier /signed/                                                    Purchaser /signed/

[Seal: Ukraine, Zaporizhzhia region, Bolohn district;          [Seal: Ukraine, 26434, Kirovohrad region

8.4. The terms of the Agreement shall be binding for the Parties and may be amended upon their consent based on the additional agreement signed by the authorized representatives of the Parties. The Specifications may be amended by their new edition.

8.5. The Purchaser shall have no right, without the written consent of the Supplier, to transfer his rights and/or obligations (to derogate from the claim, to assign the debt) hereunder to other persons, and the actions (deeds, agreements) of the Purchaser shall not cause the change of rights and obligations of the Parties hereunder and not originate any Supplier's obligations to other persons in case of their implementation (conclusion) by the Purchaser without the written consent of the Supplier.

8.6. The Purchaser shall confirm that for conclusion of this Agreement the head of the Purchaser (other person, who signs the Agreement on his behalf) has all necessary powers and permits from other governing bodies, and the Unified State Register of Legal Entities, Individual Entrepreneurs and Public Organizations contains no data on restrictions of the head of the Purchaser as for representation of the Purchaser on the date of conclusion of this Agreement. The Purchaser has not provided the Supplier with his Articles of Association. Whilst signing this Agreement, the Purchaser shall confirm that he has no circumstances, which may cause the invalidity or failure to execute this Agreement.

8.7. Either Party shall notify the other Party in writing about the change of its name, organizational legal form, ownership form, location (address for correspondence), taxation system or other details stated herein, all the changes of its activities and other circumstances, which may affect the execution of this Agreement, including the composition of its governing bodies, taking decisions on reorganization or liquidation, within five days from the occurrence of such changes (circumstances, decisions). Failure to timely notify about the changes in activities or other circumstances, which may affect the execution of this Agreement, shall deprive such Party of the right to refer to these circumstances as for the ground of exemption from the responsibility in case of violation of its obligations due to such circumstances. If the Party, which has changed its address for correspondence (location), fails to notify the other Party in writing hereabout, all the notices and documents delivered to it according to the details stated herein, shall be deemed duly delivered. The Party, which is not notified about such changes, shall be deemed as properly acted, if it has been governed by the details stated herein.

8.8. Signing this Agreement, the representative of the Party hereof (an individual) shall provide the other Party hereof with the right to process his personal data, except for the data the processing of which is forbidden by the legislation of Ukraine. The representatives of the Parties hereof shall understand and realize that their personal data will be introduced to the personal database of the other Party hereof from the date of signing of this Agreement, so the representatives have not to be additionally notified about the introduction of their personal data to the personal databases of another Party. The representatives of the Parties shall exempt the other Party from the obligation to notify them in writing about the transfer of their personal data to third parties, the change or destruction of their personal data in the personal databases of this Party.

8.9. The handwritten corrections of the Agreement (Specification) may be considered amendments to its terms (i.e. have legal force) and be valid only if they are certified by the signatures and seals of both Parties in each separate case.

8.10. The Agreement shall be made in full understanding of its content by the Parties, read by them in full before signing, correspond to their will, and contain the offers and essential terms of both Parties to be agreed. The Parties shall consider these terms to be reasonable and fair.

8.11. All the preliminary arrangements between the Parties concerning the terms hereof, not reflected herein, shall be terminated from the date of signing of this Agreement, and the Parties shall have no right to refer to them while grounding their claims and objections.

8.12. In the issues not regulated hereby the Parties shall be governed by the current legislation of Ukraine.

Supplier /signed/

[Seal: Ukraine, Zaporizhzhia region, Polohy district,

Purchaser /signed/

[Seal: Ukraine, 26434, Kirovograd region,

8.13. The Agreement shall be made in two original copies (one copy per each Party).

## 9. Details and Signatures of the Parties

| | **Supplier** | **Purchaser** |
|---|---|---|
| Name | PE "BIZON-TEKH 2006" | FARMING ENTERPRISE "EDEM" |
| Location | 70605, Zaporizhzhia region, Polohy district, Polohy city, KRUPSKOI STREET, building 162, apartment 11 | 26434, Kirovohrad region, Ulianovka district, Sabatynivka village |
| Postal address | 69005, Zaporizhzhia city, Yakova Novytskoho Street, 11 | 26434, Kirovohrad region, Ulianovka district, Sabatynivka village |
| Identification code | 34216986 | 31518415 |
| Current account | 26006185176 | 260008276 |
| Bank | PJSC "RAIFFEISEN BANK AVAL", Kyiv city | PJSC "RAIFFEISEN BANK AVAL", Kyiv city |
| Bank code (MFO) | 380805 | 380805 |
| Phone/fax | (061) 212-92-58 | 0674721363, N/a |
| Taxation system | VAT payer and income tax payer on general bases | Single tax payer of the fourth group |
| ITN of the VAT tax payer | 342169808155 | 315184111207 |

Signature        /signed/ O.D. Myronets          /signed/ O.A. Burdeinyi

[Seal: Ukraine, Zaporizhzhia region, Polohy district, Polohy city, Private Enterprise "BIZON-TEKH 2006"]

[Seal: Ukraine, 26434, Kirovohrad region, Ulianovka district, Sabatynivka village, FE "EDEM", No. 31518415]

*Attention! This page of the Agreement shall be signed only under the details of the Parties.*

*March 15, 2017*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

Supplier /signed/                          Purchaser /signed/

## ДОГОВІР ПОСТАВКИ

### № ПР-013

м. Запоріжжя                                                                                                28 січня 2016 р.

Сторони цього Договору:
ПОСТАЧАЛЬНИК: ПРИВАТНЕ ПІДПРИЄМСТВО "БІЗОН -ТЕХ 2006" в особі керівника Первомайського регіонального структурного підрозділу Миронця Олександра Даниловича, який діє на підставі довіреності №12/16 від 04.01.2016 р., та
ПОКУПЕЦЬ: ФЕРМЕРСЬКЕ ГОСПОДАРСТВО " ЕДЕМ " в особі Бурдейного Олександра Анатолійовича, який діє на підставі Статуту, уклали між собою цей Договір (надалі - Договір) про таке:

### 1. Предмет Договору

1.1. У порядку, строки та на умовах, визначених цим Договором і Специфікаціями до нього, Постачальник зобов'язується поставляти та передавати у власність Покупця насіння для сівби (далі - насіння або товар), пестициди в препаративних формах (засоби захисту рослин) та мікродобрива (далі - пестициди або товар), а Покупець зобов'язується приймати цей товар й оплачувати його.

### 2. Асортимент, кількість і ціна товару

2.1. Найменування й асортимент товару, його кількість і ціна вказуються в Специфікаціях до Договору, що є невід'ємними його частинами.
2.2. Сторонами може бути укладено як одну, так і більшу кількість Специфікацій до Договору. Кожна наступна Специфікація після першої регулює окрему поставку товару у рамках цього Договору й не скасовує та не змінює попередні Специфікації повністю, ні частково, якщо тільки інше не вказано в ній. Сторони в Специфікаціях можуть вказати про непоширення на неї певних умов Договору або застосування їх до певної Специфікації на умовах, вказаних у такій Специфікації. Тобто у випадку розходження між умовами Договору і умовами певної Специфікації пріоритет мають умови такої Специфікації.
2.3. Якщо в період дії цього Договору між Сторонами відбудеться поставка товару, але не буде підписана Специфікація на нього, то накладна на такий товар, підписана представником Покупця, прирівнюється до Специфікації, якою погоджено асортимент, ціна та кількість товару, що поставляється Покупцю, а Покупець зобов'язується оплатити такий товар (у т.ч. сплатити суму індексації ціни такого товару) на умовах, у строки та в порядку, визначеними цим Договором.
2.4. Усі підписані представниками Сторін у період дії цього Договору Специфікації та накладні з поставки (відпуску) Покупцю товару є невід'ємними частинами цього Договору, навіть якщо в них немає посилання на реквізити цього Договору. Умови поставки, оплати товару за ними та відповідальність Покупця за прострочення оплати товару регулюються цим Договором.
2.5. У Специфікаціях і в накладних Сторонами вказується базова ціна товару. Повною ціною товару, яку Покупець зобов'язаний сплатити Постачальнику, є його базова ціна разом із сумою індексації ціни товару. Порядок визначення суми індексації ціни товару (індексації сум платежів за товар) зазначений у розділі 5 Договору.
2.6. Одиницями виміру кількості насіння, якщо інше не вказано в Специфікації, є посівна одиниця (скорочено вказується як "п.о." або "п. од."), пакунок (скорочено вказується як "пак") або мішок (скорочено вказується як "міш"), що дорівнюється одному мішку, кожен з яких має містити однакову визначену виробником цього товару кількість певного насіння.
2.7. Кількість поставленого Постачальником товару може коливатися в межах такого допуску: +/- 5 (п'ять) % від кількості, вказаної в Специфікації. При цьому Покупець оплачує фактично поставлену йому кількість товару. Від'ємна різниця між кількістю товару, вказаної в Специфікації, і фактично поставленою кількістю товару в межах цього допуску, не є недопоставкою товару.

### 3. Якість товару, його упакова та маркування

3.1. Насіння. Якість насіння повинна відповідати діючому в момент поставки державному стандарту України, який встановлює вимоги до його якості, і підтверджується сертифікатом на насіння, копія якого надається Покупцю.
3.2. Пестициди. Якість пестицидів повинна відповідати показникам його виробника і підтверджується сертифікатом відповідності або документом якості виробника пестицидів.
3.3. Постачальник засвідчує відповідність якості товару незалежно від країни його походження, проте не надає гарантій щодо нього (зокрема, не гарантує певну врожайність сільськогосподарських культур, оскільки вона залежить від чинників, що знаходяться поза межами контролю Постачальника).
3.4. Товар повинен мати належну упаковку та маркування. Вартість упаковки (тари та пакувальних матеріалів) входить до ціни товару. Тара та пакувальні матеріали з-під товару після використання останнього поверненню Постачальнику не підлягають, а їх утилізація забезпечується Покупцем із установленому законодавством України порядку та свій рахунок.

### 4. Умови поставки та приймання товару

4.1. Поставка товару здійснюється на умовах: EXW, склад Постачальника, що знаходиться за адресою: Запорізька область, Куйбишевський район, смт. Комиш-Зоря, вул. Вокзальна, 2 (два), якщо інше не буде визначено у відповідній Специфікації. Вказана умова поставки передбачає вибірку (самовивіз) товару Покупцем зі складу Постачальника у строк (термін) поставки, що визначений у відповідній Специфікації, автомобільним транспортом за свій рахунок. Адреса складу може змінюватися Постачальником, про що він повинен завчасно повідомити Покупця. Покупець повинен письмово повідомити Постачальника не менш ніж за 2 (два) дні про подачу автотранспорту під завантаження. Завантаження товару в неробочі дні може здійснюватися за згодою Постачальника.
4.2. Якщо Сторони в Специфікації визначили умови поставки товару, які передбачають доставку товару на склад Покупця, то Покупець зобов'язується завчасно письмово повідомити Постачальника про адресу складу Покупця (місце поставки), якщо він не зазначений в Специфікації, а Постачальник за свій рахунок зобов'язується доставити товар в місце поставки і передати йому там Покупцю. Право власності на товар від Постачальника до Покупця переходить у місці поставки в момент передачі товару Покупцю. До цього моменту (у т.ч. під час перевезення товару) власником товару залишається Постачальник. Покупець зобов'язується розвантажувати товар своїми силами та за свій рахунок одразу після прибуття транспорту в місце поставки, не допускаючи його простою. Товар може доставлятися Покупцю перевізниками, зокрема, а також партіями в кількості, визначеній Постачальником на свій розсуд, при цьому Постачальник повинен поставити всю кількість товару за відповідною Специфікацією до граничної дати поставки. Усі базові поставки розуміються Сторонами згідно з правилами Інкотермс у редакції 2010 року врахованими застереження в цьому Договорі.
4.3. Строк (термін) поставки товару вказується в Специфікаціях. Якщо їх не вказано, то товар поставляється Покупцю за його письмовою заявкою чи іншої необхідності Покупця в ньому, але не пізніше 30 (тридцять) календарних днів з моменту одержання Постачальником заявки про поставку товару.
4.4. Постачальник зобов'язується поставити (передати) Покупцю товар у строки, зумовлені Сторонами, тільки за умови надходження на поточний рахунок Постачальника у строки, визначені в Специфікації, повністю суми попередньої оплати або авансових платежів, якщо такі умови оплати товару були передбачені у відповідній Специфікації, разом із сумою індексації ціни товару. Під попередньою оплатою, авансом, авансовим платежем Сторони розуміють платіж, що повинен бути здійснений Покупцем і отриманий Постачальником до моменту передачі Постачальником Покупцю товар і до отримання від нього відповідної оплати (попередньої оплати, авансових платежів). Під неможливістю в нього і порушенням ним зобов'язань за цим Договором.
4.5. Якщо Покупець прострочив сплату будь-якого платежу (попередньої оплати, авансового платежу, сам сплати не сплатить вже поставлений товар) товар, то Постачальник має право пропорційно на строк прострочення Покупця затримати передачу товару, що взагалі у повністю або від сплати. Покупцем передача товару за таку та/або іншим Специфікаціям, не несучи за це відповідальності.
4.6. Приймання товару зобов'язується поставити (передати) Покупцю, у т.ч. в особі представника Покупця, здійснюється з моменту одержання його одержання Покупцем від Постачальника. Покупець зобов'язується перевірити кількість товару, його вагу, цілісність упаковки на нього (якщо таке передбачено), відповідність маркування, а також відсутність пошкоджень або псування товару, а в разі їх виявлення повідомити про це Постачальнику. Усі претензії повинні бути заявлені до зазначення приймання, а

Постачальник                                                                                                     Покупець

підписання накладної. Наявність недостач та/або недоліків товару (у т.ч. його упаковки) оформлюється двостороннім актом, який підписується Сторонами. Після підписання Покупцем накладної (при відсутності підписаного Постачальником акту про недоліки/недостачу товару) приймання товару вважається таким, що відбулося, і претензії Покупця не приймаються. Підписання Покупцем накладної засвідчує факт передачі йому разом із товаром усієї необхідної документації, що його стосується, у тому числі документів про якість товару, рекомендацій виробника щодо його використання, транспортування та зберігання. Датою поставки (передачі) товару є дата, що вказана в накладній. Право власності на товар (у т.ч. на тару та пакувальні матеріали) та всі ризики, пов'язані з ним, переходять до Покупця в момент передачі йому товару.

4.6.1. Якщо під час приймання товару Сторонами зафіксовано його недостачу порівняно з кількістю, вказаною в супровідних документах, то недопоставлений товар підлягає допоставці Постачальником протягом 10 (десяти) днів. Цей пункт діє при умовах поставки, які передбачають доставку товару Постачальником Покупцю. Усі витрати, що пов'язані з допоставкою недопоставленого товару несе Постачальник.

4.6.2. Якщо під час приймання товару Сторонами зафіксовано невідповідність якості товару вимогам Договору, то протягом 10 (десяти) днів Постачальник за умови повернення йому Покупцем всього товару, що визнаний неякісним, в поставленій Постачальником упаковці, замінює неякісний товар на аналогічний якісний товар або поверне отриманий за нього гроші в безготівковому порядку. Усі витрати, що пов'язані із заміною товару несе Постачальник.

4.6.3. Якщо представник Постачальника був відсутній при прийманні Покупцем товару, а в останнього під час приймання товару виникли сумніви в якості товару, то Покупець у день приймання товару письмово викликає представника Постачальника для участі в перевірці якості товару і повідомляє Постачальника про всі виявлені ознаки, що можуть свідчити про неідповідність якості товару умовам Договору. Представник Постачальника протягом 72 години із моменту отримання повідомлення Покупця повинен прибути на склад Покупця для участі в перевірці якості товару. Покупець зобов'язується прийняти доставлений йому товар, щодо якого він має претензії з якості, та зберігати до його заміни Постачальником, а також зобов'язується не використовувати його та не порушувати його упаковку.

4.6.4. Якщо Сторони не дійдуть згоди щодо якості товару при його прийманні, або представник Постачальника не прибуде для врегулювання цього питання, якість товару перевіряється Покупцем в наступному порядку і в таких осіб: якість пестицидів може бути перевірена виключно в лабораторіях виробника пестицидів, або в Інституті екологічної гігієни та токсикології ім. Л.І. Медведя (м. Київ), або в Українській лабораторії якості та безпеки продукції АПК Національного Аграрного університету (м. Київ); якість насіння може бути перевірена виключно у порядку та особам, визначеному згідно зі ст. 23 Закону України "Про насіння і садивний матеріал". Результати досліджень (аналізу) якості товару інших осіб (лабораторій, дослідних закладів), окрім виконаних судовим експертом, не приймаються Постачальником, і не мають доказової сили при пред'явленні претензій чи позовів, пов'язаних з якістю товару. Проби товару (не менше 3 (трьох) відбираються і передаються для перевірки якості у строк не пізніше 10 (десяти) календарних днів з моменту отримання Покупцем товару. Проби товару повинні відбиратися державним інспектором або іншою особою, яка має право здійснювати перевірку якості товару, згідно з існуючою методикою (стандартом) із складанням відповідного акту та способом, який мінімально порушує цілісність упаковки. Постачальник вправі окремо від Покупця здійснювати відбір проб та перевіряти якість товару, що поставлений Покупцю. Якість насіння перевіряється на предмет його відповідності діючому в момент поставки державному стандарту України, який встановлює вимоги до його якості, а якість пестицидів перевіряється на предмет їх відповідності показникам його виробника.

4.6.5. У разі підтвердження експертизи висновками незалежних установ неідповідності якості товару вимогам Договору, то протягом 10 (десяти) днів із дати отримання письмової вимоги (претензії, рекламації) Покупця про це із засвідченою ним копією експертного висновку Постачальник відшкодовує Покупцю вартість послуг із проведення арбітражного (експертного) визначення якості товару та на свій вибір або замінює неякісний товар, або поверне отриманий за нього гроші. Усі витрати, що пов'язані із заміною товару несе Постачальник. Заміна неякісного товару здійснюється лише за умови повернення Покупцем Постачальнику всього товару, що визнаний неякісним, у поставленій Постачальником упаковці. Неякісний товар замінюється на аналогічний товар належної якості. Вартість послуг із проведення арбітражного (експертного) визначення якості товару відшкодовується Постачальником лише за умови надання Покупцем доказів оплати її вартості.

4.6.6. Претензії (позови) з якості та кількості товару підлягають задоволенню тільки за умови дотримання Покупцем всього вищевказаного порядку та строків. Постачальник не несе відповідальності за погіршення якісних показників товару, які сталися після його передачі Покупцю. Претензії щодо сортової якості насіння (сукупність показників, що характеризують належність насіння до відповідного гібриду чи сорту) може заявлятися Покупцем тільки до виробника насіння або його представників на території України.

4.6.7. Якщо під час приймання товару від Покупця не надійшло претензій, то товар вважається переданим Постачальником і прийнятим Покупцем: за кількістю (одиниць виміру) - відповідно до кількості (одиниць виміру), вказаної в накладній; за якістю - відповідно до якості, вказаної в документі про якість.

## 5. Порядок оплати товару. Індексація (тобто збільшення) ціни товару

5.1. Покупець зобов'язується оплатити Постачальнику товар у строк, що вказаний в Специфікації. Якщо в Специфікації не вказано строк (термін) оплати товару, то такий товар оплачується Покупцем у день його отримання від Постачальника. Такий же строк оплати товару діє, якщо між Сторонами фактично відбулася поставка товару за накладною, але на такий товар не була підписана Специфікація і він попередньо не був оплачений Покупцем.

5.2. Оплата Товару здійснюється Покупцем у гривнях у безготівковій формі шляхом переказу платіжним дорученням грошових коштів на поточний рахунок Постачальника. Підставою для платежу є даний Договір.

5.3. Покупець за свій рахунок несе всі витрати, пов'язані з виконанням своїх грошових зобов'язань за Договором. Товар вважається (частково, повністю) оплаченим Покупцем, а грошові зобов'язання перерахованими ним, в момент їх надходження на поточний рахунок Постачальника.

5.4. Покупець, здійснюючи оплату за товар, зобов'язаний вказувати в призначенні платежу вид товару, що оплачується ("за насіння" або "за пестициди"), реквізити (номер і дату) цього Договору, а також реквізити (номер і дату) Специфікації до Договору або накладної, якщо Специфікація не була підписана. Якщо Покупець цього не дотримується, то Постачальник має право сам, на власний розсуд, визначити в рахунок якого виду товару, Специфікації, договору або іншого зобов'язання між Сторонами зарахувати платіж Покупця, незалежно від вказаного в платіжному документі призначення платежу. Якщо інше не буде визначено Постачальником, то грошові кошти, що надійшли від Покупця в оплату товару за цим Договором, погашають грошові зобов'язання (платежі) Покупця за цим Договором у хронологічній послідовності строків (термінів) їх виконання, тобто починаючи зі строків зобов'язань (платежів) із самим раннім строками виконання. У разі прострочення Покупцем виконання грошових зобов'язань за цим Договором, Постачальник має право самостійно вирішити в погашення яких саме його вимог (зі сплати штрафних санкцій або процентів, або збитків, або основного непогашеного боргу, або суми індексації ціни товару тощо), в першу чергу зарахувати грошові кошти, що надійшли від Покупця, незалежно від вказаного ним призначення платежу, з повідомленням Покупцем про таке зарахування.

5.5. Ціна товару, що повертається Покупцем Постачальнику щодо непоставленої Покупцю, зменшує розмір останнього (заключного) платежу Покупця в Специфікації, за якою відбулось повернення або поставка товару. Якщо розмір останнього платежу є меншим за ціну такого товару, то різниця між ним зменшує розмір передостаннього платежу, і так далі. Ця умова поширюється на невиконані платежі Покупця і якщо їх у Специфікації більше ніж один. Строки (терміни) виконання платежів при цьому не змінюються. Отримані ж Постачальником суми попередньої оплати (авансових платежів) за товар, що не був переданий Покупцю внаслідок його прострочення або його відмови в прийнятті товару, або був повернений Покупцем Постачальнику (у випадках, не пов'язаних з якістю товару), залишаються в Постачальника як оплата інших товарів за цим Договором, у т.ч. і таких, що будуть поставлятися в майбутньому. Якщо в Покупця немає невиконаних грошових зобов'язань за цим Договором, то сума попередньої оплати (авансових платежів) повертається Постачальником Покупцю протягом 15 (п'ятнадцяти) банківських днів з моменту отримання Постачальником вимоги про це, за умовою, що Постачальник не повідомить про повернення Покупцю неотриманого ним товару.

5.6. Вказані в цьому Договорі платежі визначені Сторонами на дату їх складання і є базовими. Базова ціна товару з відповідного (повного) платежу визначається на день складання цього товару в день складання Специфікації щодо нього. Визначаючи їх в Специфікації, Сторони домовилися, що ... оплачується Покупцем за ... в день складання Специфікації, то сума (всіх платежів) Покупця Постачальнику ... підлягає зміні (тобто збільшенню). Проіндексована сума платежу визначається за формулою С=СЦ ПДВ=(Ц/К1) х С1, де С1 ... суму платежу, яка підлягає сплаті Покупцем Постачальнику; С1 ... базовий розмір (повний платіж) за товар; Ц ... середній ... гривні до долару США за ... принципами міжбанківського валютного ринку, зафіксований ... зазначених торгів ... найближчий ... платіж цього дня; К1 - курс гривні до долару США на дату складання Специфікації (визначається ...

Постачальник                                                      Покупець

Специфікаціях). Якщо показник К1 не вказаний у Специфікації, то він дорівнює офіційному курсу гривні до долару США, встановленого Національним банком України на дату складання Специфікації. Якщо на потрібну Сторонам дату Національним банком України не встановлений офіційний курс гривні до долару США, то Сторони керуються офіційним курсом гривні до долару США, встановленим НБУ в найближчий до такої дати попередній день.

5.6.1. Для показника К2 Сторони використовують середній курс продажу доларів США за гривні (показник ASK на веб-сторінці www.udinform.com) на міжбанківському валютному ринку, зафіксований на момент закриття торгів у найближчий попередній до дати здійснення платежу день, інформацію про який Сторони одержують з веб-сторінки www.udinform.com. Сторони домовились, що достатнім і належним підтвердженням (доказом в суді) показника К2 є роздруківка на паперовому носії відповідних відомостей з веб-сторінки www.udinform.com, справлених яких засвідчується підписом Постачальника та відбитком його печатки (за наявності останньої).

5.6.2. У день здійснення платежу (перекування коштів Постачальнику) Покупець самостійно, без пред'явлення йому рахунку Постачальником, проводить його індексацію у вищевстановленому порядку та іншше переказ Постачальнику проіндексованої суми платежу. Якщо К2 є меншим за К1, то ПСП дорівнює СП. При перерахуванні проіндексованої суми платежу Покупець зобов'язується в призначенні платежу вказати суму індексації ціни товару (далі - СПД), як приклад: "...у т.ч. сума індексації ціни товару становить стільки-то гривень". СПД є різницею між ПСП і СП і визначається таким чином: СПД = ПСП - СП.

5.6.3. У випадку прострочення Покупцем сплати платежу за товар, проіндексована сума такого платежу визначається у вищезазначеному порядку, але вона в цьому випадку не може бути меншою від проіндексованої суми платежу за товар коли мав бути здійснений цей платіж за Договором.

5.6.4. При зверненні Постачальника до суду з позовною заявою про стягнення з Покупця заборгованості за цим Договором, суми прострочених і несплачених Покупцем платежів за товар індексуються у вищезазначеному порядку, але показник К2 для них визначається станом на дату складання Постачальником такої позовної заяви. При зверненні Постачальника до суду з позовною заявою про стягнення з Покупця суми індексації ціни товару, у випадку коли основний борг за товар вже був стягнутий судовим рішенням з Покупця за базовою ціною, то показник К2 для визначення СПД з несплаченого непроіндексованого основного боргу визначається станом на дату складання такої позовної заяви Постачальником. Якщо показник К2 під час розгляду справи в суді зменшується, то перерахунок суми індексації ціни товару не проводиться. Якщо показник К2 під час розгляду справи в суді збільшується порівняно з таким показником на дату складання позовної заяви, то Постачальник має право провести перерахунок суми індексації ціни товару застосувавши показник К2 станом на дату складання заяви про збільшення позовних вимог. Такий же порядок визначення показника К2 діє і при поданні Постачальником заяви з грошовими вимогами до Покупця.

5.6.5. Якщо після набрання законної сили судовим рішенням про стягнення з Покупця СПД показник К2 станом на дату стягнення Покупцем платежів в оплату товару є більшим за показник К2, за яким визначався СПД, що стягута за судовим рішенням, то Постачальник вправі від Покупця у судовому порядку вимагати сплати різниці між стягнутою сумою СПД та сумою СПД, визначеної за показником К2 станом на дату здійснення Покупцем платежів в оплату товару.

5.6.6. Якщо показник К2 неможливо встановити на потрібну дату, зокрема, і з причини непрацездатності веб-сторінки www.udinform.com, то він дорівнює офіційному курсу гривні до долару США, встановленому Національним банком України на цю дату, інформацію про який Сторони одержують з офіційної веб-сторінки НБУ.

5.6.7. Якщо в Специфікації замість курсу гривні до долару США (показник К1) буде вказаний курс гривні до ЄВРО, то Сторони у всіх умовах Договору для цієї Специфікації замість доларів США застосовують ЄВРО на тих самих умовах, що вказані в Договорі.

5.6.8. Дата припинення грошового зобов'язання Покупця за Договором зі сплати основного непроіндексованого боргу шляхом зарахування зустрічних грошових вимог, Сторонами для розрахунку СПД прирівнюється до дати здійснення Покупцем платежу.

5.6.9. Зобов'язання Покупця зі сплати проіндексованої суми платежів (зі сплати СПД) є грошовим зобов'язанням Покупця перед Постачальником з оплати товару. Оплачені Покупцем Постачальнику суми у зв'язку з виконанням цього пункту, що перевищують ціну Товару вказану в Специфікаціях (накладних), є індексацією (тобто збільшенням) ціни Товару.

5.6.10. Коригування податкових зобов'язань. Постачальник здійснює лише після зарахування СПД на його поточний рахунок, оскільки розмір СПД залежить від конкретної дати здійснення Покупцем платежу, при цьому накладні й Специфікації, за якими відбулось або має відбутись індексація ціни товару, коригуванню (зміні) не підлягають. Дані в регістрах бухгалтерського обліку Сторони зобов'язуються привести до рівня збільшеної ціни після сплати СПД.

5.7. У Специфікаціях або в додаткових угодах до Договору Сторони можуть передбачити:

5.7.1. інший, більш тривалий строк протягом якого базова ціна товару є фіксованою (повною);

5.7.2. знижки до ціни товару та умови їх надання, зокрема, за належне виконання умов Договору або за дострокову оплату товару;

5.7.3. інший порядок і форму оплати товару, не заборонені чинним законодавством України, у т.ч. шляхом проведення розрахунків із застосуванням векселів, акредитиву, шляхом передачі сільгосппродукції або іншого майна в якості розрахунку за товар;

5.7.4. поставку (передачу) товару на умовах товарного кредиту, тобто з відстроченням або розстроченням платежів за такий товар під процент.

## 6. Обов'язки та права Сторін

6.1. Покупець зобов'язується:

6.1.1. сплатити Постачальнику повну ціну товару (тобто базову ціну товару разом із сумою індексації ціни товару), для чого перед здійсненням будь-якого платежу в оплату товару Покупець зобов'язується провести його індексацію в порядку, визначеному цим Договором;

6.1.2. оплатити товар (у т.ч. сплатити суму індексації ціни товару) у встановлені Специфікацією (Договором) строки;

6.1.3. сплатити проценти за користування товарним кредитом у порядку, строки та в розмірах згідно зі Специфікаціями, якщо їх умовами передбачено поставку (передачу) товару на умовах товарного кредиту;

6.1.4. з'явитися за товаром у місце поставки товару, прийняти його та передати в обмін нього Постачальнику належним чином оформлену довіреність на отримання товару;

6.1.5. не експортувати товар за межі України, не здійснювати перепакування та/або зміну назви товару, товарного знаку виробника товару, не вести селекційні й дослідні роботи з насінням, не здійснювати будь-яких інших дій з товаром, що можуть кваліфікуватися як неправомірне використання чи порушення прав інтелектуальної власності, що належать виробникам товару;

6.1.6. прийняти, транспортувати, зберігати та використовувати товар згідно з рекомендаціями його виробника, а також відповідно до вимог природоохоронного законодавства та законодавства України, що регулює обіг товару в Україні; мати чи отримати всі необхідні дозвільні документи для вчинення вказаних дій, що передбачені чинним законодавством України; при цьому, Постачальник не несе відповідальності за відсутність таких документів і недодержання Покупцем вимог законодавства України, що регулює обіг товару в Україні, а також рекомендацій виробника товару;

6.1.7. використовувати отримане насіння виключно як посівний матеріал. Покупець підтверджує, що повідомлений та розуміє, що насіння може бути протруєне хімічними речовинами, які зареєстровані та дозволені до використання в Україні, і можуть бути небезпечними для людей, тварин та інших представників фауни, якщо таке насіння не буде використовуватися виключно як посівний матеріал. У зв'язку з цим насіння не може використовуватися для виготовлення їжі, кормів та олії;

6.1.8. використовувати отримані пестициди в межах строку їх придатності та лише за їх прямим призначенням. Покупець підтверджує, що повідомлений та розуміє, що пестициди є хімічними речовинами, та його попереджено Постачальником про небезпечність такого товару, а також про особливі заходи безпеки при його транспортуванні, зберіганні та використанні;

6.1.9. утилізувати тару й накувальні матеріали з-під товару після його використання за свій рахунок у порядку, передбаченому чинним законодавством України.

6.2. Постачальник зобов'язується:

6.2.1. передати товар Покупцю з настанням строку поставки та в місці поставки, визначеному в Договорі (Специфікації). Постачальник є зобов'язаним виконати _____ ____ умови находження на його поточний рахунок у строки, визначені у Специфікації, повної вартості суми попереднього _____ _____ платежів за товар, якщо такі умови оплати товару були передбачені у відповідній Специфікації, разом із сумою _____ _____ _____ _____

6.2.2. постачати _____ _____ _____ _____ _____ належний вигляд без будь-яких дефектів;

6.2.3. замінити ____ _____ ___ _____ _____ повернути отримані за такий товар гроші у випадку визнання претензії Покупця _____

6.3. Права Сторін _____ _____ _____ _____ ти належного виконання від іншої сторони за Договором, своїх обов'язків.  Перелік прав і _____

обов'язків Сторін не обмежується цим розділом Договору. Інші права та обов'язки Сторін можуть міститися в інших розділах Договору або визначатися законодавством України.

## 7. Правові наслідки порушення Сторонами зобов'язань за Договором. Порядок вирішення спорів

7.1. З метою забезпечення своєчасного виконання зобов'язань Сторонами та компенсації можливих втрат, Сторони передбачили такі договірні штрафні санкції, які сплачуються понад суми збитків:

7.1.1. За прострочення поставки оплаченого Покупцем товару Постачальник, починаючи з 6 (шостого) дня прострочення, сплачує Покупцю пеню в розмірі 0,05 % від ціни такого товару за кожний наступний день прострочення його поставки. Якщо прострочення поставки товару буде тривати більше 20 (двадцяти) днів і через те Покупець втратить інтерес до непоставленого товару, то Покупець має право в односторонньому порядку відмовитися від такого непоставленого товару, письмово повідомивши Постачальника про це. У такому випадку Постачальник повертає Покупцю грошові кошти, отримані від нього в якості попередньої оплати за такий непоставлений товар, у строк, що не перевищує 5 (п'яти) банківських днів з моменту отримання вимоги Покупця про це. Нарахування пені, крім поставки такого товару, також припиняється з моменту повернення Постачальником Покупцю отриманих грошей за непоставлений товар або через 50 (п'ятдесят) днів від дня, коли дії зобов'язання з поставки товару мали бути виконані. Постачальник не несе відповідальності за прострочення поставки товару в разі прострочення Покупцем передоплати суми попередньої оплати (авансового платежу), або якщо Покупець не отримав товар за своєю виною (відмова, не з'явився за ним у строки, встановлені Договором).

7.1.2. За поставку неякісного товару за умови, що протягом 10 (десяти) днів такий товар не був заявлений Постачальником на якісний або Покупцю в цей строк не були повернуті сплачені ним за нього гроші, Постачальник сплачує Покупцю штраф у розмірі 2 (двох) % від ціни такого товару. Неякісний товар підлягає поверненню Постачальнику. Усі витрати, що пов'язані з поверненням неякісного товару, несе Постачальник.

7.1.3. За прострочення виконання грошових зобов'язань за цим Договором понад 20 (двадцять) календарних днів Покупець сплачує Постачальнику штраф у розмірі 30 (тридцять) % від суми грошового зобов'язання, простроченого понад 20 (двадцять) днів. Штраф на суму простроченої попередньої оплати, авансового платежу, якщо товар не був отриманий Покупцем, не нараховується.

7.2. Сторони також домовилися, що:

7.2.1. строк позовної давності до вимог про стягнення штрафу за прострочення виконання грошових зобов'язань за цим Договором вони збільшують до 3 (трьох) років;

7.2.2. якщо Покупець прострочить виконання своїх обов'язків з оплати або приймання товару, то Постачальник має право в односторонньому порядку відмовитися від своїх зобов'язань за Договором (тобто припинити їх) повністю або частково, для чого достатньо лише письмового повідомлення про це Покупцю. Договір є розірваним (у випадку повної відмови Постачальника від своїх зобов'язань за ним) або зміненим (у випадку часткової відмови Постачальника від своїх зобов'язань за ним), а зобов'язання Постачальника припиняються, з моменту, коли Покупець отримав або міг отримати письмове повідомлення Постачальника про розірвання Договору або про часткову відмову від своїх зобов'язань за ним, якщо інший більш пізній строк не буде вказаний у повідомленні;

7.2.3. в разі прострочення виконання грошових зобов'язань за цим Договором Покупець зобов'язується замість трьох процентів річних, передбачених ч. 2 ст. 625 Цивільного кодексу України, сплатити Постачальнику сорок вісім процентів річних від простроченої суми за весь час її існування. У періоди, в яких подвійна облікова ставка Національного банку України буде перевищувати сорок вісім процентів річних, Покупець зобов'язується сплатити Постачальнику проценти за ставкою (в розмірі), що дорівнює подвійній обліковій ставці Національного банку України, що діяла в такий період. У будь-якому випадку розмір процентів, що сплачуються Покупцем Постачальнику, не може бути меншим за сорок вісім процентів річних від простроченої суми за весь час її прострочення. Проценти на суму простроченої попередньої оплати, авансового платежу, якщо товар не був отриманий Покупцем, не нараховуються;

7.2.4. в разі прострочення Покупцем оплати будь-якого платежу Постачальник набуває право вимагати від Покупця достроковості оплати всього товару, що поставлений йому на умовах відстрочення (розстрочення) платежу(ів), а також достроковго виконання всіх інших його обов'язків за Договором. Покупець зобов'язаний виконати вимогу Постачальника (свої грошові зобов'язання) протягом 7 (семи) днів з моменту її отримання, якщо інший строк не буде вказаний в ній;

7.2.5. несприятливі погодні умови та інші обставини, що призвели до загибелі посівів або втрати врожаю Покупця, не є підставою для звільнення Покупця від зобов'язань з оплати товару, сплати повністю суми збитків, процентів і штрафних санкцій, а також для відстрочення або розстрочення цих сум.

7.3. Сторона, яка порушила зобов'язання, повинна усунути ці порушення, не чекаючи пред'явлення претензії (позову) іншою Стороною Договору, і сплатити проценти, штрафні санкції, що передбачені цим Договором і законодавством України, лише за наявності письмової вимоги Сторони про це. Кожна зі Сторін залишає за собою право застосовувати штрафні санкції та інші правові наслідки порушення зобов'язань повністю або частково, або взагалі їх не застосовувати.

7.4. Сторони зобов'язуються приймати всі можливі зусилля для вирішення всіх спорів, пов'язаних із цим Договором, шляхом переговорів між ними. Якщо за результатами переговорів Сторони не домовляться про їх врегулювання, або одна зі Сторін буде уникати вирішувати їх у досудовому порядку, то спори підлягають розгляду та вирішенню в господарському суді за територіальною підсудністю, передбаченою діючим законодавством України. Спори щодо кількості та якості товару підлягають обов'язковому досудовому врегулюванню в порядку, передбаченому Договором.

## 8. Прикінцеві положення

8.1. Договір є укладеним з моменту його підписання Сторонами й діє до кінця року в якому він був укладений. Усі поставки Постачальником Покупцю товару з моменту укладення цього Договору і до кінця року, в якому був укладений цей Договір, а також порядок їх оплати, регулюються цим Договором. Якщо в наступних роках Сторони не укладуть новий договір поставки товару, а також фактично Постачальник будуть здійснюватися поставки товару Покупцю, то цей Договір продовжуватиме діяти та регулювати умови таких поставок між Сторонами і в наступних роках аж до дати укладання ними нового договору поставки товару.

8.2. Відмова однієї зі Сторін від Договору після його закінчення строку його дії не звільняє Покупця від виконання тих грошових зобов'язань за поставлений товар, що залишилися невиконаними ним, у т.ч. зі сплати суми індексації ціни товару, а також не звільняє Сторони від відповідальності за правових наслідків порушення ними своїх зобов'язань за Договором.

8.3. Договір є виконаним Покупцем, коли ним виконані всі обов'язки, передбачені Договором, у т.ч. сплачена сума індексації ціни товару.

8.4. Умови Договору мають обов'язкову силу для Сторін і можуть бути змінені за їх згодою на підставі додаткової угоди, підписаної уповноваженими на те представниками Сторін. Специфікації можуть бути змінені шляхом їх викладення в новій редакції.

8.5. Покупець не вправі без письмової згоди Постачальника передавати свої права та/або обов'язки (відступати права вимоги, переводити борг) за цим Договором іншим особам, а дії (правочини, договори) Покупця про це не призводять до зміни прав та обов'язків Сторін за цим Договором і не породжують будь-яких обов'язків у Постачальника перед іншими особами в разі їх вчинення (укладення) Покупцем без письмової згоди Постачальника.

8.6. Покупець підтверджує, що під укладення Договору є всі належні повноваження в керівника Покупця (іншої особи, яка підписує від його імені Договір) та дозволи інших органів його управління, а Єдиний державний реєстр юридичних осіб, фізичних осіб-підприємців та громадських формувань на дату укладення цього Договору не містить відомостей про наявність у керівника Покупця обмежень щодо представництва Покупця. Статут Покупця Постачальнику не надавався. Підписуючи цей Договір, Покупець підтверджує, що з його сторони не існує будь-яких обставин, у зв'язку з якими цей Договір може бути визнаний недійсним або може бути невиконаний.

8.7. Кожна зі Сторін зобов'язується письмово повідомляти іншу Сторону про зміну свого найменування, організаційно-правової форми, форми власності, місцезнаходження (адреси для листування), системи оподаткування або інших реквізитів, вказаних у Договорі, про всі зміни у своїй діяльності, інші обставини, що можуть вплинути на виконання Договору, у т.ч. у складі своїх органів управління, про прийняття рішення про припинення (реорганізацію або ліквідацію), протягом п'яти днів з моменту настання таких змін (виникнення обставин, прийняття рішень). Настання для Сторони правових наслідків зміни у своїй діяльності та по інших обставин, що можуть вплинути на виконання Договором, пов'язане з моментом, коли ця інша Сторона повинна була дізнатися про ці обставини, а в разі відсутності зміна адреси для листування (місцезнаходження), письмово повідомленої іншій Стороні й переданої їй за реквізитами Договору повідомлення й документи будуть вважатися належним чином надісланими за попередньою адресою про зміну, буде вважатися такою, що діяла належним чином, користуючись реквізитами, що вказані в Договорі.

8.8. Підписуючи цей Договір, Сторони цього Договору (Сторона - фізична особа) надає іншій Стороні цього Договору згоду

на обробку своїх персональних даних, за виключенням даних обробка яких забороняється законодавством України. Представники Сторін цього Договору розуміють та усвідомлюють, що їх персональні дані є включеними до бази персональних даних іншої Сторони Договору, з моменту підписання цього Договору, а тому представники не потребують окремого повідомлення про включення їх персональних даних до баз персональних даних іншої Сторони. Представники Сторін звільняють іншу Сторону від обов'язку письмово повідомляти їх про передачу їх персональних даних третім особам, про зміну чи знищення їх персональних даних в базах персональних даних цієї Сторони.

8.9. Рукописні виправлення тексту Договору (Специфікації) можуть вважатися змінами його умов (тобто мати юридичну силу) і враховуватися лише в тому випадку, якщо вони засвідчені підписами обох Сторін у кожному окремому випадку.

8.10. Договір складений Сторонами при повному розумінні ними його змісту, перед підписанням прочитаний ними повністю, відповідає їх волі, у ньому враховано пропозиції обох Сторін і він містить усі істотні умови з яких Сторони бажали домовитися. Умови Договору Сторони визнають розумними й справедливими.

8.11. Усі попередні домовленості Сторін, що стосуються умов цього Договору й не знайшли відображення в цьому тексті, є припиненими з моменту укладення цього Договору, і Сторони не вправі посилатися на них в обґрунтування своїх вимог і заперечень.

8.12. З питань, неврегульованих Договором, Сторони керуються діючим законодавством України.

8.13. Договір складений у двох оригінальних примірниках (по одному для кожної з Його Сторін).

**9. Реквізити та підписи Сторін**

|  | Постачальник | Покупець |
| --- | --- | --- |
| Найменування | ПП "БІЗОН-ТЕХ 2006" | ФЕРМЕРСЬКЕ ГОСПОДАРСТВО " ЕДЄМ " |
| Місцезнаходження | 70605, Запорізька обл., Пологівський район, місто Пологи, ВУЛИЦЯ КРУПСЬКОЇ, будинок 162, квартира 11 | 26434, Кіровоградська обл., Ульяновський район, село Сабатинівка |
| Адреса для листування | 69005, м. Запоріжжя,вул. Новицького Якова, 11 | 26434, Кіровоградська обл., Ульяновський р-н, с.Сабатинівка |
| Ідентифікаційний код | 34216986 | 31518415 |
| Поточний рахунок | 26006185176 | 260008276 |
| Банк | ПАТ "РАЙФФАЙЗЕН БАНК АВАЛЬ", м. Київ | ПАТ "РАЙФФАЙЗЕН БАНК АВАЛЬ", м. Київ |
| Код банку(МФО) | 380805 | 380805 |
| Телефон/факс | (061) 212-92-58 | 0674721363, немає, |
| Система оподаткування | Є платником (ПДВ)а податку на прибуток на загальних підставах | Платник єдиного податку I група |
| ІПН платника ПДВ | 342169869 | 315184111028 |
| Підпис |  /Білий О.Д. | /Бурлейного О.А. |

*Увага ! На цій сторінці Договору підписи ставляться тільки під реквізитами Сторін.*

Постачальник



*EXHIBIT G6*

## SUPPLY AGREEMENT № 39

**Kyiv city**                                                                                                    **July 21, 2016**

**Limited Liability Company "UKRAINIAN OIL COMPANY LTD"**, represented by the Director Lagutenko D.A., acting on the basis of the Articles of Association, hereinafter referred to as the "Supplier", on the one hand and

**FARM ENTERPRISE "EDEM"**, represented by the Head Burdeinyi Oleksandr Anatoliiovych acting on the basis of the Articles of Association, hereinafter referred to as **"Purchaser"**, on the other hand, (hereinafter referred to as the "Parties" and each individually - the "Party") have concluded this agreement as follows:

### 1.    SUBJECT OF AGREEMENT

1.1. In the manner and on the terms specified herein the Supplier shall sell and transfer into ownership to the Purchaser the **combustible and lubrication materials** (hereinafter referred to as **the Goods**), and the Purchaser shall pay and accept the Goods.

1.2. Quantity, name and value of each batch of Goods are agreed by the Parties and defined in the Bills, which are integral parts of this Agreement.

### 2.    TERMS AND ORDER OF THE SUPPLY

2.1. The Supplier delivers the Goods under the terms of "CPT, according to the application" (Incoterms 2000), and the Purchaser accepts it according to established procedure.

2.2. Delivery of Goods hereunder is carried out within 3 (three) calendar days of receipt of funds on the account of the Supplier.

2.3. The date of the delivery of under this Agreement is the date of its acceptance by the Purchaser of the actual volume of Goods in quantity and quality specified in the Bill.

### 3.    PRICE AND PROCEDURE OF SETTLEMENTS

3.1. The price of Goods is set at the transfer price of the Supplier agreed with the Purchaser and indicated in Bills (Annexes hereto).

3.2. Price is determined under the terms of "CPT, according to the application" (Incoterms 2000) and includes all taxes and fees specified by the current legislation of Ukraine.

3.3. Payment is made by the Purchaser as the transfer of funds to the account specified by the Supplier. The reason for the payment is an invoice, issued by the Supplier.

3.4. Buyer shall prepay 100% of value of Goods within one business day from the date of invoice issuing. The invoice unpaid during this period mentioned above is invalid, i.e. the price, volume of Goods and other terms and conditions are additionally reagreed by the Parties.

### 4.    QUANTITY AND QUALITY OF GOODS

4.1. Receipt of Goods by the Purchaser is made in the unloading place – place of receipt and transfer specified in the it. 2.1.: in terms of quantity – under the goods consignment note (according to calibration of tankers); in terms of quality – under the passport of chemical composition, and in accordance with the Regulations on receipt, transportation, storage, delivery and accounting of oil and oil products at the enterprises and institutions of Ukraine, approved by joint order of the Ministry of Fuel and Energy of Ukraine, Ministry of Transport and Communications of Ukraine, Ministry of Economics of Ukraine, State Committee of Ukraine for Technical Regulation and Consumer Policy of Ukraine Nr. 281/171/578/155 from 02.05.2008, Regulations Concerning the Carriage of Goods by Road approved by the Ministry of Transport of Ukraine Nr. 363 of 14.10.1997.

### 5.    RESPONSIBILITY OF THE PARTIES

5.1. In case of failure or improper performance of its obligations under this Agreement, the guilty Party is obliged to refund the actual injury made to the other Party under the current legislation of Ukraine.

5.2. In the case of non-delive... l... delivery or failure to supply Goods caused by the Supplier to the place of receipt and transfer in accordance with it. 2.1., 2.2., the Supplier pays to the Purchaser the penalty in the amount of 0.1% of the short-delivered Goods price for each day of the a delay.

5.3. In case of nonfulfillment or improper fulfillment of his obligations the Purchaser pays the Supplier a penalty in the amount of 10 % of the cost of outstanding liabilities in accordance with Article 549 of the Civil Code of Ukraine.

5.4. In case of unreasonable refusal of acceptance of Goods by the Purchaser, the Purchaser shall reimburse the Supplier the costs connected with transportation of Goods to the unloading place in accordance with prices and rates of the Supplier.

**Supplier**        *(signature, seal)*                    **Purchaser**        *(signature, seal)*

## 6.   CONFIDENTIALITY

6.1. All financial, commercial and other information related to the implementation of this Agreement is considered to be confidential.

6.2. The Parties shall take all appropriate measures to prevent the disclosure of the received information to third the parties.

6.3. Restrictions on disclosure of information does not include publicly available information or information that later became public through no fault of the Parties, as well as information that became known to the Party from other sources before and after receiving it from the other Party.

## 7.   FORSE MAJEURE

7.1. The Parties shall not be liable for full or partial default of obligations thereunder if it happened as a result of force majeure, such as natural disasters, wars, internal conflicts, blockade, strike, changes in the current legislation of Ukraine and others that prevented fulfillment of obligations of the Parties.

7.2. Duration of this Agreement may be postponed or terminated by mutual agreement between the Parties in case of entry of the above-mentioned circumstances into force.

7.3. Force majeure must be confirmed by the certificate of the Chamber of Commerce and Industry of Ukraine.

## 8.   SETTLEMENT OF DISPUTES

8.1. All disputes and disagreements that may arise from this Agreement or related to it, are settled by negotiations of the Parties.

8.2. If a dispute can not be resolved through negotiations, it is settled in the Commercial court in accordance with the provisions of the Commercial Code of Ukraine.

## 9.   TERM OF THE AGREEMENT

9.1. The Agreement shall come into effect on the date of its signing by both Parties and is valid until December 31, 2016. If the Parties do not fulfil their obligations under this Agreement in full within the specified period the term of the Agreement is continued to the complete fulfillment of the obligations.

9.2. If neither of the Parties inform the other Party in writing of its intention to terminate the Agreement within a month before the expiry of the Agreement, the term of the Agreement is extended for the next calendar year.

## 10.  OTHER TERMS AND CONDITIONS

10.1. The Supplier is a payer of value added tax under general conditions according to the rate established by the Tax Code of Ukraine of 02.12.2010 Nr. 2755-VI with amendments.

10.2. The Parties undertake to notify each other of their change of location, bank details, and changing the status of the taxpayer within 3 (three) days from the date of such changes. Otherwise, the guilty party shall compensate the adversely affected party the losses.

10.3. The Purchaser will not carry out the realization of the above mentioned Goods through the fuel filling stations.

10.4. All changes, protocols and amendments to this Agreement are valid only if they are in writing and signed by authorized representatives of the Parties.

10.5. This Agreement shall supersede all previous correspondence and negotiations related to the subject of the Agreement.

10.6. This Agreement and all accompanying documents transferred by fax or Internet and signed by both Parties are valid and enforceable if confirmed by the original.

10.7. The Parties shall be governed by the current legislation of Ukraine in the cases not specified herein.

| Supplier | *(signature, seal)* | Purchaser | *(signature, seal)* |

10.8 This Agreement is made in duplicate, having equal legal force, one copy per each Party.

10.9. The Parties give their consent to use personal data obtained as a result of concluding this Agreement for the proper conduct of business and the state policy in the field of personal data protection according to the Law of Ukraine "On Personal Data Protection"

## LEGAL ADDRESSES, BANK DETAILS OF THE PARTIES

**SUPPLIER**

**Limited Liability Company
UKRAINIAN OIL COMPANY LTD"**
Legal address: 01015, Kyiv city, 6/8 Cytadelna St.,
Excise tax Nr. 3749 of April 04, 2016
USREOU Code 40328289
NIP 403282826557
Bank details:
   1.  c/account26000056214081
MFO 380269 in the PJSC Pryvatbank, Kyiv city

**PURCHASER**

**Farm Enterprise
"EDEM"**
Address: 26434, Ukraine,
Kirovograd region, Ulianovka district
Sabatynivka village
c/a 26006261
in the JSC "Raiffeisen Bank Aval",
Kyiv city, MFO 380805,
USREOU Code 31518415

### SIGNATURES OF THE PARTIES:

**Director Lagutenko D.A.**
*Signature, seal*

**Head of the FE O.A. Burdeinyi**
*Signature, seal*

*March 01, 2017*
    *I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
    *TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

## ДОГОВІР ПОСТАВКИ № 39

м. Київ                                    «21» липня 2016 року

Товариство з Обмеженою Відповідальністю "УКРАЇНСЬКА НАФТОВА КОМПАНІЯ ЛТД",іменоване надалі«Постачальник»,в особі директора Лагутенко Д.А, що діє на підставі Статуту, з одного боку, і ФЕРМЕРСТКЕ ГОСПОДАРСТВО "ЄДЕМ", іменоване надалі «Покупець», в особі Голови ФГ Бурдейного Олександра Анатолійовича, який діє на підставі Статуту, з іншого боку, уклали цей Договір про наступне:

### 1.ПРЕДМЕТ ДОГОВОРУ

1.1. В порядку та на умовах цього Договору Постачальник зобов'язується постачати, а Покупець вчасно оплачувати і приймати паливо-мастильні матеріали, іменовані надалі «Товар».

1.2. Кількість, найменування та вартість для кожної партії Товару узгоджуються Сторонами і відображаються в Накладних, які є невід'ємними частинами цього Договору.

### 2.УМОВИ І ПОРЯДОК ПОСТАВКИ ТОВАРУ

2.1. Постачальник поставляє Товар на умовах «СРТ, згідно заявки» (ІНКОТЕРМС-2000), а Покупець приймає у відповідному порядку.

2.2. Термін поставки Товару за цим Договором – протягом 3 (трьох) календарних днів з моменту надходження грошових коштів на розрахунковий рахунок Постачальника.

2.3. Датою поставки Товару за цим Договором вважається дата прийому Покупцем фактичного обсягу Товару за кількістю та якістю, зазначеній в Накладній.

### 3.ЦІНА І ПОРЯДОК РОЗРАХУНКІВ

3.1. Ціна на Товар встановлюється в розмірі відпускної ціни Постачальника, узгодженої з Покупцем, і зазначеної в Накладних (Додатках до цього Договору).

3.2. Ціна визначається на умовах «СРТ, згідно заявки» (ІНКОТЕРМС-2000) і враховує всі податки та збори, передбачені чиним законодавством України.

3.3. Оплата Товару Покупцем здійснюється шляхом перерахування грошових коштів на розрахунковий рахунок, вказаний Постачальником. Підставою для оплати є рахунок, виставлений Постачальником.

3.4. Покупець здійснює 100% передоплату вартості Товару, протягом одного банківського дня з дня виставлення рахунку. Неоплачений Покупцем протягом зазначеного строку рахунок вважається недійсним, тобто ціна, обсяг Товару та інші умовипереузгоджуються Сторонами додатково.

### 4.КІЛЬКІСТЬ І ЯКІСТЬ ТОВАРУ

4.1. Прийом Товару Покупцем здійснюється в місці розвантаження – пункті прийому-передачі, зазначеному в п.2.1.: за кількістю - на підставі товарних накладних (згідно калібрування автоцистерн); за якістю - згідно з даними паспорта про хімічний склад, а також відповідно до Інструкції про порядок приймання, транспортування, зберігання, відпуску та облікунафти і нафтопродуктів на підприємствах і в організаціяхУкраїни, затвердженої спільним наказом МінпаливенергоУкраїни, Мінтрансзв'язкуУкраїни, МінекономікиУкраїни та ДержспоживстандартУкраїні № 281/171/578/155 від 02.05.2008 р., Правилами перевезення вантажів автомобільним транспортом в Україні, затвердженими наказом Міністерства транспорту України № 363 від 14.10.1997 р.

### 5. ВІДПОВІДАЛЬНІСТЬ СТОРІН

5.1. У разі невиконання або неналежного виконання своїх зобов'язань за цим Договором, винна Сторона несе відповідальність згідно з чиним законодавством України з відшкодуванням добросовісній Стороні фактично заподіяної шкоди.

5.2. У разі непоставки, несвоєчасної поставки або недопоставки Товару з вини Постачальника в пункт прийому-передачі згідно п.2.1., 2.2., Постачальник виплачує Покупцеві пеню в розмірі 0,1% відвартості недопоставленого Товару за кожен день прострочення.

5.3. У разіневиконанняабоненалежноговиконаннясвоїхзобов'язківПокупецьсплачуєПостачальнику неустойку у вигляді штрафу в розмірі 10% відвартості невиконаних зобов'язань згідно зіст. 549 ЦК України.

5.4. У разі безпідставної відмови Покупцем від прийняття Товару, Покупець відшкодовує Постачальникові витрати, пов'язані з перевезенням Товару до пункту вивантаження за цінами та розцінкамиПостачальника.

Постачальник                           стор. 1 з 3Покупець

## 6.КОНФІДЕНЦІЙНІСТЬ

6.1. Вся фінансова, комерційна та інша інформація, пов'язана з виконанням даного Договору, буде вважатися конфіденційною.

6.2. Сторони вживатимуть всіх необхідних заходів, щоб запобігти розголошення отриманої інформації третім особам.

6.3. Обмеження щодо розголошення інформації не відносяться до загальнодоступної інформації або інформації, що стала згодом загальнодоступною не з вини Сторін, а також інформації, що стала відомою Стороні з інших джерел до і після отримання від іншої Сторони.

## 7.ФОРС-МАЖОРНІ ОБСТАВИНИ

7.1. Сторони звільняються від відповідальності за повне або часткове невиконання зобов'язань за цим Договором, якщо це сталося в наслідок обставин непереборної сили, таких як: стихійні лиха, війни, внутрішні конфлікти, блокада, страйк, зміни у чинному законодавстві України та інші, які перешкоджали виконанню Сторонами своїх зобов'язань.

7.2. Діяцього Договору може бути відстрочена за домовленістю Сторіна бо зупинено повністю в разі вступу в силу вищезгаданих обставин.

7.3. Форс-мажорні обставини повинні бути підтверджені довідкоювід ТПП України.

## 8.ВИРІШЕННЯ СПОРІВ

8.1. Усі суперечки та розбіжності, які можуть виникнути з цього Договору або у зв'язку з ним, вирішуються шляхом переговорів Сторін.

8.2. У разі недосягнення угоди спори підлягають розгляду в судовому порядку відповідно до законодавства України. Суперечки можуть бутипередані на розгляд Господарського суду за умови дотримання сторонами досудового порядку їх врегулювання відповідно до положень Господарського процесуального кодексу України.

## 9.СРОК ДІЇ ДОГОВОРУ

9.1. Цей Договір набуває чинності з моменту його підписання уповноваженими представниками Сторін і діє до 31 грудня 2016 року. У разі невиконання Сторонами всіх своїх зобов'язань за цим Договором у повному обсязі у зазначений термін дія Договору продовжується до повного виконання зобов'язань.

9.2. Термін дії цього Договору вважається продовженим на кожен календарний рік, якщо за один місяць до закінчення терміну його дії ні від однієї із Сторін не надійшла письмова пропозиція про його припинення або зміну його умов.

## 10. ІНШІ УМОВИ

10.1. Постачальник має статус платника податок на прибуток на загальних підставах відповідно зіставкою, встановленою Податковим кодексом України від 02.12.2010 р. № 2755-VI з наступними змінами.

10.2. Сторони зобов'язуються повідомляти один одного про зміну місця свого розташування, банківських реквізитів, а також про зміну статусу платника податків не пізніше 3 (трьох) днів з моменту настання таких змін. В іншому випадку винна Сторона відшкодовує потерпілій Стороні завдані цим не повідомленням збитки.

10.3. Покупець не буде здійснювати реалізацію зазначеного вище Товару через АЗС.

10.4. Всі зміни, протоколи та доповнення до цього Договору, дійсні тільки в тому випадку, якщо вони оформлені в письмовій формі та підписані уповноваженими представниками Сторін.

10.5. Після підписання цього Договору все попереднє листування і переговори, пов'язані з предметом Договору, втрачають юридичну силу.

10.6. Цей Договір і всі супроводжуючі його документи, передані по факсимільному чи електронному (Інтернет) зв'язку і підписані обома Сторонами, є дійсними і мають юридичну силу за умови подальшого підтвердження оригіналом.

10.7. Взаємовідносини Сторін, які не врегульованіцим Договором, регулюються чиним законодавством України.


Постачальник _____          стор. 2 з 3  Покупець _____

*EXHIBIT G 7*

# SUPPLY AGRREMENT No. 04/02-01

## On Prepayment

Kyiv city, Ukraine

February 04, 2016

Limited Liability Company "Minagropostach", hereinafter referred to as the **"Seller"**, represented by the Director Shnyruk Oleksandr Petrovych, acting on the basis of the Articles of Association, on the one part, and the Farming Enterprise "Edem", hereinafter referred to as the **"Purchaser"**, represented by the Head Burdeinyi Oleksandr Anatoliiovych, acting on the basis of the Articles of Association, on the other part, (hereinafter collectively referred to as the "Parties", and separately the "Party"), governed by the provisions of the current legislation, have concluded this Agreement as follows:

## 1. SUBJECT OF THE AGREEMENT

1.1. The Seller shall, in the manner and terms stipulated herein, transfer into the ownership of the Purchaser (to supply) the Goods (chemicals), and the Purchaser shall, in the manner and terms stipulated herein, accept the Goods and pay for them.

1.2. The description of the Goods, its quantity, terms of supply and payment, basis of supply (location of delivery to the Purchaser) shall be specified in the Specifications hereto, which are the integral part hereof. The Seller shall be entitled to early execute the terms as for supply of the Goods.

1.3. The fact of supply and transfer of the Goods from the Seller to the Purchaser shall be established by completion and signing the delivery notes (or Transfer and Acceptance Acts) by the authorized representatives of the Parties. From the time of signing by the Parties of the delivery notes, the Purchaser shall acquire the ownership for the Goods and risks of its accidental destruction or damage.

## 2. PRICE FOR THE GOODS, AMOUNT OF THE AGREEMENT AND SETTLEMENT TERMS

2.1. The price for the Goods (including per unit of the Goods) shall be stated by the Parties in the Specifications, which are the integral part hereof. The price for the Goods shall include the cost of the non-returnable containers, package and delivery expenses of the Goods to the place of transfer to the Purchaser (basis of delivery). The payment of the price for the Goods by the Purchaser shall be made in UAH. The Parties may determine in the Specification the cash equivalent of the price for the Goods in foreign currency – USD.

2.2. The Purchaser shall pay for the Goods by transfer of the funds in UAH to the bank account of the Seller stated in the invoice. The payment according to the invoice shall be made within the period stated herein.

2.3. The payment for the Goods shall be made within the period stated in the Specifications hereto in terms of 100% prepayment. The payment for the Goods may be made in parts, if agreed.

2.4. The change of the way of settlement for the supplied Goods may be made exclusively with the consent of the Parties and stated in the additional agreements hereto.

## 3. OBLIGATIONS OF THE PARTIES

*The Seller is obliged:*

3.1. to transfer the Goods to the Purchaser within the period, at the place and on the terms stated in the Specifications hereto.

3.2. Upon the request of the Purchaser, to provide him with the copy of the Quality Certificate (copy of the Passport) for the Goods, the copy of the State Registration Certificate for the Goods, or other shipping documents for the supplied Goods, if it is required by law.

*The Purchaser is obliged:*

3.3. to pay for the Goods in the established period and in the specified manner;

3.4. to accept the Goods at the place and

3.5. to accept, transport, store and apply the Goods according to the requirements of the manufacturer instructions, methodical recommendations, other legal documents, which govern these actions;

3.6. The Purchaser shall attest that he knows and understands that the Goods (mineral fertilizers, fertilizers with trace elements, pesticides and plant growth regulators sold hereunder, are the chemicals, which may be dangerous for people and animals, and shall observe safety measures during the carriage and targeted application.

*The Purchaser is entitled:*

*to require from the Seller to provide him with the copy of the Quality Certificate (copy of the Passport for the Goods, the copy of the State Registration Certificate for the Goods, or other shipping documents for the supplied Goods, if it is required by law;*

*to make the payment for the Goods in parts according to the manner specified in the Specification.*

## 4. ACCEPTANCE OF THE GOODS UPON THE QUANTITY AND QUALITY

4.1. The Seller shall ensure that the quality of the supplied Goods complies with the requirements of the standards and technical terms established in Ukraine, the Goods are labeled in compliance with the standards specified for such kinds of the Goods and technical terms, as well as other requirements set for the stated Goods for their sales in Ukraine.

4.2. The Seller shall bear responsibility for decrease in the quality parameters of the Goods after their transfer to the Purchaser and for the crop and other factors beyond the limits of control of the Seller.

4.3. The acceptance of the Goods upon their quantity and quality shall be made by the Purchaser in the presence of the authorized representative of the Seller at the time of receipt of the Goods from the Seller. The Purchaser is obliged to check the completeness, integrity of the containers and the absence of damage or spoilage of the Goods.

The acceptance of the Goods upon their quantity and quality by the Purchaser shall be confirmed by the duly executed delivery note. After the acceptance of the Goods upon their quantity, the Purchaser's claims as for the quantity, package or appearance of the Goods, shall not be accepted.

In case of any discrepancy of the Goods upon their quantity or quality during the acceptance of the Goods, the Purchaser shall in writing notify the Seller hereabout by completing the act, stating the revealed discrepancy of the Goods upon the quantity or quality.

4.5. Upon the initiative of the Purchaser for revealing the concealed defects of the Goods upon the quality at the time of their transfer, the selection of samples of the Goods may be made in compliance with the legal documents as for such selection in the presence of the Seller's representative. The samples shall be sealed and signed by the representatives of the Parties.

4.6. In case of any ungrounded claims to the quality of the Goods, the Purchaser is obliged within 3 working days from receipt of the results, to send the claim to the Seller.

4.7. The Parties have agreed that in case of recognition of the claims by the Seller, the Seller shall replace the Goods within 10 (ten) working days or reduce the amount of liabilities of the Purchaser by the amount, which equals the price of the defective Goods.

4.8. The Purchaser's claims shall be considered by the Seller within a month calculated from the date of receipt of the claims and may be recognized as well-grounded only in case of observance by the Purchaser of the requirements of clause 4 hereof, and the requirements of the manufacturer's instructions, other legal documents as for transportation, storage and application of the Goods.

## 5. RESPONSIBILITY OF THE PARTIES AND DISPUTE SETTLEMENT

5.1. In case of violation of the obligations hereunder, the Parties shall bear responsibility stated herein and by the current legislation of Ukraine. The violation of the obligations shall mean the failure to fulfill or improper fulfillment, that is the fulfillment with violation of the terms stated by the content of the obligation.

5.2. In case of supply of the Goods of improper quality that does not comply with the requirements hereof, the Seller is obliged within 10 (ten) days from the date of recognition of the confirmed fact of supply of the Goods of improper quality, to replace the Goods for the Goods of proper quality, or otherwise to return to the Purchaser the funds received for the Goods of improper quality paid by the Purchaser not later than within 30 days. In case of timely replacement by the Seller of the supplied Goods appeared of improper quality or returning the appropriate funds to the Purchaser, the penalties to the Seller and other responsibility connected herewith shall not be applied.

5.3. In case of violation by the Purchaser of his obligations hereunder, the Seller is entitled to apply the administrative penalties stated in Art. 236 of the Economic Code of Ukraine.

5.4. The Parties agree that the responsibility of the Seller as for any suits or claims, arising from this Agreement or connected with its execution, shall be limited by the amount of actually received funds from the Purchaser for the supplied Goods.

5.6. All the disputes connected with this Agreement, its execution or which arise during the execution of its terms, shall be settled by negotiations between the representatives of the Parties. If the dispute may not be settled by negotiations, it shall be settled in the judicial manner established by the corresponding current legislation of Ukraine.

## 6. FORCE MAJEURE

6.1. In case of force majeure (circumstances), which could not be foreseen and considered by the Parties, preventing the full or partial execution of the obligations hereunder, in particular: fires, natural disasters, technical accidents, wars and military actions, blockades, strikes (except by the staff of the Parties), actions of the authorities etc., the Party suffered from such force majeure shall be exempted from the liability for failure to fulfill the obligations hereunder, if the fact of force majeure occurrence is confirmed by the certificate of the Chamber of Commerce and Industry of Ukraine.

6.2. The force majeure occurrence shall exempt from the liability for failure to fulfill the obligations but not exempt from the obligation to fulfill the obligations. The Party suffered from force majeure shall within three days notify in writing the other Party about such force majeure and its expected duration, and after the termination of these circumstances to immediacy proceed to the execution of the obligations hereunder.

## 7. VALIDITY OF THE AGREEMENT AND OTHER TERMS

7.1. This Agreement shall come into force from the date of its signing and valid until December 31, 2016, and in the extent of mutual settlements – until the full execution by the Parties of their obligations hereunder.

7.2. All legal relations, arising from this Agreement or connected herewith, including with its validity, conclusion, execution, amendment and termination of this Agreement, the interpretation of its terms, establishment of the consequences of the invalidity or violation of the Agreement, shall be governed by this Agreement and the corresponding provisions of the current legislation of Ukraine, and the applicable customs of business turnover based on the principles of good faith, reasonableness and fairness.

7.3. After signing this Agreement, all the preliminary negotiations hereunder, correspondence, previous arrangements and memorandums of intentions in the issues, which somehow concern this Agreement, shall lose their legal force.

7.4. All amendments and supplements hereto, shall be binding for the Parties, if they are in writing and signed by the authorized representatives of the Parties.

7.5. The Parties shall bear full responsibility and any risks connected with the correctness of the [illegible] indicated in this Agreement by the Parties and shall in writing notify the other Party on their change, and in case of failure to notify, they shall bear the risk of negative consequences occurrence connected herewith.

7.6. All notices, which either Party may send to the other Party, shall be deemed duly executed if they are sent to the Party by the registered mail or by personal delivery to the authorized representative of the Party, unless otherwise is stated herein. The confirmation of the fact of sending the letter by post shall be made by the relevant documents executed by the post office.

7.7. The Purchaser shall be an income tax payer on general bases in compliance with the rate established by the Tax Code of Ukraine.

7.8. The Seller shall be an income tax payer on general bases in compliance with the rate established by the Tax Code of Ukraine.

7.9. This Agreement shall be made with the full understanding by the Parties of its terms and terminology in Ukrainian in two authentic copies, having equal legal force, one copy per each Party.

## 8. LEGAL ADDRESSES AND BANK DETAILS OF THE PARTIES

| Seller: | Purchaser: |
|---|---|
| LLC "Minagropostach" | FE "Edem" |
| Legal address and post code: | Legal address and post code: |
| 75023, Kherson region, Bilozerske district, | 26434, Kirovohrad region, Ulianovka district, |
| Muzykivka village, 40 Rokiv Peremohy Street, 18 | Sabatynivka village |
| USREOU code No. 40011002 | USREOU code No. 31518415 |
| Phone (095) 4079254 | Phone/fax |
| Current account No. 26001455014136 with | Current account No. 26006261 with |
| OJSC "OTP Bank", MFO 300528 | JSC "Raiffeisen Bank Aval", MFO 380805 |
| Individual Tax Number No. 400110021044 | Individual Tax Number No. 315184111207 |

## 10. SIGNATURES OF THE PARTIES

| For the Seller | For the Purchaser |
|---|---|
| LLC "Minagropostach" | FE "Edem" |
| Director   /signed/   /O.P. Shnyruk/ | Head   /O.A. Burdeinyi/ |

[Seal: Ukraine, Kherson region,

Bilozerske district, Limited Liability

Company "Minagropostach", code 40011002]

*March 01, 2017*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I*
*am fully competent in Ukrainian and English languages. That I have made the attached translation*
*from the annexed document in the Ukrainian language and hereby certify that the same is a true and*
*complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*

**ДОГОВІР ПОСТАВКИ № 04/02-01**

**за попередньою оплатою**

м. Київ, Україна                                        «04» лютого 2016 р.

      Товариство з обмеженою відповідальністю «Мінагропостач», назване в подальшому "**Продавець**",в особі Директора Шнирука Олександра Петровича, який діє на підставі Статуту, з однієї сторони, та Фермерське господарство «Едем»,назване в подальшому "**Покупець**", в особі Голови Бурдейного Олександра Анатолійовича, який діє на підставі Статуту, з іншої сторони, (в подальшому разом іменуються "**Сторони**", а кожна окремо – "**Сторона**"), керуючись положеннями чинного законодавства, уклали цей договір про наступне:

## 1.ПРЕДМЕТ ДОГОВОРУ

    1.1.**Продавець** зобов'язується в порядку та на умовах, визначених у цьому Договорі   передати у власність **Покупця** (поставити) Товар (продукти хімічного виробництва), а **Покупець** зобов'язується в порядку та на умовах, визначених у цьому Договорі, прийняти Товар та оплатити його вартість.

    1.2. Найменування Товару, його кількість, терміни поставки та оплати, базис поставки (місце передачі Покупцю) визначені у Специфікаціях до цього Договору, які є його невід'ємною частиною. Продавець має право достроково виконати свої зобов'язання щодо поставки Товару.

    1.3. Факт поставки та передачі Товару від **Продавця** до **Покупця** фіксується шляхом складання та підписання накладних (або актів прийому-передачі) повноважними представниками Сторін. З моменту підписання Сторонами накладних, до **Покупця** переходить право власності на Товар та ризики його випадкового знищення або пошкодження.

## 2. ЦІНА ТОВАРУ, СУМА ДОГОВОРУ ТА УМОВИ РОЗРАХУНКІВ

    2.1.  Ціна Товару (в т.ч. ціна за одиницю Товару) вказується Сторонами в Специфікаціях, що є невід'ємною частиною цього  Договору. Ціна Товару включає вартість неповоротної тари,  упаковки та витрати на доставку Товару до місця його передачі Покупцю (базис поставки). Оплата ціни Товару Покупцем здійснюється у гривнях України. Сторони можуть визначити в Специфікації  грошовий  еквівалент ціни. Товару в іноземній валюті — у доларах США.

    2.2    **Покупець** здійснює оплату Товару шляхом перерахування  грошових коштів в гривнях на банківський рахунок Продавця, вказаний в рахунку-фактурі. Оплата згідно рахунку-фактури здійснюється в межах терміну, визначеного в ньому.

    2.3. Оплата Товару проводиться в терміни, які вказані в Специфікаціях до даного Договору на умовах 100 % передоплати. Оплата товару може проводитись частинами,при погодженні.

    2.4.  Зміна способу розрахунку за поставлений Товар можлива лише за письмовою згодою Сторін і фіксується у додаткових угодах до цього Договору.

## 3. ЗОБОВ'ЯЗАННЯ СТОРІН

*Продавець зобов'язаний:*

    3.1. передати Товар Покупцеві  в термін, в місці та на умовах, які вказані в  Специфікаціях до даного Договору.

    3.2. На вимогу **Покупця** надати йому копію сертифікату якості (копію паспорту) на Товар, копію свідоцтва про державну реєстрацію Товару, або інші супровідні документи Товару, що постачається, якщо необхідність їх надання передбачено законодавством.

*Покупець зобов'язаний:*

    3.3. сплатити вартість Товару в установлені терміни та у визначеному порядку;

    3.4. прийняти Товар  в місці та в термін визначені у відповідній Специфікації;

    3.5.приймати, транспортувати, зберігати та застосовувати Товар відповідно до вимог інструкцій виробника, методичних рекомендацій, інших нормативних документів, які регламентують ці дії;

    3.6.    Покупець стверджує, що він знає та розуміє, що Товар (мінеральні добрива,добрива з мікроелементами, засоби захисту рослин та регулятори росту рослин), який придбавається за цим Договором є хімічною речовиною, що можуть становити небезпеку для людей і тварин і зобов'язується дотримуватись техніки безпеки при транспортуванні та застосуванні за призначенням.

*Покупець має право:*

    *вимагати від Продавця копію сертифікату якості (копію паспорту) на Товар, копію свідоцтва про державну реєстрацію Товару, або інші супровідні документи Товару, що постачається, якщо необхідність їх надання передбачено законодавством.*

    *проводити оплату Товару частинами, відповідно до порядку визначеному в Специфікації.*

## 4. ПРИЙМАННЯ ТОВАРУ ПО КІЛЬКОСТІ ТА ЯКОСТІ

    4.1.Продавецьгарантує, що якість поставленого товару відповідає вимогам стандартів і технічних умов, встановлених в Україні, товар маркований у відповідності до встановлених для цього виду товарів

стандартами та технічними умовами, а такожі ншими вимогами, що пред'являються до зазначенихтоварів для реалізаціїїх на територіїУкраїни.

4.2 **Продавець** не несе відповідальності за погіршення якісних показників Товару, що сталося після його передачі Покупцю, а також за врожайність, та інші фактори, які знаходяться поза межами контролю **Продавця**.

4.3. Приймання Товару по кількості та якості проводиться Покупцем у присутності уповноваженого представника **Продавця** в момент отримання Товару від **Продавця**. Покупець зобов'язаний перевірити комплектність, цілісність тари, а також відсутність ознак пошкодження або псування Товару.

Приймання Товару Покупцем за кількістю підтверджується належним чином оформленною видатковою накладною. Після приймання Товару за кількістю, претензії Покупця щодо кількості, пакування чи зовнішнього вигляду Товару не приймаються.

У випадку виявлення невідповідності Товару по кількості чи якості під час приймання Товару, **Покупець** повинен письмово заявити про це Продавцю негайно шляхом складання акту, в якому фіксується виявлена невідповідність Товару по кількості чи якості.

4.5. За ініціативою Покупця для виявлення прихованих недоліків стосовно Товару по якості в момент його передачі може бути здійснений відбір зразків Товару з дотримання відповідних вимог нормативно-правових документів щодо такого відбору в присутності представника Продавця. Зразки мають бути опломбовані та підписані представниками Сторін.

4.6. У випадку наявності обгрунтованої претензії щодо якості Товару, Покупець зобов'язаний протягом 3 робочих днів з дня отримання результатів, направити претензію на адресу Продавця.

4.7. Сторони дійшли згоди, що у випадку визнання претензії Продавцем, останній зобов'язується замінити Товар протягом 10 (десяти) робочих днів або зменшити суму зобов'язань Покупця на суму, яка дорівнює ціні неякісного Товару.

4.8. Претензії Покупця розглядаються Продавцем в місячний строк, який обчислюється з дня одержання претензії і можуть бути визнані обгрунтованими тільки при умові дотримання Покупцем вимог згідно п.4 Договору,  а також вимог інструкцій виробника, інших нормативних документів по транспортуванню, зберіганню та застосуванню Товару.

## 5. ВІДПОВІДАЛЬНІСТЬ СТОРІН І ВИРІШЕННЯ СПОРІВ

5.1.У випадку порушення своїх зобов'язань за цим Договором Сторони несуть відповідальність, визначену цим Договором та чинним в Україні законодавством. Порушенням зобов'язання є його невиконання або неналежне виконання, тобто виконання з порушенням умов, визначених змістом зобов'язання.

5.2.  У випадку поставки Товару неналежної якості, що не відповідає вимогам даного Договору, **Продавець зобов'язаний** у строк 10 (десять) днів з моменту визнання підтвердженого факту поставки Товару неналежної якості, замінити Товар на Товар належної якості, а у випадку неможливості заміни, повернути Покупцю, отримані кошти за Товар неналежної якості, якщо такі були сплачені Покупцем не пізніше 30 днів. У випадку вчасної заміни Продавцем поставленого Товару, який виявився неналежної якості або повернення відповідних коштів Покупцю, штрафні санкції до **Продавця** та інша відповідальність пов'язана з цим, не застосовуються.

5.3. У випадку порушення своїх зобов'язань Покупцем **Продавець** має право застосовувати оперативно-господарські санкції визначені  ст. 236 Господарського кодексу України.

5.4. Сторони погоджують, що відповідальність **Продавця** щодо будь-яких позовів або вимог, що випливають з цього Договору або пов'язані з його виконанням, обмежується сумою фактично одержаних ним від Покупця грошових коштів за поставлений Товар.

5.6. Усі спори, що пов'язані із цим Договором, його укладанням або такі, що виникають в процесі виконання умов цього Договору, вирішуються шляхом переговорів між представниками Сторін. Якщо спір не можливо вирішити шляхом переговорів, він вирішується в судовому порядку, визначеному відповідним чинним в Україні законодавством.

## 6. ОБСТАВИНИ НЕПЕРЕБОРНОЇ СИЛИ

6.1.У випадку настання обставин непереборної сили (форс-мажорних обставин), що не могли бути передбачені і враховані Сторонами, які перешкоджають повному чи частковому виконанню зобов'язань по цьому Договору, а саме: пожежі, стихійні лиха, технічні аварії, війни та військові дії, блокади, страйки (крім персоналу Сторін),  дії органів влади, тощо - сторона, що підпала під дію таких обставин, звільняється від відповідальності за невиконання зобов'язань по договору при умові підтвердження  факту існування форс-мажорних обставин довідкою Торгово-Промислової Палати України.

6.2. Існування форс-мажорних обставин звільняє від відповідальності за невиконання зобов'язань, але не звільняє від обов'язку виконати свої зобов'язання. Сторона, яка підпала під дію обставин непереборної сили, зобов'язана протягом трьох днів письмово повідомити іншу сторону про настання таких обставин та про їх очікувану тривалість, а після припинення дії обставин негайно приступити до виконання зобов'язань по цьому договору.

## 7. ТЕРМІН ДІЇ ДОГОВОРУ  ТА ІНШІ УМОВИ

7.1.Цей Договір набуває чинності з моменту його підписання і діє до 31 грудня 2016р., а в частині взаєморозрахунків - до повного виконання Сторонами своїх зобов'язань за цим Договором.

7.2 Усі правовідносини, що виникають з цього Договору або пов'язані із ним, у тому числі пов'язані із дійсністю, укладенням, виконанням, зміною та припиненням цього Договору, тлумаченням його умов, визначенням наслідків недійсності або порушення Договору, регламентуються цим Договором та відповідними нормами чинного в Україні законодавства, а також застосованими до таких правовідносин звичаями ділового обороту на підставі принципів добросовісності, розумності та справедливості.

7.3.Після підписання цього Договору всі попередні переговори за ним, листування, попередні угоди та протоколи про наміри з питань, що так чи інакше стосуються цього Договору, втрачають юридичну силу.

7.4.Всі зміни та доповнення до договору є обов'язковими для Сторін, якщо вони викладені в письмовій формі і підписані повноважними представниками Сторін.

7.5 Сторони несуть повну відповідальність та можливі ризики, пов'язані з правильністю вказаних ними у цьому Договорі реквізитів та зобов'язуються своєчасно у письмовій формі повідомляти іншу Сторону про їх зміну, а у разі неповідомлення несуть ризик настання пов'язаних із цим несприятливих наслідків.

7.6.Усі повідомлення які кожна із сторін має вчинити на адресу іншої сторони, вважаються також належно вчиненими, при умові направлення на адресу сторони відповідного повідомлення рекомендованим/цінним листом або безпосереднього вручення кур'єром листа повноважному представнику Сторони, якщо інше не випливає з умов Договору. Підтвердження факту направлення листа поштою, є відповідні документи оформлені за участю поштового відділення.

7.7.Покупець є платником податку на прибуток на загальних підставах у відповідності зі ставкою, встановленою Податковим кодексом України.

7.8. · Продавець є платником податку на прибуток на загальних підставах у відповідності зі ставкою, встановленою Податковим кодексом України.

7.9.Цей Договір складений при повному розумінні Сторонами його умов та термінології українською мовою у двох автентичних примірниках, які мають однакову юридичну силу, - по одному для кожної із Сторін.

## 8.    ЮРИДИЧНІ АДРЕСИ ТА БАНКІВСЬКІ РЕКВІЗИТИ СТОРІН

**Продавець:**

ТОВ «Мінагропостач»
Юридична адреса та індекс:
75023, Херсонська обл., Білозерський р-н, с.Музиківка,
вул. 40 років Перемоги, буд.18
Код ЄДРПОУ № 40011002
Тел. (095) 4079254
Поточний рахунок № 26001455014136 в АТ „ОТП Банк", МФО 300528
Інд. податковий номер № 400110021044

**Покупець:**

ФГ «Едем»
Юридична адреса та індекс:
26434, Кіровоградська обл., Ульяновський р-н, с.Сабатинівка
Код ЄДРПОУ № 31518415
Тел./факс
Поточний рахунок № 26006261 в АТ «Райфайзен Банк Аваль», МФО 380805
Інд. податковий номер № 315184111207

## 10.    ПІДПИСИ СТОРІН

**від Продавця:**

Директор, _____ /Ширук О.П./

**від Покупця:**

Голова, _____ /Бурдейний О.А./

*EXHIBIT G8*

Supply Agreement No. 180316-11

Chabany urban village

March 18, 2016

**Limited Liability Company "Agrozakhyst Donbas"**, hereinafter referred to as the "SUPPLIER", represented by the attorney **Voloshyn Stanislav Borysovych**, acting on the basis of the Power of Attorney No. 15/12/21-11 as of 21.12.2015, on the one part, and **Farming Enterprise "Edem"**, hereinafter referred to as the "**PURCHASER**", represented by the director **Burdeinyi Oleksandr Anatoliiovych**, acting on the basis of the Articles of Association, on the other part, have agreed as follows:

## 1. SUBJECT OF THE AGREEMENT

1.1. In the terms specified by the Agreement, the SUPPLIER shall transfer into ownership of the PURCHASER the technical industrial products (hereinafter referred to as the Goods), and the PURCHASER shall accept the Goods and pay for them the amount (cost, price) specified by the Agreement.

## 2. NAME, ASSORTMENT, PRICE, COST OF THE PRODUCTS

2.1. In accordance with this Agreement, exclusively the original products shall be supplied, produced by leading global companies, assortment, quantity and price of which shall be specified by the Annexes and/or delivery notes, which are the integral part hereof.

2.2. The price for the products supplied hereunder shall be indicated in the Annexes in the national currency and determined depending on the kind of the Goods (Plant-Protecting Agents (PPA)), Seeds, Mineral Fertilizers and Micronutrients). For the Goods (PPA, Seeds and Micronutrients), the Parties shall establish the price and their cost in UAH and determine their equivalent in USD or EUR.

2.3. The total amount of the Agreement shall be determined by the aggregate Annexes and/or delivery notes stated in clause 2.1. and which are the integral part hereof. In case of discrepancies between the data in the Annexes as for the quantity and quality of the Goods as compared with the data in the appropriate delivery note, the delivery note shall prevail. The delivery note shall be the integral part hereof and signed on behalf of the PURCHASER by the person authorized by the power of attorney for receipt of the merchandise (the Goods).

2.4. The cost of containers and package, in which the Goods are supplied, shall be included into the price for the Goods.

## 3. TERMS OF PAYMENT

3.1. The settlement procedure for the supplied Goods shall be determined in the Annexes hereto.

3.2. In case when the rate of foreign currency to UAH in the interbank foreign exchange market (IFEM) of Ukraine on the day of settlement procedure (transfer of funds) is higher than the foreign exchange rate on the date of conclusion of the Annex, the Parties, for determination of the amount due, shall use the following formula:

$$C = \frac{A1}{A2} \times B$$

Where  C – the amount payable

B – the price for the Goods at the time of signing of the Annex;

A1 – (foreign exchange rate of USD/EUR to UAH) on the day of transferring the funds;

A2 – (foreign exchange rate of USD/EUR to UAH) on the day of signing of the appropriate Annex.

During the settlement procedure, the amount in UAH to be paid by the PURCHASER to the SUPPLIER as appropriate payment of the full cost of the Goods shall be determined by multiplication of the cash equivalent of the cost of the unpaid Goods in USD/EUR by the rate of UAH to USD/EUR in the interbank foreign exchange market (IFEM) on the day of making the payment, considering the terms of part 1 of this clause.

3.3. All the payments hereunder shall be made by the PURCHASER considering clause 3.2. hereof. For confirmation by the PURCHASER of the obligations in payment for the Goods, considering clause 3.2. hereof, the Parties, within three days from the final settlement upon the appropriate Annex or Agreement in general, shall sign the Reconciliation Act of Mutual Payments. The PURCHASER shall bear the responsibility for the signing of the Reconciliation Act of Mutual Payments.

3.4. In case of absence of the Reconciliation Act of Mutual Payments, the PURCHASER's obligation as for the full payment of the cost of the received Goods shall not be deemed executed, that is the basis for application of penalties according to the terms hereof.

3.5. The Goods delivered to the PURCHASER within the scope of this Agreement in accordance only with the delivery notes (without conclusion of other written agreements – annexes) shall be paid not later than 10 days after their receipt upon the appropriate delivery note.

3.6. The PURCHASER, while transferring the funds for the Goods, shall indicate in the payment order (in line "Designation of Payment") the agreement and the annex according to which this payment is made. In case of

1

failure to state these data, the SUPPLIER shall have the right, upon his own discretion, to refer the received amounts for the products, including those supplied for the previous periods. The payment for the Goods shall be deemed fulfilled at the time of crediting the funds to the settlement account of the SUPPLIER.

3.7. Upon the consent between the Parties, after conclusion of the appropriate agreement, other form and manner of settlement may be used, including the set off and with the agricultural products.

3.8. For securing the pecuniary obligation upon the decision of the SUPPLIER, the PURCHASER shall issue the bill(s) of exchange for the benefit of the SUPPLIER par value that equals the amount of the actually received Goods. For this purpose, the SUPPLIER shall send the appropriate notice to the PURCHASER in writing. The provision of the bill of exchange by the PURCHASER shall not be considered the payment for the Goods until the PURCHASER, timely and in full, makes the payment for the Goods.

3.9. The Parties have agreed that in case of amendments to the legislation, in particular, implementation of new and additional duties (import or otherwise), taxes and other obligatory payments, for the Goods that are subject of this Agreement, the price for the Goods shall be subject to increase in the appropriate amount of new additional charges.

3.10. The PURCHASER shall declare and represent that he understands the content and undertakes the currency risk, that is the probability of additional financial expenses as a result of the change of the currency rate according to clause 3.2. hereof.

## 4. TERM OF SUPPLY

4.1. The term of supply of the Goods shall be determined in the appropriate Annexes hereto.

## 5. QUALITY OF THE GOODS

5.1. The Goods delivered to the PURCHASER shall be the original products of manufacturers – leading global companies, and their quality correspond to the quality (analysis) certificates or their copies of the enterprises (firms) – manufacturers for the Goods supplied within the scope of this Agreement, shall be provided upon the PURCHASER's request.

## 6. TERMS OF SUPPLY, ACCEPTANCE AND USE OF THE PRODUCTS

6.1. The supply of the Goods shall be made on the terms determined in Annexes hereto.

6.2. The transfer of ownership shall be made at the time of delivery of the Goods with the simultaneous acceptance upon the quantity and quality. The acceptance of the Goods upon the quantity and quality shall be made by the PURCHASER at the time of their receipt from the SUPPLIER. The PURCHASER shall check the quantity of the Goods, its weight, completeness, integrity of containers, seals on them (if any), and the absence of damage or spoilage of the Goods, and in case of their reveal, he shall immediately, to the end of acceptance, notify the SUPPLIER hereabout. In case of absence of such statement, the Goods shall be deemed accepted by the PURCHASER upon the quantity and quality.

6.3. The Goods shall be deemed delivered by the SUPPLIER and accepted by the PURHCASER: upon the quantity (units of measurement) – according to the quantity (of units of measurement) stated in the delivery note (trade bill, waybill); upon the quality – according to the quality stated in the quality certificate of the enterprise-manufacturer.

6.4. If there are the grounds therefore, the Acts of Acceptance upon the quantity and quality or the Concealed Defect Acts for the Goods shall be completed with the obligatory participation of the SUPPLIER's representative in the manner stipulated by the Guidance on the procedure of acceptance of the products for industrial purposes and the consumer goods upon the quantity No. П-6 and upon the quality No. П-7.

6.5. If necessary, the PURCHASER, at his own expense, may carry out the research in the laboratory accredited by UkrCSM and/or UkrSEPRO for carrying out of such research, provided for availability in the laboratory of the relevant analytical standard of active substance, equipment and chemical reagents. The selection of samples of the Goods for such research shall be carried out with the use of samples of the Goods from the undamaged and sealed containers (if any) with the obligatory participation of the authorized representatives of the SUPPLIER and the PURCHASER.

6.6. The opinions of any institutions developed without observance of the requirements of clauses 6.5.-6.6. hereof shall not be taken into account by the SUPPLIER and may not be used (considered) by the Parties as evidence.

6.7. The PURCHASER shall accept, transport, store and use the Goods according to the requirements of the guidance of their manufacturer, methodical recommendations, nature protection legislation of Ukraine; he shall bear all the risks connected with the violation of these requirements.

6.8. As for the Goods, which are pesticides or agrochemicals, the PURCHASER shall be warned by the SUPPLIER on the dangerous properties of such Goods and the special safety measures whilst using such Goods.

6.9. The PURCHASER shall attest that the Goods are purchased by him for use in the technological processes of production of agricultural products.

2

6.10. The PURCHASER shall provide the SELLER with the documents (certified copies), confirming his status as a manufacturer of the agricultural products, and is obliged to sign the act(s) required in compliance with this Agreement.

6.11. As for the disposition of the containers from the used Goods, the Purchaser shall apply to the enterprise, which have permits and licenses for disposition of such containers.

## 7. RESPONSIBILITY OF THE PARTIES

7.1. For violation of the terms hereof, the guilty party shall reimburse the losses caused by it in the manner stipulated by the current legislation and considering this Agreement.

7.1.1. Apart the responsibility stipulated by clause 7.1. hereof, the PURCHASER:
- for untimely payment for the products, he shall pay the fine in the amount of the double discount rate of the National Bank of Ukraine of the amount of debt per each day of delay;
- for refusal to receive or in case of groundless returning of the products (PPA or Mineral Fertilizers), he shall pay the fine in the amount of 10% of the cost of the non-received or returned products;
- for refusal to receive or in case of groundless returning of the products (Seeds), he shall pay the fine in the amount of 100% of the cost of the non-received or returned products;

7.2. The SUPPLIER shall bear responsibility for the shortage, destruction of the package and decrease in the quality of the Goods caused by it only in the case, if such shortage and/or destruction of the package occurred by his guilt and before the delivery of the Goods to the PURCHASER.

7.3. The SUPPLIER's responsibility shall be restricted by the cost (price) of the Goods, which quality did not comply with the quality (analysis) certificates of the manufacturer or DSTU 2240-93 at the time of their delivery to the PURHCASER.

7.4. The SUPPLIER shall not bear the responsibility for decrease in quality of the Goods or their properties (effect, impact) arisen after the acceptance by the PURCHASER of the Goods upon the quantity and quality as for the damaged (including breaking of the seals or destruction of the containers) or fully/partially used Goods. The warranty obligations of the SUPPLIER shall not be extended to the consequences connected (by violating the manufacturer's technology and requirements of the special legislation of Ukraine or natural disasters, changes of climate and weather) with use of the Goods.

7.5. The PURCHASER of the Goods (only Seeds) shall be prohibited to perform the following actions, as for the materials of varieties and derivatives from the varieties stated in the delivery notes and/or invoices: manufacturing or reproduction (for the purpose of propagation), bringing to the condition for propagation, offering for sale, sales or other commercial turnover of the received yield of both variety and/or seed material with the similar or other name, import from Ukraine of the received yield of both variety and/or seed material with the similar or other name, and storage for any of the purposes stated in this clause. In case of violation by the PURCHASER of the terms of this clause, the PURCHASER, unless otherwise is stated by the appropriate Annex hereto, shall pay the fine to the SUPPLIER, which makes the double cost of the Goods supplied hereunder and reimburse other losses incurred as a result of such actions.

7.6. In case if the Goods are Seeds of the Agricultural Crops, taking into account the fact, that morphologic parameters of the variety are stipulated not only genetically but the weather and technological conditions as well, as for planting the agricultural crops, the Parties establish that the SUPPLIER shall not bear the responsibility for morphologic parameters and yield of the crops harvested from the Goods.

7.7. In case of failure to fulfill by the PURCHASER of the obligations as for payment of the received Goods and failure to execute the obligations stipulated by section 3 hereof, the PURCHASER shall, according to Art. 625 of the Civil Code of Ukraine, pay to the SUPPLIER, except for the amount of debts, forty-eight annual percent, unless other amount of annual percent is not established by the appropriate Annex hereto. The annual percent shall be charged to the total amount of the delayed payment.

7.8. In case of delay by the PURCHASER the particular payment determined by the separate annex for more than 10 days, the PURCHASER shall pay the additional fine in the amount of 20% of the untimely paid Goods.

7.9. The Parties have agreed that the collection of penalties (fines, percent) hereunder according to clause 6 of Art. 232 of the Economic Code of Ukraine shall not be restricted by the period of charging and terminate on the day of execution of the obligation by the Party, and the limitation period related to the penalties, in compliance with Art. 259 of the Civil Code of Ukraine, shall be extended to 3 (three) years.

7.10. The Party shall be exempted from the responsibility for partial or full failure to execute the obligations hereunder in case if such failure is caused by force majeure arisen after the signing of this Agreement and which could not be prevented by reasonable actions of the Parties. Force majeure shall mean the extraordinary circumstances, which cannot be avoided under the existing circumstances. Such extraordinary circumstances include, but not limited to strike, flood, fire, earthquake way, military activity, action of the Ukrainian and foreign government bodies.

3

7.11. The force majeure will exempt the Party suffered from it from the responsibility for failure to execute the obligations hereunder, but not exempt it from the obligation to execute its obligations.

## 8. DISPUTE SETTLEMENT

8.1. The dispute settlement shall be made by the economic court according to the current legislation of Ukraine.

8.2. The disputes (reclamations) as for the quality and quantity of the Goods shall be subject to pre-trial settlement by submittal of the relevant claims. The claims as for the quantity, which could not be checked during the acceptance of the Goods, shall be provided until their full or partial designated use, but not later than 2 (two) calendar days from the time of receipt of the Goods.

8.3. The claims shall be submitted with the complying and considering of the requirements of special legislation, which governs the manner of use and application of the Goods.

8.4. The PURCHASER's claims in connection with the quality defects of the Goods – Plant-Protecting Agents, shall be provided by him within five days from the date of their revealing and completing the Act of Actual Quality of such Goods, but not later than 1 (one) month – from the date of receipt of the Goods. The claims shall be considered by the SUPPLIER and may be recognized well-grounded only in case of compliance of the PURCHASER with the requirements of clauses 6.3.-6.3. hereof, and the requirements of manufacturer's guidance, other legal documents in transportation, storage, determination of quality and application of such Goods. The claims as for the improper quality of the Goods provided after the use of the Goods shall not be considered.

8.5. The PURCHASER's claims in connection with the quality defects of the Goods – Seeds of Agricultural Crops, shall be considered in case if the selection of samples (additional samples) of the Goods are made directly during their acceptance by the PURCHASER. The PURCHASER shall bear the responsibility for selection of samples. In case of any claims concerning such Goods, the PURCHASER shall have the right, within 30 days from the date of receipt of the Goods, to send the claim to the SUPPLIER. The claim may be accepted for consideration only if the appropriate document is available, which certifies the results of the analysis of the average sample of the Seeds selected by the representative of the State Seed Inspection according to the existing methods, in the presence of the SUPPLIER's representative, with completion of the appropriate Act.

8.6. The claims as for the improper quality of the Goods accepted according to the terms of clause 6.3. hereof, provided after the full or partial use, shall not be accepted for consideration. In case of recognition of the PURCHASER's claim as for quantity and/or quality of the Goods as well-grounded, the SUPPLIER shall make the additional supply of the Goods and replace the ill-quality Goods or return the funds to the PURCHASER in the amount, which equals to the cost (price) of the unsupplied or ill-quality Goods.

## 9. CONFIDENTIALITY

9.1. The Parties have agreed that the information, which has become known to them about each other during the pre-contractual negotiations and conclusion and execution of this Agreement, shall be confidential. In connection herewith, neither Party will disclose the confidential information to any person, enterprise, organization, institution (except for the cases stipulated by the current legislation).

## 10. MISCELLANEOUS

10.1. The SUPPLIER shall be the income tax payer of the enterprises on the general bases.

The Parties are obliged, at the change of terms of payment of the income tax of the enterprises, within three calendar days, to send to the other Party the additional agreement hereto, stating the new terms of payment of the income tax of the enterprises.

10.2. Upon the mutual agreement between the Parties, the PURCHASER may return the Goods received (but not used) from the SUPPLIER. The price for such Goods shall be determined by the Parties at the time of their returning, considering the average prices for such Goods in the market of Ukraine, however, it may not be higher than the selling price of the Goods hereunder.

10.3. Either Party hereof, by its signature, according to the Law of Ukraine "On Protection of Personal Data" shall provide the other Party the direct irrevocable consent (permission) for processing of the personal data in writing and/or e-mail in scope stated in this Agreement, accounts, acts, delivery notes and other documents related hereto, for the purpose of implementation of civil, economic, administrative and tax relations, as well as business accounting relations.

## 11. FINAL PROVISIONS

11.1. This Agreement shall be concluded in two copies – one copy per each Party, fully read, correspond to their will and contain all essential terms to be agreed. The terms hereof shall be determined by the Parties as

4

reasonable and fair. In case it any provision hereof, in virtue of any reasons, loses its legal force, it will not cause the termination of the Agreement validity in general.

11.2. The Agreement shall come into force from the date of its signing by the representatives of both Parties and valid until the full settlement hereunder.

11.3. The Parties have agreed that the fax copies of the agreements and/or documents will have legal force until they are exchanged for the originals.

11.4. From the time of conclusion of this Agreement, all the preliminary arrangements (in particular, memorandums of intentions, letters, telegrams, faxes, etc.) shall lose their legal force. Any amendments or supplements hereto shall be valid only if they are in writing and signed by the authorized representatives of both Parties.

11.5. The Parties shall ensure that the head (another person, who signs the Agreement on his behalf) has enough powers and permits of other governing bodies for conclusion of this Agreement. Signing this Agreement, the PURCHASER shall confirm that he has no circumstances, which may cause its invalidity or failure to be executed.

## 12. ADDRESSES AND BANK DETAILS OF THE PARTIES

**SUPPLIER:**                                   **PURCHASER:**

**LLC "Agrozakhyst Donbas"**                    **FE "Edem"**

Legal address: 08162, Kyiv region,             Legal address: 26434,
Kyievo-Sviatoshynskyi district, Chabany urban  Kirovohrad region, Ulianovka district,
village, Mashynobudivnyki Street, 4 V          Sabatynivka village
Postal address: 08162, Kyiv region,            USREOU code No. 31518415
Kyievo-Sviatoshynskyi district, Chabany urban  VAT Payer Certificate No.
village, Mashynobudivnyki Street, 4 V, PO box 21   200101918
Current account No. 26003500052843 with        Individual Tax Number
PJSC "CREDIT AGRICOLE BANK",                    315184111207
bank code 300614                               Value Added Tax payer
Current account No. 26001244093901 with
PJSC "UkrSibbank", MFO 351005
USREOU code 30048570
Individual Tax Number 300485705168
Phone/Fax: (044) 205-35-45

/signed/      /S.B. Voloshyn/                   /signed/      /O.A. Burdeinyi/
[Seal No. 14: Ukraine, Kyiv region,            [Seal: Ukraine, 26434, Kirovohrad region,
Kyievo-Sviatoshynskyi district, Chabany urban village   Ulianovka district, Sabatynivka village,

Limited Liability Company "Agrozakhyst Donbas",   FE "EDEM", No. 31518415]
identification code 30048570]

*March 15, 2017*
 *I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
 *TRANSLATION BUREAU "NIKA"*
 *20300, Ukraine, Uman, Lenin Street, 20/18*
 *+380474435990, +380939440528*
 *nika-translation@mail.ru*



5

ДОГОВІР ПОСТАВКИ № 180316-1130

смт Чабани                                                                             „18" березня 2016 р.

     Товариство з обмеженою відповідальністю «Агрозахист Донбас», іменоване далі "ПОСТАЧАЛЬНИК", в особі представника Волошина Станіслава Борисовича, який діє на підставі Довіреності № 15/12/21-11 від 21.12.2015р., з однієї сторони та, Фермерське господарство "Едем" іменоване надалі "ПОКУПЕЦЬ", в особі директора Бурдейного Олександра Анатолійовича, який діє на підставі Статуту, з іншої сторони, уклали даний договір про наступне:

## 1. ПРЕДМЕТ ДОГОВОРУ

1.1.  В терміни, визначені договором, ПОСТАЧАЛЬНИК зобов'язується передати у власність ПОКУПЦЯ продукцію виробничо-технічного призначення (надалі - Товар), а ПОКУПЕЦЬ зобов'язується прийняти Товар і сплатити за нього грошову суму (вартість, ціну), визначену договором.

## 2. НАЙМЕНУВАННЯ, АСОРТИМЕНТ, ЦІНА, ВАРТІСТЬ ПРОДУКЦІЇ

2.1.  За даним Договором постачається виключно оригінальна продукція, виробництва провідних компаній світу, асортимент, кількість, ціна якої визначаються Додатками та/або накладними, що є невід'ємною частиною цього договору.
2.2.  Ціна продукції, що поставляється за цим Договором, вказується у Додатках в національній валюті та визначається, в залежності від виду товару (Засоби Захисту Рослин (ЗЗР), Насіння, Міндобрива та Мікродобрива). Для Товару (ЗЗР, Насіння та Мікродобрив) сторони встановлюють ціну та його вартість у гривні, а також визначають їх еквівалент у доларах США або Євро.
2.3.  Загальна сума договору визначається сукупністю Додатків та/або накладних, що зазначені в п. 2.1., та які є невід'ємною частиною цього договору. У випадку розбіжностей даних у Додатках щодо кількості і ціни товару в порівнянні з даними у відповідній видатковій накладній перевагу має видаткова накладна. Видаткова накладна є невід'ємною частиною договору та підписується з боку Покупця особою, уповноваженою довіреністю на отримання товарно-матеріальних цінностей (товару).
2.4.  Вартість тари, упаковки в якій постачається Товар, входить до ціни Товару.

## 3. УМОВИ ОПЛАТИ

3.1.  Порядок розрахунків за поставлений товар визначається в Додатках до даного договору.
3.2.  В тому випадку, коли курс іноземної валюти до гривні, що склався на міжбанківському валютному ринку (МВР) України на день проведення розрахунків (перерахування коштів) є вище за курс іноземної валюти на день укладення Додатку, Сторони для визначення суми належної до оплати використовують таку формулу:

$$C = \frac{A_1}{A_2} \times B$$

Де С — сума належна до оплати;
    В — ціна Товару на момент підписання Додатку;
    $A_1$ — (курс МВР дол.. США чи Євро до гривні) на день перерахування коштів;
    $A_2$ — (курс МВР дол.. США чи Євро до гривні) на день підписання відповідного Додатку.

    При проведені розрахунків, сума в гривнях, яку ПОКУПЕЦЬ зобов'язаний сплатити ПОСТАЧАЛЬНИКУ як належну оплату повної вартості Товару, визначається множенням грошового еквіваленту вартості неоплаченого Товару в доларах США/Євро на курс гривні щодо Долара США/Євро на міжбанківському валютному ринку (МВР) на день проведення оплати, з врахуванням умов частини 1 цього пункту.
3.3.  Всі платежі за цим Договором здійснюються ПОКУПЦЕМ з врахуванням п. 3.2. Договору. На підтвердження виконання ПОКУПЦЕМ зобов'язань з оплати Товару з врахуванням п. 3.2. даного Договору, Сторони, продовж трьох днів від дня остаточного розрахунку за відповідним Додатком або Договором в цілому, підписують "Акт звіряння взаємних розрахунків". Ініціатива підписання "Акту звірки взаєморозрахунків" покладається на ПОКУПЦЯ.
3.4.  При відсутності підписаного сторонами "Акту звіряння взаємних розрахунків", зобов'язання ПОКУПЦЯ щодо повної оплати вартості отриманого Товару не вважається виконаним, що є підставою для застосування відповідних штрафних санкцій згідно з умовами Договору.
3.5.  Товар, що був переданий Покупцю в межах цього Договору тільки згідно накладних (без укладення інших письмових угод – додатків), має бути ним оплачений не пізніше 10 днів з моменту його отримання за відповідною накладною.
3.6.  ПОКУПЕЦЬ при перерахуванні коштів за Товар в платіжному дорученні (в графі „Призначення платежу") повинен зазначити згідно якого договору та якого додатку перераховано даний платіж. В разі не зазначення цих даних, ПОСТАЧАЛЬНИК має право на свій розсуд віднести отримані суми за продукцію, в тому числі, за ту, що поставлена в минулі періоди. Оплата Товару вважається здійсненою в момент зарахування грошових коштів на розрахунковий рахунок Постачальника.
3.7.  За згодою сторін, після укладення відповідної угоди, може використовуватися інша форма та спосіб розрахунків, у тому числі шляхом зарахування зустрічних вимог чи сільськогосподарською продукцією.
3.8.  Для забезпечення грошового зобов'язання за рішенням ПОСТАЧАЛЬНИКА, ПОКУПЕЦЬ повинен видати на ім'я ПОСТАЧАЛЬНИКА вексель (векселі) номінальною вартістю, що дорівнює сумі фактично отриманого Товару. Для цього ПОСТАЧАЛЬНИК надсилає відповідне повідомлення ПОКУПЦЮ у письмовій формі. Надання ПОКУПЦЕМ векселя не розглядається як здійснення платежу за Товар, до того часу, поки ПОКУПЕЦЬ своєчасно і у повному обсязі здійснить оплату Товару.



3.9. Сторони дійшли згоди, що у разі змін у законодавстві, а саме введення нових та додаткових зборів (імпортних та інших), податків та інших додаткових платежів, на Товари, що є предметом цього договору, ціна Товару підлягає збільшенню на відповідну суму нововведених донарахувань.

3.10. ПОКУПЕЦЬ заявляє та запевняє, що розуміє суть та бере на себе валютний ризик, тобто Імовірність додаткових фінансових витрат внаслідок зміни курсу валюти відповідно до пункту 3.2. Договору.

## 4. СТРОК ПОСТАВКИ

4.1. Строк поставки Товару визначається у відповідних Додатках до цього договору.

## 5. ЯКІСТЬ ПРОДУКЦІЇ

5.1. Товар, що передається ПОКУПЦЮ, є оригінальною продукцією виробників - провідних компаній світу, а його якість відповідає сертифікатам якості (аналізу) або їх копіям підприємства (фірми)-виробника, а для товару яким є насіння - вимогам ДСТУ 2240-93. Копії сертифікатів якості підприємств (фірм) - виробників на Товар, що поставляється на умовах цього Договору, надаються на вимогу ПОКУПЦЯ.

## 6. УМОВИ ПОСТАВКИ, ПРИЙМАННЯ ТА ВИКОРИСТАННЯ ПРОДУКЦІЇ

6.1. Поставка Продукції здійснюється на умовах визначених у Додатках до цього Договору.

6.2. Перехід права власності здійснюється в момент передачі товару з одночасним прийманням по кількості і якості. Приймання Товару по кількості та якості проводиться ПОКУПЦЕМ в момент його отримання від ПОСТАЧАЛЬНИКА. ПОКУПЕЦЬ зобов'язаний перевірити кількість Товару, його вагу, комплектність, цілісність тари, пломб на ній (при їх наявності), а також відсутність ознак пошкодження або псування Товару і у випадку їх виявлення негайно, до закінчення приймання, письмово про це заявити ПОСТАЧАЛЬНИКУ. При відсутності такої заяви Товар вважається прийнятим ПОКУПЦЕМ по кількості та якості.

6.3. Товар вважається переданим ПОСТАЧАЛЬНИКОМ і прийнятим ПОКУПЦЕМ: по кількості (одиниць виміру) - відповідно до кількості (одиниць виміру), вказаної в накладній (товарній, товарно-транспортній); по якості - відповідно до якості, вказаній в сертифікаті якості підприємства-виробника.

6.4. При наявності підстав, Акти приймання по кількості та якості або Акти про приховані недоліки Товару складаються за обов'язкової участі представника ПОСТАЧАЛЬНИКА в порядку, визначеному Інструкціями про порядок приймання продукції виробничо-технічного призначення і товарів народного споживання по кількості та якості № П-6 і П-7.

6.5. В разі потреби ПОКУПЕЦЬ за свій власний рахунок може провести дослідження Товару у лабораторії, акредитованій УкрЦСМ та або УкрСЕПРО на проведення таких досліджень, за умови наявності в лабораторії відповідного аналітичного стандарту діючої речовини, обладнання та хімічних реактивів. Відбір проб Товару для такого дослідження має бути проведений з використанням зразків Товару у непошкодженої та опломбованої тари (за наявності) за обов'язкової участі повноважних представників ПОСТАЧАЛЬНИКА та ПОКУПЦЯ.

6.6. Висновки будь-яких установ, що зроблені без дотримання вимог п.п. 6.5.-6.6. цього Договору не приймаються ПОСТАЧАЛЬНИКОМ до уваги та не можуть бути використані (розглядатись) сторонами в якості доказів.

6.7. ПОКУПЕЦЬ приймає, транспортує, зберігає та застосовує Товар, відповідно до вимог інструкцій його виробника, методичних рекомендацій, природоохоронного законодавства України; несе всі ризики, пов'язані з порушенням цих вимог.

6.8. Відносно Товару, який є пестицидом або агрохімікатом, ПОКУПЕЦЬ попереджений ПОСТАЧАЛЬНИКОМ про небезпечні властивості такого Товару, а також про особливі заходи безпеки при використанні такого Товару.

6.9. ПОКУПЕЦЬ засвідчує, що Товар придбавається ним для використання в технологічних процесах виробництва сільськогосподарської продукції;

6.10. ПОКУПЕЦЬ надає ПРОДАВЦЮ документи (завірені копії), що підтверджують його статус, як виробник сільськогосподарської продукції; та зобов'язується підписати акт(и), який(і) є необхідним згідно умов Договору.

6.11. З приводу утилізації тари з під використаних Товарів Покупець повинен звернутися до підприємств що мають дозволи та ліцензії на утилізацію такої тари.

## 7. ВІДПОВІДАЛЬНІСТЬ СТОРІН

7.1. За порушення умов даного Договору винна сторона відшкодовує спричинені цим збитки в порядку, передбаченому чинним законодавством та з урахуванням даного договору.

7.1.1. Крім відповідальності, встановленої п. 7.1. даного договору ПОКУПЕЦЬ:
- за несвоєчасну оплату продукції сплачує пеню в розмірі подвійної облікової ставки Національного банку України від суми боргу за кожний день прострочення;
- за відмову від отримання або в разі необґрунтованого повернення продукції, якою є ЗЗР або Мінеральні добрива, сплачує штраф в розмірі 10% процентів вартості не отриманої або повернутої продукції;
- за відмову від отримання продукції або в разі необґрунтованого повернення продукції, якою є Насіння, сплачує штраф в розмірі 100% (сто) процентів вартості не отриманої продукції або повернутої продукції.

7.2. ПОСТАЧАЛЬНИК несе відповідальність за нестачу, упокодження упаковки та/або зниження якості Товару тільки в тому випадку, якщо нестача та/або упокодження упаковки відбулися з його вини та до передачі Товару ПОКУПЦЮ.

7.3. Відповідальність ПОСТАЧАЛЬНИКА обмежується вартістю (ціною) Товару, якість якого на момент передачі Покупцеві не відповідала сертифікатам якості (аналізу) виробника чи ДСТУ 2240-93.



2

7.4. ПОСТАЧАЛЬНИК не несе відповідальності за погіршення якості Товару або його властивостей (дії, впливу), що виникли після приймання ПОКУПЦЕМ Товару по кількості та якості щодо пошкодженого (у тому числі з порушення пломб або пошкодженням тари) чи повністю/частково використаного Товару. Гарантійні зобов'язання ПОСТАЧАЛЬНИКА не поширюються на наслідки, що пов'язані (з порушенням технологій виробника та вимог спеціального законодавства України або природними явищами, змінами клімату та погоди) з використанням Товару.

7.5. ПОКУПЦЮ Товару (лише насіннєвого матеріалу) забороняється здійснювати по відношенню до матеріалів сортів, а також похідних від сортів, вказаних у накладних та/або рахунках фактурах, наступні дії: виробництво або відтворення (з метою розмноження), доведення до кондиції з метою розмноження, пропонування до продажу, продаж або інший комерційний обіг отриманого врожаю як сортового та/або насіннєвого матеріалу з аналогічною або іншою назвою, вивезення за межі митної території України отриманого врожаю як сортового та/або насіннєвого матеріалу з аналогічною або іншою назвою, зберігання для будь-якої із цілей, зазначених у цьому пункті. У разі порушення Покупцем умов цього пункту, Покупець, якщо інше не передбачено відповідним Додатком до цього Договору, сплачує Постачальнику штраф, що складає подвійну вартість поставленого на умовах цього Договору Товару та відшкодовує інші завдані такими діями збитки.

7.6. У випадку, коли Товаром є насіння сільськогосподарських культур, виходячи з того факту, що морфологічні показники сорту обумовлюються не лише генетично, але й погодними та технологічними умовами вирощування рослин сільськогосподарських культур, Сторони встановлюють, що ПОСТАЧАЛЬНИК не несе відповідальності за морфологічні показники та врожайність зерна врожаю вирощеного з Товару.

7.7. В разі невиконання ПОКУПЦЕМ зобов'язань щодо оплати отриманого Товару та невиконання зобов'язань передбачених розділом 3 цього Договору ПОКУПЕЦЬ, відповідно до ст. 625 Цивільного кодексу України, сплачує на користь ПОСТАЧАЛЬНИКА крім суми заборгованості сорок вісім відсотків річних, якщо інший розмір річних відсотків не встановлено відповідним Додатком до Договору. Річні нараховуються на загальну суму простроченої оплати.

7.8. В разі прострочення ПОКУПЦЕМ конкретного платежу, визначеного окремим додатком більше ніж на 10 днів, ПОКУПЕЦЬ сплачує додатково штраф у розмірі 20% від суми несвоєчасно сплаченого Товару.

7.9. Сторони домовились про те, що стягнення штрафних санкцій (пені, штрафу, процентів) за даним Договором відповідно до п. 6 ст. 232 Господарського кодексу України, не обмежується строком нарахування та припиняється в день виконання стороною зобов'язання, а строк позовної давності щодо стягнення штрафних санкцій, у відповідності до ст.259 Цивільного кодексу України, продовжується до 3 (трьох) років.

7.10. Сторона звільняється від відповідальності за часткове або повне невиконання зобов'язань за цим Договором у випадку, якщо таке невиконання було спричинене форс-мажорними обставинами, які виникли після підписання цього Договору та не могли бути відвернені розумними діями сторін. Форс-мажорні обставини означають надзвичайні обставини, яких не можна запобігти за існуючих обставин. До таких надзвичайних обставин входять страйк, повінь, пожежа, землетрус, війна, воєнна діяльність, дії українських та іноземних урядових органів, але не обмежуючись цим.

7.11. Існування форс-мажорних обставин звільняє сторону, яка підпала під їх дію від відповідальності за невиконання зобов'язань за цим Договором, але не звільняє від обов'язку виконати свої зобов'язання.

## 8. ВИРІШЕННЯ СПОРІВ

8.1. Вирішення спорів здійснюється господарським судом відповідно до чинного законодавства України.

8.2. Спори (рекламації) щодо якості та кількості Товару підлягають обов'язковому досудовому врегулюванню шляхом направленням відповідних претензій. Претензії щодо кількості, яку неможливо було перевірити під час приймання Товару, повинні бути пред'явлені до його повного чи часткового використання за призначенням, але не пізніше 2 (двох) календарних днів з моменту отримання Товару.

8.3. Претензії направляються з дотриманням та врахуванням вимог спеціального законодавства, що регулює порядок використання та застосування Товару.

8.4. Вимоги ПОКУПЦЯ у зв'язку з недоліками якості Товару – Засобу захисту рослин, повинні бути заявлені ним в п'ятиденний строк з дня їх встановлення та складання акту про фактичну якість такого Товару, але не пізніше 1 (одного) місяця – з дати отримання Товару. Вимоги розглядаються ПОСТАЧАЛЬНИКОМ і можуть бути визнані обґрунтованими тільки при умові дотримання ПОКУПЦЕМ вимог п.п. 6.3. - 6.6. цього Договору, а також вимог інструкцій виробника, інших нормативних документів по транспортуванню, зберіганню, визначенню якості та застосування такого Товару. Претензії щодо неналежної якості товару, які пред'явлені після використання Товару, до розгляду не приймаються.

8.5. Вимоги ПОКУПЦЯ у зв'язку з недоліками якості Товару – Насіння сільськогосподарських культур приймаються до розгляду у тому випадку, коли відбір зразків (додаткових зразків) Товару здійснюється безпосередньо при його прийманні ПОКУПЦЕМ. Обов'язок відбору зразків покладається на ПОКУПЦЯ. У випадку наявності претензій, щодо якості такого Товару, ПОКУПЕЦЬ має право в строк до 30 днів з дня отримання Товару, направити Претензію на адресу ПОСТАЧАЛЬНИКУ. Претензія приймається до розгляду при наявності відповідного документа, що засвідчує результати аналізу середнього зразка Насіння, відібраного представником Державної насіннєвої інспекції згідно існуючої методики в присутності представника ПОСТАЧАЛЬНИКА зі складанням відповідного Акту.

8.6 Претензії щодо неналежної якості Товару, прийнятого відповідно до умов Договору, які пред'явлені після його повного або часткового використання, до розгляду не приймаються. У випадку визнання претензії ПОКУПЦЯ щодо кількості та/або якості Товару обґрунтованою, ПОСТАЧАЛЬНИК здійснює його до поставку та проводить заміну неякісного Товару або повертає ПОКУПЦЮ грошові кошти в сумі, яка дорівнює вартості (ціні) недопоставленого чи неякісного Товару.

## 9. КОНФІДЕНЦІЙНІСТЬ

9.1. Сторони домовились, що інформація, яку вони дізнались одна про одну при веденні переддоговірних переговорів та укладенні та виконанні даного Договору є конфіденційною. В зв'язку з цим, жодна із сторін не буде розголошувати конфіденційну інформацію будь-якій особі, підприємству, організації, установі (за винятком випадків, передбачених чинним законодавством).



РОЗАХИСТ
ДОНБАС
№14

## 10.  ІНШІ УМОВИ ДОГОВОРУ

10.1.  Постачальник є платником податку на прибуток підприємств на загальних умовах.
Сторони зобов'язуються при зміні умов сплати податку на прибуток підприємств протягом трьох календарних днів направити іншій стороні додаткову угоду до даного договору із зазначенням нових умов оплати податку на прибуток підприємств.

10.2.  За взаємною згодою сторін допускається повернення Покупцем отриманого від Постачальника, але не використаного товару. Ціна такого товару визначається сторонами на момент його повернення виходячи з середніх цін, що склалися на такий товар на ринку України, проте вона не може бути вищою від ціни реалізації товару, за цим Договором.

10.3.  Своїм підписом під цим Договором кожна зі Сторін Договору відповідно до Закону України «Про захист персональних даних» надає іншій Стороні однозначну беззастережну згоду (дозвіл) на обробку персональних даних у письмовій та/або електронній формі в обсязі, що міститься у цьому Договорі, рахунках, актах, накладних та інших документах, що стосуються цього Договору, з метою забезпечення реалізації цивільно-правових, господарсько-правових, адміністративно-правових, податкових відносин та відносин у сфері бухгалтерського обліку.

## 11.  ЗАКЛЮЧНІ ПОЛОЖЕННЯ

11.1.  Цей договір складено в двох примірниках - по одному для кожної із сторін, прочитаний повністю, відповідає їх волі і містить всі істотні умови, відносно яких сторони бажали домовитися. Умови даного договору сторони визначають розумними і справедливими. У випадку, якщо будь-яке положення Договору в силу будь-яких причин виявиться недійсним, то це не буде означати припинення дії Договору в цілому.

11.2.  Договір набуває чинності з дня його підписання представниками обох сторін і діє до повних розрахунків.

11.3.  Сторони домовились, що факсові копії договорів та/або документів матимуть юридичну силу до моменту обміну їх оригіналами.

11.4.  З моменту укладання цього Договору всі попередні домовленості (зокрема, протоколи намірів, листи, телеграми, факси, тощо) втрачають юридичну силу. Будь-які зміни або доповнення до Договору дійсні лише у випадку, якщо вони викладені у письмовій формі та підписані повноважними представниками обох сторін.

11.5.  Покупець гарантує, що для укладання договору є всі належні повноваження в керівника (іншої особи, яка підписує від його імені договір) та дозволи інших органів його управління. Підписуючи цей договір Покупець підтверджує, що з його сторони не існує ніяких обставин, у зв'язку з якими цей договір може бути визнаний недійсним або може бути не виконаний.

## 12.  АДРЕСИ І БАНКІВСЬКІ РЕКВІЗИТИ СТОРІН

**ПОСТАЧАЛЬНИК:**                                        **ПОКУПЕЦЬ:**

ТОВ «Агрозахист Донбас»                                  ФГ "Едем"

Юридична адреса: 08162, Київська область,                Юридична адреса: 26434,
Києво-Святошинський район, смт. Чабани,                   Кіровоградська обл., Ульянівський р-н,
вул. Машинобудівників, 4 В.                               с. Сабатинівка,
Поштова адреса: 08162, Україна, Київська                  Код ЄДРПОУ 31518415
обл., Києво-Святошинський р-н, смт Чабани,                Свідоцтво про реєстр.платн.ПДВ №
вул. Машинобудівників, 4 В, а/с 21                        200101918
Поточний рахунок №26003500052843 у ПАТ                   Індивід. податковий номер
«КРЕДІ АГРІКОЛЬ БАНК» код банку 300614                    315184111207
Поточний рахунок № 26001244093901 у ПАТ                  Платник податку на додану вартість
«УкрСиббанк» МФО 351005
Код ЄДРПОУ 30048570
Свідотство про реєстр.платн.ПДВ № 100319952
Індивід. податковий номер 300485705168
Тел./ Факс: (044) 205-35-45





/Ободрдейний/



4

*EXHIBIT G9*

AGREEMENT No. 121

On Supply of Oil Products

Kyiv city
April 25, 2016

LIMITED LIABILITY COMPANY "Agro-Lux", represented by the Director Tkachuk Dmytro Valentynovych (**hereinafter referred to as the "Supplier"**), acting on the basis of the Articles of Association, on the one part, and
**FARMING ENTERPRISE "EDEM" (hereinafter referred to as the "Purchaser") represented by the Head Burdeinyi Oleksandr Anatoliiovych,** cting on the basis of the Articles of Association, on the other part, hereinafter collectively referred to as the "PARTIES", and separately – the "PARTY", have concluded this Agreement as follows:

## 1. SUBJECT OF THE AGREEMENT

1.1. On the terms of this Agreement, the Supplier shall supply and transfer into ownership of the Purchaser, and the Purchaser shall accept the Goods and pay their cost in the manner and terms hereof.
1.2. The quality of the Goods shall comply with the requirements of the state standards or technical specifications valid in Ukraine and be confirmed by the (Quality) Compliance Certificate of the manufacturer.
1.3 Quantity of Goods hereunder can make 100,000 (one hundred thousand liters). But the total amount of Goods transferred hereunder to the property Purchaser, is not limited by the Parties and is determined on the basis of the actual volume of delivered Goods.

## 2. PROCEDURE AND CONDITIONS OF TRANSFER

2.1 Delivery of Goods is carried out in batches by road transport.
2.2 Goods is transferred to the Purchaser in separate batches (parts). Every single batch is transferred hereunder only after prior verbal coordination of the Parties of its range, quantity, quality, price (value) terms and conditions of delivery (transfer of ownership).
2.3 Quantity of Goods (batch of Goods) is stated by the Parties in the spending bill or the relevant act of acceptance and transfer of Goods.
2.4 The fact of delivery (transfer of ownership) of Goods hereunder may be confirmed with either Transfer-Acceptance Act, or spending bills for the transferred Goods signed by authorized representatives of both Parties. The date of delivery (transfer of ownership) of Goods shall be the date specified in the spending bill, or Transfer-Acceptance Act of Goods. The Supplier is not liable for damage or loss of the Goods after delivery (transfer) of Goods to the Purchaser in accordance with this paragraph and paragraph 2.1 of this Agreement.
2.5 The price (value) of each individual consignment includes the cost of delivery by road transport.
2.6 The Purchaser shall reimburse the Supplier the costs for the delivery of the Goods, in case of refusal from the delivered Goods.
2.7 The Parties agree that the spending bill (Transfer-Acceptance Act) for the transferred Goods is a document that confirms the transfer of ownership of the Goods and confirms the finally its name and quantity agreed by the Parties. Any spending bill (Transfer-Acceptance Act) for the transferred Goods is an integral part of this Agreement.
2.8 The Purchaser receives the right of ownership for the Goods from the time of its transfer (supply) and issuing the spending bill (Transfer-Acceptance Act).
2.9. In order to transfer the Goods to the Purchaser the Purchaser's Representative is obliged to give the power of attorney issued in accordance with the current legislation.
2.10. The Purchaser shall accept the Goods upon the quantity and quality in compliance with the terms of "The Guidance on the procedure of acceptance, transportation, storage, release and registration of

the oil and oil products at the enterprises and organizations of Ukraine" No. 281/171/578/155 approved by the decree of the Ministry of Fuel and Energy of Ukraine, the Ministry of Economy of Ukraine, the Ministry of Transport and Communications of Ukraine, the State Committee for Technical Regulation and Consumer Policy as of 20.05.08.

2.11. If the Purchaser finds defective Goods he should call the Supplier's representative.

## 3. PRICE (VALUE) OF GOODS AND PAYMENT CONDITIONS

3.1. Price (value) of each batch of Goods is agreed by the Parties and is stated in the spending bills (acts of acceptance and transfer) for the transferred Goods.

3.2. Price (value) of Goods is dynamic and can be changed unilaterally by the Supplier according to corresponding changes in the market of Goods, changes in the inflation rate, changes of monetary unit of Ukraine - hryvnia - in relation to foreign currencies, increase of taxes, duties and other compulsory payments etc.

3.3. The price (value) of each batch of Goods includes VAT.

3.4. The total value of the Agreement is the sum of all spending bills that were provided by the Purchaser for the entire term of this Agreement.

3.5. Assignment of rights and (or) the transfer of debt to the third parties under this Agreement is possible only in case of written consent of the Supplier.

3.6. Payment of the cost of fuel is made on terms of 100% advance payments for oil products (i.e. until their actual receipt).

3.7. Decisions about the amount and term of deferred payment is made by the Supplier and agreed by the Parties in Specifications to this Agreement which are its integral part.

3.8. Payment of the cost of fuel is made by bank transfer to the current account of the Supplier or by bringing cash to the cashier of the Supplier under the invoice provided by the Supplier. The invoice is to be paid within 1 (one) working day from the date the Purchaser provided it.

3.9. The date of payment (receipt of money by the Supplier) is the date of receipt of funds to the bank current account of the Supplier or deposit of the relevant cash amount to the cash desk of the Supplier.

3.10. Payment for fuel is made at prices actual at the time of payment for Goods received, regardless of the date of Goods transfer to the Purchaser.

## 4. RIGHTS AND OBLIGATIONS OF THE PARTIES

4.1. The Supplier has the right:

4.1.1 to receive funds for the transferred Goods in the manner and on the terms specified in this Agreement and in the Specification hereto.

4.1.2. to refuse transfer of Goods in case of Purchaser's debt to Supplier for the delivered Goods or in case of unsettled disputes (claims) between the Parties.

4.1.3. Change (set) unilaterally value (price) of Goods in accordance with this Agreement.

4.2. The Supplier is obliged:

4.2.1. to transfer Goods to the Purchaser in the manner and on the terms specified hereto.

4.3. The Purchaser has the right:

4.3.1 To receive Goods from Supplier in the manner and on the terms specified hereto.

4.3.2 to require from the Supplier of mutual reconciliation between the Parties under this Agreement.

4.3.3 be committed to the confidentiality in the processing of personal data under the law of Ukraine "On Personal Data Protection".

4.4 The Purchaser is obliged:

4.4.1 Fully pay for all the Goods under this Agreement (annexes, specifications thereto) and actually and properly fulfill all his obligations to pay for the supplied Goods and other liabilities provided for in this Agreement and Annexes to it.

4.4.2 At the request of the Supplier to carry out mutual reconciliation and sign the act of mutual reconciliation between the Parties.

4.4.3 Fully pay to the Supplier for the transferred Goods, including for those Goods which have been transferred to the Purchaser more than for the amount paid in advance.

4.4.4 Be responsible for the failure and/ late performance of money obligations under this Agreement.

4.4.5 Give consent to the processing of personal data in order to provide relationship management and field implementation of tax administration, in accounting and auditing, which are governed by the laws of Ukraine.

## 5 RESPONSIBILITY OF THE PARTIES

5.1 In case of failure or improper performance by the Parties of the obligations hereunder, they bear responsibility under the law of Ukraine and in accordance with this Agreement.

5.2 In case of violation (failure and/or improper execution) by the Purchaser of its obligations to pay for the Goods the Supplier is entitled to unilaterally suspend the transfer of ownership (delivery) of Goods to the Purchaser under this Agreement.

5.3 Each Party is responsible for any damages, including lost profits caused by improper fulfillment of the obligations by the Parties.

5.4 In case of delayed payment for the Goods hereunder the Purchaser shall pay the Supplier a penalty of 0.5% of the transferred untimely (overdue) amount for each day of delay (i.e., for each day of non-transfer of this amount).

5.5 In case of delayed payment for the Goods hereunder the Purchaser shall pay the Supplier a penalty, calculated from 11 (eleventh) day of the delay in payment for the batch of Goods, in the the amount of double rate of National Bank, actual in the period for which the penalty is paid for each day of delay in payment.

5.6 The Supplier has the right to suspend the delivery of these batches to pay the Purchaser the amount of principal debt and interest.

5.7 The Supplier shall be exempted from responsibility for delay in supply of the Goods in case of delay in payment for the Goods or if the Purchaser has not received the Goods by his guilt in the terms hereunder.

5.8 By the delay of Goods acceptance by the Purchaser for more than 12 hours in compliance with it.

5.4. of "The Guidance on the procedure of acceptance, transportation, storage, release and registration of the oil and oil products at the enterprises and organizations of Ukraine" No. 281/171/578/155 approved by the decree of the Ministry of Fuel and Energy of Ukraine, the Ministry of Economy of Ukraine, the Ministry of Transport and Communications of Ukraine, the State Committee for Technical Regulation and Consumer Policy as of 20.05.08, the Purchaser pays the penalty in the amount of 100 % of the supplied Goods value.

Herewith, the beginning of acceptance of Goods is a time of Goods arrival in the CMR note.

5.9. Payment of penalty and / or fine (forfeit) by the Party does not relieve any of the Parties from the obligation to pay off its debt to the other Party for the Goods transferred (supplied) hereunder and the obligation to fully compensate the other Party all losses (including lost profits) caused by the failure and /or improper fulfillment of their monetary obligations. In addition, each Party shall pay the amount of debt including the established inflation index for all the overdue payment. Forfeit (fine, penalty) has to be recovered in full, regardless of the damages. The Parties agreed the sequence of repayment (payment) of their financial obligations hereunder as such: 1) penalty; 2) fine; 3) outstanding (delayed payment), and/or partly paid and/or unpaid amount; 4) The payment for the transferred (delivered) Goods.

5.10 Time limit for claims hereunder is three years.

## 6. FORCE MAJEURE

6.1. The Parties shall be exempted from responsibility for partial or complete failure to fulfill the obligations hereunder in case of force majeure. The Parties consider them to be any extraordinary or inevitable circumstances of external nature concerning the Parties or their consequences, which arise

without any guilt of the Parties, against the will or wish of the Parties, which cannot be foreseen and make the proper execution of the obligations by the Parties hereunder impossible or temporarily prevent such execution.

6.2. The appropriate evidence of force majeure shall be the certificate of the Chamber of Commerce and Industry of Ukraine or correspondent regional chamber of trade and industry, the document on occurrence of force majeure issued by the Emergencies Ministry or other competent authority or body, as well as any other evidence proving the existence of such circumstances.

6.3. The existence of force majeure shall exempt from the responsibility for failure to execute the obligations but shall not exempt from the obligation to execute the obligations. The Party, which has faced force majeure, shall within three days, notify the other Party in writing on occurrence of such circumstances, their nature and expected duration, and after their termination proceed immediately to execution of the obligations hereunder.

6.4. If force majeure last for more than 80 (eighty) calendar days and do not tend to finish, this Agreement may be canceled by either Party by notifying the other Party hereabout.

## 7. DISPUTE SETTLEMENT

7.1 All disputes, arising between the Parties in relation with this Agreement (i.e. by its conclusion, amendment, termination etc.), shall be settled by negotiations.

7.2. In failure to settle the dispute in such manner, it shall be referred to the economic court according to the current legislation of Ukraine.

7.3. Pre-trial settlement of disputes between the Parties hereto is optional.

## 8. DURATION (TERM) OF THE AGREEMENT

8.1. This Agreement shall be deemed concluded and come into legal force from the date of its signing and sealing by the Parties and is valid until 31 December 2016.

8.2 Termination of the Agreement unilaterally is permitted only by mutual written consent of both Parties, and an additional agreement is concluded.

8.3 Termination of the Agreement unilaterally is allowed only in cases provided for in this Agreement and Annex to it.

8.4 Termination of this Agreement shall not exempt the Parties from the responsibility for its violation, which occurred during the validity hereof.

## 9 FINAL PROVISIONS

9.1. Specification and other annexes (spending bill, etc.) to this Agreement are its integral part and shall be valid if concluded in writing, signed by the Parties and sealed.

9.2 Unilateral amendment of terms and conditions of this Agreement shall not be permitted, unless otherwise provided by the terms of this Agreement.

9.3 Amendments, additions to the Agreement, as well as termination of the Agreement are made in writing, as the additional agreements, are signed by authorized representatives of both Parties and sealed. The exchange of letters, telegrams, faxes, telexes, followed by written confirmation, signed and sealed by both Parties are also treated as Additional Agreements. Facsimile signature by concluding such Agreements is also valid.

9.4 The relationship between the Parties that are not covered by the provisions (conditions) of this Agreement, are regulated by the additional agreements and specifications, and the applicable rules of civil legislation of Ukraine.

9.5 Neither Party shall have the right to transfer its rights and obligations under this Agreement to any third party without the prior written consent of the other Party.

9.6 The Parties undertake to inform the other Party within five days about changing its legal address, bank and other details about the procedure of reorganization. In case of the procedure of reorganization the Parties undertake to conclude an Additional Agreement within five days.

9.7 The rescission of any provision (conditions) of the Agreement Is not a reason for rescission of other provisions (conditions) of this Agreement and / or the Agreement as a whole.

9.8 This Agreement is made with full understanding of its terms and conditions in Ukrainian language in duplicate having equal legal force - one for each party.

9.9 The Supplier hereunder is the corporate income tax payer on general grounds.

9.10. The terms "transfer of Goods" and "supply of Goods" used in the text by the Parties as identical.

9.11. After signing this Agreement all previous negotiations on its conclusion, correspondence, preliminary agreements and letters of intent on that somehow related to the subject of this Agreement shall be void.

## 12. LEGAL ADDRESSES AND OTHER DETAILS OF THE PARTIES

**SUPPLIER:**
SP "NK TERMINAL"
03124, Kyiv cityM. Vasylenka Street, 7a
S/a 26002500051920 with CB PJSC "Kredi
Agricole Bank"
Kyiv city MFO 300614
Phone 067 44 61 456, 0679999904, 0670000006
USREOU 35964834
Certificate Nr. 200096945
ITN 359648314086
e-mail: Agrolux.i@yandex.ru

Director/*signed*/ Tkachuk Dmytro Valentynovych

Seal

**PURCHASER:**
FARMING ENTERPRISE "EDEM"
Code under USREOU 31518415,
ITN 315184111207, Certificate No. 2001019018,
c/a 26006261 with PJSC "RAIFFEISEN BANK AVAL",
Kyiv city, MFO 380805,
26434, Kirovograd region,Blahovishche district,
Sabatynivka village

Director *signed*/ Burdeinyi Oleksandr Anatolliovych

Seal

*March 15, 2017*

*I, the undersigned, ViktoriiaDemchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528*
*nika-translation@mail.ru*

**Договір поставки нафтопродуктів №121**

м. Київ                                                                                     25 квітня 2016р.

Приватне підприємство «Компанія «Агро-Люкс» в особі директора Ткачука Дмитра Валентиновича, що діє на підставі Статуту (надалі іменоване «Постачальник»), з однієї сторони та Фермерське господарство «Едем» в особі голови Бурдейного Олександра Анатолійовича, що діє на підставі Статуту (надалі іменоване «Покупець»), з іншої сторони, в подальшому разом іменуються «Сторони», а кожна окремо — «Сторона», дійшли взаємної згоди і, керуючись чинним законодавством, уклали цей Договір поставки нафтопродуктів (надалі іменується «Договір») про наступне:

## 1.   ЗАГАЛЬНІ ПОЛОЖЕННЯ

1.1 В порядку та на умовах, визначених цим Договором, Постачальник зобов'язується передати нафтопродукти у власність Покупця, а Покупець зобов'язується прийняти товар та повністю оплатити його ціну (вартість).

1.2 Якість товару, який передається у власність (поставляється) Покупцю, повинна відповідати вимогам Державних стандартів (ДСТУ) або Технічних умов (ТУ), які діють на території України, що підтверджується паспортом якості виробника та/або сертифікатом відповідності (для товару, який підлягає сертифікації).

1.3 Кількість товару може складати за Договором 100 000 (сто тисяч літрів). Але загальна кількість товару, що передається за цим Договором у власність Покупця, сторонами не обмежується і визначається на підставі фактичного обсягу поставленого (переданого у власність) товару.

## 2.   ПОРЯДОК ТА УМОВИ ПЕРЕДАЧІ

2.1 Поставка товару здійснюється погодженими партіями автомобільним транспортом.

2.2 Товар передається покупцеві окремими партіями (частинами). Кожна окрема партія товару передається в рамках цього Договору лише після попереднього усного узгодження Сторонами її асортименту, номенклатури, кількості, якості, цін (вартості), умов та строків (термінів) її поставки (передачі у власність).

2.3 Кількість товару (партії товару) зазначається Сторонами у відповідній видатковій накладній або у відповідному акті приймання-передачі товару.

2.4 Факт поставки (передачі у власність) товару в рамках цього Договору може підтверджуватися або актами приймання-передачі, або видатковими накладними на переданий товар, підписаними уповноваженими представниками обох сторін. Датою поставки (передачі у власність) товару вважається дата, що вказана у видатковій накладній, або в акті приймання-передачі товару. Постачальник не несе відповідальності за пошкодження чи втрату товару з моменту поставки (передачі) товару Покупцеві відповідно до умов цього пункту та пункту 2.1 цього Договору.

2.5 У ціну (вартості) кожної окремої партії товару включається вартість поставки автомобільним транспортом.

2.6 Покупець відшкодовує Постачальнику витрати пов'язані з доставкою товару, в разі відмови від товару, який прибув на місце поставки.

2.7 Сторони погоджуються, що видаткова накладна (акт приймання-передачі) на переданий товар є документом, який засвідчує факт передачі у власність товару, а також засвідчує остаточно узгоджені сторонами назву та кількість товару. Кожна видаткова накладна (акт приймання-передачі) на переданий товар є невід'ємною частиною цього Договору.

2.8 Право власності на товар виникає у Покупця з моменту його передачі (поставки) та оформлення накладної (акта приймання-передачі).

2.9 Для передачі товару Покупцеві представник Покупця зобов'язаний надати представнику Постачальника довіреність, видану та оформлену відповідно до законодавства.

2.10 Покупець проводить приймання товару по кількості і якості відповідно до Інструкції «Про кількість» Інструкції про порядок приймання, транспортування,

Підпис                                                                       Підпис

зберігання, відпуску та обліку нафти і нафтопродуктів на підприємствах і організаціях України»,

(затверджена Наказом від 20.05.2008р. №281/171/58/155), Інструкції «З контролювання нафти і нафтопродуктів на підприємствах і організаціях України» (затверджена Наказом від 04.06.2007р. №271/121) у відповідності до діючого законодавства України, а також відповідно до умов даного Договору.

2.11    При виявленні Покупцем фактів неякісного товару, виклик представника Постачальника є обов'язковим.

### 3.   ЦІНА (ВАРТІСТЬ) ТОВАРУ ТА УМОВИ ОПЛАТИ ТОВАРУ

3.1     Ціна (вартість) кожної окремої партії товару узгоджується Сторонами та зазначається у відповідних видаткових накладних (актах приймання-передачі) на переданий товар.

3.2     Ціна (вартість) товару є динамічною і може змінюватися Постачальником в односторонньому порядку залежно від відповідних змін на відповідному ринку товарів, змін індексу інфляції, зміни курсу грошової одиниці України – гривні – стосовно курсів іноземних валют, збільшення розміру податків, зборів, інших обов'язкових платежів тощо.

3.3     У ціну (вартості) кожної окремої партії товару включається податок на додану вартість.

3.4     Загальна вартість Договору дорівнює сумі всіх видаткових накладних, які були надані Постачальником Покупцю за весь термін дії цього Договору.

3.5     Уступка права вимоги та (або) перевід боргу третім особам за цим Договором можливий лише у випадку письмової згоди Постачальника.

3.6     Сплата вартості пального здійснюється на умовах 100% авансової оплати нафтопродуктів (тобто до моменту їх фактичного отримання).

3.7     Рішення щодо суми та строку відстрочення платежу приймається Постачальником та узгоджуються Сторонами в Специфікації до даного Договору, яка є його невід'ємною частиною.

3.3     Сплата вартості пального здійснюється шляхом перерахування коштів на поточний рахунок Постачальника або шляхом внесення готівкових коштів до каси Постачальника на підставі наданого Постачальником рахунку на оплату. Рахунок на оплату нафтопродуктів сплачується протягом 1(одного) робочого дня з моменту надання рахунку Покупцеві.

3.9     Датою оплати (отримання грошей Постачальником) вважається дата надходження грошових коштів на банківський поточний рахунок Постачальника або дата внесення Покупцем готівкових коштів у касу Постачальника.

3.10    Оплата вартості пального здійснюється за цінами, які діятимуть на момент проведення розрахунку за отриманий товар, незалежно від моменту передачі товару у власність Покупця.

### 4.   ПРАВА ТА ОБОВ»ЯЗКИ СТОРІН

4.1     Постачальник має право:

4.1.1   Отримувати кошти за переданий у власність (поставлений) Покупцеві товар в порядку та на умовах, визначених у цьому Договорі, а також у Специфікації до цього Договору.

4.1.2   Відмовитися від передачі у власність (поставки) партії товару у випадку виникнення заборгованості Покупця перед Постачальником за поставлений (переданий у власність) товар, або у випадку виникнення між Сторонами неврегульованих чи переданих на розгляд суду спорів (претензій).

4.1.3   Змінювати (встановлювати) в односторонньому порядку вартість (ціну) товару відповідно до умов цього Договору.

4.2     Постачальник зобов'язаний:

4.2.1   Передавати товар у власність Покупця в порядку та на умовах, визначених у цьому Договорі.

4.3     Покупець має право:

Підпис                                        Підпис

4.3.1 Отримувати товари від Постачальника в порядку та на умовах, визначених у цьому Договорі.

4.3.2 Вимагати від Постачальника проведення звірки взаєморозрахунків між Сторонами за цим Договором.

4.3.3 Дотримуватись принципу конфіденційності в процесі обробки персональних даних згідно закону України «Про захист персональних даних».

4.4 Покупець зобов'язаний:

4.4.1 Повністю здійснювати оплату усіх товарів відповідно до умов цього Договору (додатків, Специфікацій до нього), а також реально та належним чином виконувати усі свої зобов'язання по оплаті за поставлений (переданий у власність) товар, а також інші зобов'язання, передбачені цим Договором та додатками до нього.

4.4.2 На вимогу Постачальника проводити звірку взаєморозрахунків та підписувати акт звірки взаєморозрахунків між Сторонами.

4.4.3 Повністю розрахуватися (провести повну оплату) з Постачальником за передані товари, у тому числі й за ті товари, які були передані у власність Покупця понад суму здійсненої ним передоплати (авансу).

4.4.4 Нести відповідальність за невиконання та/або несвоєчасне виконання своїх грошових зобов'язань відповідно до умов цього Договору.

4.4.5 Надавати згоду на обробку персональних даних з метою забезпечення відносин сфері господарювання та реалізації податкових відносин, у сфері бухгалтерського обліку та аудиту, які регулюються законодавством України.

## 5   ВІДПОВІДАЛЬНІСТЬ СТОРІН

5.1 У випадку невиконання або неналежного виконання Сторонами умов даного Договору, вони несуть відповідальність згідно чинного законодавства України та відповідно до цього Договору.

5.2 У випадку порушення (невиконання а/або неналежного виконання) Покупцем своїх зобов'язань по оплаті за поставлені товари Постачальник в якості оперативно - господарської санкції вправі в односторонньому порядку призупинити передачу у власність (поставку) товарів Покупцеві за цим Договором.

5.3 Кожна із Сторін відповідає за збитки, у тому числі неодержані доходи, заподіяні іншій Стороні через невиконання положень цього Договору.

5.4 У випадку несвоєчасної оплати продукції згідно умов цього Договору Покупець сплачує на користь Постачальника штраф у розмірі 0,5 % від несвоєчасно перерахованої (простроченої) суми за кожен день прострочення (тобто за кожен день не перерахування цієї суми).

5.5 У випадку несвоєчасної оплати продукції згідно умов цього Договору Покупець також сплачує на користь Постачальника пеню, яка обчислюється з 11 (одинадцятого) дня прострочення оплати відповідної партії продукції, в розмірі подвійної облікової ставки НБУ, що діяла у період, за який сплачується пеня від суми простроченого платежу за кожен день прострочення оплати.

5.6 Постачальник має право призупинити поставку наступних партій продукції до оплати Покупцем суми основного боргу та пені, письмово попередивши Покупця про припинення поставок.

5.7 Незалежно від сплати неустойки Сторона, що порушила цей Договір, відшкодовує іншій Стороні заподіяні в результаті цього збитки без врахування розміру неустойки.

5.8 При затримці прийомки товару Покупцем більш ніж на 12 годин, з урахуванням пункту 5.4 Інструкції про порядок приймання, транспортування, зберігання, відпуску та обліку нафти і нафтопродуктів на підприємствах і організаціях України №281/171/578/155 від 20.05.2008р. та Інструкції з контролювання якості нафти і нафтопродуктів на підприємствах і організаціях України, затвердженої наказом Міністерства палива та енергетики України від ... червня 2007 року №271/121, Покупець сплачує штраф у розмірі 10% вартості поставленого товару.

Підпис                                                                                          Підпис

При цьому, початком приймки товару є відмітка про прибуття товару в товарно-транспортній накладній .

5.9 Сплата Стороною штрафу та/або пені (неустойки) не звільняє жодну із Сторін від обов'язку погасити свою заборгованість перед іншою Стороною за передані у власність (поставлені) за цим Договором товари та від обов'язку повністю відшкодувати протилежній Стороні усі збитки (у тому числі й упущену вигоду), завдані невиконанням та/або неналежним виконанням своїх грошових зобов'язань. При цьому кожна із Сторін зобов'язана сплатити суму боргу з урахуванням встановленого індексу інфляції за весь час прострочення оплати. Неустойка (штраф, пеня) підлягають стягненню у повному розмірі, незалежно від відшкодування збитків. Сторони домовились про таку послідовність погашення (сплати) Сторонами своїх грошових зобов'язань за цим Договором: 1) пеня; 2) штраф; 3) прострочена (несвоєчасно сплачена),та/або частково не сплачена, та/або несплачена сума; 4) плата за переданий у власність (поставлений) товар.

5.10 Позовна давність за позовами про стягнення неустойки (штрафу, пені) встановлюється Сторонами даного Договору тривалістю в три роки.

## 6   ОБСТАВИНИ НЕПЕРЕБОРНОЇ СИЛИ

6.1 При настанні обставин непереборної сили (обставин форс-мажору), тобто неможливості повного або часткового виконання будь-якою із Сторін зобов'язань по цьому Договору внаслідок обставин непереборної сили, а саме: пожежі, стихійного лиха, урядових заборон, блокад або інших незалежних від Сторін обставин, термін (строк) виконання зобов'язань продовжується (переноситься) на такий термін (строк), протягом якого будуть діяти вищевказані обставини та їх наслідки.

Сторона, для якої наступили обставини непереборної сили, зобов'язана письмово протягом 5 (п'яти) робочих днів з моменту настання цих обставин повідомити іншу Сторону про це, вказати орієнтований термін (строк) дії обставин непереборної сили, а також вжити заходів для зменшення заподіяння збитків другій Стороні.

6.2 Якщо вищевказані обставини тривають більше восьмидесяти календарних днів, кожна із Сторін вправі відмовитися від цього Договору (тобто розірвати (припинити) цей Договір в односторонньому порядку, направивши іншій Стороні відповідне повідомлення. В таких випадках жодна із Сторін не вправі пред'являти претензії іншій Стороні для компенсації будь-яких можливих збитків, за винятком претензії Постачальника до Покупця щодо обов'язку повністю здійснити оплату за товари, які Постачальник поставив (передав у власність) Покупцю до моменту виникнення обставин непереборної сили. До моменту припинення Договору відповідно до умов цього пункту Покупець зобов'язаний провести повний розрахунок з Постачальником за поставлені (передані у власність) товари. Невиконання цього обов'язку позбавляє Покупця права розірвати (припинити) цей Договір в односторонньому порядку відповідно до умов цього пункту та не звільняє Покупця від обов'язку нести відповідальність за невиконання та/або неналежне виконання умов цього Договору.

6.3 Виникнення обставин непереборної сили не є підставою для відмови Покупця від проведення оплати за товари, які були йому поставлені (передані у власність) до моменту виникнення обставин непереборної сили.

6.4 Факт настання обставин непереборної сили повинен підтверджуватися довідкою Торгово-промислової палати України.

## 7   ПОРЯДОК ВИРІШЕННЯ СПОРІВ МІЖ СТОРОНАМИ

7.1 Усі спори та розбіжності, що можуть виникнути між Сторонами із умов цього Договору, або в зв'язку з ним (при його укладенні, виконанні, зміні, розірванні, припиненні, визнанні неукладеним, визнанні недійсним, тлумаченні і т. ін. ), вирішуються шляхом переговорів між Сторонами.

Підпис                                                Підпис

7.2. Якщо відповідний спір (розбіжність) між Сторонами неможливо вирішити шляхом переговорів, то такий спір (розбіжність) вирішується в судовому порядку за встановленою підвідомчістю та підсудністю такого спору відповідно до чинного законодавства України.

7.3. Досудове врегулювання спорів між Сторонами цього Договору не є обов'язковим.

## 8   ТЕРМІН (СТРОК) ДІЇ ДОГОВОРУ

8.1. Договір набирає чинності з дати його укладення (підписання та скріплення печатками) Сторонами та діє до 31 грудня 2016 року.

8.2 Розірвання (припинення) цього Договору в односторонньому порядку допускається лише за взаємною письмовою згодою обох Сторін, про що складається Додаткова угода.

8.3 Розірвання (припинення) цього Договору в односторонньому порядку допускається лише у випадках, передбачених у цьому Договорі та Додатках до нього.

8.4 Закінчення строку дії цього Договору не звільняє жодну зі Сторін від відповідальності за його порушення (невиконання та/або неналежне виконання), яке мало місце під час дії цього Договору.

## 9   ЗАКЛЮЧНІ ПОЛОЖЕННЯ

9.1. Специфікація та інші додатки (видаткові накладні тощо) до цього Договору є його невід'ємними частинами і мають юридичну силу у разі, якщо вони вкладені у письмовій формі, підписані Сторонами та скріплені їх печатками.

9.2 Одностороння зміна умов цього Договору не допускається, якщо інше не передбачено умовами цього Договору.

9.3 Зміни, доповнення до Договору, а так само розірвання Договору оформлюються в письмовій формі, як Додаткові угоди, підписуються уповноваженими представниками обох Сторін та скріплюються їх печатками. До Додаткової угоди до Договору прирівнюється обмін Сторонами листами, телеграмами, факсимільними повідомленнями, телексами з послідуючим письмовим підтвердженням, завіреним підписом та печаткою Сторони, яка їх надіслала.

При підписанні змін, доповнень, додатків, Специфікацій, актів та інших документів по даному Договору, Сторонами може бути використано факсимільне відтворення підпису уповноважених представників Сторін за допомогою засобів механічного копіювання.

9.4 Відносини між Сторонами, що не врегульовані положеннями (умовами) цього Договору, регулюються Додатковими угодами та Специфікаціями до нього, а також нормами чинного цивільного законодавства України.

9.5 Жодна із Сторін не вправі передавати свої права та обов'язки по цьому Договору третім особам без попередньої письмової згоди на те іншої Сторони.

9.6 Сторони зобов'язуються в п'ятиденний строк з моменту настання відповідної події повідомити одна одну про зміни своєї юридичної адреси, банківських та інших реквізитів, про початок процедури реорганізації. У разі початку процедури реорганізації Сторони в п'ятиденний термін зобов'язуються укласти Додаткову угоду, в якій буде зазначено про подальший порядок взаємовідносин між Сторонами. Реорганізація будь-якої із Сторін не є підставою для припинення цього Договору.

9.7 Недійсність (визнання недійсним) будь-якого положення (умов) цього Договору не є підставою для недійсності (визнання недійсним) інших положень (умов) цього Договору та/або усього Договору в цілому.

9.8 Цей Договір складений при повному розумінні Сторонами його умов та термінології українською мовою у двох автентичних примірниках, які мають однакову юридичну силу, - по одному примірнику для кожної із Сторін.

Усі виправлення (корективи) за текстом цього Договору мають юридичну силу лише при взаємному їх посвідченні представниками Сторін та скріпленні печатками Сторін у кожному окремому випадку.

9.9  Постачальник за цим Договором має статус платника податку на прибуток підприємств на загальних умовах.

9.10 Терміни «передача у власність товару» та «поставка товару» вживаються Сторонами у тексті цього Договору як тотожні.

9.11    Після підписання цього Договору всі попередні переговори по його укладенню, листуванню, попередні угоди та протоколи про наміри з питань, які так чи інакше стосуються предмету даного Договору, втрачають юридичну силу.

## 10  РЕКВІЗИТИ ТА ПІДПИСИ СТОРІН ДОГОВОРУ

**ПОСТАЧАЛЬНИК:**

ПП «Компанія «Агро-Люкс»
юридична адреса:
03124 м. Київ
вул. М.Василенка буд. 7-А
р/р 26002500051920
в ПАТ «КРЕДІ АГРІКОЛЬ БАНК»
МФО 300614
ІПН 359648314086
№ свідоцтва 200096945
ЄДРПОУ 35964834
тел. 067 44 61 456,
      0679999904
      0670000006
e-mail: AgroLux.i@yandex.ru

**ПОКУПЕЦЬ:**

ФГ «Едем»
юридична адреса:
26434, Кіровоградська обл., Ульяновський р-н.,
с. Сабатинівка
р/р 26006261
в ПАТ АТ «Райффайзен Банк Аваль» м. Київ
МФО 380805
ІПН 315184111207
№ свідоцтва 200101918
ЄДРПОУ 31518415
тел. 0674721363

e-mail: durdya1@rambler.ru

Директор
Ткачук Дмитро Валентинович

Голова
Бурдейний Олександр Анатолійович



ДОГОВІР №7поставки

"09"  вересня 2016р.

# Приватний підприємець Микитин Микола Володимирович,

далі — Постачальник,

який діє на підставі –свідцтва про державну реєстрацію,

з однієї сторони, та **Фермерське господарство»ЕДЕМ»-,** далі — Замовник, в особі директораБурдейного О.А, який діє на підставі - статуту, з другої сторони, уклали цей договір про таке:

## 1. Предмет договору

1.1. Постачальник зобов'язується виготовити, поставити та передати у власність Замовника товар, відповідно до еталонів-зразків, затверджених Замовником. Замовник зобов'язується прийняти цей товар та оплатити його на умовах, визначених цим Договором.

### Найменування товару: МУЛЬТІВАЧ  МС-одна штука

1.2. Ціна, кількість, асортимент, терміни виготовлення й поставки товару обумовлюються в додатках до даного Договору, які погоджуються сторонами попередньо, додаються до цього Договору та є його невід'ємною частиною.

**Вартість товару становить:70000,00грн.(сімдесят тисяч гривень).**

## 2. Кількість і якість товару

2.1. Кількість товару, що поставляється за цим Договором, зазначається в накладній до цього договору.

2.2. Товар, що поставляється Постачальником, має відповідати еталонам-зразкам, затвердженим Замовником.

2.3. У разі поставки товару неналежної якості або товару, що не буде відповідати умовам цього Договору, Постачальник зобов'язується за свій рахунок у термін 30 днів з дати отримання повідомлення усунути недоліки або замінити неякісний товар на товар належної якості.

2.4. Гарантійний термін на товар становить 180 днів з дати видачі в експлуатацію з урахуванням сезонної носки .

## 3. Умови поставки товару

3.1. Постачальник поставляє виготовлений товар партіями в терміни, зазначені в додатках до цього договору.

3.2. Датою поставки є дата отримання Замовником товару на складі Замовника згідно з актом про прийняття-передання, підписаним сторонами.

3.3. Поставка товару здійснюється автотранспортом Постачальника за його рахунок.

3.4. Прийняття товару за кількістю та якістю проводиться Замовником за адресою: -----------------------------------------------------------------------------------------------------------------

3.5. Допускається дострокова поставка товару, про що Постачальник повідомляє Замовника листом або факсом.

## 4. Ціна та загальна вартість договору

4.1. Замовник сплачує за товар, що поставляється за цінами, погодженими сторонами

додатках до даного Договору, додаються до цього Договору та становлять його невід'ємну частину.

4.2. У разі зміни ціни Постачальник погоджує її з Замовником шляхом підписання додатків до цього Договору на підставі поданої калькуляції з обгрунтуванням причин зміни ціни та наданням підтверджуючих документів.

4.3. Загальна вартість Договору обумовлюється сторонами в накладній до цього договору.

## 5. Умови платежів

5.1. На підставі рахунка на оплату Замовник проводить попередню оплату першої партії товару, зазначеної в додатках до Договору, протягом 10 банківських днів з дня його підписання, попередня оплата за наступні партії поставок здійснюється протягом 10 банківських днів з дати надходження коштів з Державного бюджету України на підставі підписаного акта прийняття-передання попередньої партії поставки товару та рахунка на оплату. Підтвердженням надходження коштів з бюджету є довідка Державного казначейства України.

5.2. Оплата проводиться в національній валюті України.

## 6. Умови передання-прийняття товару

6.1. Передання-прийняття товару здійснюється в пункті поставки, зазначеному в п. 3.4 цього Договору.

6.2. Прийняття товару за кількістю та якістю проводиться Постачальником.

6.3. Прийняття-передання проводиться за кількістю згідно з товаросупровідними документами, за якістю — згідно із затвердженими еталонами-зразками.

## 7. Пакування та маркування

7.1. Товар має бути упакований таким чином, щоб виключити можливість псування або знищення його під час транспортування.

7.2. Маркування товару має відповідати чинним нормативним документам.

## 8. Обставини непереборної сили

8.1. Перебіг терміну виконання сторонами зобов'язань за цим Договором може бути призупинений тільки в разі настання обставин непереборної сили, а саме: пожежі, стихійного лиха, збройного конфлікту, перекриття шляхів руху транспорту внаслідок страйку, рішень Уряду або інших обставин, які перебувають поза контролем сторін.

8.2. Сторона, яка зазнала дії обставин непереборної сили, має протягом трьох календарних днів повідомити про це другу сторону. Факт наявності та термін дії форс-мажорних обставин підтверджуються вповноваженим на те органом.

8.3. Після припинення дії обставин непереборної сили перебіг терміну виконання зобов'язань поновлюється.

8.4. Якщо дія обставин непереборної сили триває більше ніж 30 календарних днів поспіль, то сторони мають право припинити дію цього Договору. При цьому збитки, заподіяні припиненням дії Договору, не відшкодовуються й штрафні санкції не сплачуються. Незабезпечені поставкою грошові кошти повертаються Замовнику протягом 3-х банківських днів з моменту прийняття сторонами рішення про припинення дії Договору.

## 9. Відповідальність сторін

9.1. У разі несвоєчасного передання товару в термін, зазначений у додатках до цього договору, Постачальник сплачує за кожний день прострочення пеню, яка нараховується з вартості недопоставленого товару в розмірі подвійної облікової ставки Національного банку України, що діяла протягом терміну затримки поставки.

## 10. Розірвання договору

10.1. Договір може бути розірваний в будь-який час по взаємній угоді сторін, в якій визначаються майнові вимоги сторін (якщо такі мали місце) та розрахунки за ними.

10.2. У відповідності з п. 8.4.

10.3. Договір може бути розірваний в односторонньому порядку в наступних випадках:

- при невиконанні або неналежному виконанні зобов'язань;

- за бажанням однієї сторони: в цьому випадку сторона-ініціатор зобов'язана письмово повідомити іншу сторону про розірвання Договору, але не менш, ніж за місяць до передбачуваної дати розірвання Договору, за відсутності майнових вимог між сторонами.

## 11. Розв'язання суперечок

11.1. При виникненні розбіжностей під час виконання умов Договору сторони вирішують їх за взаємною згодою.

11.2. У разі недосягнення взаємної згоди спори за цим Договором розглядаються згідно з чинним законодавством України.

## 12. Термін дії Договору

12.1. Цей Договір набирає чинності з моменту підписання його сторонами та діє до 31.12.2016року.

12.2. У разі відсутності заяви однієї із сторін про припинення або зміну умов договору за один місяць до закінчення його дії, він вважається продовженим на той самий термін і на тих умовах, які були передбачені цим договором.

## 13. Інші умови

13.1. Усякі зміни та доповнення до цього Договору вважаються дійсними, якщо вони здійснені в письмовому вигляді та підписані уповноваженими на це представниками сторін.

13.2. У випадках, не передбачених цим Договором, сторони керуються чинним законодавством України та Положенням про поставки товарів народного споживання, затвердженим постановою , у частині, що не суперечить чинному законодавству України.

13.3. На кожний наступний рік ціна, обсяги та терміни поставки товару сторонами узгоджуються в додатках, відповідно до суми коштів, виділених з Державного бюджету України.

13.4. Цей договір складено у двох примірниках, що мають рівну юридичну силу, перший з яких зберігається в Замовника, другий — у Постачальника.

### ЮРИДИЧНІ АДРЕСИ, ПОШТОВІ ТА ПЛАТІЖНІ РЕКВІЗИТИ СТОРІН:

Замовник:
ФГ»ЕДЕМ»

Постачальник:
ПП Микитин М.

Директор:        Бурдейний О.А.

J1499201

**Квитанція № 2**

| Платник податків: | 31518415 |
|---|---|
| | (ідентифікаційний код платника згідно з ЄДРПОУ) |
| | ФЕРМЕРСЬКЕ ГОСПОДАРСТВО " ЕДЕМ " |
| | (найменування) |
| | cheryna2010@ukr.net |
| | (адреса електронної пошти (E- mail)) |
| Документ: | J0303306 |
| | (код форми документу) |
| | РОЗРАХУНОК частки сільськогосподарського товаровиробництва |
| | (назва документу податкової звітності) |
| | 1103003151841 5J0303306100000000351220171103.XML |
| | (ім'я файлу) |
| | Звітна |
| | (стан документа) |
| | Рік,2017 р.   2017 |
| | (назва звітного періоду)    (звітний рік) |
| | 20022017 |
| | (граничний термін подання (для уточнюючих не зазначається)) |

Підписи документа:

(зазначається лише в залежності від статусу особи платника податків та складу посадових осіб, що мають право підпису):

| | печатка: | 31518415 | ФЕРМЕРСЬКЕ ГОСПОДАРСТВО " ЕДЕМ " |
|---|---|---|---|
| | | (код згідно з ЄДРПОУ) | (найменування) |
| Керівник або фізична особа – платник податку, або співробітник з правом підпису ПН | | 2867807114 | БУРДЕЙНИЙ О.А. |
| | | (РНОКПП або серія та номер паспорта ) | (прізвище, ім'я, по батькові ) |
| бухгалтер: | | | |
| | | (РНОКПП або серія та номер паспорта ) | (прізвище, ім'я, по батькові) |

| Результат обробки: | Документ доставлено до | 1103 |
|---|---|---|
| | | (код органу ДФС України) |
| | ГОЛОВАНІВСЬКА ОДПІ ГУ ДФС (ГАЙВОРОНСЬКЕ ВІДДІЛЕННЯ) | |
| | (назва органу ДФС України) | |
| | Прийнято пакет. | |
| | 21012017   13:55:12 | |
| | (дата)    (час) | |
| | Реєстраційний № | 9002649191 |

| Виявлені помилки: | |
|---|---|
| Відправник: | Державна фіскальна служба України |
| | (інформація про відправника) |

ДФС повідомляє про функціонування "Електронного кабінету платника", скористатись яким можна за адресою
cabinet.sfs.gov.ua

*EXHIBIT H*

# JOB DESCRIPTION OF THE DEPUTY DIRECTOR

APPROVE

Oleksandr Anatoliiovych Burdeinyi

(authorized person)

Farming Enterprise "EDEM"

(full name, signature)

(name of institution, organization)

20.02.2017

## JOB DESCRIPTION OF THE DEPUTY DIRECTOR

### I. General Provisions

The deputy director belongs to the category of managers, and he is appointed and dismissed according to the order of the firm director.

A person may be appointed as the deputy director of the enterprise, who has higher professional (technical or engineering economic) education and the experience in the management positions in the sector relevant to the enterprise at least 5 years.

The deputy director shall be subordinated directly to the director.

In his activity, the deputy director shall be governed by:

- regulatory documents on the work performed;
- the articles of association of the enterprise;
- internal labor regulations;
- orders and commission of the director;
- this job description.

The deputy director shall be aware of:

- the legislative and regulatory legal acts governing the industrial economic and financial economic activity of the firm, the regulations of the state, regional and local bodies of state authority and administration, determining the priority directions of the development of economy and the appropriate industry;
- the methodological and regulatory materials of other bodies related to the firm activity;
- the profile, specialization and peculiarities of the firm structure;
- the future technical, economic and social development of the industry and enterprise;
- the production facilities and staff resources of the firm;
- the manufacturing technology of the firm;
- the tax and ecological legislation;



- the procedure for compilation and agreement of business plans of the industrial economic and financial economic activity of the firm;
- market methods of economy and administration of the firm;
- the system of economic indicators allowing the enterprise to determine its position in the market and develop the programs for entering new sales markets;
- the procedure for concluding and executing of the economic and financial agreements;
- market conditions;
- scientific and technological achievements and best practices in the relevant production fields;
- the management of economy and finances of the firm;
- the production and labor arrangement;
- the procedure for the development and concluding the sectoral tariff agreements, collective agreements and governing the social labor relations;
- the labor legislation;
- rules and standards of labor protection;
- rules of business communication;
- rules and approaches to customer service;
- internal labor regulations;
- rules and standards of fire safety.

For the time of absence of the deputy director, his duties shall be fulfilled by another deputy director appointed in the stipulated manner, who is fully responsible for proper execution of the duties imposed on him.

## II. Tasks and Duties

The right to sign particular documents.

The deputy director shall arrange the work and efficient cooperation of all structural subdivisions, workshops and manufacturing units, and increase the firm profitability.

The deputy director shall develop and agree with the firm director the plans for:
- development of production for the year;
- budgeting the firm (for the quarter, year).

The deputy director shall settle the issues connected to the industrial economic and financial economic activity of the firm.

The deputy director shall direct other officials to carry out some directions of activity – heads of production units and branches of the enterprise, as well as functional and production subdivisions.

The deputy director shall monitor the work of all structural subdivisions of the firm.

The deputy director shall arrange the current organizational and executive work of the entire firm.

The deputy director shall provide the execution of all obligations by the firm to the suppliers, customers and creditors, including the banking institutions, as well as

economic and labor agreements.

The deputy director shall approve the staff list of the firm and establish salaries and bonuses on a quarter basis or if necessary.

The deputy director shall head the arrangement of work in the firm on incentives for staff.

The deputy director shall ensure the strict compliance of the saving mode of the material, labor and financial resources.

The deputy director shall carry out the works in improvement of the planning of economic and financial indicators of the enterprise activity, creation and improvement of the standards of labor expenses, spending of inventories and use of production facilities.

The deputy director shall monitor the accounting procedure for receipt and expenditure of funds, and use of inventories.

The deputy director shall monitor the observance of the financial discipline.

The deputy director shall monitor the timeliness of placing the financial statements about the results of economic activity in the stipulated manner and terms for consideration by the director.

## III. Rights

The deputy director shall have the right:

To act on behalf of the enterprise by the instruction.

To represent the firm in the mutual relations with individuals, legal entities, the bodies of state authority and administration on behalf and by the instruction of the director.

To inspect the activity of all subdivisions of the enterprise in the field of economy and organization of production, to give them the appropriate guidelines aimed at increase in its efficiency.

To demand from subdivisions of the enterprise to present the materials required for execution of the obligations stipulated in the Regulation.

To provide the enterprise director with the offers about incentives for employees of all subdivisions for high economic performance and brining to responsibility in case of violation by them of the established requirements in the field of economy and organization of production.

## IV. Responsibility

The deputy director shall bear responsibility for:

Failure to execute (improper execution) of his official duties stipulated in this job description, within the current legislation of Ukraine.

Commitment of an offense in the course of his activity, within the current

administrative, criminal and civil legislation of Ukraine.

Property damage, within the current labor, criminal and civil legislation of Ukraine.

Disclosure of the commercially sensitive information.

Interviewing, holding of meetings and negotiations related to the activity of the firm, without a consent of the director.

Violation of the disciplinary rules in accordance with the provisions of the current labor legislation, and violation of the internal labor regulations of the company.

AGREED

Head of FE "EDEM"                              O.A. Burdeinyi          20.02.2017

(signature)                    (full name)

(signature)                    (full name)

Familiarized with                                  Vadym Viktorovych Katiuzhanskyi
the job description:        (signature)           (full name)                  20.02.2017

*May 30, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380933440528, nika-translation@mail.ru*

# ПОСАДОВА ІНСТРУКЦІЯ ЗАСТУПНИКА ДИРЕКТОРА

ЗАТВЕРДЖУЮ

Бурдейний Олександр Анатолійович

(уповноважена особа)

Ф.Г. «Едем»

_____

(назва установи, організації)

(П.І.Б., підпис)

"_20_" 02_____ 2017 р.

## ПОСАДОВА ІНСТРУКЦІЯ ЗАСТУПНИКА ДИРЕКТОРА

### I. Загальні положення

Заступник директора відноситься до категорії керівників, приймається на роботу і звільняється з неї наказом директора фірми.

На посаду заступника директора підприємства призначається особа, яка має вищу професійну (технічну або інженерно-економічну) освіту і стаж роботи на керівних посадах у відповідній профілю підприємства галузі не менше 5 років.

Заступник директора підпорядковується безпосередньо директору.

У своїй діяльності заступник директора керується:

- нормативними документами з питань виконуваної роботи;
- статутом підприємства;
- правилами внутрішнього трудового розпорядку;
- наказами та розпорядженнями Директора;
- даною посадовою інструкцією.

Заступник директора повинен знати:

- законодавчі та нормативні правові акти, що регламентують виробничо-господарську і фінансово-економічну діяльність фірми, постанови державних, регіональних та місцевих органів державної влади та управління, що визначають пріоритетні напрями розвитку економіки і відповідної галузі;

- методичні та нормативні матеріали інших органів, що стосуються діяльності фірми;
- профіль, спеціалізацію та особливості структури фірми;
- перспективи технічного, економічного і соціального розвитку галузі і фірми;
- виробничі потужності і кадрові ресурси фірми;
- технологію виробництва продукції фірми;
- податкове та екологічне законодавство;
- порядок складання і узгодження бізнес-планів виробничо-господарської та фінансово-економічної діяльності фірми;
- ринкові методи господарювання та управління фірми;
- систему економічних індикаторів, що дозволяють підприємству визначати своє положення на ринку і розробляти програми виходу на нові ринки збуту;
- порядок укладення та виконання господарських і фінансових договорів;
- кон'юнктуру ринку;
- науково-технічні досягнення і передовий досвід у відповідній галузі виробництв;
- управління економікою і фінансами фірми;
- організацію виробництва і праці;
- порядок розробки та укладення галузевих тарифних угод, колективних договорів та регулювання соціально-трудових відносин;
- трудове законодавство;
- правила і норми охорони праці;
- правила ділового спілкування;
- правила і підходи роботи з клієнтами;
- правила внутрішнього трудового розпорядку;
- правила і норми пожежної безпеки.

На час відсутності заступника директора його обов'язки виконує призначений у встановленому порядку інший заступник директора, що несе повну відповідальність за належне виконання покладених на нього обов'язків.

## II. Завдання та обов'язки

· Право підпису ряду документів.

Організовує роботу і ефективну взаємодію всіх структурних підрозділів, цехів та виробничих одиниць, підвищує рентабельність фірми.

Розробляє і погоджує з директором фірми плани:

- Розвитку виробництва на рік;
- Бюджетування фірми (на квартал, рік).

Вирішує питання, що стосуються фінансово-економічної та виробничо-господарської діяльності фірми.

Доручає ведення окремих напрямків діяльності іншим посадовим особам - керівникам виробничих одиниць і філій підприємств, а також функціональних і виробничих підрозділів.

Контролює роботу всіх структурних підрозділів фірми.

Організовує поточну організаційно-виконавчу роботу всієї фірми.

Забезпечує виконання фірмою всіх зобов'язань перед постачальниками, замовниками і кредиторами, включаючи установи банку, а також господарських і трудових договорів.

Затверджує штатний розклад фірми, встановлює посадові оклади та надбавки щокварталу або в міру необхідності.

Очолює організацію роботи у фірмі по стимулюванню персоналу.

Забезпечує суворе дотримання режиму економії матеріальних, трудових і фінансових ресурсів.

Проводить роботи з удосконалення планування економічних і фінансових показників діяльності підприємства, по створенню й поліпшенню нормативів трудових витрат, витрачання товарно-матеріальних цінностей і використання виробничих потужностей.

Здійснює контроль за порядком обліку надходження і витрачання коштів, використанням матеріальних цінностей.

Забезпечує контроль за ходом дотримання фінансової дисципліни.

Контролює своєчасність подання звітності про результати економічної звітності про результат економічної діяльності в установленому порядку та терміни на розгляд директору.

_____   _____

_____.

_____

_____.

## III. Права

Заступник директора має право:

Діяти від імені підприємства за дорученням.

Представляти інтереси фірми у взаємовідносинах з громадянами,

юридичними особами, органами державної влади та управління за дорученням та розпорядженням директора.

Здійснювати перевірку діяльності всіх підрозділів підприємства в області економіки та організації виробництва, давати їм відповідні вказівки, спрямовані на підвищення його ефективності.

Вимагати від підрозділів підприємства представлення матеріалів, необхідних для виконання обов'язків, передбачених цим Положенням.

Представляти директору підприємства пропозиції про заохочення працівників усіх підрозділів за високі економічні показники роботи та притягнення до відповідальності за порушення встановлених вимог в області економіки та організації виробництва.

## IV. Відповідальність

Заступник директора несе відповідальність за:

Невиконання (неналежне виконання) своїх посадових обов'язків, передбачених даною посадовою інструкцією, в межах, визначених чинним законодавством України.

Вчинені в процесі своєї діяльності правопорушення, - в межах, визначених чинним адміністративним, кримінальним та цивільним законодавством України.

Завдання матеріальної шкоди - в межах, визначених чинним трудовим, кримінальним та цивільним законодавством України.

Розголошення комерційної таємної інформації.

Проведення без дозволу директора інтерв'ю, зустрічей, переговорів, що стосуються діяльності фірми.

Порушення вимог дисципліни відповідно до норм чинного трудового законодавства, за порушення внутрішнього трудового розпорядку в компанії.

УЗГОДЖЕНО
Голова
Фермерського                    (підпис) О.А.                    " 20    "
                                                                  02.2017р.

APPROVED

Head of FE "Edem" Burdeinyi O.A._____

„_26____" _12__    ___    2016

JOB INSTRUCTION

## 1. GENERAL PROVISIONS

1.1. The name of the position – a TRACTOR DRIVER

1.2. The person who appoints, transfers, relocates and discharges the officer - being appointed and dismissed from work in due course in accordance with the order of the Director on the proposal of the Deputy Director of practical training.

1.3. The order of appointment and a training term are according to the contract.

1.4. An immediate supervisors –is the Deputy Director of practical training.

1.5. In his work a tractor driver is guided according to the contract concluded between him and the Director. the job description. the Provisions, and orders and appointments of superior leadership.

## 2. TASKS AND RESPONSIBILITIES

2.1. Labor function  is timely and efficient shipping, conducting all agrotechnological techniques for growing crops, keeping the vehicle in constant technical readiness.

2.2. The list of tasks to be solved:

1. To ensure the timely departure of the vehicle on the line according to the request;

2. To receive and return the letters daily to the traveling dispatcher of the training and technology department; to execute them clearly, avoiding corrections for the indicator speedometer;  to not go on the line without a road registration letters and other documents;

3. To carry out a daily maintenance of the assigned vehicle, to keep the tractor in a good condition;

4. To avoid traffic violations and going on the line being intoxicated:

5. To follow the safety in the vehicle maintenance and its repair;

6. To improve the skills both in terms of maintenance of equipment. and in respect of changes in the traffic rules.

2.3. The order, the nature and frequency of reporting -  the tractor driver daily clearly draws the road letters and returns them to the dispatcher of the garage.

2.4. Working time is observed according to the production regime - under the rules of labor regulations

## 3. RIGHTS

The tractor driver has the right to:

1. Know the reason for stopping the vehicle by a person who supervises the traffic, as well as his name and position;

2. Have damages compensation due to non -compliance with the state of roads, streets, railroad crossings safety requirements;

3. Receive the necessary help from officials and organizations both at the enterprise, and those involved in road safety.

4. Make proposals to improve the work of the department and the unit.

4. RESPONSIBILITY

The tractor driver is responsible for:

1. A timely submission of a tractor to the applicant;

2. Damages, if the tractor is damaged because of his fault;

3. Giving the wheel to the persons who have no certificate for driving of this category;

4. Giving the wheel to the persons who are intoxicated or under the influence of drugs;

5. The escape from the accident place.

5. HE MUST KNOW

1. Traffic rules and safety

2. The structure and the order of operation of the vehicle driven.

6. QUALIFICATION REQUIREMENTS

Driving license to drive vehicles in this category.

APPROVED


Head of FE "Edem" Burdeinyi O.A._____ _____ „_26___”_12_____ 2016

(name, initials) (signature)

Familiar with the instructions (for) ____Chernega Yu.A._____ _____

„_26___”_12_____ 2016

(name, initials) (signature)


*May 30, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*

*20300, Ukraine, Uman, Lenin Street, 20/18*

*÷380474435990, +380939440528, nika-translation@mail.ru*



ЗАТВЕРДЖУЮ

__голова Ф.Г. «Едем» Бурдейний О.А.

„_26____ "_12_____ 2016 р.

ПОСАДОВА ІНСТРУКЦІЯ

1. ЗАГАЛЬНІ ПОЛОЖЕННЯ

1.1. Найменування посади - ТРАКТОРИСТ

1.2. Ким призначається, переводиться, переміщується і звільняється посадова особа - призначаються і звільняються з роботи в установленому порядку згідно з наказом директора за поданням заступника директора з практичного навчання.

1.3. Порядок призначення, строк випробування – за договором

1.4. Безпосередній керівник –заступник директора з практичного навчання.

1.5. У своїй роботі тракторист керується укладеним між ним та директором договором, цією посадовою інструкцією, Положенням , а також наказами і розпорядженнями вищестоящого керівництва.

2. ЗАВДАННЯ ТА ПОСАДОВІ ОБОВ'ЯЗКИ

2.1. Трудова функція - своєчасне і якісне перевезення вантажу, проведення всіх агротехнологічних прийомів з вирощування сільськогосподарських культур, утримання свого транспортного засобу в постійній технічній готовності.

2.2. Перелік робочих завдань, що вирішуються:

1. Забезпечення своєчасного виїзду транспортного засобу на лінію згідно з заявками ;

2. Щоденно одержувати та повертати шляхові листи диспетчеру учбово-технологічного відділу; якісно і розбірливо їх оформляти, не допускаючи виправлень показника спідометра; не виїжджати на лінію без шляхового листа та інших реєстраційних документів;

3. Проводити щоденне технічне обслуговування закріпленого за ним транспортного засобу, утримувати свій трактор у належному стані;

4. Не допускати порушення правил дорожнього руху та виїздів на лінію у нетверезому стані;

5. Дотримуватись техніки безпеки при обслуговуванні та ремонті транспорту;

7. Підвищувати свою кваліфікацію як відносно обслуговування техніки, так і відносно змін у правилах дорожнього руху.

2.3. Порядок, характер і періодичність звітності - щоденно тракторист якісно і розбірливо оформляє шляхові листи та повертає їх диспетчеру гаража.

2.4. Робочий час, дотриманий виробничого режиму – згідно правил трудового розпорядку.

3. ПРАВА

Тракторист має право:

1. Знати причину зупинки транспортного засобу особою, яка здійснює нагляд за дорожнім рухом, а також її прізвище та посаду;

2. На відшкодування збитків, завданих внаслідок не відповідності стану доріг, вулиць, залізничних переїздів вимогам безпеки руху;

3. Отримувати необхідну допомогу від посадових осіб та організацій як у себе на підприємстві, так і тих, що беруть участь у забезпеченні безпеки дорожнього руху.

4. Вносити пропозиції щодо вдосконалення роботи відділу, підрозділу.

4. ВІДПОВІДАЛЬНІСТЬ

Тракторист несе відповідальність за:

1. Своєчасну подачу трактора заявнику;

2. Завдані збитки, якщо пошкоджений трактор з його вини;

3. За передачу керма особам, які не мають посвідчення на право керування транспортним засобом даної категорії;

4. За передачу керма особам, що знаходяться у стані сп'яніння або під дією наркотичних препаратів;

5. За втечу з місця дорожньо-транспортної пригоди.

5. ПОВИНЕН ЗНАТИ

1. Правила дорожнього руху та техніки безпеки

2. Будову та порядок експлуатації засобу яким керує.

6. КВАЛІФІКАЦІЙНІ ВИМОГИ

Посвідчення на право керування транспортними засобами даної категорії.

УЗГОДЖЕНО: Голова Ф.Г. «Едем» бурдей ний О.А. _____

_____ "____" _____ 200__р.

(прізвище, ініціали) (підпис)

ЗАТВЕРДЖУ

Голова Ф.Г. «Едем» Бурдейние О.А.____

„_26____" _12_____ 2016 р.

ПОСАДОВА ІНСТРУКЦІЯ

## 1. ЗАГАЛЬНІ ПОЛОЖЕННЯ

1.1. Найменування посади - ТРАКТОРИСТ

1.2. Ким призначається, переводиться, переміщується і звільняється посадова особа - призначаються і звільняються з роботи в установленому порядку згідно з наказом директора за поданням заступника директора з практичного навчання.

1.3. Порядок призначення, строк випробування – за договором

1.4. Безпосередній керівник –заступник директора з практичного навчання.

1.5. У своїй роботі тракторист керується укладеним між ним та директором договором, цією посадовою інструкцією, Положенням , а також наказами і розпорядженнями вищестоящого керівництва.

## 2. ЗАВДАННЯ ТА ПОСАДОВІ ОБОВ'ЯЗКИ

2.1. Трудова функція - своєчасне і якісне перевезення вантажу, проведення всіх агротехнологічних прийомів з вирощування сільськогосподарських культур, утримання свого транспортного засобу в постійній технічній готовності.

2.2. Перелік робочих завдань, що вирішуються:

1. Забезпечення своєчасного виїзду транспортного засобу на лінію згідно з заявками ;

2. Щоденно одержувати та повертати шляхові листи диспетчеру учбово-технологічного відділу; якісно і розбірливо їх оформляти, не допускаючи виправлень показника спідометра; не виїжджати на лінію без шляхового листа та інших реєстраційних документів;

3. Проводити щоденне технічне обслуговування закріпленого за ним транспортного засобу, утримувати свій трактор у належному стані;

4. Не допускати порушення правил дорожнього руху та виїздів на лінію у нетверезому стані;

5. Дотримуватись техніки безпеки при обслуговуванні та ремонті транспорту;

7. Підвищувати свою кваліфікацію як відносно обслуговування техніки, так і відносно змін у правилах дорожнього руху.

2.3. Порядок, характер і періодичність звітності - щоденно тракторист якісно і розбірливо оформляє шляхові листи та повертає їх диспетчеру гаража.

2.4. Робочий час, дотриманий виробничого режиму – згідно правил трудового розпорядку.

3. ПРАВА

Тракторист має право:

1. Знати причину зупинки транспортного засобу особою, яка здійснює нагляд за дорожнім рухом, а також її прізвище та посаду;

2. На відшкодування збитків, завданих внаслідок не відповідності стану доріг, вулиць, залізничних переїздів вимогам безпеки руху;

3. Отримувати необхідну допомогу від посадових осіб та організацій як у себе на підприємстві, так і тих, що беруть участь у забезпеченні безпеки дорожнього руху.

4. Вносити пропозиції щодо вдосконалення роботи відділу, підрозділу.

4. ВІДПОВІДАЛЬНІСТЬ

Тракторист несе відповідальність за:

1. Своєчасну подачу трактора заявнику;

2. Завдані збитки, якщо пошкоджений трактор з його вини;

3. За передачу керма особам, які не мають посвідчення на право керування транспортним засобом даної категорії;

4. За передачу керма особам, що знаходяться у стані сп'яніння або під дією наркотичних препаратів;

5. За втечу з місця дорожньо-транспортної пригоди.

5. ПОВИНЕН ЗНАТИ

1. Правила дорожнього руху та техніки безпеки

2. Будову та порядок експлуатації засобу яким керує.

6. КВАЛІФІКАЦІЙНІ ВИМОГИ

Посвідчення на право керування транспортними засобами даної категорії.

УЗГОДЖЕНО

Голова Ф.Г. "Едем" Бурлейний О.А._____

„_26____" _____2016 р.

(прізвище, ініціали) (підпис)

З інструкцією ознайомлений (на) _____Чернега Ю.А._____

„_26____" _12_____ 2016 р.

(прізвище, ініціали) (підпис)

APPROVE

Oleksandr Anatoliiovych Burdeinyi

_____
(authorized person)

_____

Farming Enterprise "EDEM"                    _____
                                                    (full name, signature)
_____
(name of institution, organization)

05.05.2017

## JOB DESCRIPTION OF THE COUNTER

### I. General Provisions

The counter belongs to the category of technical executives.

A person may be appointed as the counter, who has secondary technical education.

The counter shall be aware of:

- The legislation of Ukraine.
- Technical characteristics and basic properties of the goods.
- Internal labor regulations.
- Rules and regulations of labor safety, industrial hygiene, fire safety.

The counter, in his activity, shall be governed by:

- This job description.
- Internal enterprise documents.

The counter shall be subordinated directly to the head of the accounting and control department.

### II. Tasks and Duties

To perform the operations in acceptance and accounting of source documents.

The counter shall check the obtained source documents upon the form and content.

The counter shall systematize the obtained source documents and transfer the information reflected in these documents to the enterprise base.

The counter shall monitor the warehouse reports on accuracy of consignment notes, signatures.

of operators, storekeepers or the employees responsible for correct release of the goods and products.

The counter shall archive the reports for the last 2 months.

The counter shall execute the return in the base and check the contractors, dates and prices.

The counter shall check the returns made by the store.

The counter shall provide the reconciliation of movement of the goods – manager-warehouse-contractor.

The counter shall monitor the timely submission of reports as amended by the storekeepers of the warehouse.

The counter shall, while checking the reports, selectively compare the consignment notes with the basic accounting entries and address the shortcomings in the filling out.

The counter shall demand the accuracy of filling out of the source documents from the employees responsible for execution of the documents, which reflect the movement of inventory.

The counter shall show the results of the digital information in these documents upon its kinds, directions and periods.

The counter shall prepare the interim calculations required for accounting of economic operations and place them for consideration by the head.

The counter shall, in due time, report to the management about all circumstances, hindering the execution of direct duties of the operator.

The counter shall never disclose any information to third parties about the movement of inventory at the enterprise.

The counter shall use the inventory according to its intended purpose (operate PC as directed).

The counter shall observe cleanliness and order in the workplace.

The counter shall ensure the preservation of the accounting documents.

The counter shall, in due time, execute the receipts notes for the range of products.

The counter shall prepare the data and forms of the documents for payment transactions.

The counter shall register the documents received by the accounting subdivision.

The counter shall complete the documents in the chronological order and provide their usability in case of their inspection, if necessary.

_____

_____


## III. Rights


The counter shall have the right:

To be familiarized with the decisions of the management as for his activity.

To participate in the discussing of his efficient execution of his official duties.

To place the offers on improvement of the activity of the department for consideration by the head.

To sign and initial the documents within his competence.

To demand from the head to assist in the execution of his rights and obligations.

_____

_____

## IV. Responsibility

The counter shall bear responsibility for:

Improper execution or failure to execute his official duties stipulated in this job description, within the current legislation of Ukraine.

Property damage, within the current legislation of Ukraine.

Commitment of the actions, in the course of execution of his official duties, which bring to the criminal responsibility, within the current legislation of Ukraine.

The counter shall bear full financial responsibility for storage of source documents, correctness of digital indicators introduced to the database, which reflect the movement of inventory, and authenticity of the reports placed for consideration by the management.

_____

_____

AGREED

Head of Farming Enterprise "EDEM"          O.A. Burdeinyi          05.05.2017

                                   _____          _____
                                   (signature)      (full name)

                                   _____          _____
                                   (signature)      (full name)
Familiarized with                                   Ye.V. Khavlina
the job description:               _____          _____          05.05.2017
                                   (signature)      (full name)

*May 30, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528, nika-translation@mail.ru*



ЗАТВЕРДЖУЮ

Бурдейний Олександр Анатолійович

_____
(уповноважена особа)

Ф.Г. «Едем»

_____
(назва установи, організації)

_____
(ПІБ/підпис)

"05___" _05_____ 2017_ р.

## ПОСАДОВА ІНСТРУКЦІЯ ОБЛІКОВЦЯ

### I. Загальні положення

Обліковець відноситься до категорії технічних виконавців.

На посаду обліковця призначається особа, яка має середньо-технічну освіту.

Обліковець повинен знати:

- Законодавство України.
- Технічні характеристики товару, основні властивості.
- Правила внутрішнього трудового розпорядку.
- Правила и норми охорони праці техніки безпеки, виробничої санітарії, протипожежної безпеки.

Обліковець в своїй діяльності керується:

- Цією посадовою інструкцією.
- Внутрішніми документами підприємства.

Обліковець підпорядковується безпосередньо керівнику відділу обліку та контролю.

_____

_____

### II. Завдання та обов'язки

Здійснювати операції по прийняттю, обліку первинної документації.

Перевіряє отримані первинні документи за формою та змістом.

Систематизує отримані первинні документи, переносить інформацію, відображену в цих документах в базу підприємства.

Контролює звіти по складах на правильність оформлення товарних накладних, підписів операторів, комірників, чи працівників відповідальних за видачу товару, правильність виписки товару.

Архівує звіти за останні 2 місяці.

Оформлює повернення по базі, перевіряє контрагентів, дати, ціни.

Перевіряє повернення здійсненні магазином.

Проводить звірку руху товару менеджер-склад-контрагент.

Контролює своєчасність подачі звітів з виправленнями комірниками складу.

При перевірці звітів вибірково звіряти накладні з базовими проводками, усувати недоліки в заповненні.

Вимагати від працівників відповідальних за оформлення документів які відображають рух товарно-матеріальних цінностей правильності заповнення первинних документів.

Виводить підсумки цифрової інформації в цих документах за її видами, напрямками та періодами.

Готує проміжні розрахунки, необхідні для здійснення обліку господарських операцій і подає їх до розгляду керівнику.

Своєчасно доповідати керівництву про всі обставини, які ускладнюють виконання безпосередніх функцій оператора.

Ніколи ні в якому вигляді не розголошувати інформацію поза підприємством про рух товарно-матеріальних цінностей на підприємстві.

Використовувати інвентар за призначенням (ПК експлуатувати згідно інструкції).

Дотримуватись чистоти і порядку на робочому місці.

Забезпечувати збереження бухгалтерських документів.

Вчасно оформлювати прихідні накладні на товарний асортимент.

Готує дані та форми документів для розрахункових операцій.

Здійснює реєстрацію документів що надходять у підрозділ бухгалтерського обліку.

Комплектує документи у хронологічному порядку, забезпечує зручність користування ними при потребі перевірки.

## III. Права

Обліковець має право:

Ознайомлюватись з рішеннями керівництва щодо його діяльності.

Приймати участь в обговоренні питань ефективного виконання ним своїх посадових обов'язків.

Вносити на розгляд керівника пропозиції щодо покращення діяльності відділу.

Підписувати візувати документи в межах своєї компетенції.

Вимагати від керівника сприяння щодо виконання своїх прав і обов'язків.

## IV. Відповідальність

Обліковець несе відповідальність:

За неналежне виконання або невиконання своїх посадових обов'язків, передбачених даною посадовою інструкцією, - в межах, визначених діючим законодавством України.

За вчинення матеріальної шкоди, - в межах, визначених діючим законодавством України.

За здійснення в процесі виконання своїх посадових обов'язків вчинків, які тягнуть за собою кримінальну відповідальність, - в межах, визначених діючим законодавством України.

Обліковець несе повну матеріальну відповідальність за збереження первинних документів, правильність внесених в базу даних цифрових показників які відображають рух товарно-матеріальних цінностей, достовірність поданих на розгляд керівництва звітів.

_____ .

_____ .

УЗГОДЖЕНО

Голова

Фермерського

Господарства        (підпис)        О.А. Бурдейний        "_05___"

«ЕДЕМ»        (підпис)        (ПІБ)        05.2017

\_\_\_\_р. .

Хавліна        "_05___"

З інструкцією        Є.В.        _05.2017

ознайомлений:        (підпис)        (ПІБ)        \_\_\_\_р.

"ЕДЕМ"
код 31846158

|  | APPROVED |
|---|---|
|  | Burdeinyi O.A. |
|  | (authorized person) |

| FE "Edem" | |
|---|---|
| (name of institution or organization) | (Full name, signature) |
|  | "_10.03.2017. |

# Job description – Farm worker of the 4th category

## Preface

0.1. The document shall come into force upon approval.

0.2. The document developer: _ _ _ _ FE "EDEM" _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

0.3. The document approved by: _ Burdeinyi O.A._ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ .

0.4. Periodic inspection of the document is conducted at intervals not exceeding 3 years.

## 1. General Provisions

1.1. Position "The farm worker of 4th category" is classified as the "Workers" category.

1.2. Qualifications are as follows: vocational education - primary training or retraining in accordance with the previously acquired profession. The qualification certification for the right for tractors driving (category A), cars (categories B and C), for performance of plumbing repairs of agricultural and land reclamation machines and equipment (3 level), for care for farm animals, poultry (3, 4 bits), milking cows (4 category). The certificate for working with fertilization and the use of chemical plant protection.

1.3. Knowledge and use of the following:



- the rules, methods and performance features of the agricultural and land reclamation of tractor units, according to the requirements of agricultural equipment and agricultural technology, transportation of various goods;

- basics of farming and agricultural technology of agricultural crops;

- structure, principle of operation, operating regulation of wheeled tractors class of 20 kN inclusive, crawler tractors class of 30 kN inclusive, and reclamation of agricultural machinery, mechanisms of the major groups of vehicles of categories B and C, farm equipment and livestock systems;

- technological regulation of agricultural machines;

- requirements for manning machine-tractor units to perform mechanized operations;

- symptoms and causes of major faults of tractors, agricultural and reclamation machines and vehicles, how to repair them;

- systems of maintenance and repair of tractors, agricultural and reclamation equipment, motor vehicles;

- peculiarities of the maintenance of machines in the application of crop protection chemicals;

- traffic and transportation rules;

- storage requirements and how to protect tractors, cars and other vehicles from corrosion. agricultural machinery;

- basic properties and allowances for fuel and oil materials;

- output norms;

- the content and rules of the primary accounting documents concerning the operation of tractors, cars;

- basic information about the purpose and properties of metals and their alloys, non-metallic materials used for the manufacture and repair of machine parts;

- methods and rules of plumbing works;

- the basis of the market economy and primary accounting (in the case of independent farming);

- the basis of labor legislation;

- the rules of care, grazing animals, milking cows, sorting and packing of eggs;

- the most common diseases of animals and basic techniques providing veterinary care;

- basic food, vitamin and mineral preparations used in animal feed;

- methods of breeding and intensive fattening of calves, zoohygienic requirements and veterinary medicine for the maintenance, care and feeding of animals;

- the rules and regulations of labor protection, industrial sanitation and fire protection.

1.4. He is appointed and dismissed by order of the organization (enterprise / organization).

1.5. He reports directly to _ _the Head of FE _ _ _ _ _ _ _ _ .

1.6. He manages the work of _ _ _ _ _ _ _ _ _ _ .

1.7. In the absence, he is replaced by the person designated in the prescribed manner who acquires corresponding rights and responsibility for the proper performance of their duties.

## 2. Description of work tasks and duties

2.1. He independently carries out agricultural and reclamation works of wheeled tractors of class up to 20 kN including tracked tractors of class 30 kN inclusive, and reclamation of agricultural machines, which are compatible with these tractors, including bulldozers, according to the requirements of agricultural technology and agricultural technology.

2.2. He prepares, saws, plants seeds and planting material (grain, forage, technical crops, vegetables, fruit crops etc.).

2.3. He supplies tractor units with necessary details.

2.4. He performs transportation works using tractors, vehicles of categories B and C in compliance with traffic rules and transportation.

2.5. He provides maintenance of tractors, cars, agricultural machines and reclamation, technological regulation of agricultural workers and reclamation machines and devices to them.

2.6. He identifies and eliminates faults of tractors, agricultural machinery, automobiles.

2.7. He repairs, completes and manages units of average complexity of agricultural machinery, tractors replacing individual parts and components.

2.8. He provides maintenance, repair, installation and adjustment of ordinary machinery and equipment of livestock farms and complexes.

2.9. He reads simple engineering drawings, schematics, operating instructions use machines.

2.10. He prepares vehicles and agricultural machinery to storage.

2.11. He controls costs of fuel and lubricants in his work.

2.12. He designes the primary documents of accounting work of machinery and tractor units, traveling documents.

2.13. He manages other documents of primary accounting (provided with independent farming).

2.14. He performs manual and partly mechanical work to care for cows and other cattle.

2.15. He feeds and grazes animals and poultry.

2.16. He milks cows.

2.17. He cleans dung, cleans the room.



2.18. He participates in carrying out preventive measures to prevent animal diseases.

2.19. He sorts, packs eggs.

2.20. He weighs loads and sends animals to processing enterprises.

2.21.He follows the rules and regulations of occupational safety, industrial hygiene and fire protection.

2.22. He knows, understands and uses the existing regulations relating to his activities.

2.23. He knows and fulfills the requirements of regulations on health and the environment, follows the rules, methods and techniques of safe operation.

# 3. Rights

The employee of the farm household of 4th category is entitled to:

3.1. Take action to prevent and eliminate any irregularities or inconsistencies.

3.2. Receive all social benefits under the law.

3.3. Demand the performance of his duties and the exercise of rights.

3.4. Require organizational and technical conditions necessary for the performance of official duties and provision of necessary equipment and inventory.

3.5. Get acquainted with draft documents relating to his activities.

3.6. Ask and receive documents, materials and information necessary to perform his duties and management orders.

3.7. Enhance his professional skills.

3.8. Notify of irregularities and inconsistencies discovered in the course of business and make proposals for their elimination.

3.9. Get acquainted with the documents defining the rights and obligations under the posts, criteria for evaluating quality of performance of official duties.

# 4. Responsibility

The employee of the farm household of 4th category is responsible for:

4.1. Failure or delay in performance of this job description duties and (or) non-granted rights.

4.2. Failure to comply with work rules, safety, safety, industrial hygiene and fire protection.

4.3. Disclosure of company (enterprise/institution) relating to commercial secrets.

4.4. Failure or improper fulfillment of the requirements of internal regulations of the organization (company/institution) and legal regulations guide.

4.5. Offenses committed in the course of his activities, within the limits established by current administrative, criminal and civil law.

4.6. The task of material damage organization (enterprise/institution) within the limits established by current administrative, criminal and civil law.

4.7. Unauthorized use of official powers and use them for personal purposes.


**AGREED**

Familiar with the
instructions::

| _____ | O.K. | _____Romanskyi_____ | "_10_" _03. |
| (signature) | | (Full name) | 2017_____ ___ |


*May 30, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528   nika-translation@mail.ru*

# ПОСАДОВА ІНСТРУКЦІЯ ЗАВІДУЮЧОГО ГОСПОДАРСТВОМ

ЗАТВЕРДЖУЮ

Бурдейний Олександр Анатолійович

Фермерське Господарство «Едем»

"_27_" ___12_____ 2016 р.

## ПОСАДОВА ІНСТРУКЦІЯ ЗАВІДУЮЧОГО ГОСПОДАРСТВОМ

### I. Загальні положення

Завідуючий господарством підприємства належить до категорії керівників.

Призначення на посаду завідуючого господарством підприємства та звільнення з неї здійснюється наказом Голови правління з дотриманням вимог Кодексу законів про працю України.

Завідуючий господарством підприємства підпорядковується безпосередньо заступнику Голови правління.

Завідувач господарства повинен знати:

- перспективу розвитку галузі та підприємства.
- порядок складання встановленої звітності.

На посаду завідувача господарства призначається особа, яка має:

- повну або вищу освіту відповідного напрямку.
- стаж роботи за спеціальністю: не менше 3 років.

### II. Завдання та обов'язки

Організує забезпечення підприємства усіма необхідними для його виробничої діяльності матеріальними ресурсами ( напівфабрикатами, інструментами, господарським інвентарем, і.т.п.).

Проводить нагляд за матеріально-технічним станом офісних і виробничих приміщень.

Координує роботу по усуненню поточних поломок, недоліків які перешкоджають роботі підприємства.

Розробляє і реалізує способи зручної експлуатації території підприємства (офісних, складських, виробничих, прилеглих територій.).

Звітується щотижня за виконану роботу перед керівництвом підприємства.

Керує розробленням перспективних планів матеріально-технічного забезпечення виробництва на основі визначення потреби підрозділів в матеріальних ресурсах, складання матеріальних балансів та заявок на розподілені за планом матеріальні ресурси.

Бере участь в узгодженні умов і складанні договорів поставок з матеріально-технічного забезпечення підприємства.

Забезпечує цілковиту реалізацію виділених фондів і планів забезпечення згідно з установленою кількістю, якістю та комплектністю.

Виконує роботу, пов'язану з підготовкою претензій до постачальників у разі порушення ними договірних зобов'язань.

Узгоджує з постачальниками зміни умов укладання договорів.

Очолює роботу з ресурсозбереження, техніко-економічного аналізу в галузі матеріально-технічного забезпечення.

Керує розробленням нормативів потреби і виробничих (складських) запасів матеріальних ресурсів.

Здійснює організацію оперативного обліку постачальницьких операцій, переписування матеріальних ресурсів.

---

---

---

### III. Права

Завідуючий господарством має право:

ознайомлюватись з проектами рішень керівництва підприємства, що стосуються діяльності відділу.

вносити на розгляд керівництва підприємства пропозиції щодо поліпшення діяльності підприємства (відділу).

в межах своєї компетенції підписувати та візувати документи, здійснювати взаємодію з керівниками всіх структурних підрозділів підприємства.

---

## IV. Відповідальність

Завідуючий господарством несе відповідальність:

За неналежне виконання або невиконання своїх посадових обов'язків, а також за невикористання або неповне використання своїх функціональних прав, що передбачені цією посадовою інструкцією, — в межах, визначених чинним законодавством України про працю.

За правопорушення, скоєні в процесі здійснення своєї діяльності, — в межах, визначених чинним адміністративним, кримінальним та цивільним законодавством України.

За завдання матеріальної шкоди — в межах, визначених чинним цивільним законодавством та законодавством про працю України.

УЗГОДЖЕНО

Голова Ф.Г. «Едем»        Бурдейний О.А.      " 27.12.2016р.___"

    (підпис)          (ПІБ)                р.

    (підпис)               (ПІБ)

З інструкцією            Степанюк.М.В.    " 27 .12.2016р.

ознайомлений:   (підпис)       (ПІБ)          р.

# Job description of the guard employee

### 1. General Provisions

1.1 This job description defines the responsibilities, rights and responsibilities of the guard.

1.2 The guard is classified as a technical employee

1.3 The guard shall be appointed and removed from office in due course by the current labor laws order of the director of the company.

1.4 Official submission:

For the Company Director

### 1. Qualification requirements for the guard:

| | | |
|---|---|---|
| 2.1. | Education* | Initial professional education, special training for the installed program |
| 2.2. | Work experience | Not less than 1 year |
| 2.3. | Knowledge of: | The laws and other legal acts of Ukraine governing security activity. |
| | | Instructions, orders and other regulations governing the organization of work of the object and material values. |
| | | The specifics and structure of the operation of the enterprise and its units. |
| | | Manual for access control. |
| | | Sample blanks, consignment notes and other border crossing documents. |
| | | The signatures of officials entitled to give instructions on bringing in and bringing out (taking away) of the inventory. |
| | | Terms of inspections of goods that are taken away. |
| | | The order of detention of persons who have committed theft, drafting the appropriate materials. |
| | | Rules how to use technical means for fire alarm. |
| | | The procedure for guarding separate facilities, alarm response. |
| | | Locations of primary means of fire and communication, the algorithm how to use them. |
| | | Internal labor regulations and instructions for passing regime. |

| | | for the guarded object |
|---|---|---|
| | | The rules of property and personal inspection, administrative detention, drafring materials on offenders, the use of weapons of the radio and intercom system. General principles of first aid. Rules and regulations of labor protection, safety and fire protection. |
| 2.4. | Skills | Knowledge of fire alarm systems, work with dogs, the first aid. |
| 2.5. | Additional requirements | Speciality working experience |

1. **Documents regulating the activities of the guard**

3.1 External documents:

Legislation and regulations concerning the work performed.

3.2 Internal documents:

Charter of the Company, orders and directives of the Company Director (Head of security guards; Provisions concerning the security guards; Security guard job description; Internal labor regulations).

1. **Responsibilities of the guard**

The guard:

4.1. Provides service for the protection of objects of property.

4.2. Checks documents of persons who go on the object (leave the object) guarded and controls the taking in and taking out (taking away) material values.

4.3. Provides an overview of things and personal inspection of workers and employees.

4.4. Oversees the work of the installed devices of security and fire alarm systems on the enterprise.

4.5. Reports their alarm operation to their Security Guard Head (of a watchmen groups), next to the object, and if necessary - to the police or the fire department.

4.6. Discovers the alarm cause and takes steps to arrest perpetrators or to stop fire.

4.7. Takes separate rooms equipped with the alarm system under his guard from materially responsible persons with alarm.



4.8. In case of an alert on the protected object, overrides the checkpoint, taking in (intake) to the object (from the object) of all persons is carried out only with the permission of the Head of a watchmen group (on duty on the object).

4.9. Takes actions to prevent and combat crime at the object guarded.

4.10. Provides detention of persons attempting to illegally take out (take away) material values from the guarded object, or suspected of crime, and takes them in the guard room or the police station.

4.11. Controls the work of the device for the security and fire alarm systems installed at object guarded.

4.12. Uses guard dogs while on duty.

1. **Rights of the guard**

The guard has the right to:

5.1. Act on behalf of the department, represent the company in dealings with other departments of enterprises, organizations and public authorities.

5.2. Provide interaction with leaders (employees) of all (individual) structural divisions.

5.3. Get acquainted with draft decisions of the management relating to the activities of his branch.

5.4. Contribute to the management proposals for the improvement of the company headed by him and the structural unit in particular.

5.5. Participate in the drafting of orders, instructions, directions and budgets, contracts and other documents related to the activities of his branch.

5.6. Within its authority to sign documents and vise them.

5.7. Independently conduct correspondence with structural divisions and other organizations on matters included in his competence.

5.8. Submit proposals to the Company Director on bringing to material and disciplinary responsibility the officials from the structural unit headed by him based on the results of inspections.

1. **Responsibility of the guard**

The guard is responsible for:

6.1. For inadequate performance or failure to perform his duties stipulated by this job description - to the extent permitted under applicable labor laws of Ukraine.

6.2. For offenses committed in the performance of his activities - to the extent permitted under applicable administrative, criminal and civil legislation of Ukraine.

6.3. For material losses - to the extent permitted under applicable labor and civil legislation of Ukraine.

1. **Conditions of the guard work**

The guard working regime is determined in accordance with the working rules established by the company.

1. **Renumeration conditions of the guard work**

Remuneration of the guard is determined in accordance with the Regulations on staff salaries.

## 9    FINAL PROVISIONS

9.1   This Job description is made in two copies, one of which is kept in the enterprise, the other is kept by the employee.

9.2   Objectives, duties, rights and responsibilities may be specified in accordance with the change in the structure, tasks and functions of the units and the workplace.

9.3   Amendments to this Job description shall be made by order of the General Director of the company.

| Head of FH "EDEM" | | |
|---|---|---|
| Burdeinyi O.A. | (signature) | (signature, initials) |
| **AGREED:** | | |
| 21.02.2017 | | |

**Familiar with the instructions:**

| Lobchynskyi V.D. | (signature) | (signature, initials) |
|---|---|---|
| | 21.02.2017 | |

*May 30, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528, nika-translation@mail.ru*



Посадова інструкція охоронця

1. Загальні положення

1.1. Дана посадова інструкція визначає функціональні обов'язки, права і відповідальність охоронця.

1.2 Охоронець відноситься до категорії технічних виконавців.

1.3      Охоронець призначається на посаду і звільняється від посади в установленому порядку чинним трудовим законодавством наказом директора підприємства.

1.4 Посадове підпорядкування:

Директору підприємства

1  Кваліфікаційні вимоги до охоронця:

| 2.1. | Освіта | початкова професійна, спеціальна підготовка програмі |
| 2.2. | досвід роботи | не менш 1 року |
| 2.3 | знання | Закони й інші нормативно-правові акти Украї регламентують охоронну діяльність. |
| | | Інструкції, накази, інші нормативні документ регламентують організацію роботи з охорони матеріальних цінностей. |
| | | Специфіку і структуру підприємства і режим підрозділів. |
| | | Інструкцію з пропускного режиму. |
| | | Зразки пропусків, товарно-транспортних накл пропускних документів. |
| | | Підписи посадових осіб, що мають право дава розпорядження на ввіз і вивіз (винесення) тов |

|  |  | матеріальних цінностей. |
|---|---|---|
|  |  | Правила перевірок вантажів, що вивозяться. |
|  |  | Порядок затримання осіб, що вчинили розкра оформлення на них матеріалів. |
|  |  | Правила користування технічними засобами пожежної сигналізації. |
|  |  | Порядок прийому під охорону відособлених реагування на спрацьовування сигналізації. |
|  |  | Місця розташування первинних засобів поже зв'язку, порядок користування ними. |
|  |  | Правила внутрішнього трудового розпорядку пропускний режим на об'єкті, що охороняєть |
|  |  | Правила огляду речей і особистого огляду, ви адміністративного затримання, оформлення м правопорушників, застосування зброї, радіозе переговорних пристроїв. |
|  |  | Загальні принципи надання першої медичної |
|  |  | Правила і норми охорони праці, техніки безпо протипожежного захисту. |
| 2.4. | навички | знання охоронно-пожежної сигналізації, робо надання першої медичної допомоги. |
| 2.5. | додаткові вимоги | стаж роботи за профілем |

## 1. Документи, які регламентують діяльність охоронця

3.1 Зовнішні документи:

Законодавчі і нормативні акти стосовно роботи, що виконується.

3.2 Внутрішні документи:

Статут підприємства, Накази і розпорядження директора підприємства (начальника служби безпеки; Положення про службу безпеки, бюро пропусків, Посадова інструкція охоронця, Правила внутрішнього трудового розпорядку.

1. **Посадові обов'язки охоронця**

Охоронець:

4.1. Несе службу по охороні об'єктів і матеріальних цінностей.

4.2. Здійснює перевірку документів у осіб, що проходять на об'єкт ( що виходять з об'єкту), що охороняється і контроль за ввезенням і вивозом (винесенням) матеріальних цінностей.

4.3. Проводить огляд речей, а також особистий огляд робітників та службовців.

4.4. Здійснює контроль за роботою встановлених на підприємстві приладів охоронної й охоронно-пожежної сигналізації.

4.5. Повідомляє про їхнє спрацьовування начальнику караулу (сторожової групи), черговому по об'єкту, а при необхідності - в орган внутрішніх справ або в пожежну частину.

4.6. З'ясовує причини спрацьовування сигналізації і вживає заходів до затримання порушників або ліквідації пожежі.

4.7. Приймає під охорону від матеріально-відповідальних осіб обладнані сигналізацією відособлені приміщення.

4.8. При оголошенні тривоги на об'єкті, що охороняється, перекриває контрольно-пропускний пункт, випуск (впускання) з об'єкту (на об'єкт) всіх осіб проводить тільки з дозволу начальника сторожової групи (чергового по об'єкту).

4.9. Скоює дії по попередженню і припиненню правопорушень на об'єктах, що охороняються.

4.10. Здійснює затримання осіб, що намагаються незаконно вивезти (винести) матеріальні цінності з об'єкту, що охороняється, або підозрюваних у здійсненні правопорушень, і супровід їх у караульне приміщення або відділення міліції.

4.11. Контролює роботу приладів охоронної й охоронно-пожежної сигналізації, встановлених на об'єктах, що охороняються.

4.12. Використовує при несенні служби караульних собак.

## 1. Права охоронця

Охоронець має право:

5.1. Діяти від імені відділу, представляти інтереси підприємства у взаємовідносинах з іншими структурними підрозділами підприємства, організаціями й органами державної влади.

5.2. Здійснювати взаємодії з керівниками (співробітниками) усіх (окремих) структурних підрозділів підприємства.

5.3. Знайомитися з проектами рішень керівництва підприємства, що стосуються діяльності очоленого ним структурного підрозділу.

5.4. Вносити на розгляд керівництва пропозиції по поліпшенню діяльності підприємства і очоленого ним структурного підрозділу зокрема.

5.5. Брати участь у підготовці проектів наказів, інструкцій, указівок, а також кошторисів, договорів і інших документів, зв'язаних з діяльністю структурного підрозділу.

5.6. У межах своєї компетенції підписувати і візувати документи.

5.7. Самостійно вести переписування зі структурними підрозділами підприємства, а також іншими організаціями з питань, що входять у його компетенцію.

5.8. Подавати пропозиції директору підприємства про залучення до матеріальної і дисциплінарної відповідальності посадових осіб очоленого ним структурного підрозділу за результатами перевірок.

## 1. Відповідальність охоронця

Охоронець відповідає:

6.1. За неналежне виконання або невиконання своїх посадових обов'язків, передбачених даною посадовою інструкцією, - у межах, визначених чинним трудовим законодавством України.

6.2. За правопорушення, здійснені в процесі виконання своєї діяльності, - в межах, визначених чинним адміністративним, кримінальним і цивільним законодавством України.

6.3. За причинені матеріальні втрати - в межах, визначених чинним трудовим і цивільним законодавством України.

1. Умови роботи охоронця

Режим роботи охоронця визначається згідно з Правилами внутрішнього трудового розпорядку, встановленими на підприємстві.

1. Умови оплати праці охоронця

Умови оплати праці охоронця визначаються згідно з Положенням про оплату праці персоналу.

## 9. КІНЦЕВІ ПОЛОЖЕННЯ

9.1 Дана Посадова інструкція складена в двох екземплярах, один із яких зберігається у Підприємства, інший — у працівника.

9.2 Задачі, Обов'язки, Права і Відповідальність можуть бути уточнені відповідно до зміни Структурі, Задач і Функцій структурного підрозділу і робочого місця.

9.3 Зміни і доповнення в дану Посадову інструкцію вносяться наказом генерального директора підприємства.

| | | |
|---|---|---|
| Голова Ф.Г. «ЕДЕМ»<br><br>Бурдейний О.А. | (підпис) | (прізвище, ініціали) |
| УЗГОДЖЕНО: | | |
| 21.02.2017р. | | |
| В інструкцією ознайомлений:<br><br>Лобчинський В.Д. | (підпис) | *Лобчинський В.Д.* (прізвище, ініціали) |
| | 21.02.2017р. | |

# EXHIBIT I

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| WAC1804250328 | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| Received Date | Priority Date | Applicant |
| 11/17/2017 | | BURDEINA, ALLA |
| Notice Date | Page | Beneficiary |
| 11/29/2017 | 1 of 1 | See Below |

ALLA BURDEINA
c/o SANDRA RODRIGUEZ
SIROTA & ASSOCIATES PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $370.00 U.S.
Class requested: L2

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.**

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing Time** - Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or visit www.uscis.gov/addresschange to give us your new mailing address. Otherwise, you might not receive notice of our action on this case.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| BURDEINA, ALLA | 08/13/1978 | UKRAINE | L2 |
| | 12/24/2000 | UKRAINE | B2 |
| | 02/12/2015 | UKRAINE | B2 |
| | 01/14/2005 | UKRAINE | B2 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**Customer Service Telephone: 800-375-5283**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number WAC1804250328 | | Case Type I539 – APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 11/17/2017 | Priority Date | Applicant BURDEINA, ALLA |
| Notice Date 11/29/2017 | Page 1 of 1 | Beneficiary See Below |

ALLA BURDEINA
c/o LAW OFFICES OF SIROTA & ASSOC PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $370.00 U.S.
Class requested: L2

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.** This will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing Time** - Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or visit www.uscis.gov/addresschange to give us your new mailing address. Otherwise, you might not receive notice of our action on this case.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| BURDEINA, ALLA | 08/13/1978 | UKRAINE | L2 |
| ▇▇▇▇▇▇ | 12/24/2000 | UKRAINE | B2 |
| | 02/12/2015 | UKRAINE | B2 |
| | 01/14/2005 | UKRAINE | B2 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

**Customer Service Telephone: 800-375-5283**



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| WAC1804250290 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 11/17/2017 | | BUR TRANS LLC |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/29/2017 | 1 of 1 | BURDEINYI, OLEKSANDR |

BUR TRANS LLC
c/o SANDRA RODRIGUEZ
SIROTA AND ASSOCIATES PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $960.00 U.S.
Class requested: L1A

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| BURDEINYI, OLEKSANDR | 07/08/1978 | UKRAINE | B2 | | |

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
**Customer Service Telephone: 800-375-5283**



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| WAC1804250290 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 11/17/2017 | | BUR TRANS LLC |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/29/2017 | 1 of 1 | BURDEINYI, OLEKSANDR |

| | |
|---|---|
| BUR TRANS LLC<br>c/o LAW OFFICES OF SIROTA & ASSOCIATES<br>2999 NE 191 ST STE 900<br>AVENTURA FL 33180 | **Notice Type:** Receipt Notice<br>Amount received: $960.00 U.S.<br>Class requested: L1A |

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| BURDEINYI, OLEKSANDR | 07/08/1978 | UKRAINE | B2 | | |

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111

**Customer Service Telephone: 800-375-5283**



---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  07/11/14 Y

*EXHIBIT J*

March 26, 2018

U.S. Department of Homeland Security
USCIS Texas Service Center
Attn: I-129 L RFE Returns
P.O. Box 852381
Mesquite, TX 75185-2381

BUR TRANS LLC
c/o LAW OFFICES OF SIROTA & ASSOCIATES
2999 NE 191 ST STE 900
AVENTURA, FL 33180

 **U.S. Citizenship and Immigration Services**



Form I-129, Petition for a Nonimmigrant Worker

WAC1804250290

### REQUEST FOR EVIDENCE (RFE)

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE NUMBER. THE ORIGINAL NOTICE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested below. Include duplicate copies if you are requesting consular notification.

<strong>Your response must be received in this office by June 21, 2018.</strong>

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. 8 CFR 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. 8 CFR 103.2(b)(11).

If you submit a document in any language other than English, the document must be accompanied by a full and complete English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.

Processing of your I-129 will resume upon receipt of your response. If you have not heard from USCIS within 60 days of responding, you may contact the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

On November 17, 2017, your organization, BUR TRANS LLC (petitioner or petitioning organization), filed a Petition for a Nonimmigrant Worker (Form I-129) with U.S. Citizenship and Immigration Services (USCIS), seeking to classify OLEKSANDR BURDEINYI (beneficiary) as a nonimmigrant intracompany transferee (L-1A).

Documentation submitted with your petition indicates that your organization provides bakery and restaurant. Your organization seeks to employ the beneficiary as President from day of approval for one year.

The L-1 classification may be granted to an individual who, within three years preceding the time of his or her application for admission into the United States:

- Has been employed abroad continuously for one year by a firm, corporation, or other legal entity or parent, branch, affiliate, or subsidiary;
- Seeks to enter the United States temporarily to render services to a branch of the same employer, or a parent, affiliate, or subsidiary; and
- Will work in a capacity that is managerial or executive, or involves specialized knowledge.

To process your petition and determine if your organization and the beneficiary are eligible, additional information is required. This request provides suggested evidence that your organization may submit to satisfy each of the eligibility criteria described below. Your organization may:

- Submit one, some, or all of these items.
- Submit none of the suggested items and instead submit other evidence to satisfy the request.
- Explain how the evidence in the record already establishes eligibility.
- Request a decision based on the record.

Please note that, as the petitioner, your organization is responsible for providing evidence which shows your organization and the beneficiary meet all requirements and are eligible for the requested benefit at the time your organization filed the Form I-129 by a preponderance of the evidence.

Please do not include copies of documentation previously submitted with your response.

USCIS checks all petitions filed for this classification in its Validation Instrument for Business Enterprises (VIBE) system. VIBE uses commercially available data to validate basic information about organizations petitioning to employ foreign workers. For more information about this program, please visit the USCIS website at www.uscis.gov/VIBE.

## General Requirements for an L-1A Manager or Executive in a New Office (First Year)

*New office* means an organization which has been doing business in the United States through a parent, branch, affiliate, or subsidiary for less than one year.

If the beneficiary is coming to the United States as a manager or executive to open or be employed in a new office in the United States, the petitioner shall submit evidence that:

- Sufficient physical premises to house the new office have been secured;
- The beneficiary has been employed for one continuous year in the three year period preceding the filing of the petition in an executive or managerial capacity and that the proposed employment involved executive or managerial authority over the new operation; and
- The intended United States operation, within one year of the approval of the petition, will support an executive or managerial position, supported by information regarding:
  - The proposed nature of the office including a detailed description of the new office's current and proposed activities, its organizational structure, and its financial goals;
  - The size of the United States investment and the financial ability of the foreign entity to remunerate the beneficiary and to commence doing business in the United States; and
  - The organizational structure of the foreign entity.

**Beneficiary's One-Year Employment Abroad:** Your organization must show that the beneficiary has at least one continuous year of full-time employment with a qualifying organization within the three years prior to his or her application for admission to the United States.

Your organization did not submit any evidence for this requirement.

Your organization may still submit evidence to satisfy this requirement.  Evidence may include, but is not limited to:

- Copies of the beneficiary's pay records.
- Copies of the beneficiary's personnel records.
- Copies of the beneficiary's training records.
- A letter from the beneficiary's supervisor(s) describing the beneficiary's experience with the foreign entity.
- A letter from the foreign entity's Human Resource Department that discusses the beneficiary's work history there

**Managerial or Executive Position Abroad.**  Your organization must show that the beneficiary was employed in an executive or managerial capacity for one continuous year in the three year period before the time of his or her application for admission to the United States.

To satisfy this requirement, your organization submitted:

- Letter of support:
- Payroll Summary for Farm Enterprise abroad;
- Job descriptions for job titles of Farm Enterprise abroad; and
- Foreign Organizational Chart.

The evidence you submitted is insufficient. USCIS is not compelled to deem the beneficiary to be a manager or executive simply because the beneficiary possesses a managerial or executive title. You have not established that the beneficiary has been employed primarily in a managerial or executive capacity.

Beyond the description of the duties, USCIS reviews the totality of the record when examining the claimed managerial or executive capacity of a beneficiary, including the companies organizational structure, the duties of the beneficiary's subordinate employees, the presence of other employees to relieve the beneficiary from performing operational duties, the nature of the business, and any other factors that will contribute to understanding a beneficiary's actual duties and role in a business.

USCIS acknowledges the submission of the payroll summary, job descriptions, job titles and organizational chart for the foreign entity. It is not sufficient to simply submit a multi-tiered organizational chart; the evidence must substantiate that the duties of the beneficiary and his subordinates correspond to their placement in an organization's structural hierarchy. Additionally, the minimal information provided in regards to the beneficiary's subordinates does not sufficiently demonstrate the current scope and structure of the foreign operations. Without more detailed descriptions of the beneficiary's subordinates and the structure of your foreign entity, the record is insufficient to establish that the beneficiary has been employed in a managerial or executive capacity at the foreign entity. USCIS does not consider a first-line supervisor as acting in a managerial capacity unless the employees being supervised are professionals. Additionally, it is not evident that the beneficiary is sufficiently relieved from performing non-qualifying operational tasks.

Your organization may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

- Copies of the beneficiary's training, pay, or other personnel records.
- A list of all employees in the beneficiary's immediate division, department, or team, by name, job title, summary of duties, education level, and salary.

**Foreign position is primarily managerial:**

- A letter from an authorized representative of the foreign entity describing the beneficiary's managerial position abroad. The letter should describe the beneficiary's typical managerial duties, and the percentage

of time spent on each. In addition, the letter should address:

- How the beneficiary managed the organization, department, subdivision, function, or component of the organization he or she oversaw.
- How the beneficiary supervised and controlled the work of other supervisory, professional, or managerial employees, or managed an essential function, department, or subdivision of the organization. A "professional" is an individual who is a member of the professions, which includes but is not limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary or secondary schools, colleges, academies, or seminaries. If the beneficiary was a first-line supervisor, submit evidence showing the supervised employees were professionals.
- Whether the beneficiary had the authority to hire and fire, or recommend similar personnel actions (such as promotion and leave authorization), if other employees were directly supervised (or if no employees were directly supervised, how the beneficiary functioned at a senior level within the organizational hierarchy or with respect to the managed function).
- How the beneficiary made decisions on daily operations of the activity or function under his or her authority.

- If the beneficiary managed a function, explain and provide evidence to establish that the specific function is essential to the foreign entity and that the beneficiary was in a senior level position within the foreign entity or with respect to the function managed. Your explanation should identify the function with specificity and describe the critical or essential nature of the function. In addition, provide a detailed description of the beneficiary's duties to demonstrate that the beneficiary primarily managed the function rather than primarily performing the non-qualifying day-to-day duties of the function.
- If the beneficiary supervised other supervisory, managerial, or professional employees, submit copies of performance appraisals or reviews conducted by the beneficiary for any such subordinate employees or any evidence that demonstrates the beneficiary has sufficient managerial authority over subordinate employees and is engaged in the hiring and firing of subordinates or recommends these and other personnel actions.

**Foreign position is primarily executive:**

- A letter from an authorized representative of the foreign entity describing the beneficiary's executive position abroad. The letter should describe the beneficiary's typical executive duties, and the percentage of time spent on each. In addition, the letter should address:
    - How the beneficiary directed the management of the organization, or a major component or function of the organization;
    - How the beneficiary established the goals and policies of the organization, component, or function;
    - How the beneficiary exercised wide latitude in discretionary decision-making; and
    - Whether the beneficiary received only general supervision or direction from higher level executives, the board of directors, or stockholders.

**One Year Requirement:** Your organization must show the intended United States operation, within one year of the approval of the petition, will support an executive or managerial position, supported by information regarding:

- The proposed nature of the office describing the scope of the entity, its organizational structure, and its financial goals;
- The size of the United States investment and the financial ability of the foreign entity to remunerate the beneficiary and to commence doing business in the United States; and
- The organizational structure of the foreign entity.

To satisfy this requirement, your organization submitted:

- Letter of Support;
- Organizational chart for the U.S. entity; and
- Business Plan for the U.S. entity.

The evidence your organization submitted is insufficient. Based on the proposed nature of scope of your operations in the United States, it is not evident that the new office will, within one year of petition approval,

support a L-1A managerial or executive position. You have indicated that the beneficiary will be employed in the United States in a managerial or executive capacity. You have not, however, shown how the beneficiary will be sufficiently relieved from performing non-qualifying activities within one year of petition approval. It is not evident, from the information provided, that the current and proposed personnel will be sufficient to support a L-1A manager or executive who primarily performs the high-level activities associated with a manager or executive position. The beneficiary may possess the necessary scope of authority and discretion; however, the record must also demonstrate a realistic expectation that the beneficiary will primarily engage in qualifying duties.

Additionally, you did not provide a sufficient business plan that demonstrates a realistic expectation that the new office will experience the growth and expansion necessary to support a L-1A manager or executive within one year of petition approval. You did not provide a business plan that forecasts the expansion of your business and provides documentation linked to timetables and actual business benchmarks to be achieved over the course of your first year. You have not documented your expected business growth through either direct comparison to simi liar business entities in the market or through your own proven track record. A viable business plan to describe the way forward might contain: market analysis, including the names of similarly sized competing businesses and their relative strengths and weaknesses; a comparison of the competition's products and pricing structure; a description of the target market/prospective customers of the new commercial enterprise; list of the required permits and licenses obtained; description of the manufacturing or production process, the materials required, and the supply products; discuss the marketing strategy of the business, including pricing, and servicing.

Your organization may still submit evidence to satisfy this requirement. Evidence may include, but is not limited to:

**With respect to the proposed nature of the office (describing the scope of the entity, its organizational structure, and its financial goals):**

- An original letter from the foreign entity explaining the need for the new office in the United States. The letter should indicate the proposed number of employees and types of positions they will hold. In addition the letter should explain how the intended U.S. operation will, within one year, support a managerial or executive capacity position.
- A copy of a feasibility study, market research study, or similar, by which the foreign company determined the need for, and the probability that the proposed U.S. company would support, a manager or executive within one year of approval of the petition.
- A copy of the business plan for commencing the start-up of the new office in the United States. The business plan or executive summary should include a timetable for each proposed action for the one year starting with the date of filing Form I-129.
- Minutes of the meetings for the foreign entity to illustrate the discussions to form the U.S. entity.
- A copy of the proposed line and block organizational chart for the new office in the United States, showing all hierarchy and staffing levels. List all proposed positions, summary of proposed duties, and expected educational levels. Include names of employees filling the positions, if known.

**With respect to the size of the United States investment and the financial ability of the foreign entity to remunerate the beneficiary and to commence doing business in the United States:**

- Proof of capital contribution to the U.S. entity, such as the following:
  - Initial wire transfers;
  - Cancelled checks;
  - Deposit receipts; or
  - Bank statements originating in the United States detailing monetary amounts for the capital contribution.
- A capitalization table.
- A term sheet, letter of intent, memorandum of understanding, or other similar document signed by the parties to the agreement specifically outlining the details of investment in the U.S. entity.

- Documents showing the foreign entity paid for services to start business at the U.S. location. This could include evidence of vendor contracts, utilities, payroll, legal and accounting fees, a lease agreement, etc.
- The foreign entity's most recently filed tax documents.
- The foreign entity's audited balance sheets and statements of income and expenses showing its financial position.
- An original letter from the foreign entity explaining the amount of the U.S. investment; and the financial ability of the foreign company to pay the beneficiary and commence doing business in the United States.
- The foreign entity's most recent annual report, which describes the state of the foreign entity's finances.
- The foreign entity's business bank statements for the last three months.
- The U.S. entity's business bank statements for the last three months if available.
- Current letters from the U.S. entity's bank indicating when its accounts were opened, current status, and average balances.
- The U.S. entity's most recent federal income tax return, if applicable.
- Subscription or other equity purchase agreements between the foreign entity and its equity holders, providing the type, amount, and price of equity purchased.

**With respect to the organizational structure of the foreign entity:**

- A copy of the foreign entity's organizational chart or diagram, showing its organizational hierarchy and staffing levels.

## General Reminders

General Reminders: If your organization is submitting evidence in response to this request, in order for us to properly evaluate such evidence, we recommend that you submit the following:

- An index of the evidence and include corresponding tabs for each section of evidence.
- Clear and legible copies of the evidence. If clear and legible copies are not possible, submit the original documents. These originals will be returned, if requested.
- Duplicate copy if your organization is requesting consulate notification. Your organization should provide a duplicate copy of: Form I-129 and initial evidence (if not previously provided); and any evidence submitted in response to this request. If the beneficiary is in the United States and your organization is requesting a change of status or extension, your organization may also choose to submit a duplicate copy of the Form I-129 and supporting evidence in case the beneficiary decides to seek a visa at a consular office abroad.
- Full English language translation(s) of evidence submitted to USCIS containing a foreign language. The translator must certify that the translations are accurate and complete and that he or she is competent to translate from the foreign language into English.

PLACE THE ATTACHED COVERSHEET AND THIS ENTIRE LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THE COVERSHEET AND THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.

Sincerely,

Gregory A. Richardson
Director, Texas Service Center
Officer: XM1739

*EXHIBIT K*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:                                                    Date: 5/27/2018
Alexandra Kon

Tel. 954-487-8925

FARM ENTERPRISE "EDEM"

May 22nd, 2018

Re: Form I-129
Petitioner: BURTRANS, LLC
Beneficiary: Oleksandr BURDENYI
File number: WAC 1804250290

## LETTER OF WORK EXPERIENCE

This letter is to verify the employment of Oleksandr Burdenyi, the Head and the founder
of the farm Enterprise "EDEM", since September 14, 2001 until present time. He also is a
full-time employee working.

As the Head of the farm Enterprise "EDEM", his duties and responsibilities are:

- Design and implement developmental strategy of the company
- Set short and long term objectives, goals, policies and core values of the company
- Examine company's rules
- Manage and analyze risks
- Appoint and direct Managers,
- Train, motivate, recruit and manage new employees
- Evaluating the work of employees;
- Communicate on behalf of the company with existing suppliers
- Develop efficient customer service
- Research market demands, determiner stock needs
- Manage and coordinate the Company's financial activities, including sales,
  prepare budgets, monitor received items, maintain inventory

Please contact me at 0671672421(vadim.katiujanski@gmail.com) if you have any
questions or need more information.

Sincerely,

[SIGNATURE]
Katiuzhansky Vadim,
The Deputy Head of Farm Enterprise "EDEM"

# FARM ENTERPRISE "EDEM"

22 Мая 2018 г.

Ссылаясь на: Form I-129
Петиционер: BURTRANS, LLC.
Бенефициар: Oleksandr BURDENYI
Номер файла: WAC 1804250290

## ПИСЬМО ОПЫТА РАБОТЫ

Это письмо подтверждает работу Александра Бурдейния, руководителя и основателя фермерского предприятия «ЭДЕМ», с 14 сентября 2001 года по настоящее время. Он также работает на полный рабочий день.

В качестве руководителя фермерского предприятия «ЭДЕМ» в его обязанности входят:

• Разработка и реализация стратегии развития компании
• Установить краткосрочные и долгосрочные цели, цели, политику и основные ценности компании
• Анализировать правила компании
• Управлять и анализировать риски
• Назначение и управление менеджерами,
• Обучать, мотивировать, нанимать и управлять новыми сотрудниками
• Оценка работы сотрудников;
• Общаться от имени компании с существующими поставщиками
• Разработка эффективного обслуживания клиентов
• Разработка рынка исследований, потребности в уставном фонде
• Управлять и координировать финансовую деятельность Компании, включая продажи, подготавливать бюджеты, отслеживать полученные товары, вести инвентаризацию

Пожалуйста, свяжитесь со мной по номеру 0671672421 (vadim.katiujanski@gmail.com), если у вас есть какие-либо вопросы или вам нужна дополнительная информация.

С уважением,

Катюжанский Вадим,
Заместитель начальника сельскохозяйственного предприятия «ЭДЕМ»

*EXHIBIT L*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:
Alexandra Kon                                          Date: 5/27/2018

Tel. 954-487-8925



**Head of the Farm Enterprise "EDEM"**
Burdenyi Oleksandr A.

**Deputy Head of the Farm Enterprise "EDEM"**
Katiuzhanskiy Vadim V.

**Housekeeping Manager (Administrative manager)**
Stepaniuk Maksym V.

**Schedule clerk**
Havlina Yevgenia

**Tractor drivers**
Chernega Yurii
Sakaliuk Serhii

**Worker (Shipping and Receiving)**
Romanskyi Oleksandr

**Security Guard**
Lobchynskyi Volodymyr



*EXHIBIT M*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:                                                    Date: 5/27/2018
Alexandra Kon

Tel. 954-487-8925

Farm Enterprise "EDEM"

May 22, 2018

Re: Form I-129
Petitioner: BUR-TRANS, LLC
Beneficiary: Oleksandr BURDENYI
File number: WAC1804250290

Dear Sir/ Madam:

This letter is submitted in response to your request for evidence dated March 26th 2018. In your request, you ask that we provide "*A letter from an authorized representative of the foreign entity describing the beneficiary's executive position abroad; The letter should describe the beneficiary's typical executive duties and the percentage of time spent on each. In addition, the letter should address: How the beneficiary directed the management of the organization, or a major component or function of the organization; How the beneficiary established the goals and policies of the organization, component or function; How the beneficiary exercised wide latitude in discretionary decision-making; and Whether the beneficiary received only general supervision or direction from higher level executives, the board of directors, or stockholders.*"

In response to these inquiries we submit the following. As Head of the foreign entity, the beneficiary has complete discretionary decision making authority over all functions and activities of the business, including, but not limited to, financial, personnel, sales, marketing, administrative and purchasing functions. Typical executive decisions and responsibilities include supervising the subordinate managers who direct all functions of the office; Exercising complete decision making authority regarding these functions, including goal setting and performance review and monitoring; Developing and reviewing periodically all departmental budgets; Expanding and developing company gross revenues by identifying new markets for penetration; Directing the sales manager in the development of a marketing strategy to reach the new markets for the company's products, assuring that they are accessed; Reviewing bid requests and contracts; and Directing all staffing activities, including ultimate decisions over hiring and firing.

### 1. *How the beneficiary directed the management of the organization, or a major component or function of the organization?*

Answer: Burdenyi Oleksandr is responsible to set short and long term objectives of the company and the course of actions to achieve these objectives. To do so, an environmental scanning was performed and opportunities and threats were determined. Mr. Burdenyi is also responsible for

designing and implementing plans and establishing policies. He inspires employees to perform better, and to do so he tries to understand his workers, their values and attitudes. Another responsibilities of Mr. Burdenyi are to establish performance standards, to provide trainings to employees, to do the performance evaluation and to take corrective actions.

**2. How the beneficiary established the goals and policies of the organization, component or function?**

Answer: To reach company's potential Mr. Burdenyi set clear expectations and attainable goals to challenge his employees to grow. After the goals are established Mr. Burdenyi created policies based on legal guidelines and what is best for the company and employees. He schedules meetings with the Deputy Head of the firm, Katiuzhanskiy Vadim, and with the Houskeeping Manager (Administrative Manager) Stepaniuk Maksym to discuss customer feedbacks, quality of products and suggestions for potential businesses in the future. After these meetings the policies were created or changed.

**3. How the beneficiary exercised wide latitude in discretionary decision-making?**

Answer: As Head of the company, Mr. Burdenyi has the sole power to make official decisions on behalf of the company. He uses his reasoning, analytical skills and judgment in order to develop and choose among acceptable alternatives. In this manner, he is able to resolve any problems or situations which may arise.

**4. Whether the beneficiary received only general supervision or direction from higher level executives, the board of directors, or stockholders?**

Answer: Mr. Burdenyi is a 100% owner of the farm and all planned actions in the Edem are discussed with him. He is not supervised by anyone else. All final decisions are taken by the head of the farm Burdenyi Oleksandr. He also has a sole power to make decisions on behalf of the company. Strong communication skills, experience and analytical skills are used. With his professional experience Mr. Burdenyi has an ample knowledge to lead the company and to adapt to future business challenges.

We believe that we have answered all your questions regarding the executive nature of the beneficiary's foreign employment in great detail and we request that you study the attachments relating to the foreign entity for a comprehensive understanding of our structure. We thank you for your anticipated cooperation.

Sincerely,
[SIGNATURE]
Katiuzhansky Vadim,
The Deputy Head of Farm Enterprise "EDEM"

# FARM ENTERPRISE "EDEM"

22 Мая, 2018 года

Ссылаясь на: Form I-129
Петиционер: BUR TRANS, LLC
Бенефициар: Oleksandr BURDENYI
Номер файла: WAC1804250290

Уважаемый господин / госпожа:

Это письмо отправляется в ответ на ваш запрос доказательств от 26 марта 2018 года. В вашем запросе вы просите, чтобы мы предоставили «Письмо уполномоченного представителя юридического лица с иностранной компании, в котором описывалось, как бенефициар справлялся с руководящей должностью. В письме должны быть указаны типичные исполнительные обязанности бенефициара и процент времени, затраченного на каждого. Кроме того, в письме должно быть указано: как бенефициар направлял руководство организации или важный компонент или функцию организации; Как бенефициар установил цели и политику организации, компонента или функции; Как бенефициар проявил себя в дискреционных процессах принятия решений; и получал ли бенефициар только общий надзор или руководство от руководителей высшего звена, совета директоров или акционеров ».

В ответ на эти запросы мы предоставляем следующее. Будучи директором иностранного юридического лица, бенефициар обладает полным полномочием принимать решения по всем функциям и деятельности бизнеса, включая, помимо прочего, финансовые, кадровые, сбытовые, маркетинговые, административные и закупочные функции. Типичные исполнительные решения и обязанности включают контроль над подчиненными менеджерами, которые направляют все функции офиса; Осуществление полного принятия решений в отношении этих функций, включая постановку целей и оценку и мониторинг эффективности; Периодически разрабатывать и анализировать все ведомственные бюджеты; Расширение и развитие валовой выручки компании путем выявления новых рынков для проникновения; Направлять менеджера по продажам в разработку маркетинговой стратегии для выхода на новые рынки для продуктов компании, гарантируя, что к ним обращаются; Просмотр заявок и контрактов на участие в торгах; и руководство всей кадровой деятельностью, включая окончательные решения по найму и увольнению.

**1. Как бенефициар руководил управлением организации или основным компонентом или функцией организации?**

Ответ: Бурдейний Олександр ответственен за определение краткосрочных и долгосрочных целей компании и ход действий по достижению этих целей. Для этого было выполнено сканирование окружающей среды и определены возможности и угрозы. Г-н Бурдейний также отвечает за разработку и осуществление планов и разработку политики. Он вдохновляет сотрудников работать лучше, и для этого он пытается понять своих работников, их ценности и отношения. Еще одна обязанность г-на Бурдейния заключается в установлении стандартов работы, проведении тренингов для сотрудников, проведении оценки эффективности и принятия корректирующих мер.

**2. Как бенефициар установил цели и политику организации, компонента или функции?**

Ответ: Чтобы достичь потенциала компании, г-н Бурдейний определил четкие ожидания и цели. Он установил конкретные цели, поставил достижимые цели, чтобы бросить вызов своим сотрудникам. Для достижения окончательного результата он также установил своевременные цели. После установления целей г-н Бурдейний создал политику, основанную на юридических руководящих принципах и наилучшую для компании и сотрудников. Он планирует встречи с заместителем главы фирмы Катюжаньским Вадимом и менеджером по хозяйству Степанюком Максимом для обсуждения отзывов клиентов, качества продуктов и предложений для потенциальных предприятий в будущем. После этих встреч политики создаются или изменяются.

**3. Каким образом бенефициар проявляет широту в дискреционных процессах принятия решений?**

Ответ: Будучи президентом компании, г-н Бурдейний будет иметь единственную власть принимать официальные решения от имени компании. Он использует свои рассуждения, аналитические способности и суждения для разработки и выбора среди приемлемых альтернатив. Таким образом, он способен решать любые проблемы или ситуации, которые могут возникнуть.

**4. Получает ли бенефициар общий надзор или руководство от руководителей высшего звена, совета директоров или акционеров?**

Ответ: Г-н Бурдей является 100% владельцем фермы, и все запланированные действия в Эдеме обсуждаются с ним. Его никто не контролирует. Все окончательные решения принимает глава фермы Бурдейний Олександр. Он также имеет право принимать решения от имени компании. Используются сильные коммуникативные навыки, опыт и аналитические навыки. Благодаря своему профессиональному опыту г-н Бурдейний обладает достаточными знаниями, чтобы возглавить компанию и адаптироваться к будущим бизнес-задачам.

Мы считаем, что мы очень подробно ответили на все ваши вопросы, касающиеся исполнительного характера внешней занятости бенефициара, и мы просим вас изучить приложения, касающиеся компании, для всестороннего понимания нашей структуры.

С уважением,

Катюжанский Вадим
Заместитель начальника фермерского предприятия «ЭДЕМ»

*EXHIBIT N*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:                                                        Date: 5/27/2018
Alexandra Kon

Tel. 954-487-8925

*Translation from Ukrainian into English*

I, Katiuzhanskyi Vadym from February 20, 2017  work at the Farm Enterprise "EDEM" at the position of Deputy Head. My responsibilities include:

1. Organization of all types of organizational and executive works that are conducted at the Farm Enterprise.

2. Conclusion of supply contracts, all necessary consumable products (diesel fuel oil, petrol, seeds of agricultural crops, micro fertilizers, mineral fertilizers, plant protection agents, spare parts for tractors and agricultural implements.) necessary for the proper functioning of the Farm Enterprise.

3. Ensuring the fulfillment by Farm Enterprise of all obligations towards the suppliers, customers and creditors.

4. Making decisions on financial and economic matters as well as production and economic activities of the Farm. Enterprise

5. Controlling the work of all employees of the Farm. Enterprise

6. Development and coordination with the head of the Farm Enterprise plans for the organization of all types of work.

I got my work experience in the Farm Enterprise "Edem"


*June 21, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*

*20300, Ukraine, Uman, European Street, 20/18*

*+380474435990, +380939440528*

*nika-translation@mail.ru*



Я Катюжанський Вадим с20.02.2017г. работаю в Фермерском Хозяйстве «ЭДЭМ» занимаю должность заместителя Главы . В мои обязанности входит:

1.Организация всех видов организацыоно-исполнительных работ которые проводятся в Фермерском Хозяйстве.

2.Своевременое заключение договоров поставки,всех необходимых расходных материалов(Дизельное топливо, бензин,семена сельхоз-культур,микро удобрения,минеральные удобрения,срецтва защиты растений,запасные части к тракторам и сельхоз инвентарю.)для нормального функцыонирования Фермерского Хозяйства.

3.Обеспечение выполнения Фермерским Хозяйством всех обязательств перед поставщиками,заказчиками,кредиторами.

4.Решение вопросов финансово-экономического характера и производственно-хозяйственой деятельности Фермерского Хозяйства.

5.Контроль работы всех работников Фермерского Хозяйства.

6.Разработка и согласование с главою Фермерского хозяйства планов организации всех видов работ.

Опыт работы получил работая в Фермерском Хозяйстве «Эдэм»

*Катюжанский В.В*

*К. Вф*

*Translation from Ukrainian into English*

I, Stepaniuk Maksym from December 27, 2016 work at the Farm Enterprise "Edem" at the position of Housekeeping Manager. My responsibilities include:

1. Timely submission of applications (to the Deputy Head of the Farm) for the purchase of consumables, and warehouse supplies necessary for the proper functioning of the Farm Enterprise.

2. Control of material and technical condition of the office, warehouse, and repair premises.

3. Coordination of work on the correction of defects, that affect the proper functioning of the Farm Enterprise.

4. Making progress reports to the Head of the Farm enterprise every working day and agree the working plan for the next day,

5. Timely delivery of consumables to the places where the field or repair work are carried out.

I got my work experience in the Farm Enterprise "Edem"

Stepaniuk Maksym

*June 21, 2017*

*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*

*20300, Ukraine, Uman, European Street, 20/18*

*+380474435990, +380939440528*

*nika-translation@mail.ru*

Я Степанюк Максим с 27.12.2016г.работаю в

Фермерском Хозяйстве «Эдэм» занимаю должность «Заведующий хозяйством». В мои задания и обязаности входит:

1.Своевременая подача заявок(заместителю главы Фермерского Хозяйства) по закупке расходных материалов,и складских запасов  необходимых для нормального функционирования Фермерского хозяйства.

2.Осуществлять надзор за материально-техническим состоянием офисного,складского,ремонтного помещений.

3.Координировать работу по устранению поточных поломок,недостатков которые препятствуют нормальной работе фермерского хозяйства.

4.Отчитываться каждый рабочий день за проделанную работу, и согласовать план работы на следующий день,

Перед руководством.

5.Своевременная доставка расходных материалов в места где проводятся полевые,ремонтные, работы.

Опыт работы получил работая в Фермерском Хозяйстве «Эдэм»

Степанюк М.

*EXHIBIT O*

(             (

## **CERTIFICATE OF TRANSLATION**

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:
Alexandra Kon

Date: 5/27/2018

Tel. 954-487-8925

*Translation from Ukrainian into English*

Oleksandr Burdcinyi

Date of birth: 07.08.1978

e-mail: burdya78@gmail.com

**Work experience:** In 2001 founded the Farm Enterprise EDEM

In 2001, the cultivated amount of land was 40 hectares.

Duties:

- management of financial and economic activities of the company;
- working out of a company development strategy;
- planning and building business processes;
- conducting business negotiations and meetings;
- budgeting;
- staff certification;
- crisis management.

As of 05.01.2018, 7 subordinates.

Achievements:

- Increased the cultivated land to 350 hectares.

  Possess all necessary agricultural machinery for timely carrying out of sowing operations and processing of agricultural grounds.

Obligations:

- planning and increasing sales;
- Key Performance Indicators monitoring;
- development and implementation of reporting forms;
- control of accounts receivable;
- selection and motivation of staff;
- working out of a company development strategy;
- cost optimization.



Achievements:

- organized a new direction for the activities of the Farming Enterprise. Import of agricultural machinery from the USA for further sale in

Ukraine.

- developed an effective system of staff motivation;
- developed and implemented an effective budgeting system.

**Professional skills:** experienced PC user: MS Word, Excel. Experience in managing people. Ability to plan and forecast. Ability to make non-standard management decisions.

**Personal qualities:** decisiveness, responsibility, ability to take risks, strategic thinking, striving for self-realization and success, purposefulness, self-confidence.

*May 22, 2018*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, 4/2 Nebesna Sotnia Street, office 28.*
*+380994442328, +380939440528*
*http://nika-translation.com.ua/*

Бурдейный Александр

Дата рождения: 7.08.1978г.

e-mail: burdya78@gmail.com

Опыт работы: В 2001 году основал Фермерское Хозяйство «Эдем»

В 2001 году обрабатываемое количество земли составляло 40 гектар.

Функциональные обязанности:

- управление финансово-экономической деятельностью компании;
- разработка стратегии развития компании;
- планирование и построение бизнес-процессов;
- проведение деловых переговоров и встреч;
- формирование бюджета;
- аттестация персонала;
- антикризисное управление.

В подчинении на 5.01.2018г  7 человек.

Достижения:

- увеличил количество обрабатываемых гектар до 350 гектар.
  Преобрел всю необходимую сельхоз технику для своевременного проведения посевных операций и обработки сельскохозяйственных угодий.

Функциональные обязанности:

- планирование и увеличения объема продаж
- контроль выполнения плановых показателей;
- разработка и внедрение форм отчетности;
- контроль дебиторской задолженности;
- подбор, мотивация персонала;
- разработка стратегии развития компании;
- оптимизация затрат.

Достижения:

- организовал новое направление деятельности Фермерского Хозяйства. Импорт сельскохозяйственной техники из США для

дальнейшей продажи в Украине.

- разработал эффективную систему мотивации персонала;
- разработал и внедрил эффективную систему бюджетирования.

**Профессиональные навыки:** опытный пользователь ПК: MsWord, Excel. Опыт управления людьми. Умение планировать и прогнозировать. Способность принимать нестандартные управленческие решения.

**Личные качества:** решительность, ответственность, способность к риску, стратегическое мышление, стремление к самореализации и успеху, целеустремленность, уверенность в себе.

rabota.ua

**Maksym Stepaniuk**

Date of birth:
Region:

December 24, 1990
ULIANOVKA, Kirovohrad region

Contact details:
Phone: +380986082474
E-mail: Maks.step@i.ua

## Housekeeping Manager

## Key information

I have good organizational skills and can organize an efficiently working subdivision. My active life position helps me to settle any issues and bring them to the result.

## Work experience

### Housekeeping Manager
Individual Entrepreneur TERENIUK
From 10.11.2015 to 11.11.16 (1 year and 1 month)

Planning and implementing the energy-saving technologies have reduced the company's costs in these positions by 40%.
Organizing and implementing the measures of control over the accounting and the rational use of material and technical resources eminently helped to reduce the company's costs.
Effective control over the condition of buildings, their repair, construction of new premises, redevelopment, maintenance of buildings in the working condition, landscaping and cleaning of the territory, preparation for work in the cold season, etc. enabled the company to operate in a good working rhythm.
I have a good experience with the utility providers.
The compilation and analysis of current/monthly and prospective plans of the work of the Administrative and Economic Department and its budgeting saved the funds of the company on these items of expenses.
Holding of bids, negotiations, conclusion of agreements, monitoring of markets efficiently provided the material and technical resources.
Experience in maintenance and goods accounting at the warehouse in 1C, in accordance with the current legislation, and inventory accounting, etc.

Managing the Economic Department No. 6 *man/welders, street sweepers, electricians, cleaners, unskilled workers/* provided me with the opportunity to successfully solve the tasks.

## Education

Vocational Training School for Agriculture No. 11
TRUCK CRANE OPERATOR

## Languages

**Russian** - free
**Ukrainian** - free

## Additional information

**Certificate**
Driver's Certificate of categories B and C

**Proficiency**
I am profound at elimination of small plumbing and other problems.

**Purpose**
To facilitate order in the economy with my work and to create comfortable working conditions, for a decent reward.

May 08, 2018

I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.

TRANSLATION BUREAU "NIKA"
20300, Ukraine, Uman, 4/2 Nebesna Sotnia Street, office 28.
+380994442328, +380939440528
Email: nika-translation@mail.ru; http://nika-translation.com.ua/

rabota.ua

**Максим Степанюк**

Дата народження:                24 грудня 1990р.
Регіон:                          М.УЛЬЯНОВКА Кіровоградська
                                 обл

Контактні дані:
Номер телефону +380986082474
Ел.Адресса Maks.step@i.ua

## Завідуючий господарством

### Ключова інформація

Маю добрі організаторські здібності, вмію мислити для створення працездатного підрозділу,активна життєва позиція сприяє вирішенню поставлених задач та доведення їх до кінцевого результату.

### Досвід роботи

**Завідувач господарством**
ФОП ТЕРЕНЮК
10.11.2015р по 11.11.16 (1 рік 1 міс)

Планування та втілення в життя енергоощадних технологій- знизило затрати компанії по цих позиціях на 40%.
Організація та виконання контролюючих заходів для обліку та контролю за раціональним використанням матеріально технічних ресурсів-призвело до зменшення витрат компанії.
Ефективний контроль за станом будівель,їх ремонт,будівництво нових приміщень ,перепланування, підтримання будівель в робочому стані,благоустрій та прибирання території,підготовка до роботи в холодну пору року,тощо-дало змогу працювати підприємству в робочому ритмі.
Маю вдалий досвід роботи з постачальниками комунальних послуг.
Складання та аналіз поточних /щомісячні/ та перспективних планів,по роботі адміністративно-господарського відділу,та його бюджетування,заощадило кошти підприємства,по цих статтях витрат
Проведення тендерів,переговорів,заключення договорів,моніторинг ринків- ефективно проводило забезпечення матеріально-технічними ресурсами.
Досвід супроводження та складського обліку товарів в 1с,згідно діючого законодавства,проведення інвентарізіцій, тощо.

Керівництво господарським відділом 6 чоловік/зварники,двірники,електрики,прибиральники,різноробочі/ -надало можливість вдало вирішувати поставлені завдання.

## Освіта

**СПТУ №11**
**АВТОКРАНОВЩИК**

## Володіння мовами

**Російська - вільно**
Українська-вільно

## Додаткова інформація

**посвідчення**
 Посвідчення водія -В і С

**робота**
Маю навики самостійного усунення мілких сантехнічних то інших проблем.

**Мета**
Своєю працею.сприяти забезпеченню порядку в господарстві,створення комфортний умов
роботи , а для себе - гідну винагороду

**Vadym Katiuzhanskyi**

Date of birth: 21.10.1981
Region: Beltsy, Moldova
Phone: 0671672421
E-mail: vadim.katiujanski@gmail.com

## Key information

- A strong and experienced manager with a focus on getting the most favorable conditions for the Company's maximum profitability;
- An expert with great practical experience of successful purchases/sales and customer relationships;
- Holding of negotiations with suppliers, concluding and maintaining agreements on the category entrusted;
- Providing the most efficient terms of supply and monitoring the implementation of contractual terms;
- Monitoring of the supply market for the category entrusted and the analysis of competitors.

## Work experience

LLC Acvilin Group
From 10.07.2010 to 25.04.2016

### Commercial Manager (purchases/sales)

Duties:
- Bidding upon the commodity groups.
- Search of suppliers.
- Negotiations with the suppliers and agreement of the cooperation terms.
- Improvement of the cooperation terms with the current suppliers.
- Signing of cooperation agreements with the suppliers.
- Control over performance of the contractual obligations.
- Market research for potential suppliers.
- Price monitoring and pricing.
- Reporting.

Achievements:
- Updating the procurement procedure and other regulatory documents of the company.
- Reduction of procurement prices through participation and implementation of engineering projects.
- Making arrangements for discounts from the suppliers in difficult market conditions (in case of rising inflation).
- Performance of the annual plan of saving.
- Establishment of relations between the internal customer and the functional purchaser by implementing various projects.

## Languages

**Russian** - free
**Ukrainian** - free

## Additional information

**Additional information**
Proficient computer skills and office equipment
- driver's license category "B"

**Personal qualities**
Sociable, initiative, decisive, aimed at results in personal and team's work. Self-organized, purposeful, responsible (able to work independently and make decisions). I can easily manage a large amount of information and a wide range of contact persons. Successful in defending the interests and achieving the company's goals.
- broad outlook – fast perception of new areas of knowledge and ideas
- analytical mind - I usually try to calculate two steps ahead
- sociable – able to build and maintain long-term relationships with customers, partners and colleagues
- sociability and sense of purpose – restrained and rational
- organizationally strong in complex and multilevel projects
- stress resistant
- optimist
- bring to a conclusion

**Purpose**
To get perspective, interesting, stable and highly paid work in a foreign or domestic successful company with the purpose of increasing its prosperity and development, and to promote my professional growth and practical application of the acquired knowledge and skills as a purchases/logistics/sales manager. I am eager to implement my intellectual potential, get moral and financial consideration.

*May 08, 2018*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*

*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, 4/2 Nebesna Sotnia Street, office 28.*
*+380994442328, +380939440528*
*http://nika-translation.com.ua/*

**Вадім Катюжанский**

Дата народження: 21.10.1981.
Регіон:г.Бельцы Мо́лдова
Контактный телефон
0671672421
Електроный адрес
vadim.katiujanski@gmail.com

## Ключова інформація

- Сильный и опытный менеджер с ориентацией на получение Компанией наиболее выгодных условия для максимальной доходности;
- Профессионал с большим практическим опытом успешных закупок/продаж и взаимоотношений с клиентами;
- Проведение переговоров с поставщиками, заключение и сопровождение договоров по вверенной категории
- Обеспечение максимально выгодных условий поставок, контроль выполнения договорных условий
- Мониторинг рынка поставок по вверенной категории, анализ конкурентов

## Досвід роботи

LLC Acvilin Group
С 10.07.2010 по 25.04.2016г

## Коммерческий менеджер (закупка/продажи)

Обязанности:
- Проведения тендерной работы по товарным группам.
- Поиск поставщиков.
- Проведение переговоров с поставщиками и согласования условий сотрудничества.
- Улучшение условий сотрудничества с действующими поставщиками.
- Подписание договоров сотрудничества с поставщіками.
- Контроль выполнения договорных обязательств.
- Исследование рынка потенциальных поставщиков.
- Мониторинг цен, ценообразования.
- Составление отчетности.Достижения:
- Обновления процедуры закупок и других нормативных документов компании.
- Уменьшение закупочных цен путем участия и внедрения инженерных проектов.
- Договоренности о скидках от поставщиков в сложных условиях рынка (растущей инфляции).
- Выполнение годового плана экономии компании.
- Налаживание отношений между внутренним заказчиком и функциональным закупщиком путем внедрения различных проектов.

## Володіння мовами

**Русский** - свободно
**Украинский** - свободно

## Додаткова інформація

**Дополнительная информация**
Свободно владею компьютером и офисной техникой
- Имею водительское удостоверение категорий "В"

**Личные качества**
Коммуникабельный, инициативный, решительный, нацеленный на личный результат в работе и результат работы команды. Самоорганизованный, целеустремленный, ответственный (умею самостоятельно работать и принимать решения), опыт роботы с большим объём информации и широким кругом контактных лиц. Успешный в отстаивании интересов и достижении целей компании.
- широкий кругозор -быстрое восприятие новых областей, знаний и идей
- аналитический склад ума - пытаюсь рассчитать на несколько шагов в перёд
- коммуникабелен - способен строить и сохранять долгосрочные отношения с клиентами, партнерами и коллегами
- общительность и целеустремленность - сдержан и рационален
- организационно силен в сложных, многоуровневых проектах
- стрессоустойчив
- оптимист
- довожу дела до конца

**Цель**
 Получить перспективную, интересную, стабильную и высокооплачиваемую работу в иностранной или отечественной успешно развивающейся компании с целью увеличения ее благосостояния и развития, а также своего профессионального роста и практического применения полученных знаний и навыков менеджера по закупкам/логиста/продажам также смогу реализовать свой интеллектуальный потенциал, получить моральное и материальное удовлетворение.

*EXHIBIT P*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:                                                        Date: 5/27/2018
Alexandra Kon

Tel. 954-487-8925

# FARM ENTERPRISE "EDEM"

## STAFF LIST

| Position | Name | Job description |
|---|---|---|
| HEAD | Burdenyi Oleksandr | **Job description:** Design and implement developmental strategy of the company, set short and long term objectives, goals, policies and core values of the company, examine company's rules, manage and analyze risks (20%); Appointing and directing Managers, train, recruit and manage new employees (20%); Communicating on behalf of the company with existing suppliers, motivate workers, evaluating the work of employees; developing efficient customer service, research market demands, determiner stock needs (35%); Manage the coordinate the Company's financial activities, including sales, prepare budgets, monitor received items, maintain inventory (25%). |
| DEPUTY HEAD | Katiuzhanskiy Vadim | **Job description:** Monitoring of the supplies, observe all consumable products(diesel fuel oil, petrol, seeds of agricultural crops, micro fertilizers, mineral fertilizers, spare parts for tractors and agricultural implements)  conducting negotiations and signing contracts, approve the staff list of the firm,(40%); arrange the work and efficient cooperation of all structural subdivisions, develop and agree with the director Mr. Burdenyi the plans for development of products and budgeting firm(30%); Fixing the quotas for the purchases of each type of products, making decisions on financial and economic matters (15%); settle the issues connected to the industrial economic and financial economic activity of the firm(15%). |
| HOUSEKEEPING MANAGER(ADMINISTRATIVE MANAGER) | Stepaniuk Maksym | **Job description:** Planning and coordinating administrative procedures and systems, training and managing schedule clerk Havlina Yevgenia, tractor drivers Chernega Yurii and Sakaliuk Serhii, shipping and receiving worker Romansky Oleksandr and security guard Lobchynskyi Volodymyr, provide coaching and guidance(40%); Taking part in drawing up plans, developing budgets and performing cost reduction research, timely submission of applications for the purchases of consumable, and warehouse supplies to the Deputy Head of the farm Katiuzhansky Vadym (20%); Taking part in processing payroll and reporting on workers performance (20%); Coordination of work on the correction of defects, control of material and technical condition of the office, warehouse, and repair premises (20%). |
| SCHEDULE CLERK | Havlina Yevgenia | **Job description:** perform the operations in acceptance and accounting of all consumable related to agricultural equipments(fuel and lubricants, spare parts, tires), check the obtained source documents upon the form and content, monitor the warehouse reports (30%); accounting of seeds of agricultural crops, plant protection agents, mineral and micro- fertilizers, accounting of agricultural products collected and shipped for sale(wheat, corn, soybean, sunflower, peas and rape)(30%); accounting of the number of cultivated hectares of all types of agricultural works connected with the processing of agricultural lands(plowing, harrowing, cultivation, sowing, sprinkling, harvesting)(25%); provide timely reports on the receipts and expenditures of products and materials to the Head or Deputy Head of the farm Enterprise(15%) |
| TRACTOR DRIVER | Chernega Yurii | **Job description:** timely and efficient shipping, conducting all agro technological techniques for growing crops, keeping the vehicle in constant technical readiness(30%); receive and return the letters daily to the traveling dispatcher of the training and technology department, to execute them clearly(30%); to carry out a daily maintenance of the assigned vehicle, to keep the tractor in a good condition, to avoid traffic violations , to follow the safety in the vehicle maintenance and its repair (20%); daily drawing the road letters and return them to the dispatcher of the garage(20%) |
| TRACTOR DRIVER | Sakaliuk Serhii | **Job description:** timely and efficient shipping, conducting all agro technological techniques for growing crops, keeping the vehicle in constant technical readiness(30%); receive and return the letters daily to the traveling dispatcher of the training and technology department, to execute them clearly(30%); to carry out a daily maintenance of the assigned vehicle, to keep the tractor in a good condition, to avoid traffic violations , to follow the safety in the vehicle maintenance and its repair (20%); daily drawing the road |

| | | letters and return them to the dispatcher of the garage(20%) |
|---|---|---|
| WORKER(SHIPPING AND RECEIVING) | Romanskyi Oleksandr | **Job description:** independently carries out agricultural and reclamation works of wheeled tractors up to 20 kn including tracked tractors of class 30 kn(30%); prepares, saws, plants seeds and planting materials( grains, forage, technical crops, vegetables, fruit crops)(30%); supplies tractor units with necessary details, perform transportation works using tractors, vehicles of categories B and C, provides maintenance of tractors, cars, agricultural machines and reclamations(15%); sorts, package eggs, cleans dung and rooms, milk cows, feeds and grazes animals and poultry, performs manual and partly mechanical work to care for cows and other cattle(25%) |
| SECURITY GUARD | Lobchynskyi Volodymyr | **Job description:** provides service for the protection of objects of property, checks documents of persons who go on the property and leaves the property, provides an overview of things and personal inspection of workers and employees (50%); oversees the work of the installed devices of security and fire alarm system on the enterprise, discovers the alarm cause and takes steps to arrest perpetrators or to stop fire, takes actions to prevent and combat crime at the object guarded (30%); controls the work of the device for the security and fire alarm systems installed at object guarded, uses guard dogs while on duty(20%) |

# FARM ENTERPISE "EDEM"

## СПИСОК ПЕРСОНАЛА

| | | |
|---|---|---|
| ВЛАДЕЛЕЦ | Бурдейний Олександр | Описание работы: Разработка и реализация стратегии развития компании, определение краткосрочных и долгосрочных целей, целей, политики и основных ценностей компании, изучение правил компании, управление и анализ рисков (20%); Назначение и руководство менеджерами, обучение, набор и управление новыми сотрудниками (20%); Общение от имени компании с существующими поставщиками, мотивация работников, оценка работы сотрудников; развитие эффективного обслуживания клиентов, потребности рынка исследований, потребности в фонде детерминатора (35%); Управление координатами финансовой деятельности Компании, включая продажи, подготавливать бюджеты, контролировать полученные товары, вести инвентаризацию (25%) |
| ЗАМЕСТИТЕЛЬ ДИРЕКТОРА | Катюжаньский Вадим | Описание работы: Мониторинг поставок, соблюдение всех расходных материалов (дизельное топливо, бензин, семена сельскохозяйственных культур, микроудобрений, минеральных удобрений, запасных частей к тракторам и сельскохозяйственным орудиям), ведение переговоров и заключение контрактов, утверждение штатного расписания фирмы, (40%); организовать работу и эффективное сотрудничество всех структурных подразделений, разработать и согласовать с директором г-ном Бурдейным планы развития продуктов и бюджетной фирмы (30%); Установление квот на закупку каждого вида продукции, принятие решений по финансовым и экономическим вопросам (15%); решить вопросы, связанные с производственной экономической и финансово-хозяйственной деятельностью фирмы (15%) |
| МЕНЕДЖЕР ХОЗЯЙСТВА (АДМИНИСТРАТИВНЫЙ МЕНЕДЖЕР) | Степанюк Вадим | Описание работы: Планирование и координация административных процедур и систем, его подчиненные: инструктор по расписанию и управление расписанием Хавлина Евгения, трактористы Черный Юрий и Сакалюк Сергей, судоходный и приемный работник Романский Олександр и охранник Лобчинский Владимир, обеспечивают коучинг и руководство (40%); Принимает участие в составлении планов, разработке бюджетов и проведении исследований по сокращению затрат, своевременном представлении заявок на закупку расходных и складских принадлежностей заместитело начальника фермы Катюжанскому Вадиму (20%); Участие в обработке заработной платы и отчетности о производительности работников (20%); Координация работы по исправлению дефектов, контролю материально-технического состояния офиса, склада и ремонтных помещений (20%) |
| ГРАФИК КЛЕРК | Хавлина Евгения | Описание работы: выполнять операции по приемке и учету всех расходных материалов, связанных с сельскохозяйственным, оборудование (горюче-смазочные материалы, запасные части, шины), проверять полученные исходные документы по форме и содержанию, контролировать отчеты счета склада (30%); учет семян сельскохозяйственных культур, средств защиты растений, минеральных и микро-удобрений, учет собранных и отправленных на продажу сельскохозяйственной продукции (пшеница, кукуруза, соя, подсолнечник, горох и рапс) (30%); учет количества обработанных гектаров всех видов сельскохозяйственных работ, связанных с обработкой сельскохозяйственных земель (вспашка, боронование, культивация, посев, дождевание, сбор урожая) (25%); предоставлять своевременные отчеты о поступлениях и расходах продукции и материалов руководителю или заместителю начальника фермерского предприятия (15%) |
| ВОДИТЕЛЬ ТРАКТОРА | Чернега Юрий | Описание работы: своевременная и эффективная доставка, ведение всех агротехнологий для выращивания сельскохозяйственных культур, постоянная техническая готовность транспортного средства (30%); ежедневно получать и возвращать письма командиру учебного и технологического отдела для их четкого исполнения (30%); проводить ежедневное техническое обслуживание установленного транспортного средства, удерживать трактор в хорошем |

# FARM ENTERPRISE "EDEM"

| | | |
|---|---|---|
| | | состоянии, избегать нарушений правил дорожного движения, следить за безопасностью в обслуживании и ремонте автомобиля (20%); ежедневно рисуя дорожные письма и возвращая их диспетчеру гаража (20%) |
| ВОДИТЕЛЬ ТРАКТОРА | Сакалюк Сергей | **Описание работы:** своевременная и эффективная доставка, ведение всех агротехнологий для выращивания сельскохозяйственных культур, постоянная техническая готовность транспортного средства (30%); ежедневно получать и возвращать письма командиру учебного и технологического отдела для их четкого исполнения (30%); проводить ежедневное техническое обслуживание установленного транспортного средства, удерживать трактор в хорошем состоянии, избегать нарушений правил дорожного движения, следить за безопасностью в обслуживании и ремонте автомобиля (20%); ежедневно рисуя дорожные письма и возвращая их диспетчеру гаража (20%). (20%); daily drawing the road letters and return them to the dispatcher of the garage(20%) |
| РАБОТНИК | Романский Олександр | **Описание работы:** самостоятельно выполняет сельскохозяйственные и мелиоративные работы колесных тракторов до 20 кун, включая гусеничные тракторы класса 30 кн (30%); готовит, пилы, семена растений и посадочные материалы (зерно, фураж, технические культуры, овощи, плодовые культуры) (30%); поставляет тягачи с необходимыми деталями, выполняет транспортные работы с использованием тракторов, транспортных средств категорий B и C, обеспечивает обслуживание тракторов, автомобилей, сельскохозяйственных машин и мелиораций (15%); сортирует, пакетирует яйца, очищает навоз и комнаты, молочные коровы, корма и пасти животных и домашнюю птицу, выполняет ручную и частично механическую работу по уходу за коровами и другим крупным рогатым скотом (25%) |
| ОХРАНА | Лобчинский Володимир | **Описание работы:** предоставляет услуги по защите объектов имущества, проверяет документы лиц, которые посещают имущество и покидает имущество, предоставляет обзор предметов и личного осмотра работников (50%); контролирует работу установленных устройств охранной и пожарной сигнализации на предприятии, обнаруживает причину тревоги и предпринимает шаги для ареста виновных или прекращения огня, принимает меры по предотвращению и борьбе с преступностью на охраняемом объекте (30%); контролирует работу устройства для систем охранной и пожарной сигнализации, установленных на охраняемом объекте, использует охранников во время дежурства (20%) |

*Translation from Ukrainian into English*

**Farm Enterprise "EDEM"**

3 Chekhov Str., town of Blahovishchenske, Kirovograd region, 26400,

Code 31518415, current account 26006261, MFO 380805, PJSC Raiffeisen Bank Aval, city of Kyiv

### List of Employees

| No. | Full name | Position | Salary (UAH) | Salary (USD)* | From what date works |
|-----|-----------|----------|--------------|---------------|----------------------|
| 1 | Burdeinyi Oleksandr Anatoliiovych | Head | 3 200,00 | 121,17 | September 14, 2001 |
| 2 | Stepaniuk Maksym Volodymyrovych | Supply manager | 3202,00 | 121,24 | December 28, 2016 |
| 3 | Sakaliuk Serhii Oleksandrovych | Tractor driver | 3205,00 | 121,35 | December 28, 2016 |
| 4 | Chernega Yurii Anatoliiovych | Tractor driver | 3205,00 | 121,35 | December 28, 2016 |
| 5 | Katuzhanskyi Vadym Viktorovych | Deputy Director | 3220,00 | 121,92 | February 20, 2017 |
| 6 | Lobchynskyi Volodymyr Dmytrovych | Security guard | 1600,00 | 60,58 | February 21, 2017 |
| 7 | Romanskyi Oleksandr Kostiantynovych | General labor | 3200,00 | 121,17 | March 10, 2017 |
| 8 | Havlina Yevhenia Volodymyrivna | Accountant | 1600,00 | 60,58 | May 05, 2017 |

*Currency rate of the National Bank of Ukraine as of May 18, 2017 is 1 USD = 26,41 UAH

Head of Farm Enterprise "EDEM"          *(signed)*          O.A. Burdeinyi

Seal: *26400, Ukraine, Kirovograd region, town of Blahovishchenske * Farm Enterprise "EDEM" * 31518415*

*May 18, 2017*
*I, the undersigned, ViktoriiaDemchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528   nika-translation@mail.ru*

Фермерське господарство «Едем»

вулиця Чехова 3,м.Благовіщенське,Кіровоградська обл. 26400,

Код 31518415, р/р 26006261 МФО 380805 АТ ОД «Райффайзен банк Аваль», м. Київ

Список працівників

| № | ФІБ | | | посада | з/п (грн..) | З якої дати працює |
|---|-----|---|---|--------|-------------|--------------------|
| 1 | Бурдейний | Олександр | Анатолійович | голова | 3200,00 | 14.09.2001 |
| 2 | Степанюк | Максим | Володимирович | завідувач господарством | 3202,00 | 28.12.2016 |
| 3 | Сакалюк | Сергій | Олександрович | тракторист | 3205,00 | 28.12.2016 |
| 4 | Чернега | Юрій | Анатолійович | тракторист | 3205,00 | 28.12.2016 |
| 5 | Катюжанський | Вадим | Вікторович | замісник директора | 3220,00 | 20.02.2017 |
| 6 | Лобчинський | Володимир | Дмитрович | охоронник | 1600,00 | 21.02.2017 |
| 7 | Романський | Олександр | Костянтинович | підсобний робітник | 3200,00 | 10.03.2017 |
| 8 | Хавліна | Євгенія | Володимирівна | обліковець | 1600,00 | 05.05.2017 |

Голова ФГ «Едем»                                          Бурдейний О.А.

*EXHIBIT Q*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:
Alexandra Kon                                          Date: 5/27/2018

Tel. 954-487-8925

Farm Enterprise "EDEM"

Daily duties of the Head of the farm Enterprise

OLEKSANDR BURDENYI

| DUTIES | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | 1 WEEK | % |
|---|---|---|---|---|---|---|---|
| | 9 HOURS | 9 HOURS | 9 HOURS | 6 HOURS | 7 HOURS | 40 HOURS | 100% |
| Design and implement developmental strategy of the company, set short and long term objectives, goals, policies and core values of the company, examine company's rules, manage and analyze risks (20%); | 2 hours | 2 hours | 2 hours | 1 hour | 1 hour | 8 hours | 20% |
| Appointing and directing Managers, train, recruit and manage new employees (20%); | 2 hours | 2 hours | 2 hours | 1 hour | 1 hour | 8 hours | 20% |
| Communicating on behalf of the company with existing suppliers, motivate workers, evaluating the work of employees; developing efficient customer service, research market demands, determiner stock needs (35%); | 3 hours | 3 hours | 3 hours | 2 hours | 3 hours | 14 hours | 35% |
| Manage the coordinate the Company's financial activities, including sales, prepare budgets, monitor received items, maintain inventory (25%). | 2 hours | 2 hours | 2 hours | 2 hours | 2 hours | 10 hours | 25% |

# FARM ENTERPRISE "EDEM"

**Ежедневные обязанности руководителя фермерского предприятия**

## ОЛЕКСАНДРА БУРДЕЙНОГО

| ОБЯЗАННОСТИ | ПОНЕД. | ВТОР. | СРЕДА | ЧЕТВЕРГ | ПЯТН. | НЕДЕЛЯ | % |
|---|---|---|---|---|---|---|---|
| | 9 ЧАСОВ | 9 ЧАСОВ | 9 ЧАСОВ | 6 ЧАСОВ | 7 ЧАСОВ | 40 ЧАСОВ | 100% |
| Разработка и реализация стратегии развития компании, определение краткосрочных и долгосрочных целей, целей, политики и основных ценностей компании, изучение правил компании, управление и анализ рисков (20%); | 2  часа | 2  часа | 2  часа | 1 hour | 1 hour | 8  ч. | 20% |
| Назначение и руководство менеджерами, обучение, набор и управление новыми сотрудниками (20%); | 2  часа | 2  часа | 2  часа | 1 hour | 1 hour | 8  ч. | 20% |
| Общение от имени компании с существующими поставщиками, мотивация работников, оценка работы сотрудников; развитие эффективного обслуживания клиентов, потребности рынка исследований, потребности в фонде детерминатора (35%); | 3  часа | 3  часа | 3  часа | 2  часа | 3  часа | 4  ч. | 5% |
| Управление координатами финансовой деятельности Компании, включая продажи, подготавливать бюджеты, контролировать полученные товары, вести инвентаризацию (25%). | 2  часа | 2  часа | 2  часа | 2  часа | 2  часа | 10  ч. | 5% |

*EXHIBIT R*

## CERTIFICATE OF TRANSLATION

I, Alexandra Kon, hereby certify that I am fluent in English, Russian and Ukrainian that I have translated the attached documents, and that to the best of my knowledge, ability and belief, this translation is a true, accurate and complete translation of the original document provided to me:

Signature:

By:
Alexandra Kon

Date: 5/27/2018

Tel. 954-487-8925

*Translation from Ukrainian into English*

Copy

**Farm Enterprise "EDEM"**

## ORDER

**From September 14, 2001**     village of Sabatynivka     **No. 1-K**

### APPOINT:

Burdeinyi Oleksandr Anatoliiovych the Head of Farm Enterprise "EDEM" from From September 14, 2001 with payment according to staff resource register.

| **Head of Farm Enterprise "EDEM" Burdeinyi** | *(signed)* | **O.A.** |
|---|---|---|
| **I have been familiarized with order Burdeinyi** | *(signed)* | **O.A.** |

Seal: *26434, Ukraine, Kirovograd region, Ulianovka district, village Sabatynivka* *Farm Enterprise "EDEM" * 31518415*

*May 18, 2017*
*I, the undersigned, Viktoriia Demchuk, the translator, being duly sworn, depose and say that I am fully competent in Ukrainian and English languages. That I have made the attached translation from the annexed document in the Ukrainian language and hereby certify that the same is a true and complete translation to the best of my knowledge and belief.*
*TRANSLATION BUREAU "NIKA"*
*20300, Ukraine, Uman, Lenin Street, 20/18*
*+380474435990, +380939440528    nika-translation@mail.ru*

*EXHIBIT S*

April 14, 2020

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
Texas Service Center
P.O. Box 852381
Mesquite, TX 75185-2381

BUR TRANS LLC
c/o LAW OFFICES OF SIROTA & ASSOCIATES
2999 NE 191 ST STE 900
AVENTURA, FL 33180

 **U.S. Citizenship**
**and Immigration**
**Services**

Form I-129, Petition for a Nonimmigrant Worker

WAC1804250290

## DECISION

You filed Form I-129, Petition for a Noninmigrant Worker on behalf of OLEKSANDR BURDEINYI, *(beneficiary)* on November 17, 2017, in order to classify the beneficiary as an intracompany transferee with a concurrent request for consulate notification.

Your organization, BUR TRANS LLC, seeks to employ the beneficiary as President.

The Immigration and Nationality Act (INA) 101(a)(15)(L) and its implementing regulation at Title 8, Code of Federal Regulations (8 CFR) 214.2(l) provide the definition of an intracompany transferee. Specifically, INA 101(a)(15)(L) states:

> . . . an alien who, within 3 years preceding the tine of his application for admission into the United States, has been employed continuously for one year by a firm or corporation or other legal entity or an affiliate or subsidiary thereof and who seeks to enter the United States temporarily in order to continue to render his services to the same employer or a subsidiary or affiliate thereof in a capacity that is managerial, executive, or involves specialized knowledge . . .

### POSITION ABROAD

The first issue to be discussed is whether you have established that the beneficiary has been employed abroad in a position that was managerial, executive, or involved specialized knowledge.

The regulations at 8 CFR 214.2(l)(3), "Evidence for individual petitions," indicate, in part, that an individual petition filed on Form I-129 shall be accompanied by:

> (iv)    Evidence that the alien's prior year of employment abroad was in a position that was managerial, executive, or involved specialized knowledge and that the alien's prior education, training, and employment qualifies hin/her to perform the intended services in the United States; however, the work in the United States need not be the same work which the alien performed abroad.

INA 101(a)(44)(A) and 8 CFR 214.2(l)(ii)(B) provide the definition for managerial capacity. Specifically, INA 101(a)(44)(A) states:

The term "managerial capacity" means an assignment within an organization in which the employee primarily—

     i.     manages the organization, or a department, subdivision, function, or component of the organization;

     ii.     supervises and controls the work of other supervisory, professional, or managerial employees, or manages an essential function within the organization, or a department or subdivision of the organization;

     iii.     if another employee or other employees are directly supervised, has the authority to hire and fire or recommend those as well as other personnel actions (such as promotion and leave authorization, or if no other employee is directly supervised, functions at a senior level within the organizational hierarchy or with respect to the function managed; and

     iv.     exercises discretion over the day-to-day operations of the activity or function for which the employee has authority.

A first-line supervisor is not considered to be acting in a managerial capacity merely by virtue of the supervisor's supervisory duties unless the employees supervised are professional.

INA 101(a)(44)(B) and 8 CFR 214.2(l)(1)(ii)(C) define the term "executive capacity" as:

. . . an assignment within an organization in which the employee primarily—

     i.     directs the management of the organization or a major component or function of the organization;

     ii.     establishes the goals and policies of the organization, component, or function;

     iii.     exercises wide latitude in discretionary decision-making; and

     iv.     receives only general supervision or direction from higher level executives, the board of directors, or stockholders of the organization.

Moreover, pursuant to INA 101(a)(44)(C), staffing levels are a relevant factor in determining managerial and/or executive capacity:

If staffing levels are used as a factor in determining whether an individual is acting in a managerial or executive capacity, the Attorney General shall take into account the reasonable needs of the organization, component, or function in light of the overall purpose and stage of development of the organization, component, or function. An individual shall not be considered to be acting in a managerial or executive capacity (as previously defined) merely on the basis of the number of employees that the individual supervises or has supervised or directs or has directed.

The definitions of executive and managerial capacity have two parts. First, you must show that the beneficiary performed the level of responsibilities that are specified in the definitions. Second, you must establish that the beneficiary primarily performed these specified responsibilities and did not spend a majority of his or her tine on day-to-day functions. An employee who primarily performed the tasks necessary to produce a product or provide

services is not considered to be employed in a managerial or executive capacity. Hence, indicating the beneficiary managed a business does not necessarily establish eligibility for classification as an intracompany transferee in a managerial or executive capacity within the meaning of INA sections 101(a)(44)(A) and (B).

Upon initial filing, you indicate the beneficiary was employed abroad in a managerial capacity. You described the duties of the foreign position, in part, as follows:

- Conduct the development and execution of strategic and operational plans;
- Establish each department's specific policies, goals, and coordinating action plans;
- Identify opportunities and makes recommendations;
- Determine staffing requirements, interview, hire, and train new employees;
- Maintain contact with clients; and
- Represent management and the company.

Subsequent to the filing of the petition, USCIS requested that you provide additional documentation to establish that the beneficiary has been employed abroad by a qualifying organization for one continuous year of full-time employment in a qualifying position. USCIS informed you at that time the evidence was insufficient because the information provided did not meet the USCIS agency criterion. The evidence on the record provided limited information in that it did not address or provide information or details to adequately satisfy the requirements regarding a demonstration of the organizations essential functions or major components; the beneficiary in a managerial position within the staffing hierarchy of the organization; a demonstration of the beneficiary's management of a major component or function of the organization; establishing goals or policies or exercising wide latitude in discretionary decision-making. Additionally, the record did not indicate who the beneficiary received general supervision or direction from, as required.

The information describing the beneficiary's duties was broad; appearing to give a brief overview of duties but did not describe the beneficiary's performance of the duties or an indication of the day to day tasks performed. Additionally, the job description did not appear to fulfill all four criteria of the definition of a manager, and as such, did not establish eligibility. The position requirements and job duties of the subordinate staff members were not provided, therefore it could not be determined if the discussed staff were the management of the organization as described by the regulations. The petition appeared to be absent supporting probative or documentary evidence to substantiate the statements. In addition, the petitioning firms' support letter did not meet the criterion as evidence for that requirement. The record did not provide evidence or information addressing the beneficiary's qualifications regarding education, training and experience, as required. USCIS provided a list of suggested evidence you could submit to meet this requirement and advised you that any other evidence could also be submitted if you believed it would satisfy the request.

USCIS provided a list of suggested evidence you could submit to meet this requirement and advised you that any other evidence could also be submitted if you believed it would satisfy the request.

On June 19, 2018, you responded and submitted the following documentation in regard to this issue:

- A letter of support dated ;June 8, 2018;
- Job description of the beneficiary daily tasks;
- Job descriptions of beneficiary's subordinates;
- An Organizational Chart; and
- Other Miscellaneous documents.

The additional description of duties provided in response shows the beneficiary's duties abroad are as follows:

- Design and implement developmental strategy of the company;
- Set short and long term objectives;
- Manage and analyze risks;
- Appointing and directing managers, train, recruit and manage new employees;

- Communicating on behalf of the company with desisting suppliers, motivate workers, and evaluating the work of employees; and
- Manage functional activities, prepare budgets, and maintain inventory.

The record does not sufficiently describe or provide evidence of how the beneficiary fulfilled the four criteria of the definition of the position type, as required, and how the duties were accomplished, as required. The petition failed to provide a demonstration or an understanding of the organization's major components or functions to establish the beneficiary's role functioning at a senior level within the organizational hierarchy with sufficient staff exclusively supporting the beneficiary's position. The record provided no demonstration of the work discussed, discretionary decision making, an itinerary or the requirements of the job positions of the subordinate staff. The initial and additional evidence submitted in response did not address the beneficiary's qualifications requirements, as required. The record did not provide sufficient details and supporting evidence to establish eligibility, therefore USCIS cannot conclude that the beneficiary primarily functioned in a managerial capacity.

For the foregoing reasons, you have not established that the beneficiary would be employed in a primarily managerial or executive capacity in the Foreign entity.

The burden of proof to establish eligibility for the benefit request rests with you.  Here, that burden has not been met.

Consequently, the petition is denied for the above stated reasons, with each considered as an independent and alternative basis for denial.

If you disagree with this decision, you may appeal to the Administrative Appeals Office (AAO) by filing a Notice of Appeal or Motion (Form I-290B) within 30 days (33 days if by mail) of the date of this decision.  Alternatively, you may use Form I-290B to submit a motion to reopen or reconsider.  For the latest information on filing location, fee, and other requirements, please review the Form I-290B instructions at http://www.uscis.gov/forms, call our USCIS Contact Center at 1-800-375-5283, or visit your local USCIS office.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration.  The ONO assists small businesses with issues related to federal regulations.  If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at http://www.sba.gov/ombudsman or phone 202-205-2417 or fax 202-481-5719.

Sincerely,

Gregory A. Richardson
Director, Texas Service Center
Officer: XM1739

*EXHIBIT T*

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| WAC1804250328 | | I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
| Received Date | Priority Date | Applicant |
| 11/17/2017 | | BURDEINA, ALLA |
| Notice Date | Page | Beneficiary |
| 11/29/2017 | 1 of 1 | See Below |

ALLA BURDEINA
c/o SANDRA RODRIGUEZ
SIROTA & ASSOCIATES PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $370.00 U.S.
Class requested: L2

**Receipt Notice** - This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know. This will help avoid future problems.**

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing Time** - Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If your address changes** - If your mailing address changes while your case is pending, call 800-375-5283 or visit www.uscis.gov/addresschange to give us your new mailing address. Otherwise, you might not receive notice of our action on this case.

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| BURDEINA, ALLA | 08/13/1978 | UKRAINE | L2 |
| | 12/24/2000 | UKRAINE | B2 |
| | 02/12/2015 | UKRAINE | B2 |
| | 01/14/2005 | UKRAINE | B2 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**Customer Service Telephone: 800-375-5283**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number WAC1804250328 | | Case Type I539 - APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |
|---|---|---|
| Received Date 11/17/2017 | Priority Date | Applicant BURDEINA, ALLA |
| Notice Date 11/29/2017 | Page 1 of 1 | Beneficiary See Below |

ALLA BURDEINA
c/o LAW OFFICES OF SIROTA & ASSOC PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $370.00 U.S.
Class requested: L2

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**Receipt Notice** This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.** This will help avoid future problems.

This notice does not grant any immigration status or benefit, nor is it evidence that this case is still pending. It only shows that the application or petition was receipted on the date shown.

**Processing Time** - Processing times vary by case type. You can check our website at www.uscis.gov for our current "processing times" for this case type at the particular office to which this case is or becomes assigned. On our website's "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If your address changes** If your mailing address changes while your case is pending, call 800-375-5283 or visit www.uscis.gov/addresschange to give us your new mailing address. Otherwise, you might not receive notice of our action on this case.

**Return of Original Documents** Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Applicants:

| Name | DOB | COB | Class |
|---|---|---|---|
| BURDEINA, ALLA | 08/13/1978 | UKRAINE | L2 |
| ▮▮▮▮▮▮ | 12/24/2000 | UKRAINE | B2 |
| | 02/12/2015 | UKRAINE | B2 |
| | 01/14/2005 | UKRAINE | B2 |

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**Customer Service Telephone: 800-375-5283**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I 797C 07/11/14 Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| Receipt Number | Case Type |
|---|---|
| WAC1804250290 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 11/17/2017 | | BUR TRANS LLC |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/29/2017 | 1 of 1 | BURDEINYI, OLEKSANDR |

BUR TRANS LLC
c/o SANDRA RODRIGUEZ
SIROTA AND ASSOCIATES PA
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
**Amount received:** $960.00 U.S.
**Class requested:** L1A

We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above. It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

Processing time - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

If your address changes - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| BURDEINYI, OLEKSANDR | 07/08/1978 | UKRAINE | B2 | | |

Return of Original Documents - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

NOTICE: Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
**Customer Service Telephone: 800-375-5283**



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | Case Type |
|---|---|
| WAC1804250290 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 11/17/2017 | | BUR TRANS LLC |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 11/29/2017 | 1 of 1 | BURDEINYI, OLEKSANDR |

BUR TRANS LLC
c/o LAW OFFICES OF SIROTA & ASSOCIATES
2999 NE 191 ST STE 900
AVENTURA FL 33180

**Notice Type:** Receipt Notice
Amount received: $960.00 U.S.
Class requested: L1A

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

**We have received the application or petition ("your case") listed above. This notice only shows that your case was filed on the "Received Date" listed above.** It does NOT grant you any immigration status or immigration benefit, and it is not evidence that your case is still pending. We will notify you in writing when we make a decision on your case or if we need additional information.

Please save this and any other notices about your case for your records. You should also keep copies of anything you send us, as well as proof of delivery. Have these records available when you contact us about your case.

**If any of the above information is incorrect or you have any questions about the status of your case, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283 or visit the USCIS website at www.uscis.gov** (if you are hearing impaired, the NCSC TDD number is 1-800-767-1833). If you call us, please have your Alien Registration Number (A-Number) and/or the receipt number shown above. The receipt number is a tracking number for your case and will help with inquiries.

**Processing time** - Processing times vary by case type. Go to www.uscis.gov to see the current processing times listed by case type and office.

- View your case status on our website's Case Status Online page.
- You can also sign up to receive free email updates as we process your case.
- Most of the time your case is pending, the process status will not change. This is because we are working on cases that were filed before your case.
- When we make a decision on your case or if we need something from you, we will notify you by mail and update our systems.
- If you do not receive an initial decision or update from us within our current processing time, contact the NCSC at 1-800-375-5283 or visit our website at www.uscis.gov.

**If your address changes** - If your mailing address changes while your case is pending, please update your address with us using the Online Change of Address option at www.uscis.gov or by calling the NCSC at 1-800-375-5283. Otherwise, you might not receive notices about this case.

Number of workers: 1

| Name | DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|---|
| BURDEINYI, OLEKSANDR | 07/08/1978 | UKRAINE | B2 | | |

**Return of Original Documents** - Use Form G-884 to request the return of original documents submitted to establish eligibility for an immigration or citizenship benefit. You only need to submit one Form G-884 if you are requesting multiple documents contained in a single USCIS file. However, if the requested documentation is in more than one USCIS file, you must submit a separate request for each file. (For example: If you wish to obtain your mother's birth certificate and your parents' marriage certificate, both of which are in the USCIS file that pertains to her, submit one Form G-884 with your mother's information.)

**NOTICE:** Under the Immigration and Nationality Act (INA), the information you provide on and in support of applications and petitions is submitted under the penalty of perjury. USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111



**Customer Service Telephone: 800-375-5283**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C 07/11/14 Y